## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## AFFIDAVIT OF IAN J. BAMBRICK

STATE OF DELAWARE            )
                                                    SS:   )
COUNTY OF NEW CASTLE      )

Ian J. Bambrick, being duly sworn according to law, deposes and states as follows:

1.     That he is counsel to Woodbridge Group of Companies, LLC, *et al*., debtors in the above-captioned proceeding (the "Debtors").

2.     That, pursuant to Rule 5001 2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), on December 4, 2017, the Debtors, which are listed on Exhibit A attached hereto, each commenced their chapter 11 cases by filing with the Court time-stamped paper copies of the petitions and documents related thereto (the "Petitions") and depositing them in the night depository.

3.     That copies of the first page of each Petition showing the time-stamp are attached hereto as Exhibit B.

4.     That, pursuant to Local Rule 5005-4, the Debtors will file electronic copies of the Petitions following the filing of the "First Day" pleadings.

*[Signature Page Follows]*

---

[1]        The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, for which the Debtors have requested joint administration, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' proposed noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the proposed undersigned counsel for the Debtors.

Ian J. Bambrick (No. 5455)

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, this 4th day of December, 2017.

Notary Public

**DEBBIE ELLEN LASKIN**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires October 31, 2020

01:22617613.1

2

## Exhibit A

**Debtors**

| | |
|---|---|
| Woodbridge Group Of Companies, LLC | Broadsands Investments, LLC |
| 215 North 12th Street, LLC | M29 Brynderwen Holding Company, LLC |
| H31 Addison Park Holding Company, LLC | Brynderwen Investments, LLC |
| Addison Park Investments, LLC | M13 Cablestay Holding Company, LLC |
| M11 Anchorpoint Holding Company, LLC | Cablestay Investments, LLC |
| Anchorpoint Investments, LLC | M31 Cannington Holding Company, LLC |
| H32 Arborvitae Holding Company, LLC | Cannington Investments, LLC |
| Arborvitae Investments, LLC | Carbondale Doocy, LLC |
| M26 Archivolt Holding Company, LLC | Carbondale Glen Lot A-5, LLC |
| Archivolt Investments, LLC | Carbondale Glen Lot D-22, LLC |
| H2 Arlington Ridge Holding Company, LLC | Carbondale Glen Lot E-24, LLC |
| Arlington Ridge Investments, LLC | Carbondale Glen Lot GV-13, LLC |
| M19 Arrowpoint Holding Company, LLC | Carbondale Glen Lot SD-23, LLC |
| Arrowpoint Investments, LLC | Carbondale Glen Lot SD-14, LLC |
| H58 Baleroy Holding Company, LLC | Carbondale Glen Mesa Lot 19, LLC |
| Baleroy Investments, LLC | Carbondale Glen River Mesa, LLC |
| Basswood Holding, LLC | Carbondale Glen Sundance Ponds, LLC |
| H13 Bay Village Holding Company, LLC | Carbondale Glen Sweetgrass Vista, LLC |
| Bay Village Investments, LLC | Carbondale Spruce 101, LLC |
| H15 Bear Brook Holding Company, LLC | Carbondale Sundance Lot 15, LLC |
| Bear Brook Investments, LLC | Carbondale Sundance Lot 16, LLC |
| H46 Beech Creek Holding Company, LLC | M53 Castle Pines Holding Company, LLC |
| Beech Creek Investments, LLC | Castle Pines Investments, LLC |
| H70 Bishop White Holding Company, LLC | M25 Centershot Holding Company, LLC |
| Bishop White Investments, LLC | Centershot Investments, LLC |
| H53 Black Bass Holding Company, LLC | M76 Chaplin Holding Company, LLC |
| Black Bass Investments, LLC | Chaplin Investments, LLC |
| H28 Black Locust Holding Company, LLC | M79 Chestnut Company, LLC |
| Black Locust Investments, LLC | Chestnut Investments, LLC |
| H20 Bluff Point Holding Company, LLC | H5 Chestnut Ridge Holding Company, LLC |
| Bluff Point Investments, LLC | Chestnut Ridge Investments, LLC |
| H49 Bowman Holding Company, LLC | M45 Clover Basin Holding Company, LLC |
| Bowman Investments, LLC | Clover Basin Investments, LLC |
| M27 Brise Soleil Holding Company, LLC | M51 Coffee Creek Holding Company, LLC |
| Brise Soleil Investments, LLC | Coffee Creek Investments, LLC |
| H40 Bramley Holding Company, LLC | H56 Craven Holding Company, LLC |
| Bramley Investments, LLC | Craven Investments, LLC |
| M28 Broadsands Holding Company, LLC | M14 Crossbeam Holding Company, LLC |
| Crossbeam Investments, LLC | M68 Goosebrook Holding Company, LLC |
| M63 Crowfield Holding Company, LLC | Goosebrook Investments, LLC |
| Crowfield Investments, LLC | H68 Graeme Park Holding Company, LLC |

| | |
|---|---|
| Crystal Valley Holdings, LLC | Graeme Park Investments, LLC |
| M92 Crystal Woods Holding Company, LLC | H61 Grand Midway Holding Company, LLC |
| Crystal Woods Investments, LLC | Grand Midway Investments, LLC |
| Cuco Settlement, LLC | H26 Gravenstein Holding Company, LLC |
| M72 Daleville Holding Company, LLC | Gravenstein Investments, LLC |
| Daleville Investments, LLC | H44 Green Gables Holding Company, LLC |
| M39 Derbyshire Holding Company, LLC | Green Gables Investments, LLC |
| Derbyshire Investments, LLC | H27 Grenadier Holding Company, LLC |
| H76 Diamond Cove Holding Company, LLC | Grenadier Investments, LLC |
| Diamond Cove Investments, LLC | H41 Grumblethorpe Holding Company, LLC |
| H14 Dixville Notch Holding Company, LLC | Grumblethorpe Investments, LLC |
| Dixville Notch Investments, LLC | M87 Hackmatack Hills Holding Company, LLC |
| H7 Dogwood Valley Holding Company, LLC | Hackmatack Investments, LLC |
| Dogwood Valley Investments, LLC | M56 Haffenburg Holding Company, LLC |
| M32 Dollis Brook Holding Company, LLC | Haffenburg Investments, LLC |
| Dollis Brook Investments, LLC | H39 Haralson Holding Company, LLC |
| M9 Donnington Holding Company, LLC | Haralson Investments, LLC |
| Donnington Investments, LLC | M33 Harringworth Holding Company, LLC |
| M15 Doubleleaf Holding Company, LLC | Harringworth Investments, LLC |
| Doubleleaf Investments, LLC | M80 Hazelpoint Holding Company, LLC |
| M22 Drawspan Holding Company, LLC | Hazelpoint Investments, LLC |
| Drawspan Investments, LLC | H66 Heilbron Manor Holding Company, LLC |
| M71 Eldredge Holding Company, LLC | Heilbron Manor Investments, LLC |
| Eldredge Investments, LLC | Hollyline Holdings, LLC |
| H25 Elstar Holding Company, LLC | Hollyline Owners, LLC |
| Elstar Investments, LLC | H35 Hornbeam Holding Company, LLC |
| H19 Emerald Lake Holding Company, LLC | Hornbeam Investments, LLC |
| Emerald Lake Investments, LLC | H37 Idared Holding Company, LLC |
| M24 Fieldpoint Holding Company, LLC | Idared Investments, LLC |
| Fieldpoint Investments, LLC | H74 Imperial Aly Holding Company, LLC |
| M88 Franconia Notch Holding Company, LLC | Imperial Aly Investments, LLC |
| Franconia Notch Investments, LLC | M99 Ironsides Holding Company, LLC |
| M10 Gateshead Holding Company, LLC | Ironsides Investments, LLC |
| Gateshead Investments, LLC | H43 Lenni Heights Holding Company, LLC |
| M85 Glenn Rich Holding Company, LLC | Lenni Heights Investments, LLC |
| Glenn Rich Investments, LLC | H6 Lilac Meadow Holding Company, LLC |
| M93 Goose Rocks Holding Company, LLC | Lilac Meadow Investments, LLC |
| Goose Rocks Investments, LLC | M17 Lincolnshire Holding Company, LLC |
| Lincolnshire Investments, LLC | M70 Pinney Holding Company, LLC |
| M54 Lonetree Holding Company, LLC | Pinney Investments, LLC |
| Lonetree Investments, LLC | H23 Pinova Holding Company, LLC |

| | |
|---|---|
| M40 Longbourn Holding Company, LLC | Pinova Investments, LLC |
| Longbourn Investments, LLC | M34 Quarterpost Holding Company, LLC |
| M73 Mason Run Holding Company, LLC | Quarterpost Investments, LLC |
| Mason Run Investments, LLC | M57 Ridgecrest Holding Company, LLC |
| H8 Melody Lane Holding Company, LLC | Ridgecrest Investments, LLC |
| Melody Lane Investments, LLC | M97 Red Woods Holding Company, LLC |
| M90 Merrimack Valley Holding Company, LLC | Red Woods Investments, LLC |
| Merrimack Valley Investments, LLC | M75 Riley Creek Holding Company, LLC |
| M61 Mineola Holding Company, LLC | Riley Creek Investments, LLC |
| Mineola Investments, LLC | H59 Rising Sun Holding Company, LLC |
| H16 Monadnock Holding Company, LLC | Rising Sun Investments, LLC |
| Monadnock Investments, LLC | M62 Sagebrook Holding Company, LLC |
| H60 Moravian Holding Company LLC | Sagebrook Investments, LLC |
| Moravian Investments, LLC | H54 Seven Stars Holding Company, LLC |
| M67 Mountain Spring Holding Company, LLC | Seven Stars Investments, LLC |
| Mountain Spring Investments, LLC | H11 Silk City Holding Company, LLC |
| M83 Mt. Holly Holding Company, LLC | Silk City Investments, LLC |
| Mt. Holly Investments, LLC | H30 Silver Maple Holding Company, LLC |
| H38 Mutsu Holding Company, LLC | Silver Maple Investments, LLC |
| Mutsu Investments, LLC | Silverleaf Funding, LLC |
| M91 Newville Holding Company, LLC | M41 Silverthorne Holding Company, LLC |
| Newville Investments, LLC | Silverthorne Investments, LLC |
| H51 Old Carbon Holding Company, LLC | M36 Springline Holding Company, LLC |
| Old Carbon Investments, LLC | Springline Investments, LLC |
| H55 Old Maitland Holding Company, LLC | M49 Squaretop Holding Company, LLC |
| Old Maitland Investments, LLC | Squaretop Investments, LLC |
| M46 Owl Ridge Holding Company, LLC | H24 Stayman Holding Company, LLC |
| Owl Ridge Investments, LLC | Stayman Investments, LLC |
| H22 Papirovka Holding Company, LLC | M86 Steele Hill Holding Company, LLC |
| Papirovka Investments, LLC | Steele Hill Investments, LLC |
| H4 Pawtuckaway Holding Company, LLC | M5 Stepstone Holding Company, LLC |
| Pawtuckaway Investments, LLC | Stepstone Investments, LLC |
| M38 Pemberley Holding Company, LLC | H9 Strawberry Fields Holding Company, LLC |
| Pemberley Investments, LLC | Strawberry Fields Investments, LLC |
| H17 Pemigewasset Holding Company, LLC | H36 Sturmer Pippin Holding Company, LLC |
| Pemigewasset Investments, LLC | Sturmer Pippin Investments, LLC |
| M95 Pepperwood Holding Company, LLC | H21 Summerfree Holding Company, LLC |
| Pepperwood Investments, LLC | Summerfree Investments, LLC |
| H47 Summit Cut Holding Company, LLC | Wildernest Investments, LLC |
| Summit Cut Investments, LLC | H52 Willow Grove Holding Company, LLC |
| H65 Thornbury Farm Holding Company, LLC | Willow Grove Investments, LLC |

| | |
|---|---|
| Thornbury Farm Investments, LLC | M94 Winding Road Holding Company, LLC |
| M60 Thunder Basin Holding Company, LLC | Winding Road Investments, LLC |
| Thunder Basin Investments, LLC | WMF Management, LLC |
| M37 Topchord Holding Company, LLC | Woodbridge Capital Investments, LLC |
| Topchord Investments, LLC | Woodbridge Commercial Bridge Loan Fund 1, LLC |
| M48 Vallecito Holding Company, LLC | Woodbridge Commercial Bridge Loan Fund 2, LLC |
| Vallecito Investments, LLC | Woodbridge Investments, LLC |
| M74 Varga Holding Company, LLC | Woodbridge Mezzanine Fund 1, LLC |
| Varga Investments, LLC | Woodbridge Mortgage Investment Fund 1, LLC |
| M50 Wetterhorn Holding Company, LLC | Woodbridge Mortgage Investment Fund 2, LLC |
| Wetterhorn Investments, LLC | Woodbridge Mortgage Investment Fund 3, LLC |
| H12 White Birch Holding Company, LLC | Woodbridge Mortgage Investment Fund 3A, LLC |
| White Birch Investments, LLC | Woodbridge Mortgage Investment Fund 4, LLC |
| M43 White Dome Holding Company, LLC | Woodbridge Structured Funding, LLC |
| White Dome Investments, LLC | H29 Zestar Holding Company, LLC |
| Whiteacre Funding, LLC | Zestar Investments, LLC |
| M44 Wildernest Holding Company, LLC | |

**Exhibit B**

**Petition Coverpages**

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number *(if known)*: _____  Chapter __11__

# FILED

**2017 DEC -4  AM 5: 06**

CLERK☐
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**        Woodbridge Group of Companies, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        4  7  –  5  6  5  3  6  0  3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                State      ZIP Code

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

**2017 DEC -4  AM 5:07**

☐ Check if this is an
    amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | 215 North 12th Street, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 6 – 5 6 6 3 1 0 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 215 North 12th Street |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 07**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
           04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | H31 Addison Park Holding Company, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

3. **Debtor's federal Employer Identification Number (EIN)**    3  0  –  0  9  2  0  7  7  5

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City           State    ZIP Code | City      State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City      State    ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding  LLP)
    ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number *(If known):* _____   Chapter __**11**__

**FILED**

**2017 DEC -4  AM 5: 07**

☐ Check if this is an
    amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

CLERK

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Addison Park Investments, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8  1  –  4  5  7  5  8  8  8

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   642 Saint Cloud Road
   Number      Street

   Los Angeles, California 90077
   City                State      ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (if known): _____ Chapter __11__

FILED

2017 DEC -4 AM 5:07

☐ Check if this is an
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M11 Anchorpoint Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 4 4 1 9 4 6 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | |

**Principal place of business**

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City          State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City          State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
              (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5:07**

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Anchorpoint Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 1 0 8 5 5 3 0 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br><br>Sherman Oaks, California 91423<br>City        State    ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City        State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>201 Main St, Units 102, 202, 203, 204 and 303<br>Number    Street<br><br><br>Carbondale, Colorado 81623<br>City        State    ZIP Code |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ | |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                (State)

Case number (if known): _____ Chapter __**11**__

</td></tr>
</table>

**FILED**

2017 DEC -4 AM 5:07

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**     H32 Arborvitae Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 2 – 0 4 8 7 5 2 5

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City        State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City        State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

```
┌─────────────────────────────────────────────┐
│ Fill in this information to identify the case:│
│                                               │
│ United States Bankruptcy Court for the:       │
│ _____                             │
│              District of   Delaware           │
│                           (State)             │
│ Case number (if known): _____  Chapter __11__ │
└─────────────────────────────────────────────┘
```

**FILED**

**2017 DEC -4  AM 5: 07**

☐ Check if this is an
US BANKRUPTCY COURT amended filing
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Arborvitae Investments, LLC | |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8  1  –  2  8  3  3  4  2  6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                          State       ZIP Code | City                          State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 43 Indian Paint Brush |
| County | Number       Street |
| | Carbondale, Colorado 81623 |
| | City                          State       ZIP Code |

**5. Debtor's website (URL)**      http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white;"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          M26 Archivolt Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      3  0  —  0  8  3  6  4  3  6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City           State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City           State      ZIP Code

5. **Debtor's website (URL)**      http://woodbridgecompanies.com/

6. **Type of debtor**      ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (if known): _____  Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 08

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Archivolt Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4 7 – 2 1 7 8 5 4 2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City             State      ZIP Code | City             State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 47 Mustang Circle |
| County | Number      Street |
| | Snowmass Village, Colorado 81615 |
| | City             State      ZIP Code |

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

FILED

2017 DEC -4 AM 5:08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
Amended filing

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known)*: _____  Chapter **11**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  H2 Arlington Ridge Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  3 2 – 0 4 7 9 9 3 0

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City            State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    ZIP Code

5. **Debtor's website (URL)**  http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td>_____ District of</td><td><strong>Delaware</strong><br>(State)</td></tr>
<tr><td>Case number (<em>if known</em>): _____</td><td>Chapter <u>11</u></td></tr>
</table>

FILED

2017 DEC -4 AM 5:08

☐ Check if this is an
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                     Arlington Ridge Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**          8  1  –  0  7  7  8  8  7  9

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   _____

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                    State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   1357 Laurel Way
   Number        Street

   _____

   Beverly Hills, California 90210
   City                    State      ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__

(State)

Case number (If known): _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 08**

☐ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | M19 Arrowpoint Holding Company, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  8  ~  3   9   3   4   3   7   8 | |

| 4. | **Debtor's address** | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | 14225 Ventura Boulevard #100 | |
| | | Number       Street | Number       Street |
| | | | P.O. Box |
| | | Sherman Oaks, California 91423 | |
| | | City                State     ZIP Code | City                State     ZIP Code |
| | | | Location of principal assets, if different from principal place of business |
| | | Los Angeles | |
| | | County | Number       Street |
| | | | City                State     ZIP Code |

| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
|---|---|---|

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 08

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                  Arrowpoint Investments, LLC

2. **All other names debtor used
   in the last 8 years**
   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**      6 1  –  1  7  4  7  0  6  9

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 125 River Park Road |
| County | Number       Street |
| | Carbondale, Colorado 81623 |
| | City                    State      ZIP Code |

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                      (State)

Case number *(if known)*: _____    Chapter __11__

</td></tr>
</table>

```
FILED

2017 DEC -4  AM 5: 08

☐ Check if this is an
     amended filing
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                    H58 Baleroy Holding Company, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)          3 8 – 4 0 1 1 8 8 1

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   Sherman Oaks, California 91423
   City                State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                State        ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                ☐ Partnership (excluding  LLP)
                                ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

2017 DEC -4 AM 5: 09

☐ Check if this is an
   amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Baleroy Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 0 7 9 8 5 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City         State    ZIP Code | City         State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 108 Diamond A Ranch Road |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City         State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4 AM 5: 09**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**          H13 Bay Village Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**       3 2 – 0 4 9 8 9 1 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State        ZIP Code | City                State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number        Street |
   | | |
   | | City                State        ZIP Code |

5. **Debtor's website (URL)**       http://woodbridgecompanies.com/

6. **Type of debtor**       ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __Delaware__
                            (State)

Case number *(if known)*: _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 09**

☐ Check if this is an
amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**                              Basswood Holding, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        __ __ - __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   __14225 Ventura Boulevard #100__
   Number      Street

   _____

   __Sherman Oaks, California 91423__
   City               State      ZIP Code

   __Los Angeles__
   County

   **Mailing address, if different from principal place of business**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City               State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number      Street

   _____

   _____
   City               State      ZIP Code

5. **Debtor's website (URL)**                     http://woodbridgecompanies.com/

6. **Type of debtor**        ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding  LLP)
                             ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 09**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Bay Village Investments, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 3 1 7 3 2 2 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1432 Tanager Way |
| County | Number      Street |
| | Los Angeles, California 90069 |
| | City                    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                      (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 09**

☐ Check if this is an
amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
      04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | H15 Bear Brook Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 8 0 0 0 3 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __Delaware__
              (State)

Case number (if known): _____    Chapter __11__

**FILED**

2017 DEC -4  AM 5:09

CLERK this is an
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                    Bear Brook Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        8  1  –  2  3  9  3  3  8  7

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot H-10, Aspen Glen Filing No. 6 |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City              State     ZIP Code |

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
          (State)

Case number (if known): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 09**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H46 Beech Creek Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 6 – 4 8 4 0 0 5 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number         Street | Number       Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number       Street |
| | |
| | City                State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
           (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5:10

☑ Check if this is an
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Beech Creek Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3 7 – 1 8 3 0 9 6 3

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                         State        ZIP Code | City                         State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 59 Rivers Bend |
| County | Number       Street |
| | Carbondale, Colorado 81623 |
| | City                         State        ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number *(if known):* _____    Chapter __11__

**FILED**

2017 DEC -4 AM 5: 10

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**        H70 Bishop White Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      3  6  –  4  8  5  6  1  6  1

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | |
| County | Number    Street |
| | City          State    ZIP Code |

5. **Debtor's website (URL)**      http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (*if known*): _____    Chapter __11__

**FILED**

**2017 DEC -4 AM 5: 10**

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1.  **Debtor's name** | **Bishop White Investments, LLC** |
| 2.  **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3.  **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 8 1 8 7 8 4 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                          State        ZIP Code | City                          State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 805 Nimes Place |
| County | Number        Street |
| | |
| | Los Angeles, California 90077 |
| | City                          State        ZIP Code |

| | | |
|---|---|---|
| 5.  **Debtor's website (URL)** | http://woodbridgecompanies.com/ | |
| 6.  **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ | |

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** |
| (State) |
| Case number (*if known*): _____ Chapter **11** |

**FILED**

**2017 DEC -4  AM 5: 10**

☐ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
| --- | --- |
| 1. **Debtor's name** | Carbondale Glen Lot SD-23, LLC |

| | |
| --- | --- |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
| --- | --- |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 1 2 0 4 7 7 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| **Sherman Oaks, California 91423** | |
| City               State     ZIP Code | City               State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Los Angeles** | Lot SD-14, Aspen Glen Filing 4 |
| County | Number     Street |
| | |
| | **Carbondale, Colorado 81623** |
| | City               State     ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
            (State)

Case number (*if known*): _____ Chapter __**11**__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 11

☐ Check if this is an
~~amended~~ filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Carbondale Glen Lot SD-14, LLC | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 6 – 4 9 9 5 5 1 5 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot SD-14, Aspen Glen Filing 4 |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City          State     ZIP Code |

5. **Debtor's website (URL)**      http://woodbridgecompanies.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter __11__

```
FILED
2017 DEC -4  AM 5: 11
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Carbondale Glen Mesa Lot 19, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 6 – 5 3 0 6 3 7 6 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot 19, Roaring Fork Mesa at Aspen Glen |
| County | Number      Street |
| | Carbondale, Colorado 81623 |
| | City                State      ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*If known*): _____ Chapter **11**

</td></tr>
</table>

```
FILED
2017 DEC -4  AM 5: 11
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**

Carbondale Glen River Mesa, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 1 6 8 6 9 2 6

---

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

Sherman Oaks, California 91423
City                    State        ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State        ZIP Code

---

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

---

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (if known): _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5: 11

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          Carbondale Glen Sundance Ponds, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4 7 – 1 7 2 0 1 1 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                    State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                    State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Lot 19, Roaring Fork Mesa at Aspen Glen
   Number     Street

   Carbondale, Colorado 81623
   City                    State     ZIP Code

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*if known*): _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 11

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Carbondale Glen Sweetgrass Vista, LLC |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years | _____ |
| | Include any assumed names, trade names, and *doing business as* names | _____ |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 6 – 5 2 7 7 5 1 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot C-1, Aspen Glen Filing 1 |
| County | Number     Street |
| | and 446 East Diamond A Ranch Road |
| | Carbondale, Colorado 81623 |
| | City          State      ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number (if known): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 11**

☐ Check if this is an
~~amended filing~~

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**                Carbondale Spruce 101, LLC

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as* names

**3. Debtor's federal Employer
Identification Number (EIN)**      4 6 – 5 5 9 6 1 2 6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 201 Main Street, Unit 101 |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City              State      ZIP Code |

**5. Debtor's website (URL)**      http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (if known): _____ Chapter __11__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Carbondale Sundance Lot 15, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  9 0 – 1 0 1 1 1 3 1

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State       ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State       ZIP Code

   **Location of principal assets, if different from principal place of business**

   Lot SD-15, Aspen Glen Filing 4
   Number      Street

   Carbondale, Colorado 81623
   City                State       ZIP Code

5. **Debtor's website (URL)**  http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**FILED**

**2017 DEC -4  AM 5: 12**

☐ Check if this is an
CLERK amended filing
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** |
| (State) |
| Case number (if known): _____ Chapter __11__ |

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Carbondale Sundance Lot 16, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   6  1 ~ 1  7  2  0  7  8  6

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | Lot SD-15, Aspen Glen Filing 4 |
   | County | Number    Street |
   | | Carbondale, Colorado 81623 |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number *(if known)*: _____    Chapter __11__

**FILED**

2017 DEC -4 AM 5: 12

☐ Check if this is an
   amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

**M53 Castle Pines Holding Company, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3  5  –  2  5  3  3  3  9  8

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City            State     ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City            State     ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City            State     ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

FILED

2017 DEC -4  AM 5: 12

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   **Castle Pines Investments, LLC**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4  7  –  4  1  8  4  1  2  3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 34 Mariposa |
   | County | Number    Street |
   | | |
   | | Carbondale, Colorado 81623 |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (if known): _____ Chapter __11__

**FILED**

**2017 DEC -4  AN 5: 12**

☐ Check if this is an amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**      M25 Centershot Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   6 1 – 1 7 4 2 1 2 8

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   _____

   Sherman Oaks, California 91423
   City          State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City          State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 12**

☐ Check if this is an
US BANKRUPTCY COURT amended filing
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Centershot Investments, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 2 – 1 0 5 9 3 9 1 |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City    State    ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>8692 Franklin Avenue<br>Number    Street<br><br>Los Angeles, California 90069<br>City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*If known*): _____ Chapter __11__

</td><td>

**FILED**

2017 DEC -4  AM 5: 12

❑ Check if this is an
CLERK amended filing
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

</td></tr>
</table>

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**
   M76 Chaplin Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**
   6 1 – 1 7 6 9 2 6 7

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                    State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                    State      ZIP Code

5. **Debtor's website (URL)**
   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ❑ Partnership (excluding  LLP)
   ❑ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">_____ District of <strong>Delaware</strong><br>(State)</td></tr>
<tr><td>Case number (<em>if known</em>): _____</td><td>Chapter <u>11</u></td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 12

☐ Check if this is an amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Chaplin Investments, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4  7  –  5  1  2  3  2  1  5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100<br>Number      Street | _____<br>Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423<br>City                    State      ZIP Code | _____<br>City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | Lot 13, Roaring Fork Mesa at Aspen Glen<br>Number      Street |
| | _____ |
| | Carbondale, Colorado 81623<br>City            State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (if known): _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 12**

☐ Check if this is an
CLERK amended filing
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M79 Chestnut Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6  1  –  1  7  7  0  1  2  5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | _____ |
| County | Number      Street |
| | _____ |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (if known): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 12

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Chestnut Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 6 – 4 8 1 9 8 0 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number      Street | Number      Street |
| | _____ |
| | P.O. Box |
| Sherman Oaks, California 91423 | _____ |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 10733 Stradella Court |
| County | Number      Street |
| | _____ |
| | Los Angeles, California 90077 |
| | City                    State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (if known): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 13**

☐ Check if this is an amended filing

**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | H5 Chestnut Ridge Holding Company, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 7 7 5 2 4 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*If known*): _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 13**

☐ Check if this is an
  amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Chestnut Ridge Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8  1  –  1  4  8  3  8  1  5

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City                State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City                State      ZIP Code

Location of principal assets, if different from principal place of business

10750 Chalon Road
Number     Street

Los Angeles, California 90077
City                State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of   **Delaware**
                 (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 13**

☐ Check if this is an
   ~~CLERK~~ amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M45 Clover Basin Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  8  ~  4  0  0  6  6  7  7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City             State     ZIP Code | City             State     ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | Los Angeles | |
   | County | Number     Street |
   | | |
   | | City             State     ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>
**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number *(if known):* _____ Chapter **11**
</td></tr>
</table>

```
            FILED
    2017 DEC -4  AM 5: 13

          ☐ Check if this is an
      CLERK     amended filing
   US BANKRUPTCY COURT
   DISTRICT OF DELAWARE
```

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Clover Basin Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  3  0  0  8  4  7  0 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

_____

Sherman Oaks, California 91423
City                    State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

1061 Two Creeks Drive
Number        Street

_____

Snowmass Village, Colorado 81615
City                    State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
              (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

2017 DEC -4 AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M51 Coffee Creek Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  5  3  2  7  4  5 |

| | |
|---|---|
| 4. | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City          State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**FILED**

2017 DEC -4 AM 5: 13

☐ Check if this is an amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

<table>
<tr><td colspan="2">**Fill in this information to identify the case:**</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td>_____ District of</td><td>**Delaware**<br>(State)</td></tr>
<tr><td>Case number (if known): _____</td><td>Chapter __11__</td></tr>
</table>

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                     Coffee Creek Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**          4 7 – 4 1 0 9 3 6 5

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   82 Fox Prowl
   Number     Street

   Carbondale, Colorado 81623
   City                State     ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
             (State)

Case number (*If known*): _____ Chapter __11__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 13

☐ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**

H56 Craven Holding Company, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**

3 8 – 4 0 1 1 3 4 4

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City                State    ZIP Code |

---

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____ Chapter __11__

```
FILED
2017 DEC -4  AM 5: 14
      CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE
```

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Craven Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 1 – 4 5 5 0 9 9 4

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number   Street

   Sherman Oaks, California 91423
   City          State    ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   Number   Street

   P.O. Box

   City          State    ZIP Code

   Location of principal assets, if different from principal place of business

   25085 Ashley Ridge Road
   Number   Street

   Hidden Hills, California 91302
   City          State    ZIP Code

5. **Debtor's website (URL)**  http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (If known): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 15

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Drawspan Investments, LLC |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | 3  7  –  1  7  6  5  4  5  7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City               State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 3843 Hayvenhurst Avenue |
| County | Number      Street |
| | Encino, California 91436 |
| | City               State      ZIP Code |

| | |
|---|---|
| 5. Debtor's website (URL) | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter __**11**__

**FILED**

2017 DEC -4 AM 5: 15

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M71 Eldredge Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  6  –  4  8  1  6  3  3  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                        State        ZIP Code | City                        State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City                        State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
(State)

Case number (*if known*): _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 15**

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Eldredge Investments, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names, and *doing business as* names |

3. **Debtor's federal Employer Identification Number (EIN)**    3  0  –  0  8  8  1  5  7  9

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                              State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 714 North Oakhurst Drive |
| County | Number        Street |
| | |
| | Beverly Hills, California 90210 |
| | City                    State        ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

FILED

2017 DEC -4  AM 5: 15

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (If known): _____   Chapter __11__

☐ Check this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | H25 Elstar Holding Company, LLC |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 3  7  –  1  8  4  3  2  4  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____  Chapter __11__

**FILED**

2017 DEC -4  AM 5: 15

☐ Check if this is an
Clerk amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Elstar Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   _8_ _1_ – _4_ _7_ _5_ _3_ _7_ _3_ _1_

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   _____

   Sherman Oaks, California 91423
   City                State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City            State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   1520 Carla Ridge
   Number        Street

   _____

   Beverly Hills, California 90210
   City            State        ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

FILED

2017 DEC -4  AM 5: 15

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
　　　　　　　　　(State)

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H19 Emerald Lake Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  5  5  1  5  7  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City                    State        ZIP Code |

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (if known): _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5: 16

☒ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Emerald Lake Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  8  –  3  9  9  2  2  7  6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                          State      ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City                          State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | M24 Fieldpoint Holding Company, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  8  –  3  9  3  6  2  1  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City        State   ZIP Code | City        State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City        State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*if known*): _____    Chapter __11__

**FILED**

2017 DEC -4  AM 5: 16

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Fieldpoint Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 7 – 1 5 1 2 4 0 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number        Street | Number        Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                    State        ZIP Code | City                    State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 809 Grand Avenue |
   | County | Number        Street |
   | | Glenwood Springs, Colorado 81601 |
   | | City                    State        ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number (If known): _____  Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 16**

☐ Check if this is an
   amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M88 Franconia Notch Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  6  0  8  1  8  4 |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (if known): _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5: 16

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Franconia Notch Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 5 4 7 3 2 5 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

Principal place of business:

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City             State    ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business:

Number    Street

P.O. Box

City             State    ZIP Code

**Location of principal assets, if different from principal place of business**

Lot 54, Roaring Fork Mesa at
Number    Street

Aspen Glen, Filing No. 2

Carbondale, Colorado 81623
City             State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 16

☐ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M10 Gateshead Holding Company, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names, and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 5 – 2 5 0 8 9 2 4 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 14225 Ventura Boulevard #100 | |
| | | Number     Street | Number     Street |
| | | | P.O. Box |
| | | Sherman Oaks, California 91423 | |
| | | City                State     ZIP Code | City                State     ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | Los Angeles | |
| | | County | Number     Street |
| | | | City                State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

2017 DEC -4  AM 5: 16

CLERK☑Check if this is an
US BANKRUPTCY COURT amended filing
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**
   Gateshead Investments, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**
   4 7 – 1 2 4 1 5 3 7

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 981 and 995 Cowen Drive |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City              State     ZIP Code |

5. **Debtor's website (URL)**
   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Official Form 201               Voluntary Petition for Non-Individuals Filing for Bankruptcy               page 1

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number *(if known):* _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    M85 Glenn Rich Holding Company, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**     3 5 – 2 6 0 7 8 4 4

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                State       ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place
   of business**

   Number     Street

   P.O. Box

   City                State       ZIP Code

   **Location of principal assets, if different from
   principal place of business**

   Number     Street

   City                State       ZIP Code

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                               ☐ Partnership (excluding  LLP)
                               ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**                Glenn Rich Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**     8 2 – 3 5 4 7 3 5 0

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City           State     ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City           State     ZIP Code

Location of principal assets, if different from principal place of business

4123 Crystal Bridge Drive
Number    Street

Carbondale, Colorado 81623
City           State     ZIP Code

**5. Debtor's website (URL)**       http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                          (State)

Case number (*if known*): _____  Chapter __**11**__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 17

☐ Check if this is an
CLEamended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M93 Goose Rocks Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  0  –  0  9  7  5  1  8  9 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number        Street<br><br><br>Sherman Oaks, California 91423<br>City                    State        ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number        Street<br><br>P.O. Box<br><br>City                    State        ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number        Street<br><br><br>City                    State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

FILED

2017 DEC -4  AM 5: 17

☑ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (if known): _____ Chapter **11**

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | **Goose Rocks Investments, LLC** |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | _____ _____ _____ _____ |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8  2  –  1  1  7  5  4  5  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City             State       ZIP Code | City             State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 9127 Thrasher Avenue |
| County | Number      Street |
| | Los Angeles, California 90069 |
| | City             State       ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                     (State)

Case number (*if known*): _____ Chapter __**11**__

**FILED**

**2017 DEC -4  AM 5: 17**

**CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | M68 Goosebrook Holding Company, LLC |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | 3 7 ~ 1 7 8 9 4 3 4 |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number          Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City                    State      ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number          Street<br><br>_____<br>P.O. Box<br><br>_____<br>City                    State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number          Street<br><br>_____<br>City                    State      ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (*if known*): _____   Chapter **11**

**FILED**

2017 DEC -4 AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**            Goosebrook Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**      4 7 – 4 9 4 3 7 3 7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                     State      ZIP Code | City                     State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 2600 Hutton Drive |
| County | Number        Street |
| | Beverly Hills, California 90210 |
| | City                     State      ZIP Code |

**5. Debtor's website (URL)**      http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number *(if known)*: _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 17**

☐ Check if this is an
   amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H68 Graeme Park Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   6 1 – 1 8 1 2 7 3 6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street


   Sherman Oaks, California 91423
   City                State    ZIP Code


   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street


   City            State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (If known): _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Graeme Park Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 3 0 8 8 6 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1011 North Hillcrest Road |
| County | Number    Street |
| | Beverly Hills, California 90210 |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (if known): _____  Chapter **11**

</td></tr>
</table>

**FILED**

2017 DEC -4 AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | H61 Grand Midway Holding Company, LLC |
|----|---------------|---------------------------------------|

| 2. | All other names debtor used in the last 8 years | |
|----|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 3 8 – 4 0 1 4 8 3 5 |
|----|---|---|

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City            State      ZIP Code |

| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
|----|---|---|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|----|---|---|
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (if known): _____   Chapter **11**

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 18

☐ Check if this is an
~~amended~~ filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | **Grand Midway Investments, LLC** |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 5 9 1 6 7 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | _____ |
| City                    State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 800 Stradella Road |
| County | Number      Street |
| | |
| | Los Angeles, California 90077 |
| | City            State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>
**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____   Chapter __11__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 18

☐ Check if this is an
    amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H26 Gravenstein Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  2  –  0  4  8  4  3  2  3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   Sherman Oaks, California 91423
   City                State       ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number       Street

   P.O. Box

   City                State       ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City                State       ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td>District of</td><td>Delaware<br>(State)</td></tr>
<tr><td>Case number <em>(if known):</em></td><td>Chapter <u>11</u></td></tr>
</table>

FILED

2017 DEC -4  AM 5: 18

☐ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Gravenstein Investments, LLC | |
| 2. **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 2 2 6 2 1 9 5 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100<br>Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423<br>City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | 24055 Hidden Ridge Road<br>Number        Street |
| | Hidden Hills, California 91302<br>City                State        ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ | |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: | |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__

                (State)

Case number (*if known*): _____ Chapter __**11**__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 19**

CLERK
US BANKRUP...
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

1. **Debtor's name**

   Imperial Aly Investments, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**

   8 2 – 3 2 3 7 9 4 0

---

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City          State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   633 Foothill Road
   Number     Street

   Beverly Hills, California 90210
   City          State    ZIP Code

---

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                              (State)

Case number *(if known):* _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5: 19

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M99 Ironsides Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  7  –  1  8  3  8  2  6  1 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City               State     ZIP Code | City               State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City               State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (if known): _____ Chapter **11**

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5: 19

☒ Check if this is an

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Ironsides Investments, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 8 1 – 4 0 7 2 3 5 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number          Street | Number          Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State          ZIP Code | City              State          ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number          Street |
| | |
| | City              State          ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                      (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4 AM 5:19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H43 Lenni Heights Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 7 9 7 9 5 1 |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City                State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
             (State)

Case number (*if known*): _____ Chapter __**11**__

</td></tr>
</table>

**FILED**

2017 DEC -4  AM 5:19

☐ Check if this is an
amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Lenni Heights Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 3 6 3 6 6 9 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 302 Wildflower |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number *(If known)*: _____  Chapter **11**

**FILED**

**2017 DEC -4  AM 5: 20**

☐ Check if this is an
    amended filing

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | H6 Lilac Meadow Holding Company, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 8 – 3 9 8 4 9 2 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                      (State)

Case number (if known): _____   Chapter __11__

**FILED**
**2017 DEC -4  AM 5: 20**
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Lilac Meadow Investments, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 1 4 8 4 0 0 0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 9230 Robin Drive |
| County | Number     Street |
| | |
| | Los Angeles, California 90069 |
| | City                State    ZIP Code |

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5:20

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | M17 Lincolnshire Holding Company, LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  5  0  9  8  9  5 |

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

_____

Sherman Oaks, California 91423
City                    State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

_____

City                    State      ZIP Code

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

FILED

2017 DEC -4  AM 5: 20

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____  District of  **Delaware**
                          (State)

Case number (*if known*): _____  Chapter  __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Lincolnshire Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**       4  7  –  1  3  1  0  5  3  3

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 14225 Ventura Boulevard #100 | |
   | Number       Street | Number       Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State      ZIP Code | City            State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 1312 Beverly Grove Place |
   | County | Number       Street |
   | | Beverly Hills, California 90210 |
   | | City            State        ZIP Code |

5. **Debtor's website (URL)**       http://woodbridgecompanies.com/

6. **Type of debtor**       ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding  LLP)
                             ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (if known): _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 20

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M54 Lonetree Holding Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6  1  –  1  7  6  2  3  5  6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City                    State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                          (State)

Case number (if known): _____    Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 20**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
| --- | --- |
| 1. **Debtor's name** | Lonetree Investments, LLC |
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 7 8 5 1 9 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot 53, Roaring Fork Mesa at |
| County | Number     Street |
| | Aspen Glen, Filing No. 2 |
| | Carbondale, Colorado 81623 |
| | City              State     ZIP Code |

| | |
| --- | --- |
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 20

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M40 Longbourn Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6  1  –  1  7  5  3  8  9  3 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

_____

Sherman Oaks, California 91423
City                    State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number        Street

_____
P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

_____

City                    State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

```
Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of    Delaware
                      (State)

Case number (if known): _____   Chapter   11
```

**FILED**

2017 DEC -4  AM 5: 20

☐ Check if this is an
amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Longbourn Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 9 4 2 8 8 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 9040 Alto Cedro Drive |
| County | Number     Street |
| | Beverly Hills, California 90210 |
| | City          State   ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | M73 Mason Run Holding Company, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  5  3  5  6  9  1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City              State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City              State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**                    **Mason Run Investments, LLC**

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**    _4_ _7_ – _4_ _4_ _7_ _0_ _6_ _4_ _4_

---

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **14225 Ventura Boulevard #100** | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | **Sherman Oaks, California 91423** | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | **Los Angeles** | **1962 Stradella Road** |
   | County | Number    Street |
   | | **Los Angeles, California 90077** |
   | | City    State    ZIP Code |

---

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** |
| (State) |
| Case number (*if known*): _____ Chapter **11** |

**FILED**

2017 DEC -4 AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   H8 Melody Lane Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 8 – 3 9 8 4 0 1 1

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City          State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City          State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City          State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                                    (State)

Case number (*if known*): _____ Chapter **11**

---

FILED

2017 DEC -4  AM 5: 21

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

1. **Debtor's name**                 Melody Lane Investments, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**      8 1 – 1 5 0 0 2 5 2

---

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   _____

   Sherman Oaks, California 91423
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   P.O. Box

   _____
   City          State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   19 Sage Court
   Number    Street

   _____

   Carbondale, Colorado 81623
   City          State     ZIP Code

---

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

---

6. **Type of debtor**        ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding  LLP)
                             ☐ Other. Specify: _____

---

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

2017 DEC -4 AM 5:21

☑ Check if this is an amended filing

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | M90 Merrimack Valley Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 8 – 4 0 5 0 5 4 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State    ZIP Code | City             State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | |
| | City             State      ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Official Form 201                     Voluntary Petition for Non-Individuals Filing for Bankruptcy                     page 1

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter **11**

</td></tr>
</table>

FILED

2017 DEC -4 AM 5: 21

☐ Check if this is an
US BANKRUPTCY COURT amended filing
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | **Merrimack Valley Investments, LLC** | |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8  2  –  3  5  4  7  3  0  7 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1165 Heritage Drive |
| County | Number      Street |
| | |
| | Carbondale, Colorado 81623 |
| | City                State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 21**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M61 Mineola Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _3_ _8_ – _3_ _9_ _6_ _8_ _9_ _8_ _9_

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   _____

   Sherman Oaks, California 91423
   City                         State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City              State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City              State        ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____  Chapter __11__

**FILED**
**2017 DEC -4  AM 5: 21**
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                     Mineola Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4  7  –  3  8  4  9  0  2  9

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                         State      ZIP Code | City                         State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 67 Puma |
| County | Number        Street |
| | Carbondale, Colorado 81623 |
| | City                         State      ZIP Code |

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                     (State)

Case number (if known): _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 21**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  H16 Monadnock Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 2 – 0 4 8 3 3 9 1

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City                State    ZIP Code

5. **Debtor's website (URL)**   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number (*If known*): _____  Chapter __11__

**FILED**

2017 DEC -4  AM 5: 22

CLERK ☑ Check if this is an
US BANKRUPTCY COURT amended filing
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Monadnock Investments, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8  1  –  2  3  9  3  5  1  3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 336 Golden Stone Drive |
| County | Number     Street |
| | |
| | Carbondale, Colorado 81623 |
| | City                State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                         ☐ Partnership (excluding  LLP)
                         ☐ Other. Specify: _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                     (State)

Case number (*if known*): _____    Chapter __11__

**FILED**

2017 DEC -4  AM 5: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | H60 Moravian Holding Company, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 8 0 3 1 7 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                     (State)

Case number (*if known*): _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 22**

**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Moravian Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 5 3 6 8 5 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 36 Primrose Road |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>
<strong>Fill in this information to identify the case:</strong>

United States Bankruptcy Court for the:
_____
District of __Delaware__
       (State)

Case number (<em>if known</em>): _____   Chapter __11__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 22

☐ CHECK if this is an
amended filing
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, <em>Instructions for Bankruptcy Forms for Non-Individuals,</em> is available.

| | |
|---|---|
| 1. **Debtor's name** | Pinney Investments, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and <em>doing business as</em> names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 4 7 0 1 3 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100<br>Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | 15655 Woodvale Road<br>Number    Street |
| | Encino, California 91436<br>City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

FILED
2017 DEC -4 AM 5: 23
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known):* _____    Chapter __11__

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H23 Pinova Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 8 4 0 3 0 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | _____ |
| City                     State       ZIP Code | City                     State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | _____ |
| County | Number       Street |
| | _____ |
| | City                     State       ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____  District of  **Delaware**
                          (State)

Case number (if known): _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5:23**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Pinova Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8  1  –  4  7  5  3  4  6  8

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City                State    ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City                State    ZIP Code

Location of principal assets, if different from principal place of business

241 Rivers Bend Road
Number    Street

Carbondale, Colorado 81623
City                State    ZIP Code

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                              (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

1. **Debtor's name**

   M34 Quarterpost Holding Company, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

---

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 8 0 2 7 8 0

---

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   _____

   Sherman Oaks, California 91423
   City            State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   _____
   Number       Street

   _____
   P.O. Box

   _____
   City            State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number       Street

   _____

   _____
   City            State     ZIP Code

---

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (if known): _____ Chapter __11__

</td><td>

FILED

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Quarterpost Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** | _____ |
| Include any assumed names, trade names, and *doing business as* names | _____ |
| | _____ |
| | _____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 6  1 – 1  7  6  4  8  0  2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 180 Saddleback Lane |
| County | Number       Street |
| | Snowmass Village, Colorado 81615 |
| | City                State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number *(if known)*: _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5:23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M57 Ridgecrest Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _3_ _6_ – _4_ _8_ _1_ _2_ _7_ _5_ _9_

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City        State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   57 Diamond A Ranch Road
   Number    Street

   Carbondale, Colorado 81623
   City        State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
            (State)

Case number *(if known)*: _____ Chapter __**11**__

**FILED**

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.  Debtor's name**         Ridgecrest Investments, LLC

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3.  Debtor's federal Employer Identification Number (EIN)**     6  1 – 1  7  6  9  6  9  6

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number          Street | Number          Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State          ZIP Code | City                    State          ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 57 Diamond A Ranch Road |
| County | Number          Street |
| | |
| | Carbondale, Colorado 81623 |
| | City                    State          ZIP Code |

**5.  Debtor's website (URL)**     http://woodbridgecompanies.com/

**6.  Type of debtor**

     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

     ☐ Partnership (excluding  LLP)

     ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | M97 Red Wood Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** |

__ __ - __ __ __ __ __ __ __

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

14225 Ventura Boulevard #100
_____
Number        Street

_____

Sherman Oaks, California 91423
_____
City                State      ZIP Code

Los Angeles
_____
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*If known*): _____ Chapter __11__

FILED
2017 DEC -4  AM 5: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Red Woods Investments, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _ _ - _ _ _ _ _ _ _ |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

Sherman Oaks, California 91423
City                          State        ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                          State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                          State        ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*if known*): _____ Chapter **11**

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 24**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M75 Riley Creek Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 8 7 7 2 2 6 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City    State    ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**FILED**

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

---

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** |
| (State) |
| Case number *(if known)*: _____ Chapter **11** |

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**  Riley Creek Investments, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 4 5 8 0 2 1 4

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                       State      ZIP Code | City                       State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 711 Walden Drive |
| County | Number       Street |
| | Beverly Hills, California 90210 |
| | City                       State      ZIP Code |

---

**5. Debtor's website (URL)**   http://woodbridgecompanies.com/

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 24**

**CLERK**
**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H59 Rising Sun Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 2 – 0 5 0 5 5 5 4

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   _____

   Sherman Oaks, California 91423
   City                        State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                        State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                        State        ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (If known): _____ Chapter **11**

FILED
2017 DEC -4 AM 5: 24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | **Rising Sun Investments, LLC** |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 7 – 1 8 5 6 8 4 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 7909 Fountain Avenue |
| County | Number    Street |
| | and 1301/1307 North Fairfax Avenue |
| | West Hollywood, California 90046 |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
             (State)

Case number (*if known*): _____    Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 24**

☐ Check if this is an amended filing

**US BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M62 Sagebrook Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _3_ _8_ – _3_ _9_ _7_ _5_ _7_ _1_ _7_

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City         State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City         State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
               (State)

Case number *(if known)*: _____  Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 24**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
| --- | --- |
| 1. **Debtor's name** | Sagebrook Investments, LLC |

| | |
| --- | --- |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | |
| --- | --- |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 7 5 1 4 6 4 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1258 Lago Vista Drive |
| County | Number    Street |
| | Beverly Hills, California 90210 |
| | City    State    ZIP Code |

| | |
| --- | --- |
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
| --- | --- |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                       (State)

Case number (*if known*): _____ Chapter **11**

FILED
2017 DEC -4 AM 5:24
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**            H54 Seven Stars Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**          3 0 – 0 9 4 8 4 3 2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number          Street | Number          Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State          ZIP Code | City          State          ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number          Street |
| | City          State          ZIP Code |

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
           (State)

Case number (*If known*): _____ Chapter **11**

</td></tr>
</table>

```
                          FILED
              2017 DEC -4  AM 5: 24
                    CLERK
              US BANKRUPTCY COURT
              DISTRICT OF DELAWARE
```

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Seven Stars Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 0 8 6 9 9 4 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City           State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City           State    ZIP Code

**Location of principal assets, if different from principal place of business**

368/342 River Bend Way
Number     Street

Glenwood Springs, Colorado 81601
City           State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**FILED**
2017 DEC -4  AM 5: 25
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known)*: _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    H11 Silk City Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 5 – 2 5 6 5 0 0 2

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City              State    ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
                    (State)

Case number (if known): _____  Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                 Silk City Investments, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**       8  1  –  3  1  2  1  4  6  5

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 25210 Jim Bridger Road |
| County | Number      Street |
| | Hidden Hills, California 91302 |
| | City                State      ZIP Code |

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

**FILED**

**2017 DEC -4 AM 5: 25**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                     (State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**                H30 Silver Maple Holding Company, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**      3  6  –  4  8  2  9  9  5  3

---

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State    ZIP Code | City               State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number    Street |
   | | City               State    ZIP Code |

---

5. **Debtor's website (URL)**       http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (*if known*): _____ Chapter __**11**__

**FILED**

**2017 DEC -4  AM 5: 25**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Silver Maple Investments, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 8 5 9 6 9 9 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 14225 Ventura Boulevard #100 <br> Number    Street <br><br> Sherman Oaks, California 91423 <br> City           State   ZIP Code <br><br> Los Angeles <br> County | **Mailing address, if different from principal place of business** <br><br> Number    Street <br><br> P.O. Box <br><br> City           State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> 810 Sarbonne Road <br> Number    Street <br><br> Los Angeles, California 90077 <br> City           State   ZIP Code |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ | |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 25**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**            Silverleaf Funding, LLC

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as* names

**3. Debtor's federal Employer
Identification Number (EIN)**     9 0 – 1 0 0 9 8 7 7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                     State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number       Street |
| | City              State      ZIP Code |

**5. Debtor's website (URL)**     http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number *(if known):* _____ Chapter __11__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 25**

**CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE**

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M41 Silverthorne Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 8 5 6 9 3 0 |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City         State    ZIP Code | City       State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City      State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">_____ District of <b>Delaware</b><br>     (State)</td></tr>
<tr><td colspan="2">Case number (if known): _____ Chapter <u>11</u></td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 25**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Silverthorne Investments, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 2 1 8 8 4 0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number  Street | Number  Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State  ZIP Code | City    State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 345 Branding Lane |
| County | Number  Street |
| | Snowmass Village, Colorado 81615 |
| | City    State  ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (*if known*): _____ Chapter __11__

**FILED**

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☑ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

M36 Springline Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3 7 ~ 1 8 7 0 9 0 8

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number       Street

Sherman Oaks, California 91423
City                    State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number       Street

P.O. Box

City                    State      ZIP Code

Location of principal assets, if different from principal place of business

Number       Street

City                    State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                      (State)

Case number (*if known*): _____ Chapter __**11**__



☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H53 Black Bass Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 6 – 4 8 4 3 5 0 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City                    State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number *(if known)*: _____  Chapter __11__

</td></tr>
</table>



2017 DEC -4  AM 5: 07

US BANKRUPTCY
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Black Bass Investments, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. | Debtor's federal Employer Identification Number (EIN) | N o t   y e t   o b t a i n e d |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number     Street | Number     Street |
| _____ | P.O. Box |
| Sherman Oaks, California 91423 | _____ |
| City       State     ZIP Code | City       State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot D-20, Aspen Glen Filing No. 1 |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City       State     ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number *(if known)*: _____ Chapter **11**

</td></tr>
</table>



FILED

2017 DEC -4  AM 5: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                     H28 Black Locust Holding Company, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**          3  2  –  0  4  8  6  9  4  1

4. **Debtor's address**          Principal place of business                    Mailing address, if different from principal place
                                                                                of business

                                 14225 Ventura Boulevard #100
                                 Number      Street                             Number      Street

                                                                                P.O. Box

                                 Sherman Oaks, California 91423
                                 City              State      ZIP Code          City              State      ZIP Code

                                                                                Location of principal assets, if different from
                                                                                principal place of business

                                 Los Angeles
                                 County                                         Number      Street

                                                                                City              State      ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                               ☐ Partnership (excluding  LLP)
                               ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                       (State)

Case number (*if known*): _____  Chapter __11__

</td></tr>
</table>



2017 DEC -4  AM 5:07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1.  Debtor's name**

**Black Locust Investments, LLC**

---

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3.  Debtor's federal Employer Identification Number (EIN)**

8  1  –  2  8  3  3  1  5  9

---

**4.  Debtor's address**

**Principal place of business**

**14225 Ventura Boulevard #100**
Number     Street

**Sherman Oaks, California 91423**
City                 State     ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                 State     ZIP Code

**Location of principal assets, if different from principal place of business**

**Lot 12, Roaring Fork Mesa at Aspen Glen**
Number     Street

**Carbondale, Colorado 81623**
City                 State     ZIP Code

---

**5.  Debtor's website (URL)**

http://woodbridgecompanies.com/

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

---



| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (if known): _____    Chapter **11**

2017 DEC -4  AM 5: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    H20 Bluff Point Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    3 6  –  4 8 2 7 3 4 2

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City          State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City          State    ZIP Code

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Delaware**
                           (State)

Case number *(if known)*: _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Bluff Point Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  6 ~ 4  8  5  6  4  0  6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 9212 Nightingale Drive |
| County | Number    Street |
| | |
| | Los Angeles, California 90069 |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
           (State)

Case number (*if known*): _____ Chapter **11**

</td></tr>
</table>



FILED

2017 DEC -4  AM 5: 07

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

H49 Bowman Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3 2 – 0 5 0 1 6 9 4

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number *(if known):* _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Bowman Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   N o t  y e t  o b t a i n e d

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                    State          ZIP Code | City                    State          ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | Lot 15, The Fairways at Aspen Glen |
   | County | Number     Street |
   | | Carbondale, Colorado 81623 |
   | | City                    State          ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number *(if known)*: _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1.  **Debtor's name**                     M27 Brise Soleil Holding Company, LLC

2.  **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3.  **Debtor's federal Employer Identification Number (EIN)**     3  2  –  0  4  5  2  8  2  1

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City          State     ZIP Code |

5.  **Debtor's website (URL)**     http://woodbridgecompanies.com/

6.  **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding  LLP)
    ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
_____(State)

Case number (*if known*): _____ Chapter __11__

</td>
<td>

FILED

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

</td></tr>
</table>

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brise Soleil Investments, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 5 1 9 9 9 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | Number          Street |
| Number       Street | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State       ZIP Code | City               State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lot WP-4, Aspen Glen Filing 3 |
| County | Number        Street |
| | Carbondale, Colorado 81623 |
| | City               State       ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                         (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | H40 Bramley Holding Company, LLC |
|----|---------------|----------------------------------|

| 2. | All other names debtor used in the last 8 years | |
|----|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 6 1 – 1 7 8 7 1 6 2 |
|----|---|---|

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City                State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City        State    ZIP Code

| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
|----|---|---|

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____



**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

☐ Check if this is an amended filing

FILED
2017 DEC -4  AM 5: 08
US BANK...
DISTRICT OF DELAWARE

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Bramley Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  2  –  3  0  4  9  0  2  0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State     ZIP Code | City                State     ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 719-761 Perry Ridge Road |
   | County | Number     Street |
   | | Carbondale, Colorado 81623 |
   | | City                State     ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5:08

☐ Check if this is an amended filing

CLERK
US BANKRUPTCY
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | M28 Broadsands Holding Company, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  8  –  4  0  4  9  4  2  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City        State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>_____ District of **Delaware**<br>(State)<br><br>Case number (if known): _____    Chapter __11__</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**        Broadsands Investments, LLC
_____

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names
_____
_____
_____
_____

---

**3. Debtor's federal Employer Identification Number (EIN)**        N o t   y e t   o b t a i n e d

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | Lots SD-7, SD-13 & SD-24, Aspen Glen Filing 4 |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City            State      ZIP Code |

---

**5. Debtor's website (URL)**        http://woodbridgecompanies.com/

---

**6. Type of debtor**        ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

---

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>_____ District of __**Delaware**__<br>(State)<br>Case number (If known): _____  Chapter __11__</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 09

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M29 Brynderwen Holding Company, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** |

3 2 – 0 5 2 0 6 8 5

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number *(if known)*: _____  Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5:09

US BANKRUP ...
DISTRICT OF D ... ARE

☐ Check if this is an
    amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**      **Brynderwen Investments, LLC**

**2. All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8 2 – 0 9 3 6 3 0 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City              State     ZIP Code |

**5. Debtor's website (URL)**     http://woodbridgecompanies.com/

**6. Type of debtor**     
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number *(If known):* _____ Chapter __**11**__

</td></tr>
</table>



2017 DEC -4 AM 5: 09

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M13 Cablestay Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 7 3 9 8 0 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>
**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number (*if known*): _____    Chapter __**11**__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 09

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Cablestay Investments, LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 1 4 3 3 4 4 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 24025 Hidden Ridge Road |
| County | Number      Street |
| | Hidden Hills, California 91302 |
| | City                    State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
(State)

Case number (*if known*): _____ Chapter __**11**__

☐ Check if this is an
amended filing

**FILED**

2017 DEC -4  AM 5: 09

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    M31 Cannington Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    6 1 – 1 7 5 0 6 6 7

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                      State        ZIP Code | City                      State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | City                      State        ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**

(State)

Case number (*if known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5:10

CLERK  ☐ Check if this is an
US BANKRUPTCY COURT  amended filing
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Cannington Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 6 5 4 3 0 3 |

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City                    State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

1118 Tower Road
Number    Street

Beverly Hills, California 90210
City                    State    ZIP Code

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**

(State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 10

CLER
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Carbondale Doocy, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3  8  –  3  9  8  3  6  1  6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5:10

CLER...
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**
   Carbondale Glen Lot A-5, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**
   4 6 – 5 0 1 0 7 2 8

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City        State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   360 Rivers Bend
   Number    Street

   Carbondale, Colorado 81623
   City        State    ZIP Code

5. **Debtor's website (URL)**
   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (*if known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Carbondale Glen Lot D-22, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 6 ~ 3 9 7 1 9 0 7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State        ZIP Code | City               State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 63 Sweetgrass |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City               State        ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td>_____ District of <strong>Delaware</strong><br>(State)</td></tr>
<tr><td>Case number (If known): _____ Chapter <strong>11</strong></td></tr>
</table>

FILED

2017 DEC -4  AM 5: 10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Carbondale Glen Lot E-24, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4 6 – 4 9 5 4 9 8 7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 225  Diamond A Ranch Road |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City          State     ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5:10

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Carbondale Glen Lot GV-13, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  6  –  4  8  4  6  0  7  5 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100<br>Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423<br>City       State    ZIP Code | City       State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | Lot GV-13, Aspen Glen Filing 2<br>Number    Street |
| | Carbondale, Colorado 81623<br>City       State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2" style="background:black;color:white;"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number *(if known):* _____  Chapter __11__

FILED

2017 DEC -4  AM 5:11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | M14 Crossbeam Holding Company, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 8 3 3 1 0 9 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
           (State)

Case number (if known): _____  Chapter __11__

FILED

2017 DEC -4 AM 5: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**
Crossbeam Investments, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**
4 7 – 1 5 0 2 9 4 0

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number   Street | Number   Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | |
| County | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**
http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          M63 Crowfield Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    6  1  –  1  7  6  7  0  9  2

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                State      ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td>_____ District of <strong>Delaware</strong><br>(State)</td></tr>
<tr><td>Case number (if known): _____    Chapter __11__</td></tr>
</table>



FILED

2017 DEC -4  AM 5: 11

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          Crowfield Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      4 7 – 4 7 7 4 0 3 0

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City            State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City            State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   1241 Loma Vista Dr
   Number      Street

   Beverly Hills, California 90210
   City            State     ZIP Code

5. **Debtor's website (URL)**      http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Crystal Valley Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  5  –  2  4  9  4  9  4  2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                     State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | City              State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
              (State)

Case number (If known): _____ Chapter __**11**__

FILED

2017 DEC -4  AM 5:12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

M92 Crystal Woods Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

3  2  –  0  5  4  5  8  0  6

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City     State     ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City     State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City     State     ZIP Code

5. **Debtor's website (URL)**

http://woodbridgecompanies.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                       (State)

Case number (*if known*): _____ Chapter **11**

F I L E D

2017 DEC -4 AM 5:12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**            Crystal Woods Investments, LLC

**2. All other names debtor used**
**   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business*
   *as* names

**3. Debtor's federal Employer**     N o t   y e t   o b t a i n e d
**   Identification Number (EIN)**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State       ZIP Code | City                State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 16 Puma |
| County | Number        Street |
| | Carbondale, Colorado 81623 |
| | City                State       ZIP Code |

**5. Debtor's website (URL)**     http://woodbridgecompanies.com/

**6. Type of debtor**      ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                           ☐ Partnership (excluding  LLP)
                           ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____   Chapter __11__

**FILED**

**2017 DEC -4  AM 5: 12**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Cuco Settlement, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 0 – 0 8 0 1 4 1 8

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number      Street

_____

Sherman Oaks, California 91423
City                State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number      Street

P.O. Box

City                State      ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number *(if known):* _____ Chapter __11__

FILED

2017 DEC -4  AM 5:12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M72 Daleville Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 8 – 3 9 7 8 6 7 0

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City                State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                            (State)

Case number (*if known*): _____    Chapter **11**

F I L E D

2017 DEC -4  AM 5: 12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Daleville Investments, LLC

**2. All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

**3. Debtor's federal Employer
   Identification Number (EIN)**    4 7 – 5 1 3 2 9 1 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 39 Buffalo Lane |
| County | Number      Street |
| | Carbondale, Colorado 81623 |
| | City                    State      ZIP Code |

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: | |
| --- | --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____ Chapter __11__

**F I L E D**

2017 DEC -4  AM 5:12

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  M39 Derbyshire Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3  0  –  0  8  4  6  5  0  9

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   Sherman Oaks, California 91423
   City                    State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                    State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   City                    State        ZIP Code

5. **Debtor's website (URL)**   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____     Chapter __11__

FILED

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Derbyshire Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4  7  –  2  5  1  3  7  3  5

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   _____

   Sherman Oaks, California 91423
   City                State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   26 Saddlehorn Court
   Number     Street

   Carbondale, Colorado 81623
   City                State     ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
              (State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**        H76 Diamond Cove Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 2 – 0 5 2 0 3 1 5

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number   Street

   Sherman Oaks, California 91423
   City          State     ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   Number   Street

   P.O. Box

   City          State     ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City          State     ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number *(if known)*: _____ Chapter __11__

F I L E D

2017 DEC -4 AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Diamond Cove Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8  2  –  3  0  7  9  8  0  9

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                    State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

1 Electra Court
Number      Street

Los Angeles, California 90046
City                    State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                 (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | H14 Dixville Notch Holding Company, LLC | |

| | | |
|---|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  6  –  4  8  2  5  6  3  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number        Street |
| | |
| | City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Dixville Notch Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  7  –  1  8  6  0  2  5  7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State          ZIP Code | City                    State          ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 177 Diamond A Ranch Road |
| County | Number       Street |
| | Carbondale, Colorado 81623 |
| | City                    State          ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

F I L E D

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H7 Dogwood Valley Holding Company, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   3 7 – 1 7 9 7 0 0 2

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                State      ZIP Code

5. **Debtor's website (URL)**   http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __Delaware__
                        (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 13

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Dogwood Valley Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 1 4 8 5 8 9 8

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                    State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Lot WP3, Aspen Glen Filing No. 3
   Number     Street

   Carbondale, Colorado 81623
   City                    State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          M32 Dollis Brook Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     _3_ _6_ – _4_ _7_ _9_ _2_ _8_ _7_ _3_

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number     Street

   _____

   Sherman Oaks, California 91423
   City              State      ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place of business

   Number     Street

   P.O. Box

   City              State      ZIP Code

   Location of principal assets, if different from principal place of business

   Number     Street

   _____

   City              State      ZIP Code

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____  Chapter **11**

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Dollis Brook Investments, LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 6 – 4 7 9 4 0 4 2 | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number     Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City         State    ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number     Street<br><br>_____<br>P.O. Box<br><br>_____<br>City         State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>38 Diamond A Ranch Road<br>Number     Street<br><br>_____<br><br>Carbondale, Colorado 81623<br>City         State    ZIP Code |
| 5. | **Debtor's website (URL)** | **http://woodbridgecompanies.com/** | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ | |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
            (State)

Case number (*if known*): _____ Chapter **11**

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M9 Donnington Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  6  –  4  7  8  7  1  1  4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City       State    ZIP Code | City       State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City       State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**

   Donnington Investments, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**

   3  7  –  1  7  6  2  7  4  4

---

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City           State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   780 E. Valley Road, Unit C-126
   Number    Street

   Basalt, Colorado 81621
   City           State    ZIP Code

---

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number *(If known)*: _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | M15 Doubleleaf Holding Company, LLC |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3  7  –  1  7  5  9  5  2  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                          State      ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number       Street |
| | |
| | City                          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**
Doubleleaf Investments, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**
4 7 – 1 5 4 7 0 7 5

---

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number        Street

Sherman Oaks, California 91423
City                          State        ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number        Street

P.O. Box

City                          State        ZIP Code

Location of principal assets, if different from principal place of business

4030 Madelia Ave
Number        Street

Sherman Oaks, California 91403
City                          State        ZIP Code

---

**5. Debtor's website (URL)**
http://woodbridgecompanies.com/

---

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

---

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____  Chapter __11__

F͟I͟L͟E͟D͟

2017 DEC -4  AM 5: 14

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    M22 Drawspan Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    3 6 – 4 7 9 0 3 2 5

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                State    ZIP Code

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____ Chapter __11__

F̶I̶L̶E̶D̶

2017 DEC -4  AM 5:16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

    H44 Green Gables Holding Company, LLC

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as* names

**3. Debtor's federal Employer
Identification Number (EIN)**

    3 6 – 4 8 4 2 2 4 8

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State       ZIP Code | City                    State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City                    State       ZIP Code |

**5. Debtor's website (URL)**

    http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Green Gables Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 0 – 0 9 5 1 3 4 7

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   41 King Street #1A
   Number     Street

   New York, New York 10014
   City              State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H27 Grenadier Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  7 – 1  8  0  2  5  9  0 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City                    State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*If known*): _____   Chapter __11__

FILED

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Grenadier Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  1  –  2  1  3  1  7  7  2

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number       Street

   P.O. Box

   City                    State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Lot SD-12, Aspen Glen Filing No. 4
   Number       Street

   Carbondale, Colorado 81623
   City                    State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    H41 Grumblethorpe Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 2 – 0 5 0 0 1 0 6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number *(if known)*: _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 16

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Grumblethorpe Investments, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 0 4 9 3 1 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 61 Wader |
| County | Number     Street |
| | Carbondale, Colorado 81623 |
| | City              State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding  LLP)
    ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number *(if known)*: _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M87 Hackmatack Hills Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 5 – 2 5 3 9 5 8 3 |

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

_____

Sherman Oaks, California 91423
City                  State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
P.O. Box

_____
City            State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____

_____
City            State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Hackmatack Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4 7 – 4 9 5 8 2 9 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   245 Midland Loop Road
   Number    Street

   Carbondale, Colorado 81623
   City                State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____   Chapter __11__

FILED

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

M56 Haffenburg Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

6  1  –  1  7  6  3  7  8  0

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number     Street

_____

Sherman Oaks, California 91423
City                State     ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

_____
Number     Street

_____
P.O. Box

_____
City                State     ZIP Code

Location of principal assets, if different from principal place of business

_____
Number     Street

_____

_____
City                State     ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4 AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICE OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Haffenburg Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   4  7  –  4  3  2  1  4  7  2

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number       Street | Number       Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City       State       ZIP Code | City       State       ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number       Street |
   | | |
   | | City       State       ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number *(if known):* _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H39 Haralson Holding Company, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** |

3  7  –  1  8  4  0  8  8  6

| | |
|---|---|
| 4. | **Debtor's address** |

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

_____

Sherman Oaks, California 91423
City                    State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

_____

City                    State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. | **Type of debtor** |

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number *(if known):* _____ Chapter **11**

F I L E D

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Haralson Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  2  –  3  0  4  8  9  4  6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City         State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   245 Midland Loop Road
   Number    Street

   Carbondale, Colorado 81623
   City         State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____    Chapter **11**

FILED

2017 DEC -4 AM 5:17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M33 Harringworth Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 0 – 0 8 4 7 8 3 0

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   Sherman Oaks, California 91423
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number       Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City                State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number *(if known)*: _____   Chapter __11__



FILED

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                Harringworth Investments, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**      4 7 – 2 5 3 5 5 7 7 0

4. **Debtor's address**        Principal place of business

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City            State    ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place
   of business

   Number      Street

   P.O. Box

   City            State    ZIP Code

   Location of principal assets, if different from
   principal place of business

   Number      Street

   City            State    ZIP Code

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**        ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding  LLP)
                             ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                           (State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 17

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

M80 Hazelpoint Holding Company, LLC

**2. All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as* names

**3. Debtor's federal Employer
Identification Number (EIN)**

3  0  –  0  8  8  2  7  0  3

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number        Street

Sherman Oaks, California 91423
City                    State        ZIP Code

Los Angeles
County

**Mailing address, if different from principal place
of business**

Number        Street

P.O. Box

City                    State        ZIP Code

**Location of principal assets, if different from
principal place of business**

Number        Street

City                    State        ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
              (State)

Case number *(if known)*: _____ Chapter __**11**__

F I L E D

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Hazelpoint Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  7  –  1  7  9  3  8  2  4

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City         State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City         State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City         State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number *(if known)*: _____ Chapter __11__

FILED

2017 DEC -4  AM 5:18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                   H66 Heilbron Manor Holding Company, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**     3  5  –  2  5  7  7  2  4  5

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street


   Sherman Oaks, California 91423
   City               State     ZIP Code


   Los Angeles
   County

   **Mailing address, if different from principal place
   of business**

   Number     Street

   P.O. Box

   City               State     ZIP Code

   **Location of principal assets, if different from
   principal place of business**

   Number     Street

   City               State     ZIP Code

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4  AM 5:18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Heilbron Manor Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 0 6 5 7 8 1 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                       State      ZIP Code | City                       State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 2492 Mandeville Canyon Road |
| County | Number      Street |
| | |
| | Los Angeles, California 90049 |
| | City                       State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (if known): _____    Chapter __11__

FILED

2017 DEC -4  AM 5:18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Hollyline Holdings, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3 5 – 2 5 0 4 4 1 2

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                          State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number      Street

P.O. Box

City                          State      ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____   Chapter __11__

FILED

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Hollyline Owners, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     4 6 – 5 4 2 2 5 5 6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                     State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                     State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   3802 Hollyline Ave
   Number      Street

   Sherman Oaks, California 91423
   City                     State      ZIP Code

5. **Debtor's website (URL)**     http://woodbridgecompanies.com/

6. **Type of debtor**     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Delaware__
                      (State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    H35 Hornbeam Holding Company, LLC

2. **All other names debtor used**      _____
   **in the last 8 years**              _____
   Include any assumed names,           _____
   trade names, and *doing business*    _____
   *as* names

3. **Debtor's federal Employer**        3  7  –  1  8  0  5  2  9  0
   **Identification Number (EIN)**

4. **Debtor's address**    Principal place of business          Mailing address, if different from principal place
                                                                 of business

                           14225 Ventura Boulevard #100          _____
                           Number      Street                    Number      Street

                           _____      _____
                                                                 P.O. Box

                           Sherman Oaks, California 91423         _____
                           City            State    ZIP Code     City            State    ZIP Code

                                                                 Location of principal assets, if different from
                                                                 principal place of business

                           Los Angeles                           _____
                           County                                Number      Street

                                                                 _____

                                                                 _____
                                                                 City            State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                         ☐ Partnership (excluding  LLP)
                         ☐ Other. Specify: _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 1

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Hornbeam Investments, LLC |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years |
| --- | --- |
| | Include any assumed names, trade names, and *doing business as* names |

3. **Debtor's federal Employer Identification Number (EIN)**     6  1  –  1  8  5  9  5  3  2

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City                State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | 1484 Carla Ridge |
| County | Number      Street |
| | Beverly Hills, California 90210 |
| | City                State    ZIP Code |

| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
| --- | --- | --- |

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                      (State)

Case number *(if known):* _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H37 Idared Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  8  –  3  9  9  3  3  7  8

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City           State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 18

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | **Debtor's name** | **Idared Investments, LLC** | |

2. **All other names debtor used
in the last 8 years**

Include any assumed names,
trade names, and *doing business
as* names

3. **Debtor's federal Employer
Identification Number (EIN)**    8  2  –  3  0  4  7  6  4  3

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                 State      ZIP Code | City                 State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 665 North Bridge Drive |
| County | Number       Street |
| | |
| | Carbondale, Colorado 81623 |
| | City                 State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number *(if known)*: _____ Chapter __**11**__

FILED

2017 DEC -4   AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
| --- | --- |
| 1. **Debtor's name** | H74 Imperial Aly Holding Company, LLC |

| | |
| --- | --- |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
| --- | --- |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 5 1 7 9 4 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100<br>Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423<br>City        State    ZIP Code | City        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles<br>County | Number    Street |
| | City        State    ZIP Code |

| | |
| --- | --- |
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
| --- | --- |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (if known): _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    M67 Mountain Spring Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 7 – 1 7 8 5 3 8 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number       Street | Number      Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                    State        ZIP Code | City               State        ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number      Street |
   | | City               State        ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**        Mountain Spring Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    4 7 – 4 7 6 3 2 9 4

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City                State     ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

Lot R-79, Starwood Eleven
Number     Street

Aspen, Colorado 81611
City                State     ZIP Code

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter __11__

**FILED**

2017 DEC -4  AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    M83 Mt. Holly Holding Company, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names.

3. **Debtor's federal Employer Identification Number (EIN)**    6 1 – 1 8 5 7 8 9 7

4. **Debtor's address**

    **Principal place of business**

    14225 Ventura Boulevard #100
    Number     Street

    Sherman Oaks, California 91423
    City                State        ZIP Code

    Los Angeles
    County

    **Mailing address, if different from principal place of business**

    Number     Street

    P.O. Box

    City                State        ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number     Street

    City                State        ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding  LLP)
    ☐ Other. Specify: _____

<table>
<tr><td><b>Fill in this information to identify the case:</b></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Mt. Holly Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  2  –  3  5  4  7  3  3  7

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City                State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   153 Sopris Mesa Drive
   Number     Street

   Carbondale, Colorado 81623
   City                State     ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4 AM 5: 19

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H38 Mutsu Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  8  –  4  0  1  5  8  8  9 |

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                      State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                      State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                      State      ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____  Chapter **11**

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Mutsu Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

8 2 – 3 0 4 8 0 2 0

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number      Street

_____

Sherman Oaks, California 91423
City                          State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

_____
Number      Street

_____
P.O. Box

_____
City                          State      ZIP Code

Location of principal assets, if different from principal place of business

Lot 5, The Fairways at Aspen Glen
Number      Street

_____

Carbondale, Colorado 81623
City                          State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M91 Newville Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   N o t   y e t   o b t a i n e d

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City            State    ZIP Code | City        State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number    Street |
   | | |
   | | City        State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                  (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Newville Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | N o t   y e t   o b t a i n e d |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State       ZIP Code | City              State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 67 Alpen Glo Lane |
| County | Number        Street |
| | |
| | Carbondale, Colorado 81623 |
| | City              State       ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (*If known*): _____ Chapter **11**

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H51 Old Carbon Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 5 0 1 9 1 1 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City               State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | City               State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**

              (State)

Case number (*if known*): _____  Chapter  **11**

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Old Carbon Investments, LLC** _____ |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 0 8 6 8 5 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State    ZIP Code | City      State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 43 Puma |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City      State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H55 Old Maitland Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3  6  –  4  8  4  3  8  8  7 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number      Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City                State        ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number      Street<br><br>P.O. Box<br><br>City          State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number      Street<br><br>City          State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (if known): _____  Chapter __11__

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

# Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**            Old Maitland Investments, LLC

**2. All other names debtor used**
   **in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

**3. Debtor's federal Employer**
   **Identification Number (EIN)**       3 7 – 1 8 3 9 1 1 4

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 150 White Horse Springs Lane |
| County | Number     Street |
| | Aspen, Colorado 81611 |
| | City                    State    ZIP Code |

**5. Debtor's website (URL)**       http://woodbridgecompanies.com/

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (if known): _____ Chapter __11__




FILED

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**            M46 Owl Ridge Holding Company, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**        3 7 – 1 8 7 0 5 4 6

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**        ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                             ☐ Partnership (excluding  LLP)
                             ☐ Other. Specify: _____

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 1

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

F I L E D

2017 DEC -4  AM 5: 20

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.** **Debtor's name**                    Owl Ridge Investments, LLC

**2.** **All other names debtor used**
     **in the last 8 years**

     Include any assumed names,
     trade names, and *doing business*
     *as* names

**3.** **Debtor's federal Employer**     8 2 – 3 2 1 8 7 9 2
     **Identification Number (EIN)**

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | 261 Golden Bear |
| County | Number      Street |
| | Carbondale, Colorado 81623 |
| | City                    State        ZIP Code |

**5.** **Debtor's website (URL)**     http://woodbridgecompanies.com/

**6.** **Type of debtor**
     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
     ☐ Partnership (excluding  LLP)
     ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                    (State)

Case number (*if known*): _____  Chapter __**11**__

FILED

2017 DEC -4 AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**          H22 Papirovka Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**      3 2 – 0 5 0 8 8 2 1

**4. Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                State      ZIP Code

**5. Debtor's website (URL)**      http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
(State)

Case number (if known): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Papirovka Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  4  7  1  5  4  7  2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State        ZIP Code | City                State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 478 Diamond A Ranch Road |
| County | Number        Street |
| | Carbondale, Colorado 81623 |
| | City                State        ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5:21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H4 Pawtuckaway Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 8 8 9 2 9 9 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | |
| | City                    State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:<br><br>_____ District of <strong>Delaware</strong><br>(State)<br><br>Case number (if known): _____ Chapter __11__</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

---

**1. Debtor's name**    Pawtuckaway Investments, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

---

**3. Debtor's federal Employer Identification Number (EIN)**    8 1 – 1 4 8 3 1 5 2

---

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State       ZIP Code | City            State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1471 Forest Knoll Drive |
| County | Number       Street |
| | Los Angeles, California 90069 |
| | City            State       ZIP Code |

---

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____ Chapter __**11**__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M38 Pemberley Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  7  –  1  8  7  1  1  5  4

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   Sherman Oaks, California 91423
   City                              State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number       Street

   P.O. Box

   City                              State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City                              State        ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number (*if known*): _____ Chapter __11__





2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Pemberley Investments, LLC |
| **2.** | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 8  2  –  3  2  1  9  0  4  0 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City      State    ZIP Code | City      State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 2362 Apollo Drive |
| County | Number    Street |
| | Los Angeles, California 90046 |
| | City      State    ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an amended filing

FILED

2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   H17 Pemigewasset Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   6 1 – 1 7 7 9 0 2 6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City            State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City            State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City            State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 21

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Pemigewasset Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  1  –  2  5  4  6  8  2  7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State      ZIP Code | City                State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 324 Golden Stone Drive |
   | County | Number      Street |
   | | Carbondale, Colorado 81623 |
   | | City                State      ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (*if known*): _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M95 Pepperwood Holding Company, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | N o t   y e t   o b t a i n e d |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City                    State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">
<strong>Fill in this information to identify the case:</strong>

United States Bankruptcy Court for the:

_____ District of **Delaware**
             (State)

Case number (*if known*): _____  Chapter __11__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**                    Pepperwood Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**        N o t   y e t   o b t a i n e d

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City           State    ZIP Code | City         State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 158A Seeburg Circle |
| County | Number    Street |
| | Carbondale, Colorado 81623 |
| | City         State    ZIP Code |

5. **Debtor's website (URL)**            http://woodbridgecompanies.com/

6. **Type of debtor**            ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                ☐ Partnership (excluding  LLP)
                                ☐ Other. Specify: _____

Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M70 Pinney Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 6 – 4 8 1 1 4 9 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number    Street |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 22

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Springline Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   N o t _ y e t _ o b t a i n e d

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 14225 Ventura Boulevard #100 | |
   | Number     Street | Number     Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State    ZIP Code | City              State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | Lot 26, Horse Ranch |
   | County | Number     Street |
   | | Snowmass Village, Colorado 81615 |
   | | City              State      ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    M49 Squaretop Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 7 – 1 8 0 4 3 2 5

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City              State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City              State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**                     Squaretop Investments, LLC

**2. All other names debtor used
   in the last 8 years**
   Include any assumed names,
   trade names, and *doing business
   as* names

**3. Debtor's federal Employer
   Identification Number (EIN)**         8  1  –  1  8  4  4  4  6  6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 1966 Carla Ridge |
| County | Number     Street |
| | Beverly Hills, California 90210 |
| | City          State    ZIP Code |

**5. Debtor's website (URL)**            http://woodbridgecompanies.com/

**6. Type of debtor**                    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                         ☐ Partnership (excluding LLP)
                                         ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

</td><td>

E I L E D

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

</td></tr>
</table>

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H24 Stayman Holding Company, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 8 – 3 9 9 0 5 2 7 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State       ZIP Code | City              State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City              State       ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
            (State)

Case number *(if known)*: _____ Chapter __**11**__

</td></tr>
</table>

**FILED**

**2017 DEC -4  AM 5: 23**

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Stayman Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | <br><br><br> |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  2  1  1  9  0  9  0 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br><br>Sherman Oaks, California 91423<br>City    State    ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Lot H14, Aspen Glen Filing No. 7<br>Number    Street<br><br><br>Carbondale, Colorado 81623<br>City    State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 *(State)*

Case number *(if known):* _____ Chapter __11__
</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M86 Steele Hill Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6 1 – 1 8 5 8 3 1 2 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br>Sherman Oaks, California 91423<br>City       State   ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City       State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City       State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Steele Hill Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**      N o t   y e t   o b t a i n e d

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                     State     ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                     State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   171 Sopris Mesa Drive
   Number      Street

   Carbondale, Colorado 81623
   City                     State     ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                               ☐ Partnership (excluding  LLP)
                               ☐ Other. Specify: _____

```
┌─────────────────────────────────────────────────┐
│ Fill in this information to identify the case:    │
│                                                   │
│ United States Bankruptcy Court for the:           │
│ _____ District of  Delaware             │
│                      (State)                      │
│ Case number (if known): _____ Chapter  11    │
└─────────────────────────────────────────────────┘
```

FILED

2017 DEC -4  AM 5:23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.  Debtor's name**                     M5 Stepstone Holding Company, LLC

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3.  Debtor's federal Employer Identification Number (EIN)**       3 2 – 0 4 4 1 4 7 3

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City            State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | City            State      ZIP Code |

**5.  Debtor's website (URL)**            http://woodbridgecompanies.com/

**6.  Type of debtor**            ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                  ☐ Partnership (excluding LLP)
                                  ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 23

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Stepstone Investments, LLC |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 1 1 7 7 2 3 1 |

| | | |
| --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City          State     ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City          State     ZIP Code

**Location of principal assets, if different from principal place of business**

505 Diamond A Ranch Road
Number     Street

Carbondale, Colorado 81623
City          State     ZIP Code

| | | |
| --- | --- | --- |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
                                         04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | H9 Strawberry Fields Holding Company, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 6  1  –  1  7  7  4  4  6  4 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City             State    ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br>P.O. Box<br><br>_____<br>City             State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City             State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                (State)

Case number *(if known)*: _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   Strawberry Fields Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 1 5 0 0 3 5 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City      State    ZIP Code | City      State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | Lot SD-19, Aspen Glen Filing No. 4 |
   | County | Number    Street |
   | | Carbondale, Colorado 81623 |
   | | City      State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br><br>_____ District of <strong>Delaware</strong><br>(State)<br><br>Case number (if known): _____ Chapter <u>11</u></td></tr>
</table>

FILED

2017 DEC -4   AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

H36 Sturmer Pippin Holding Company, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3  7  –  1  8  4  1  2  5  6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number     Street |
| | City          State     ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
_____(State)

Case number (*if known*): _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Sturmer Pippin Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8  1  –  4  5  3  6  6  8  6

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   141 South Carolwood Drive
   Number      Street

   and 10060/10100 West Sunset Boulevard

   Los Angeles, California 90077
   City          State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
              (State)

Case number *(if known):* _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  H21 Summerfree Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  3 0 – 0 9 5 4 4 5 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State      ZIP Code

5. **Debtor's website (URL)**  http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*If known*): _____ Chapter **11**



FILED

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Summerfree Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**       8  1  –  4  2  3  1  4  9  6

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State        ZIP Code | City              State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 270 Spruce Ridge Lane |
| County | Number        Street |
| | Snowmass Village, Colorado 81615 |
| | City              State        ZIP Code |

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| | |
|---|---|
| **Fill in this information to identify the case:** | |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number *(if known):* _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H47 Summit Cut Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3 0 – 0 9 4 6 9 1 2

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City           State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City           State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City           State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5:24

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Summit Cut Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

8 1 – 4 5 5 0 8 7 6

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City                    State     ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City                    State     ZIP Code

Location of principal assets, if different from principal place of business

375/385 Trousdale Place
Number     Street

Beverly Hills, California 90210
City                    State     ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                  (State)

Case number *(If known)*: _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   H65 Thornbury Farm Holding Company, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**

   3  2 – 0  5  1  7  4  5  4

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City          State     ZIP Code | City          State     ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number    Street |
   | | City          State     ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5:25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Thornbury Farm Investments, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 3 1 3 0 8 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number     Street | Number     Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 7880/7900/7956/7870 West Granito Drive |
| County | Number     Street |
| | |
| | Los Angeles, California 90046 |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: | |
|---|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number *(if known)*: _____ Chapter __11__

FILED

2017 DEC -4 AM 5:25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   M60 Thunder Basin Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   3  6  –  4  8  1  4  5  6  0

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City           State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City           State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City           State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number *(if known):* _____ Chapter __11__

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

Thunder Basin Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

3  8  –  3  9  7  7  0  5  7

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                    State        ZIP Code | City                    State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 167 Midland Loop Road |
| County | Number      Street |
| | Carbondale, Colorado 81623 |
| | City                    State        ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*if known*): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | M37 Topchord Holding Company, LLC |
|---|---|---|

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**
3  6  –  4  7  9  2  1  3  1

4. **Debtor's address**

**Principal place of business**

14225 Ventura Boulevard #100
Number     Street

Sherman Oaks, California 91423
City          State    ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City      State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City      State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known)*: _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                        Topchord Investments, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**      3  7  –  1  7  6  4  0  0  7

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                  State        ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 831 Grand Avenue |
| County | Number      Street |
| | Glenwood Springs, Colorado 81601 |
| | City          State      ZIP Code |

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number (*if known*): _____   Chapter __11__

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**              M48 Vallecito Holding Company, LLC

2. **All other names debtor used**
   **in the last 8 years**
   Include any assumed names,
   trade names, and *doing business*
   *as* names

3. **Debtor's federal Employer**   3  7  ~  1  8  7  0  7  3  9
   **Identification Number (EIN)**

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number       Street

   Sherman Oaks, California 91423
   City                State       ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place**
   **of business**

   Number       Street

   P.O. Box

   City                State       ZIP Code

   **Location of principal assets, if different from**
   **principal place of business**

   Number       Street

   City                State       ZIP Code

5. **Debtor's website (URL)**      http://woodbridgecompanies.com/

6. **Type of debtor**            ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                 ☐ Partnership (excluding  LLP)
                                 ☐ Other. Specify: _____

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 1

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (if known): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Vallecito Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 2 – 3 2 1 8 5 5 2 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| Los Angeles | Lot 32, Roaring Fork Mesa at |
| County | Number    Street |
| | Aspen Glen, Filing No. 2 |
| | Carbondale, Colorado 81623 |
| | City    State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (*if known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    M74 Varga Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    _3_ _6_ – _4_ _8_ _1_ _2_ _3_ _2_ _2_

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                    State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State      ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                        ☐ Partnership (excluding  LLP)
                        ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____  District of __**Delaware**__
                              (State)

Case number (*if known*): _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           Varga Investments, LLC

**2. All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

**3. Debtor's federal Employer
   Identification Number (EIN)**    3  5  –  2  5  3  7  1  3  6

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City              State      ZIP Code | City              State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 638 Siena Way |
| County | Number      Street |
| | Los Angeles, California 90077 |
| | City              State      ZIP Code |

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                        ☐ Partnership (excluding  LLP)
                        ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter **11**

FILED

2017 DEC -4  AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1.  Debtor's name**          M50 Wetterhorn Holding Company, LLC

**2.  All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3.  Debtor's federal Employer Identification Number (EIN)**    3  6  –  4  8  7  9  9  3  6

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City                State      ZIP Code |

**5.  Debtor's website (URL)**    http://woodbridgecompanies.com/

**6.  Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                        (State)

Case number (*If known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                        Wetterhorn Investments, LLC

2. **All other names debtor used**
   **in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer**            N o t   y e t   o b t a i n e d
   **Identification Number (EIN)**

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                          State     ZIP Code | City                          State     ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | Lot H-35, Aspen Glen Filing 6 |
   | County | Number      Street |
   | | Carbondale, Colorado 81623 |
   | | City                          State     ZIP Code |

5. **Debtor's website (URL)**               http://woodbridgecompanies.com/

6. **Type of debtor**                       ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                                            ☐ Partnership (excluding  LLP)
                                            ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
                      (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**

   H12 White Birch Holding Company, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number (EIN)**

   6 1 – 1 7 8 9 5 9 3

---

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City            State       ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State      ZIP Code

---

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

---

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

---



FILED

2017 DEC -4  AM 5: 26

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of **Delaware** |
| (State) |
| Case number (If known): _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   White Birch Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   8 1 – 2 2 6 1 5 5 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 14225 Ventura Boulevard #100 | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 25211 Jim Bridger Road |
   | County | Number    Street |
   | | Hidden Hills, California 91302 |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number *(if known)*: _____  Chapter __11__

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   M43 White Dome Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   N o t   y e t   o b t a i n e d

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   _____

   Sherman Oaks, California 91423
   City                  State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                  State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   _____

   City                  State      ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter **11**

F I L E D

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    White Dome Investments, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    N o t   y e t   o b t a i n e d

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number    Street

Sherman Oaks, California 91423
City          State     ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City          State     ZIP Code

Location of principal assets, if different from principal place of business

32 Fenwick Court
Number    Street

Carbondale, Colorado 81623
City          State     ZIP Code

**5. Debtor's website (URL)**    http://woodbridgecompanies.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*if known*): _____ Chapter **11**

</td></tr>
</table>

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Whiteacre Funding, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 6 – 5 3 9 2 9 9 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | _____ |
| Number     Street | Number     Street |
| | _____ |
| | P.O. Box |
| Sherman Oaks, California 91423 | _____ |
| City     State     ZIP Code | City     State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | _____ |
| County | Number     Street |
| | _____ |
| | _____ |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __Delaware__
                        (State)

Case number (*If known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | M44 Wildernest Holding Company, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 3 0 – 0 8 8 7 5 4 6 |

4. Debtor's address

**Principal place of business**

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                State      ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City                State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                State      ZIP Code

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | http://woodbridgecompanies.com/ |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |



| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*if known*): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                    Wildernest Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 7 – 5 5 9 1 3 7 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   | --- | --- |
   | 14225 Ventura Boulevard #100 | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City            State      ZIP Code | City            State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | 180 Seeberg Circle |
   | County | Number      Street |
   | | Carbondale, Colorado 81623 |
   | | City            State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                           (State)

Case number *(if known)*: _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | H52 Willow Grove Holding Company, LLC |

| | | |
| --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 3 2 – 0 5 0 2 1 1 2 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City           State    ZIP Code | City           State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City           State    ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding  LLP) <br> ☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number *(if known)*: _____  Chapter **11**

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**        Willow Grove Investments, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    8  1  –  4  1  5  6  5  8  8

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | 8124 West 3rd Street |
| County | Number        Street |
| | Los Angeles, California 90048 |
| | City                State      ZIP Code |

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
            (State)

Case number *(If known)*: _____  Chapter __11__

</td><td>

F I L E D

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

</td><td>

☐ Check if this is an
   amended filing

</td></tr>
</table>

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | M94 Winding Road Holding Company, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | N o t   y e t   o b t a i n e d |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City         State    ZIP Code | City         State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | City         State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                 (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Winding Road Investments, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | N o t   y e t   o b t a i n e d |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business**<br><br>14225 Ventura Boulevard #100<br>Number    Street<br><br>_____<br><br>Sherman Oaks, California 91423<br>City          State      ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number    Street<br><br>P.O. Box _____<br><br>_____<br>City          State      ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>10721 Stradella Court<br>Number    Street<br><br>_____<br><br>Los Angeles, California 90077<br>City          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | |
|---|---|
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                     (State)

Case number *(if known):* _____ Chapter __11__

☐ Check if this is an amended filing

FILED

2017 DEC -4  AM 5: 27

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

WMF Management, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**

8  0  –  0  8  2  9  2  3  8

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City          State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City          State    ZIP Code |

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:</td></tr>
<tr><td colspan="2">_____ District of <strong>Delaware</strong><br>(State)</td></tr>
<tr><td colspan="2">Case number (if known): _____  Chapter  <strong>11</strong></td></tr>
</table>

F I L E D

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          Woodbridge Capital Investments, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**          2 6 – 2 1 3 6 0 8 1

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place
   of business

   Number      Street

   P.O. Box

   City                State      ZIP Code

   Location of principal assets, if different from
   principal place of business

   Number      Street

   City                State      ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**          ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
          (State)

Case number (*If known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Woodbridge Commercial Bridge Loan Fund 1, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 2 8 8 3 1 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number          Street | Number          Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                              State        ZIP Code | City                         State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number          Street |
| | |
| | City                         State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter __11__

F I L E D

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Woodbridge Commercial Bridge Loan Fund 2, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

_4_ _7_ – _4_ _6_ _6_ _3_ _6_ _4_ _9_

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number      Street

Sherman Oaks, California 91423
City                        State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number      Street

P.O. Box

City                        State      ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                        State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                    (State)

Case number (*if known*): _____    Chapter __11__

FILED

2017 DEC -4  AM 5:28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**                     Woodbridge Investments, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**     3 2 – 0 0 1 8 5 5 7

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 14225 Ventura Boulevard #100 | |
   | Number      Street | Number      Street |
   | | P.O. Box |
   | Sherman Oaks, California 91423 | |
   | City                State      ZIP Code | City                State      ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Los Angeles | |
   | County | Number      Street |
   | | City                State      ZIP Code |

5. **Debtor's website (URL)**        http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                        (State)

Case number *(if known)*: _____    Chapter __11__

F I L E D

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                          Woodbridge Mezzanine Fund 1, LLC

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number (EIN)**      4  7  –  4  3  1  2  7  5  3

4. **Debtor's address**

   Principal place of business

   14225 Ventura Boulevard #100
   Number      Street

   Sherman Oaks, California 91423
   City                    State    ZIP Code

   Los Angeles
   County

   Mailing address, if different from principal place
   of business

   Number      Street

   P.O. Box

   City                    State    ZIP Code

   Location of principal assets, if different from
   principal place of business

   Number      Street

   City                    State    ZIP Code

5. **Debtor's website (URL)**          http://woodbridgecompanies.com/

6. **Type of debtor**              ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                               ☐ Partnership (excluding  LLP)
                               ☐ Other. Specify: _____

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
</table>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (if known): _____ Chapter **11**

FILED

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**                        Woodbridge Mortgage Investment Fund 1, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**       8 0 – 0 8 3 0 1 7 2

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number     Street

   Sherman Oaks, California 91423
   City                State      ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City                State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City                State      ZIP Code

5. **Debtor's website (URL)**              http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of __**Delaware**__
                          (State)

Case number *(if known)*: _____    Chapter __11__

FILED

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.  Debtor's name**          Woodbridge Mortgage Investment Fund 2, LLC

**2.  All other names debtor used
     in the last 8 years**

     Include any assumed names,
     trade names, and *doing business
     as* names

**3.  Debtor's federal Employer
     Identification Number (EIN)**     4 6 – 4 2 4 7 0 3 0

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 14225 Ventura Boulevard #100 | |
| Number       Street | Number       Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                      State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number       Street |
| | City            State      ZIP Code |

**5.  Debtor's website (URL)**     http://woodbridgecompanies.com/

**6.  Type of debtor**     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                          ☐ Partnership (excluding  LLP)
                          ☐ Other. Specify: _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                         (State)

Case number (*if known*): _____ Chapter **11**

F I L E D

2017 DEC -4  AM 5: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**           Woodbridge Mortgage Investment Fund 3, LLC

**2. All other names debtor used
    in the last 8 years**

    Include any assumed names,
    trade names, and *doing business
    as* names

**3. Debtor's federal Employer
    Identification Number (EIN)**     4  7  –  1  8  6  9  6  1  8

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 14225 Ventura Boulevard #100 | |
| Number      Street | Number      Street |
| | P.O. Box |
| Sherman Oaks, California 91423 | |
| City                State    ZIP Code | City          State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number      Street |
| | |
| | City          State    ZIP Code |

**5. Debtor's website (URL)**     http://woodbridgecompanies.com/

**6. Type of debtor**     ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
                          ☐ Partnership (excluding LLP)
                          ☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
               (State)

Case number (*if known*): _____ Chapter __11__

FILED

2017 DEC -4 AM 5:29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Woodbridge Mortgage Investment Fund 3A, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

4  7 – 4  6  7  8  5  2  5

**4. Debtor's address**

Principal place of business

14225 Ventura Boulevard #100
Number        Street

Sherman Oaks, California 91423
City                      State      ZIP Code

Los Angeles
County

Mailing address, if different from principal place of business

Number        Street

P.O. Box

City                      State      ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                      State      ZIP Code

**5. Debtor's website (URL)**

http://woodbridgecompanies.com/

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
_____(State)

Case number (*if known*): _____  Chapter __11__

FILED

2017 DEC -4  AM 5:29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Woodbridge Mortgage Investment Fund 4, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    4 7 – 4 2 1 1 2 0 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   _____

   Sherman Oaks, California 91423
   City                      State        ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                      State        ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   _____

   City                      State        ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____



| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

_____ District of **Delaware**
                   (State)

Case number (If known): _____ Chapter __11__

FILED
2017 DEC -4  AM 5: 29
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Woodbridge Structured Funding, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 7 – 0 5 8 3 5 9 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number    Street

   Sherman Oaks, California 91423
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

   http://woodbridgecompanies.com/

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

_____ District of **Delaware**
                          (State)

Case number (*If known*): _____ Chapter **11**

FILED

2017 DEC -4  AM 5:29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    H29 Zestar Holding Company, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 5 – 2 5 5 4 0 9 3

4. **Debtor's address**

   **Principal place of business**

   14225 Ventura Boulevard #100
   Number        Street

   _____

   Sherman Oaks, California 91423
   City                State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**

   Number        Street

   P.O. Box

   City                State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number        Street

   _____

   City                State    ZIP Code

5. **Debtor's website (URL)**    http://woodbridgecompanies.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
　　　　　　　　　　(State)

Case number (*if known*): _____ Chapter **11**

</td>
<td>

FILED

2017 DEC -4  AM 5: 29

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

</td>
<td>

☐ Check if this is an
amended filing

</td></tr>
</table>

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Zestar Investments, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 2 8 3 3 2 3 3 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

14225 Ventura Boulevard #100
_____
Number    Street

_____

Sherman Oaks, California 91423
_____
City                    State    ZIP Code

Los Angeles
_____
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

540 Pine Crest Drive
_____
Number    Street

_____

Snowmass Village, Colorado 81615
_____
City            State    ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | http://woodbridgecompanies.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |