**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Matthew P. Porcelli of Gibson, Dunn & Crutcher LLP to represent the above-captioned debtors and debtors in possession in these cases.

*/s/ Ian J. Bambrick*
Ian J. Bambrick (No. 5455)
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600; Facsimile:  (302) 571-1253

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York and New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Matthew P. Porcelli*
Matthew P. Porcelli (NY No. 5218979)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Telephone:  (212) 351-4000; Facsimile:  (212) 351-4035

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: December 4th, 2017
Wilmington, Delaware**

**KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE**