### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| | Joint Administration Requested |
| Debtors. | |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing dates in the above-captioned proceedings:

**January 10, 2018 at 10:00 a.m. (ET)**

**February 13, 2018 at 1:00 p.m. (ET)**

**March 8, 2018 at 10:00 a.m. (ET)**

**Dated: December 4th, 2017**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**