Ronald Richards, Esq. (SBN 176246)
**THE LAW OFFICES OF**
**RONALD RICHARDS & ASSOCIATES, A.P.C.**
P. O. Box 11480
Beverly Hills, California 90213
Tel: (310) 556-1001
Fax: (310) 277-3325
Ron@RonaldRichards.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al | **Case No. 17-12560** (KJC) |
| | **REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST** |

**TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:**

 **PLEASE TAKE NOTICE** that Ronald Richards, Esq. hereby requests special notice of all matters that must be noticed to creditors, the creditors' committee, or other parties in interest, addressed as follows:

Ronald Richards, Esq. (SBN 176246)
**THE LAW OFFICES OF**
**RONALD RICHARDS & ASSOCIATES, A.P.C.**
P. O. Box 11480
Beverly Hills, California 90213
Tel: (310) 556-1001
Fax: (310) 277-3325
Ron@RonaldRichards.com

 This request includes the type of notice referred to in Bankruptcy Rules of Procedure 2002(i) and 3017(a) and also includes, without limitation, all schedules, notices of any order, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, personal delivery, telephone, or otherwise.

DATED: December 7, 2017

          LAW OFFICES OF
          RONALD RICHARDS & ASSOCIATES, A.P.C.

          By: _____
          RONALD N. RICHARDS, Esq.

**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28