## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al., | Case No. 17-12560 (KJC) |
| | Jointly Administered |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors

appointed in the above-captioned cases (the "Committee"), hereby appears by its proposed

counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearance

pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and

Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

requests that the undersigned be added to the official mailing matrix and service lists in these

cases. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of

the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in

these chapter 11 cases and copies of all papers served or required to be served in these chapter 11

cases, including, but not limited to, all notices (including those required by Bankruptcy Rule

2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423.   The complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/WGC.

disclosure statements and all other matters arising herein or in any related adversary proceeding,

be given and served upon the Committee through service upon PSZJ, at the addresses, telephone,

and facsimile numbers set forth below:

Richard M. Pachulski
James I. Stang
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
E-mail: rpachulski@pszjlaw.com
        jstang@pszjlaw.com
        jpomerantz@pszjlaw.com

Bradford J. Sandler
Colin R. Robinson
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:  bsandler@pszjlaw.com
         crobinson@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, complaint or demand, motion, petition, pleading or request, and answering or

reply papers filed in these cases, whether formal or informal, written or oral, and whether served,

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or

made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and*

*Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a

waiver of any of the rights of the Committee, including, without limitation, to (i) have final

orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in

any proceeding so triable in these cases, or any case, controversy, or adversary proceeding

related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or

discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which the Committee may be entitled in law or in equity, all of which rights,

claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 15, 2017               PACHULSKI STANG ZIEHL & JONES LLP

                         */s/ Bradford J. Sandler*
                         Richard M. Pachulski (CA Bar No. 90073)
                         James I. Stang (CA Bar No. 94435)
                         Jeffrey N. Pomerantz (CA Bar No. 143717)
                         Bradford J. Sandler (DE Bar No. 4142)
                         Colin R. Robinson (DE Bar No. 5524)
                         919 North Market Street, 17th Floor
                         P.O. Box 8705
                         Wilmington, DE  19899 (Courier 19801)
                         Telephone: 302-652-4100
                         Facsimile:  302-652-4400
                         E-mail:  rpachulski@pszjlaw.com
                               jstang@pszjlaw.com
                               jpomerantz@pszjlaw.com
                               bsandler@pszjlaw.com
                               crobinson@pszjlaw.com

                         *Proposed Counsel for the Official Committee of*
                         *Unsecured Creditors*