**FILED** Dana Stoddard

2017 DEC 22 AM 8:54  3808 Amy Place

Loveland, CO 80538

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Case 17-12560-KJC Doc 62 Filed 12/6/17

United States Bankruptcy Court and all DIPs

Response/Objection: I object to any Debtors in Possession(DIPs) receiving any money prior to creditors especially Borrowers: Woodbridge Group of Companies, LLC, and certain of its subsidiaries which are fee owners of the Core Assets or those who contributed to the bankruptcy becoming a reality.

I know that I will miss the "Interim Objection Deadline" as I cannot take time and energy to get this objection to all seven of the parties listed while I work off the loss in revenue. I wanted to send this objection anyway, so that you know my objection for the thousands or millions of small creditors affected on a daily basis by bankruptcies who are not DIPs.

I know that unfortunately bankruptcies happen often in the business world, however when a lot of small creditors are affected who don't become DIPs themselves, they take the brunt of the DIP's actions. Since the creditors have to work off their debt or dip into little savings, it is only fair that the DIPs have to "work off" their debt or dip into their own savings and do not receive any money ahead of the creditors. It will be a lean Christmas for some.

Merry Christmas and we hope a Happy New Year,

*Dana Stoddard*

Dana Stoddard

Lesson learned: Do not automatically trust anyone who makes over $500,000 a year.