# UNITED STATES BANKRUPTCY COURT
## District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Sean Matthew Beach*
*Young, Conaway, Stargatt & Taylor*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *Woodbridge Group of Companies, LLC*
*17−12560(KJC)*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Thursday, January 11, 2018, 2nd Floor, Room 2112** at **10:00am** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 12/22/2017 and file the Notice and Certificate of Service with the Court no later than 12/29/2017.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 12/20/17

*[signature: Una O'Boyle]*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:                                                                              Case No. 17-12560-KJC
Woodbridge Group of Companies, LLC                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: LisaD              Page 1 of 6              Date Rcvd: Dec 20, 2017
                              Form ID: van472          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
db          +Woodbridge Group of Companies, LLC,   14225 Ventura Boulevard #100,
              Sherman Oaks, CA 91423-2758
aty         +J. Eric Wise,   Gibson, Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799
aty         +Jennifer L. Conn,   Gisbon Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799
aty         +Matthew K. Kelsey,   Gibson, Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799
aty         +Matthew P. Porcelli,   Gisbon Dunn & Crutcher LLP,   200 Park Avenue,   New York, NY 10166-4799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              Allison S Mielke    on behalf of Debtor    White Dome Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    H65 Thornbury Farm Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Steele Hill Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    White Birch Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M60 Thunder Basin Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Woodbridge Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Sturmer Pippin Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Varga Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M50 Wetterhorn Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Wetterhorn Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Thunder Basin Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M43 White Dome Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Strawberry Fields Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Woodbridge Commercial Bridge Loan Fund 1, LLC
               amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Woodbridge Mezzanine Fund 1, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Woodbridge Commercial Bridge Loan Fund 2, LLC
               amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Whiteacre Funding, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M36 Springline Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Woodbridge Group of Companies, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     H9 Strawberry Fields Holding Company, LLC
               amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    H21 Summerfree Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Thornbury Farm Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    H52 Willow Grove Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M49 Squaretop Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    H36 Sturmer Pippin Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Stayman Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Squaretop Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Stepstone Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Silverthorne Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    Springline Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M37 Topchord Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    H12 White Birch Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor    M86 Steele Hill Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     M5 Stepstone Holding Company, LLC amielke@ycst.com

```
District/off: 0311-1           User: LisaD                 Page 2 of 6                  Date Rcvd: Dec 20, 2017
                               Form ID: van472             Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Allison S Mielke    on behalf of Debtor     Winding Road Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Willow Grove Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Topchord Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     H47 Summit Cut Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Woodbridge Mortgage Investment Fund 1, LLC
               amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Woodbridge Capital Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Summerfree Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     H24 Stayman Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Wildernest Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     M48 Vallecito Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     M94 Winding Road Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Zestar Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     M74 Varga Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     WMF Management, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Vallecito Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     Summit Cut Investments, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     M44 Wildernest Holding Company, LLC amielke@ycst.com
              Allison S Mielke    on behalf of Debtor     H29 Zestar Holding Company, LLC amielke@ycst.com
              Andrew    Warner    on behalf of Interested Party     United States of America andrew.warner@usdoj.gov
              Angela    Ferrante    on behalf of Claims Agent     Garden City Group, LLC
               debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
              Bradford J. Sandler    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               bsandler@pszjlaw.com
              Christopher Michael De Lillo    on behalf of Creditor    Hankey Capital, LLC delillo@rlf.com,
               rbgroup@rlf.com
              Colin R. Robinson    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               crobinson@pszjlaw.com,  efile1@pszjlaw.com
              Daniel B. Denny    on behalf of Debtor    Woodbridge Group of Companies, LLC ddenny@gibsondunn.com
              David W. Baddley    on behalf of Interested Party    U.S. Securities and Exchange Commission
               baddleyd@sec.gov
              Edmon L. Morton    on behalf of Debtor    H66 Heilbron Manor Holding Company, LLC
               bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Graeme Park Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Hollyline Holdings, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Mason Run Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M17 Lincolnshire Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Ironsides Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Lonetree Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Gateshead Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Hazelpoint Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H39 Haralson Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H61 Grand Midway Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M10 Gateshead Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Grand Midway Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H35 Hornbeam Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Grumblethorpe Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H41 Grumblethorpe Holding Company, LLC
               bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M93 Goose Rocks Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H74 Imperial Aly Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Lenni Heights Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H37 Idared Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Imperial Aly Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Lilac Meadow Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Goose Rocks Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H26 Gravenstein Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M54 Lonetree Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Melody Lane Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Longbourn Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Lincolnshire Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H6 Lilac Meadow Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M87 Hackmatack Hills Holding Company, LLC
               bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Hornbeam Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M68 Goosebrook Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Harringworth Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Green Gables Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Glenn Rich Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M73 Mason Run Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H43 Lenni Heights Holding Company, LLC
               bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H8 Melody Lane Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    H27 Grenadier Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M99 Ironsides Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Gravenstein Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    Haffenburg Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor    M80 Hazelpoint Holding Company, LLC bankfilings@ycst.com
```

```
District/off: 0311-1            User: LisaD                  Page 3 of 6                  Date Rcvd: Dec 20, 2017
                                Form ID: van472              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Edmon L. Morton    on behalf of Debtor   Goosebrook Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Grenadier Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Hackmatack Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Haralson Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Idared Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   H44 Green Gables Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   M33 Harringworth Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   M85 Glenn Rich Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   H68 Graeme Park Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   M40 Longbourn Holding Company, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Hollyline Owners, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   Heilbron Manor Investments, LLC bankfilings@ycst.com
              Edmon L. Morton    on behalf of Debtor   M56 Haffenburg Holding Company, LLC bankfilings@ycst.com
              Garden City Group, LLC     PACERTeam@gardencitygroup.com
              Ian J Bambrick     on behalf of Debtor   Castle Pines Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M15 Doubleleaf Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Crowfield Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Drawspan Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M71 Eldredge Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M32 Dollis Brook Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M9 Donnington Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M39 Derbyshire Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Centershot Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Woodbridge Group of Companies, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Steele Hill Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Emerald Lake Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   H14 Dixville Notch Holding Company, LLC
               bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Carbondale Glen Sweetgrass Vista, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   H7 Dogwood Valley Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M14 Crossbeam Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Daleville Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M88 Franconia Notch Holding Company, LLC
               bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M92 Crystal Woods Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M76 Chaplin Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Derbyshire Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Crystal Valley Holdings, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Springline Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Dogwood Valley Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M72 Daleville Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Carbondale Sundance Lot 15, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M22 Drawspan Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M63 Crowfield Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   H56 Craven Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Crossbeam Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Doubleleaf Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   H76 Diamond Cove Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Crystal Woods Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Franconia Notch Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Chestnut Ridge Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Clover Basin Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Dixville Notch Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Chaplin Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Dollis Brook Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Donnington Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   H5 Chestnut Ridge Holding, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Cuco Settlement, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Carbondale Sundance Lot 16, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Coffee Creek Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Carbondale Spruce 101, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M25 Centershot Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M53 Castle Pines Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M51 Coffee Creek Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M79 Chestnut Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Craven Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M45 Clover Basin Holding Company, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Diamond Cove Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Fieldpoint Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   Chestnut Investments, LLC bankfilings@ycst.com
              Ian J Bambrick     on behalf of Debtor   M24 Fieldpoint Holding Company, LLC bankfilings@ycst.com
              James I. Stang     on behalf of Creditor Committee   Official Committee of Unsecured Creditors
               jstang@pszjlaw.com, hrafatjoo@pszjlaw.com
              Jeffrey N. Pomerantz   on behalf of Creditor Committee   Official Committee of Unsecured
               Creditors jpomerantz@pszjlaw.com
              Jennifer Tullius   on behalf of Creditor    805 Nimes Place, LLC jtullius@tulliuslaw.com
              John Henry Knight  on behalf of Creditor    Hankey Capital, LLC knight@rlf.com,
               RBGroup@RLF.com;ann-jerominski-2390@ecf.pacerpro.com
```

```
District/off: 0311-1                  User: LisaD                  Page 4 of 6                  Date Rcvd: Dec 20, 2017
                                      Form ID: van472              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Marc J. Phillips     on behalf of Creditor    Rodney Black mphillips@mgmlaw.com
              Matthew    Silverman     on behalf of Creditor    Arizona Coporation Commission
               matthew.silverman@azag.gov,    hua.qin@azag.gov;kathryn.prosise@azag.gov;bankruptcyunit@azag.gov
              Michael R. Nestor     on behalf of Debtor    Rising Sun Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M90 Merrimack Valley Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Pepperwood Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H54 Seven Stars Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H60 Moravian Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Owl Ridge Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H22 Papirovka Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Seven Stars Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Mountain Spring Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M57 Ridgecrest Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M34 Quarterpost Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Silk City Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M70 Pinney Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M62 Sagebrook Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Merrimack Valley Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M95 Pepperwood Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Riley Creek Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Monadnock Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Mt. Holly Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Red Woods Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M91 Newville Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H51 Old Carbon Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H38 Mutsu Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M46 Owl Ridge Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M41 Silverthorne Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Old Maitland Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H59 Rising Sun Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H55 Old Maitland Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H17 Pemigewasset Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M75 Riley Creek Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H30 Silver Maple Holding Company, LLC
               bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Silver Maple Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M97 Red Wood Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Mineola Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Ridgecrest Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Pinova Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Mutsu Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Quarterpost Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H11 Silk City Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Pinney Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H16 Monadnock Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Old Carbon Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M38 Pemberley Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M83 Mt. Holly Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M61 Mineola Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    H23 Pinova Holding Company, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Moravian Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Pemberley Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Sagebrook Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Pemigewasset Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Newville Investments, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    Silverleaf Funding, LLC bankfilings@ycst.com
              Michael R. Nestor     on behalf of Debtor    M67 Mountain Spring Holding Company, LLC
               bankfilings@ycst.com
              Oscar   Garza     on behalf of Debtor    Woodbridge Group of Companies, LLC ogarza@gibsondunn.com,
               mpeck@gibsondunn.com
              Patrick A. Jackson     on behalf of Creditor    Ad Hoc Committee of Holders of Promissory Notes of
               Woodbridge Mortgage Investment Fund Entities and Affiliates Patrick.jackson@dbr.com,
               joanne.miceli@dbr.com;tamara.stoner@dbr.com
              Paul J. Pascuzzi     on behalf of Interested Party    Life Co. Insurance Services & Retirement
               Planning, Inc. ppascuzzi@ffwplaw.com,    lnlasley@ffwplaw.com
              Richard   Levy, Jr.     on behalf of Creditor    The I-Grace Company rlevy@pryorcashman.com
              Risa Lynn   Wolf-Smith     on behalf of Creditor    Homeowners Association of Aspen Glen, Inc.
               rwolf@hollandhart.com,    lmlopezvelasquez@hollandhart.com;BMain@hollandhart.com
              Ronald   Richards     ron@ronaldrichards.com
              Samuel A. Newman     on behalf of Debtor    Woodbridge Group of Companies, LLC
               snewman@gibsondunn.com,    jstern@gibsondunn.com
```

```
District/off: 0311-1          User: LisaD                Page 5 of 6              Date Rcvd: Dec 20, 2017
                              Form ID: van472            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Sean Matthew Beach   on behalf of Debtor   M29 Brynderwen Holding Company, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Arborvitae Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Bowman Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H32 Arborvitae Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Black Locust Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   215 North 12th Street, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot E-24, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H20 Bluff Point Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Brise Soleil Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot SD-14, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H58 Baleroy Holding Company, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H25 Elstar Holding Company, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H53 Black Bass Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M19 Arrowpoint Holdings Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Archivolt Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Doocy, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Mesa Lot 19, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Woodbridge Group of Companies, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H19 Emerald Lake Holding Company, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H2 Arlington Ridge Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Bluff Point Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot D-22, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Basswood Holding, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Cannington Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Eldredge Investments, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor    Woodbridge Mortgage Investment Fund 4, LLC
           sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M27 Brise Soleil Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H40 Bramley Holding Company, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Bay Village Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Woodbridge Mortgage Investment Fund 3, LLC
           sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Broadsands Investments, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot GV-13, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Papirovka Investments, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Elstar Investments, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Bear Brook Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Woodbridge Mortgage Investment Fund 2, LLC
           sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H4 Pawtuckaway Holding Company, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Cablestay Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Pawtuckaway Investments, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Sundance Ponds, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Arrowpoint Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H28 Black Locust Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen River Mesa, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Baleroy Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H46 Beech Creek Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot A-5, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M26 Archivolt Holding Company, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H13 Bay Village Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Beech Creek Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Black Bass Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Anchorpoint Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Bishop White Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Brynderwen Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Woodbridge Mortgage Investment Fund 3A, LLC
           sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Carbondale Glen Lot SD-23, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   H70 Bishop White Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M13 Cablestay Holding Company, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Woodbridge Structured Funding, LLC sbeach@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M11 Anchorpoint Holding Company, LLC
           bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   Addison Park Investments, LLC bankfilings@ycst.com
          Sean Matthew Beach   on behalf of Debtor   M31 Cannington Holding Company, LLC
           bankfilings@ycst.com
```

```
District/off: 0311-1          User: LisaD              Page 6 of 6              Date Rcvd: Dec 20, 2017
                              Form ID: van472          Total Noticed: 5


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sean Matthew Beach    on behalf of Debtor    H49 Bowman Holding Company, LLC bankfilings@ycst.com
              Sean Matthew Beach    on behalf of Debtor    Bramley Investments, LLC bankfilings@ycst.com
              Sean Matthew Beach    on behalf of Debtor    H31 Addison Park Holding Company, LLC
               bankfilings@ycst.com
              Sean Matthew Beach    on behalf of Debtor    H15 Bear Brook Holding Company, LLC
               bankfilings@ycst.com
              Sean Matthew Beach    on behalf of Debtor    Arlington Ridge Investments, LLC bankfilings@ycst.com
              Sean Matthew Beach    on behalf of Debtor    M28 Broadsands Holding Company, LLC sbeach@ycst.com
              Seth H. Lieberman    on behalf of Creditor    The I-Grace Company slieberman@pryorcashman.com
              Steven K. Kortanek    on behalf of Creditor    Ad Hoc Committee of Holders of Promissory Notes of
               Woodbridge Mortgage Investment Fund Entities and Affiliates Steven.Kortanek@dbr.com,
               andrew.groesch@dbr.com;tamara.stoner@dbr.com
              Stuart M. Brown    on behalf of Creditor Robert  Shapiro stuart.brown@dlapiper.com,
               stuart-brown-7332@ecf.pacerpro.com
              Timothy Jay Fox, Jr.    on behalf of U.S. Trustee    U.S. Trustee timothy.fox@usdoj.gov
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
                                                                                             TOTAL: 309
```