December 20, 2017

DEC 2 7 2017

Hon. Kevin J. Carey
United States Bankruptcy Court
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

In re: Woodbridge Group of Companies
Chapter 11
Case No. 17-12560 (KJC)
Ref. Docket Nos. 22 and 59

Dear Judge Carey:

This is to notify the Court that an error exists in the above-named filing of December 6, 2017.

We are secured note holders ($50,000.00) in this matter. However, our names do not appear in the list of note holders in Exhibit C.

Respectfully,

*Larry G. Dyslin* (signature)

Larry G. Dyslin
Elaine C. Dyslin
303-422-3972
ldysco@yahoo.com