IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES LLC, *et al.*, | : : : | Case No. 17- 12560 (KJC) |
| Debtors. | : : | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 28th day of December, 2017, I

caused a copy of the documents listed below to be served on the individuals on the attached

service list in the manner indicated:

**Emergency Motion of Official Committee of Unsecured Creditors for the
Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (Bar No. 4142)

**Woodbridge Group of Companies, Inc., et al.**
2002 Email Service List
63 – Email Delivery

**Email Delivery**
*(Independent Director)*
Marc Beilinson
Beilinson Advisory Group
mbeilinson@beilinsonpartners.com

**Email Delivery**
*(Counsel to DIP Lender)*
William S. Brody, Esquire
Paul S Arrow, Esquire
Buchalter
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017
wbrody@buchalter.com
parrow@buchalter.com

**Email Delivery**
*(California Labor & Workforce Development Agency)*
California Labor & Workforce Development Agency
800 Capitol Mall, MIC-55
Sacramento, CA  95814
email@labor.ca.gov

**Email Delivery**
*(Counsel for Robert Shapiro)*
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N Market Street, Suite 2100
Wilmington, DE  19801
stuart.brown@dlapiper.com

**Email Delivery**
*(Counsel for Robert Shapiro)*
Eric D. Goldberg, Esquire
DLA Piper LLP
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA  90067
eric.goldberg@dlapiper.com

**Email Delivery**
*(Counsel for Robert Shapiro)*
Ryan D. O'Quinn, Esquire
DLA Piper LLP
200 South Biscayne Boulevard, South 2500
Miami, FL  33131
ryan.oquinn@dlapiper.com

**Email Delivery**
*(Counsel for Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates.)*
James H Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY  10036
james.millar@dbr.com

**Email Delivery**
*(Counsel for Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates.)*
James G Lundy, Esquire
Drinker Biddle & Reath LLP
191 N Wacker Drive, Suite 3700
Chicago, IL  60606
james.lundy@dbr.com

**Email Delivery**
*(Counsel for Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates.)*
Steven K Kortanek, Esquire
Patrick A Jackson, Esquire
Joseph N Argentina, Jr, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue Suite 1410
Wilmington, DE 19801
steven.kortanek@dbr.com
patrick.jackson@dbr.com
joseph.argentina@dbr.com

**Email Delivery**
*(Claims and Noticing Agent for Debtors)*
Katina Brountzas
GCG, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY 11042
susan.persichilli@choosegcg.com

**Email Delivery**
*(Counsel for Debtors)*
Matthew P. Porcelli, Esquire
J. Eric Wise, Esquire
Matthew K. Kelsey, Esquire
Gibson, Dunn, & Crutcher, LLP
200 Park Avenue
New York, NY 10166
mporcelli@gibsondunn.com
ewise@gibsondunn.com
mkelsey@gibsondunn.com

**Email Delivery**
*(Counsel for Debtors)*
Oscar Garza, Esquire
Daniel B. Denny, Esquire
Samuel A. Newman, Esquire
Gibson, Dunn, & Crutcher, LLP
333 S Grand Avenue
Los Angeles, CA 90071
ogarza@gibsondunn.com
ddenny@gibsondunn.com
snewman@gibsondunn.com

**Email Delivery**
*(DIP Lender)*
W. Scott Dobbins
Hankey Investment Company
4751 Wilshire Boulevard, Suite 110
Los Angeles, CA 90010
dobbins@hiclp.com

**Email Delivery**
*(State Attorney General)*
Indiana Attorney General's Office
Indiana Government Center South
302 W Washington Street, 5th Floor
Indianapolis, IN 46204
info@atg.in.gov

**Email Delivery**
*(Counsel for The Law Offices of Ronald Richards & Associates, A.P.C.)*
Ronald Richards
Law Offices of Ronald Richards & Associates, A.P.C
PO Box 11480
Beverly Hills, CA 90213
ron@ronaldrichards.com

**Email Delivery**
*(State Attorney General)*
Office of the Attorney General
1300 I Street, Suite 1142
Sacramento, CA 95814
piu@doj.ca.gov

**Email Delivery**
*(State Attorney General)*
Cynthia Coffman
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
attorney.general@state.co.us

**Email Delivery**
*(Counsel for The State of Arizona Ex Rel.*
*Arizona Corporation Commission*
*("Department"))*
Matthew A Silverman
Arizona Assistant Attorney General
Office of the Attorney General
2005 N Central Avenue
Phoenix, AZ 85004
matthew.silverman@azag.gov

**Email Delivery**
*(Office of the United States Trustee - Region 3)*
Jane M. Leamy, Esquire
Timothy J. Fox, Jr., Esquire
Office of the United States Trustee, Region 3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
timothy.fox@usdoj.gov

**Email Delivery**
*(Counsel for Hankey Capital, LLC)*
John H Knight
Christopher M Delillo
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801
knight@rlf.com
delillo@rlf.com

**Email Delivery**
*)*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903
dosdoc_ftax@state.de.us

**Email Delivery**
*(Sec Headquarters)*
Secretary of the Treasury
Securities Exchange Commission
100 F Street, NE
Washington, DC 20549
chairmanoffice@sec.gov

**Email Delivery**
*(Financial Advisor for Debtors)*
Lawrence "Larry" Perkins
Lissa Weissman
Reece Fulgham
John Farrace
Miles Staglik
Robert Shenfeld
Sierra Constellation Partners, LLC
400 S Hope Street, Suite 1050
Los Angeles, CA 90071
lperkins@scpllc.com
lweissman@scpllc.com
rfulgham@scpllc.com
jfarrace@scpllc.com
mstaglik@scpllc.com
rshenfeld@scpllc.com

**Email Delivery**
*(Delaware Office of the State Treasurer)*
State of Delaware, Office of the State
Treasurer
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904
statetreasurer@state.de.us

**Email Delivery**
*(State Attorney General)*
Bankruptcy Dept
State of Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
hawaiiag@hawaii.gov

**Email Delivery**
*(State Attorney General)*
William Leibovici, Chief
State of Maryland Attorney General
Consumer Protection Division
200 Saint Paul Street, Suite 1700
Baltimore, MD  21202
consumer@oag.state.md.us

**Email Delivery**
*(State Attorney General)*
Director of the Consumer Protection
Division
State of Michigan Attorney General
Cadillac Place, 10th Floor
3030 W Grand Boulevard, Suite 10-200
Detroit, MI  48202
miag@michigan.gov

**Email Delivery**
*(SEC Atlanta Regional Office)*
David W. Baddley
US Securities and Exchange Commission,
Atlanta Regional Office
950 E Paces Road, NE, Suite 900
Atlanta, GA  30321
baddleyd@sec.gov

**Email Delivery**
*(Office of US Attorney)*
David C. Weiss
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE  19801
askdoj@usdoj.gov

**Email Delivery**
*(Counsel for the United States of America)*
Andrew D Warner
United States Department of Justice
Civil Division
1100 L Street NW
Washington, DC  20530
andrew.warner@usdoj.gov

**Email Delivery**
*(US Department of Justice)*
Bankruptcy Claims Unit
US Department of Justice
PO Box 15012
Wilmington, DE  19850
askdoj@usdoj.gov

**Email Delivery**
*(US Department of Justice)*
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
askdoj@usdoj.gov

**Email Delivery**
*)*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281-1022
nyrobankruptcy@sec.gov
newyork@sec.gov

**Email Delivery**
*(State Attorney General)*
Bankruptcy Dept
Washington Dc Attorney General
441 4th Street NW
Washington, DC  20001
dc.oag@dc.gov

**Email Delivery**
*(DIP Lender)*
Paul Kerwin
Westlake Financial Services
4751 Wilshire Boulevard, Suite 110
Los Angeles, CA  90010
pkerwin@westlakefinancial.com

**Email Delivery**
*(Lead Debtor)*
Eugene Rubinstein, Assoc. Counsel
Robert Reed, General Counsel
Woodbridge Group of Companies, LLC
14225 Ventura Boulevard, Suite 100
Sherman Oaks, CA 91423
eugene@woodbridgecompanies.com
rreed@woodbridgecompanies.com

**Email Delivery**
*(Counsel for Debtors)*
Ian J. Bambrick, Esquire
Sean M. Beach, Esquire
Allison S. Mielke, Esquire
Edmon L. Morton, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
Rodney Square
1000 N King Street
Wilmington, DE 19801
ibambrick@ycst.com
sbeach@ycst.com
amielke@ycst.com
emorton@ycst.com

**Email Delivery**
*(Counsel to Life Co. Insurance Services &
Retirement Planning, Inc.)*
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
ppascuzzi@ffwplaw.com

**Email Delivery**
*(Counsel to the Michigan Dept of Licensing
and Regulatory Affairs, Corporations,
Securities & Commercial Licensing Bureau)*
Bill Schuette, Esquire
Aaron W. Levin, Esquire
Office of the Attorney General
PO Box 30755
Lansing, MI 48909
levina@michigan.gov

**Email Delivery**
*(Intersted Party)*
Milton Bender
1690 Duck Creek Road
Ione, CA 95640
miltonbender@volcano.net

**Email Delivery**
*(Counsel for the Unitholders Group)*
Jeffrey S. Sabin, Esquire
Carol Weiner-Levy, Esquire
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
jssabin@venable.com
cweinerlevy@venable.com

**Email Delivery**
*(Counsel for the Unitholders Group)*
Andrew J. Currie, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
ajcurrie@venable.com

**Email Delivery**
*(Counsel for the Unitholders Group)*
Jamie L. Edmonson, Esquire
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
jledmonson@venable.com

Email Block:

mbeilinson@beilinsonpartners.com; wbrody@buchalter.com; parrow@buchalter.com; email@labor.ca.gov;
stuart.brown@dlapiper.com; eric.goldberg@dlapiper.com; ryan.oquinn@dlapiper.com; james.millar@dbr.com;
james.lundy@dbr.com; steven.kortanek@dbr.com; patrick.jackson@dbr.com; joseph.argentina@dbr.com;
susan.persichilli@choosegcg.com; mporcelli@gibsondunn.com; ewise@gibsondunn.com;
mkelsey@gibsondunn.com; ogarza@gibsondunn.com; ddenny@gibsondunn.com; snewman@gibsondunn.com;
dobbins@hiclp.com; info@atg.in.gov; ron@ronaldrichards.com; piu@doj.ca.gov; attorney.general@state.co.us;
matthew.silverman@azag.gov; jane.m.leamy@usdoj.gov; timothy.fox@usdoj.gov; knight@rlf.com;
delillo@rlf.com; dosdoc_ftax@state.de.us; chairmanoffice@sec.gov; lperkins@scpllc.com; lweissman@scpllc.com;
rfulgham@scpllc.com; jfarrace@scpllc.com; mstaglik@scpllc.com; rshenfeld@scpllc.com;
statetreasurer@state.de.us; hawaiiag@hawaii.gov; consumer@oag.state.md.us; miag@michigan.gov;
baddleyd@sec.gov; askdoj@usdoj.gov; andrew.warner@usdoj.gov; askdoj@usdoj.gov; askdoj@usdoj.gov;
nyrobankruptcy@sec.gov; newyork@sec.gov; dc.oag@dc.gov; pkerwin@westlakefinancial.com;
eugene@woodbridgecompanies.com; rreed@woodbridgecompanies.com; ibambrick@ycst.com;
sbeach@ycst.com; amielke@ycst.com; emorton@ycst.com; ppascuzzi@ffwplaw.com; levina@michigan.gov;
miltonbender@volcano.net; jssabin@venable.com; cweinerlevy@venable.com; ajcurrie@venable.com;
jledmonson@venable.com;

**Woodbridge Group of Companies, LLC**
Overnight Service List
Case Number – 17-12560 (KJC)
Document No. 217053
01 – Interoffice
01 – Email Delivery
08 – Hand Delivery
07 – Express Mail Delivery
54 – Overnight Delivery

*(Proposed Counsel for the Official
Committee of Unsecured Creditors)*
Bradford J. Sandler, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**Interoffice**
*(Proposed Counsel for the Official
Committee of Unsecured Creditors)*
Richard M. Pachulski, Esquire
James I. Stang, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**Email Delivery**
*(Independent Director)*
Marc Beilinson
Beilinson Advisory Group
mbeilinson@beilinsonpartners.com

**Hand Delivery**
*(Delaware State Atty General's Office -
Delaware Department of Justice)*
Hon. Matt Denn, Atty General
Delaware State Atty General's Office
Delaware Department of Justice
Wilmington, DE  19801

**Hand Delivery**
*(Counsel for Robert Shapiro)*
Stuart M. Brown, Esquire
DLA Piper LLP
1201 N Market Street, Suite 2100
Wilmington, DE  19801

**Hand Delivery**
*(Counsel for Ad Hoc Committee of Holders
of Promissory Notes of Woodbridge
Mortgage Investment Fund Entities and
Affiliates.)*
Steven K Kortanek, Esquire
Patrick A Jackson, Esquire
Joseph N Argentina, Jr, Esquire
Drinker Biddle & Reath LLP
222 Delaware Avenue Suite 1410
Wilmington, DE  19801

**Hand Delivery**
*(Office of the United States Trustee - Region
3)*
Jane M. Leamy, Esquire
Timothy J. Fox, Jr., Esquire
Office of the United States Trustee, Region
3
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
*(Counsel for Hankey Capital, LLC)*
John H Knight
Christopher M Delillo
Richards Layton & Finger PA
920 North King Street
Wilmington, DE  19801

**Hand Delivery**
*(Office of US Attorney)*
David C. Weiss
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
*(Counsel for Debtors)*
Ian J. Bambrick, Esquire
Sean M. Beach, Esquire
Allison S. Mielke, Esquire
Edmon L. Morton, Esquire
Young, Conaway, Stargatt, & Taylor, LLP
1000 N King Street
Wilmington, DE 19801

**Hand Delivery**
*(Counsel for the Unitholders Group)*
Jamie L. Edmonson, Esquire
Venable LLP
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**Express Mail Delivery**
*(California Board of Equalization)*
California Board of Equalization
PO Box 942879
Sacramento, CA 94279

**Express Mail Delivery**
*(California Franchise Tax Board)*
California Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

**Express Mail Delivery**
*(Irs Centralized Insolvency Operation)*
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

**Express Mail Delivery**
*(Counsel for The Law Offices of Ronald Richards & Associates, A.P.C.)*
Ronald Richards
Law Offices of Ronald Richards & Associates, A.P.C
PO Box 11480
Beverly Hills, CA 90213

**Express Mail Delivery**
*(State Attorney General)*
Bankruptcy Dept
State of California Attorney General
PO Box 944255
Sacramento, CA 94244

**Express Mail Delivery**
*(US Department of Justice)*
Bankruptcy Claims Unit
US Department of Justice
PO Box 15012
Wilmington, DE 19850

**Express Mail Delivery**
*(Counsel to the Michigan Dept of Licensing and Regulatory Affairs, Corporations, Securities & Commercial Licensing Bureau)*
Bill Schuette, Esquire
Aaron W. Levin, Esquire
Office of the Attorney General
PO Box 30755
Lansing, MI 48909

**Overnight Delivery**
*(Counsel to DIP Lender)*
William S. Brody, Esquire
Paul S Arrow, Esquire
Buchalter
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

**Overnight Delivery**
*(California Governor's Office of Business & Economic Development)*
California Governor's Office of Business & Economic Development
1325 J Street, Suite 1800
Sacramento, CA 95814

**Overnight Delivery**
*(California Labor & Workforce Development Agency)*
California Labor & Workforce Development Agency
800 Capitol Mall, MIC-55
Sacramento, CA 95814

**Overnight Delivery**
*(California Natural Resources Agency)*
California Natural Resources Agency
1416 Ninth Street, Suite 1311
Sacramento, CA 95814

**Overnight Delivery**
*(State Attorney General)*
Colorado Office of the Attorney General
Consumer Protection Division
1525 Sherman Street
Denver, CO 80203

**Overnight Delivery**
*(Delaware Department of Labor - Divison of Unemployment Insurance)*
Delaware Dept. of Labor
4425 N Market Street
Wilmington, DE 19802

**Overnight Delivery**
*(Delaware Division of Revenue - Dept of Taxation and Finance)*
Delaware Division of Revenue, Dept. of Taxation and Finance
540 S. Dupont Highway
Dover, DE 19901

**Overnight Delivery**
*(Internal Revenue Service)*
V. Hayes (Employee No. 1000315823)
Department of the Treasury
7850 SW 6th Court
Plantation, FL 33324

**Overnight Delivery**
*(Department of the Treasury)*
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**Overnight Delivery**
*(Counsel for Robert Shapiro)*
Eric D. Goldberg, Esquire
DLA Piper LLP
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067

**Overnight Delivery**
*(Counsel for Robert Shapiro)*
Ryan D. O'Quinn, Esquire
DLA Piper LLP
200 South Biscayne Boulevard, South 2500
Miami, FL 33131

**Overnight Delivery**
*(Counsel for Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates.)*
James H Millar, Esquire
Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036

**Overnight Delivery**
*(Counsel for Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates.)*
James G Lundy, Esquire
Drinker Biddle & Reath LLP
191 N Wacker Drive, Suite 3700
Chicago, IL 60606

3

**Overnight Delivery**
*(Environmental Protection Agency - Office of General Counsel)*
Office of General Counsel
Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Mail 2310A
Washington, DC  20004

**Overnight Delivery**
*(Claims and Noticing Agent for Debtors)*
Katina Brountzas
GCG, LLC
1985 Marcus Avenue, Suite 200
Lake Success, NY  11042

**Overnight Delivery**
*(Counsel for Debtors)*
Matthew P. Porcelli, Esquire
J. Eric Wise, Esquire
Matthew K. Kelsey, Esquire
Gibson, Dunn, & Crutcher, LLP
200 Park Avenue
New York, NY  10166

**Overnight Delivery**
*(Counsel for Debtors)*
Oscar Garza, Esquire
Daniel B. Denny, Esquire
Samuel A. Newman, Esquire
Gibson, Dunn, & Crutcher, LLP
333 S Grand Avenue
Los Angeles, CA  90071

**Overnight Delivery**
*(DIP Lender)*
W. Scott Dobbins
Hankey Investment Company
4751 Wilshire Boulevard, Suite 110
Los Angeles, CA  90010

**Overnight Delivery**
*(State Attorney General)*
Indiana Attorney General's Office
302 W Washington Street, 5th Floor
Indianapolis, IN  46204

**Overnight Delivery**
*(State Attorney General)*
George Jepsen
Office of the Attorney General
55 Elm Street, Suite 1
Hartford, CT  06106

**Overnight Delivery**
*(State Attorney General)*
Office of the Attorney General
1300 I Street, Suite 1142
Sacramento, CA  95814

**Overnight Delivery**
*(State Attorney General)*
Mark Brnovich, Arizona Attorney General
Office of the Attorney General, Phoenix Office
1275 W. Washington Street
Phoenix, AZ  85007

**Overnight Delivery**
*(State Attorney General)*
Cynthia Coffman
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO  80203

**Overnight Delivery**
*(State Attorney General)*
Christopher M Carr
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA  30334

**Overnight Delivery**
*(State Attorney General)*
The Honorable Alan Wilson
Office of the Attorney General
1000 Assembly Street, Suite 501 Rm 519
Columbia, SC  29201

DOCS_DE:217053.1 94811/002

**Overnight Delivery**
*(Counsel for The State of Arizona Ex Rel.
Arizona Corporation Commission
("Department"))*
Matthew A Silverman
Arizona Assistant Attorney General
Office of the Attorney General
2005 N Central Avenue
Phoenix, AZ 85004

**Overnight Delivery**
*)*
Secretary of State
Division of Corporations
Franchise Tax
401 Federal Street
PO Box 898
Dover, DE 19903

**Overnight Delivery**
*(California Secretary of State)*
Secretary of State
1500 11th Street
Sacramento, CA 95814

**Overnight Delivery**
*(Secretary of State)*
Secretary of State
401 Federal Street
Dover, DE 19901

**Overnight Delivery**
*(Secretary of Treasury)*
Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**Overnight Delivery**
*(Sec Headquarters)*
Secretary of the Treasury
Securities Exchange Commission
100 F Street, NE
Washington, DC 20549

**Overnight Delivery**
*(Financial Advisor for Debtors)*
Lawrence "Larry" Perkins
Lissa Weissman
Reece Fulgham
John Farrace
Sierra Constellation Partners, LLC
400 S Hope Street, Suite 1050
Los Angeles, CA 90071

**Overnight Delivery**
*(State Attorney General)*
California Attorney General's Office
State of California Attorney General
455 Golden Gate Avenue, Suite 1100
San Francisco, CA 94102

**Overnight Delivery**
*(Delaware Office of the State Treasurer)*
State of Delaware, Office of the State
Treasurer
820 Silver Lake Boulevard, Suite 100
Dover, DE 19904

**Overnight Delivery**
*(State Attorney General)*
Bankruptcy Dept
State of Florida Attorney General
The Capitol, Pl 01
Tallahassee, FL 32399

**Overnight Delivery**
*(State Attorney General)*
Bankruptcy Dept
State of Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

**Overnight Delivery**
*(State Attorney General)*
Director of the Consumer Protection
Division
Chicago Main Office
State of Illinois Attorney General
100 W Randolph Street, Floor 12
Chicago, IL 60601

5

**Overnight Delivery**
*(State Attorney General)*
William Leibovici, Chief
State of Maryland Attorney General
200 Saint Paul Street, Suite 1700
Baltimore, MD  21202

**Overnight Delivery**
*(State Attorney General)*
Director of the Consumer Protection
Division
State of Michigan Attorney General
3030 W Grand Boulevard, Suite 10-200
Detroit, MI  48202

**Overnight Delivery**
*(State Attorney General)*
Director of the Consumer Protection
Division
State of New York Attorney General
The Capitol
Albany, NY  12224

**Overnight Delivery**
*(State Attorney General)*
Bankruptcy Dept
State of Ohio Attorney General
30 E Broad Street, Floor 14
Columbus, OH  43215

**Overnight Delivery**
*(SEC Atlanta Regional Office)*
David W. Baddley
US Securities and Exchange Commission,
Atlanta Regional Office
950 E Paces Road, NE, Suite 900
Atlanta, GA  30321

**Overnight Delivery**
*(Counsel for the United States of America)*
Andrew D Warner
United States Department of Justice
1100 L Street NW
Washington, DC  20530

**Overnight Delivery**
*(US Department of Justice)*
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

**Overnight Delivery**
*(US Environmental Protection Agency)*
Office of Enforecement and Compliance
Assurance
US Environmental Protection Agency
Mail 2201A
Washington, DC  20004

**Overnight Delivery**
*)*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
200 Vesey Street
New York, NY  10281-1022

**Overnight Delivery**
*(US Treasury)*
US Treasury
1500 Pennsylvania Avenue NW
Washington, DC  20220

**Overnight Delivery**
*(State Attorney General)*
Bankruptcy Dept
Washington Dc Attorney General
441 4th Street NW
Washington, DC  20001

**Overnight Delivery**
*(DIP Lender)*
Paul Kerwin
Westlake Financial Services
4751 Wilshire Boulevard, Suite 110
Los Angeles, CA  90010

6

**Overnight Delivery**
*(Lead Debtor)*
Eugene Rubinstein, Assoc. Counsel
Robert Reed, General Counsel
Woodbridge Group of Companies, LLC
14225 Ventura Boulevard, Suite 100
Sherman Oaks, CA  91423

**Overnight Delivery**
*(Counsel to Life Co. Insurance Services &*
*Retirement Planning, Inc.)*
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814

**Overnight Delivery**
*(Intersted Party)*
Milton Bender
1690 Duck Creek Road
Ione, CA  95640

**Overnight Delivery**
*(Counsel for the Unitholders Group)*
Jeffrey S. Sabin, Esquire
Carol Weiner-Levy, Esquire
Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, NY  10020

**Overnight Delivery**
*(Counsel for the Unitholders Group)*
Andrew J. Currie, Esquire
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD  21202

DOCS_DE:217053.1 94811/002