# Exhibit A:

## Declarations

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | : | Case No. 17-12560 (KJC) |
| Debtors. | : | (Jointly Administered) |

**DECLARATION OF BARRY KORNFELD IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Barry Kornfeld, pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $450,000 of promissory notes, and I support the appointment of an official noteholders committee

3. I have been in contact with approximately 290 other noteholders who represented to me that they collectively hold approximately $30,575,326.62 of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 2, 2018

Barry Kornfeld



04828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [Jeffrey L Wendel]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

#4828-4207-0361v3

I, [**Jeffrey L Wendel**], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold **$225,000.00** of promissory notes titled in Jeffrey L Wendel & Jodi M Wendel and **$195,000** titled in my Qualified Plan, JJCC, INC Retirement Plan, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately **113** other noteholders who represented to me that they collectively hold **$14,623,000** of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 26, 2017

[**Jeffrey L Wendel**]



#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [Albert D. Klager]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, [Albert D. Klager], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold ~~$76,170~~ $26,170 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 130 other noteholders who represented to me that they collectively hold $15.5million of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 27, 2017

[Albert D. Klager]



#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF DANIEL REISINGER IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Daniel Reisinger, pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a creditor of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I have been in contact with noteholder Robert Porter and approximately 40 other noteholders who represented to me that they collectively hold approximately $6 million of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 29, 2017

Daniel Reisinger

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF KINDRA SAILERS**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Kindra Sailers, pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $47,000 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 107 other noteholders who represented to me that they collectively hold $6,079,558 of noteholder claims against the Debtors in the above-captioned matters. Each of these noteholders has told me, and thus I believe, that all these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 28, 2017

Kindra Sailers



#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF LYNETTE M. ROBBINS IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Lynette M. Robbins, pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a principal of the Knowles Foundation which is a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. Knowles Foundation currently holds $100,000 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 700 other noteholders who represented to me that they collectively hold in excess of $70,000,000 of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 28, 2017

Lynette M. Robbins

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | : | Case No. 17-12560 (KJC) |
| Debtors. | : | (Jointly Administered) |

**DECLARATION OF LEONARD SHEMTOB**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Leonard Shemtob pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I, Leonard Shemtob currently hold $ 582,500.00 of promissory notes, and I support the appointment of an official noteholders committee.

   a. I, Leonard Shemtob am president of Rosewood Capital Investments Inc. Rosewood Capital Investments Inc holds $3,967,777.81 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 2 other noteholders who represented to me that they collectively hold $ 160,000.00 of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 27, 2017

Leonard Shemtob



#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF JESSE RANDLE**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, Jesse Randle pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I, Jesse Randle currently hold $582,500 of promissory notes, and I support the appointment of an official noteholders committee.

   a. I, Jesse Randle am president of Clayton Capital Investments Corp. Clayton Capital Investments Corp. holds $3,967,777.81 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 1 other noteholders who represented to me that they collectively hold $25,000 of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 20, 2017

[signature]

Jesse Randle



#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [Carolyn Ann Beeder ]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

#4828-4207-0361v3

I, [Carolyn Ann Beeder], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $100,000 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately N/A other noteholders who represented to me that they collectively hold $N/A of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 31, 2017

Carolyn A. Beeder

[Name of Declarant] Carolyn Ann Beeder

#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [ Diane Ruby ]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

#4828-4207-0361v3

I, [Diane Ruby_____________], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $30,000__ of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately N/A______ other noteholders who represented to me that they collectively hold $N/A___ of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 31, 2017

Diane Ruby
[Name of Declarant] Diane Ruby

#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [Thomas Weidner ]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, [Thomas Weidner ], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $211,995 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately N/A other noteholders who represented to me that they collectively hold $N/A of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 31, 2017

[Name of Declarant] Thomas Weidner

#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF [Mark D. Varien ]**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

#4828-4207-0361v3

I, [Mark D. Varlen ], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $79,900 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately N/A other noteholders who represented to me that they collectively hold $N/A of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 31, 2017

Mark D. Varlen

[Name of Declarant] Mark D. Varlen

#4828-4207-0361v3

**Hearing Date and Time:**
**January 10, 2018 at 10:00 a.m. (ET)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Woodbridge Group of Companies LLC., *et al.*,[1] | : | Case No. 17-12560 (KJC) |
| Debtors. | : | (Jointly Administered) |

**DECLARATION OF [Mathics Financial] Partners**
**IN SUPPORT OF JOINDER OF JOINING NOTEHOLDER GROUP TO MOTION OF THE AD HOC COMMITTEE OF HOLDERS OF PROMISSORY NOTES OF WOODBRIDGE MORTGAGE INVESTMENT FUND ENTITIES AND AFFILIATES PURSUANT TO SECTION 1102(a)(2) OF THE BANKRUPTCY CODE DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF NOTEHOLDERS**

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

I, [Jeff D. Mathies], pursuant to 28 U.S.C. § 1746, declare:

1. I currently am ~~a~~ NOT a holder of promissory notes of Woodbridge Mortgage Investment Fund entities and affiliates. This declaration is submitted in support of a joinder filed by a group of noteholders to the *Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders* (the "Motion") [Docket No. 85]. All statements in this declaration are based upon my personal knowledge and the review by me and/or persons under my supervision.

2. I currently hold $ 0 of promissory notes, and I support the appointment of an official noteholders committee.

3. I have been in contact with approximately 88 other noteholders who represented to me that they collectively hold $ 8,296,946 of noteholder claims against the Debtors in the above-captioned matters. Such noteholders have told me, and thus I believe, that all of these noteholders support the appointment of an official noteholders committee as sought in the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on ~~December __, 2017~~ January 2, 2018

Jeff D. Mathies, Pres
[Name of Declarant]



#4828-4207-0361v3