UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| WOODBRIDGE GROUP OF COMPANIES, ) | Case No. 17-12560-KJC |
| LLC, *et al.*, ) | (Jointly Administered) |
| ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |

### NOTICE PURSUANT TO § 546(b) OF THOMAS WEIDNER

Thomas Weidner "(Creditor"), through its attorneys Buechler & Garber LLC hereby submits his Notice Pursuant to § 546(b) of the Bankruptcy Code, as follows:

1. Creditor is the holder of a secured claim pursuant to a Loan Agreement, Promissory Note, and related collateral and security documents dated September 18, 2017, collectively ('Woodridge Agreements") in the amount of $220,800 as of the Chapter 11 filing date.

2. The claim of Creditor is secured by a lien and security interest in the real property and all rents and profits therefrom and commonly known as 53 Huron Street a/k/a 161-167 West Street, Brooklyn, New York, 11222 ("the Property") and as more fully described in Exhibit "A" hereto.

3. Pursuant to 11 U.S.C. § 546(b), Creditor hereby gives notice of perfection of its interest in the Property and all RENTS AND PROFITS therefrom in the total amount of $220,800 as of the filing date, plus accruing interest, attorneys fees and costs.

4. Creditor notifies the above-named Debtor that they are required to fully comply with § 363(c) of the Bankruptcy Code, including without limitation the requirement to segregate an account for all cash collateral coming into their possession or control.

5. The Creditor does not consent to the use of cash collateral including rents and profits from the property.

Dated: January 19, 2018

Respectfully submitted,
BUECHLER & GARBER, LLC

*/s/ Aaron A. Garber*

_____

Aaron A. Garber, #36099
999 18th Street, Suite 1230-S
Denver, Colorado 80202
720-381-0045 / 720-381-0382 FAX
aaron@bandglawoffice.com
*Counsel to Thomas Weidner*

## CERTIFICATE OF SERVICE

I certify that on January 19, 2018 I served a true and correct copy of the foregoing Notice was served via electronic means through the transmission facilities from the court upon those parties authorized to participate and access the Electronic Filing System in the above captioned case.

By: */s/ Celina Worley*
For Buechler & Garber, LLC