IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>Ref. Docket No.: 350 |

ORDER ORDER PURSUANT TO DEL. L.R. 9006-1(e)
SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER THE
COMMITTEE'S EMERGENCY MOTION (A) AUTHORIZING THE DEBTORS TO
MAKE ADDITIONAL CRITICAL VENDOR PAYMENTS, (B) APPROVING CERTAIN
PAYMENTS PREVIOUSLY MADE, AND (C) AUTHORIZING THE BANK TO HONOR
AND PROCESS CHECKS AND ELECTRONIC TRANSFER REQUESTS RELATED TO
THE FOREGOING

Upon the *Motion for an Order Pursuant to Del. L.R. 9006-1(e) Shortening the Time for Notice of the Hearing to Consider Committee's Emergency Motion (A) Authorizing the Debtors to Make Additional Critical Vendor Payments, (B)Approving Certain Payments Previously Made; and (C) Authorizing the Debtors' Bank to Honor and Process Checks and Electronic Transfer Requests Related to the Foregoing* (the "Motion to Shorten")[2] filed by the Committee; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and this Court having found that venue of these cases and the Emergency Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the proposed undersigned counsel for the Debtors.

[2] Capitalized terms used herein, but not otherwise defined, have the meanings given to them in the Motion to Shorten.

pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that notice of the Motion to Shorten has been given as set forth in the Motion to Shorten and that such notice is adequate under the circumstances and no other or further notice need be given; and this Court having found and determined that the relief sought in the Motion to Shorten is in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The hearing to consider the Emergency Motion will be held on January 23, 2018 at 10:00 a.m. (ET), and any response to such relief requested must be filed and served on counsel to the Debtors and the Committee so as to be received at the time of the Hearing.

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _January 23_, 2018
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE