IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket No. 211, 341 |

ORDER EXTENDING THE DEBTORS' DEADLINE
TO FILE THEIR FIRST PERIODIC REPORT OF FINANCIAL
INFORMATION UNDER BANKRUPTCY RULE 2015.3

Upon the *Debtors' Motion for an Order Extending the Debtors' Deadline to File Their First Periodic Report of Financial Information Under Bankruptcy Rule 2015.3* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate

---

[1]     The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the proposed undersigned counsel for the Debtors.

[2]     Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Motion.

01:22707395.4

and no other or further notice need be given; and a hearing having been held to consider the relief requested in the Motion; and upon the record of the hearing on the Motion and all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interest of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is GRANTED as set forth herein.

2.     The Debtors' time to file their Rule 2015.3 Report is hereby extended to February 15, 2018.

3.     The relief granted herein is without prejudice to the Debtors' right to seek further extensions of time to file the Rule 2015.3 Report or a motion to modify the contents of the Rule 2015.3 Report.

4.     Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

5.     All time periods referenced in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6.     The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

7.     This Court retains jurisdiction with respect to all matters arising from or related to

the implementation of this Order.

Dated: _____, 2018
        Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE