# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
Woodbridge Group of Companies LLC., *et al.*,[1]               :   Case No. 17-12560 (KJC)
                                                               :
         Debtors.                                              :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the law firms of Milbank, Tweed, Hadley & McCloy LLP, and Morris, Nichols, Arsht & Tunnell LLP, hereby withdraw as counsel for the Joinder Noteholder Group, effective as of January 23, 2018, the date the Court entered the *Order Approving the Consensual Resolution of (A) Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Directing the Appointment of an Official Committee of Noteholders, (B) Emergency Motion of Official Committee of Unsecured Creditors for Entry of an Order Directing the Motion by the U.S. Securities and Exchange Commission for Order Directing the Appointment of a Chapter 11 Trustee, (D) Joinder of Additional Noteholders to Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Directing the Appointment of an Official Committee of Noteholders, and (E) Motion of the Ad Hoc Committee of Unitholders of Woodbridge Mortgage Investment Fund Entities Directing Appointment of an Official Committee of Unitholders* (D.I. 357) (the "Settlement Order").

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' claims and noticing agent at www.gardencitygroup.com/cases/WGC.

Dated: January 24, 2018
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

    */s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
1201 N. Market St., 16th Flr.
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
rdeheny@mnat.com
aremming@mnat.com

and

**MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**
Mark Shinderman (admitted *pro hac vice*)
James C. Behrens (admitted *pro hac vice*)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000