IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

WOODBRIDGE GROUP OF
COMPANIES, LLC, et al[1].,

Debtors

Chapter 11
Case # 17-12560(KJC)
Jointly Administered

Re. D.I. 430

# ORDER GRANTING CREST STEEL CORP MOTION PURSUANT TO DEL. BANKR. LR. 9006-1(e) FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C § 362(d) AND WAIVER OF THE STAY IN FED. R. BANKR. P. 4001(a)(3)

Upon consideration of Crest Steel Corp.'s Motion Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Notice (the "Motion to Shorten Notice") with Respect to Crest Steel Corp. Limited Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Waiver of the Stay in Fed. R. Bankr. P. 4001(a)(3) (the "Motion for Relief from Stay"), It is hereby:

ORDERED THAT, the Motion to Shorten Notice is GRANTED; and it is

ORDERED THAT, a hearing on the Motion for Relief from Stay is scheduled for February 1, 2018 at 11 a.m. (Eastern) at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, Delaware 19801;

ORDERED THAT, objections, if any, to the Motion for Relief from Stay are due at the time of hearing, ~~(Eastern)~~; and it is further

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. The complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.eardencitygroup.com/cases/WGC.

{00190952.DOC; 1}

ORDERED THAT, Crest Steel Comp. shall serve the Motion to Shorten Notice, a copy of this Order, and the Motion for Relief from Stay upon (i) counsel for the Debtors by hand and email; (ii) the Office of the United States Trustee by hand; (iii) counsel for the Committee by hand and email; and serve all other parties by ECF.

Dated: January 26, 2018
Wilmington, DE

BY THE COURT:

_____
Kevin J Carey
U.S. BANKRUPTCY JUDGE

- 2 -

{00190952.DOC; 1}