1-22-2018

Judge Kevin J. Carey

824 North Market Street
5th Floor
Wilmington, DE 19801

JAN 25 2018

Judge Carey:

I am writing to you representing my wife and myself regarding our investments and the current situation with Woodbridge that has been assigned to your court.

I am sure that there are many investors that are in situations where they have assets that they can rely on or that what ever investment they made was just a small part of their portfolio. My wife and I are certainly not in that situation and we are writing pretty much in a state of desperation asking that you look out for us as best you can.

Kim and I have worked 40 years and were meticulous about saving once we got our kids through school and married. We invested carefully and of course thought we were doing so here. We were told our investments were secured by the first deed on actual properties and signed and notarized countless documents validating that. Now based on bad decisions at Woodbridge and perhaps even fraud we are being told we have no control over our money and have absolutely no rights. The interest from the investments was our only source of income. We have an emergency fund that would cover 6 months of contingencies but now three months of that are gone and we see no end in sight. Even if months and years down the road we get our principal returned we presently have no income to pay our mortgage, medical care or food and utilities for that matter. We could lose everything. Our investment in Woodbridge was our entire retirement savings.

We know you are giving this your full attention. Any ability to get interest payments resumed as soon as possible will literally be life saving. We are haunted everyday with the fears that we are going to lose everything we have worked for because of these people. I hope this letter reaches you and we wish you all success in dealing with this matter.

Sincerely

Doug & Kim Onesko