# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                               ) ss
COUNTY OF KING          )

I, Eric Westberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2. On January 23, 2018, at the direction of Gibson, Dunn & Crutcher, LLP ("Gibson Dunn"), and Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), counsel to the Debtors, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the proposed undersigned counsel for the Debtors.

Appearance Parties with e-mail addresses)[2] and by first class mail on the parties identified on Exhibit B (Master Service List and Notice of Appearance Parties):

- **Order Extending the Debtors' Deadline to File Their First Periodic Report of Financial Information under Bankruptcy Rule 2015.3** [Docket No. 355];

- **Order, Pursuant to Sections 105(a) and 1102 of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Consensual Resolution of (A) Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders, (B) Emergency Motion of Official Committee of Unsecured Creditors for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104, (C) Motion by the U.S. Securities and Exchange Commission for Order Directing the Appointment of a Chapter 11 Trustee, (D) Joinder of Additional Noteholders to Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fun Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholder, and (D) Motion of the Ad Hoc Committee of Unitholders of Woodbridge Mortgage Investment Fund Entities Pursuant to 11 U.S.C. § 1102(a)(2) Directing Appointment of an Official Committee of Unitholders ("Order Approving Consensual Resolution")** [Docket No. 357];

- **Order Authorizing Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date** [Docket No. 358];

- **Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date** [Docket No. 359];

- **Order Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing to Debtors to Retain Expert Consultant *Nunc Pro Tunc* as of December 18, 2017** [Docket No. 360];

- **Order Authorizing the Employment and Retention of Homer Bonner Jacobs PA as Special Litigation Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to Petition Date** [Docket No. 361];

- **Third Interim Order on Emergency Motion for: Entry of Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552**

---

[2] The parties on Exhibit A include Notice of Appearance Parties who have consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

>   **Authorizing Debtors to (A) Obtain Postpetition Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) and 4001(c); and (IV) Granting Related Relief ("Third Interim Order on Emergency Motion")** [Docket No. 363];

- **Certification of Counsel Regarding Debtors' Motion for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing (I) the Engagement Letter Between the Debtors and SierraConstellation Partners LLC and (II) Debtors' Employment of Lawrence R. Perkins as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date** [Docket No. 365]; and

- **Order Approving Debtors' Motion for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing (I) the Engagement Letter Between the Debtors and SierraConstellation Partners LLC and (II) Debtors' Employment of Lawrence R. Perkins as Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date** [Docket No. 367].

3. On January 23, 2018, also at the direction of Gibson Dunn and Young Conaway, I caused a true and correct copy of the **Order Approving Consensual Resolution** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Objecting Parties with e-mail addresses) and by first class mail on the parties identified on Exhibit D annexed hereto (Objecting Parties).

4.  On January 23, 2018, also at the direction of Gibson Dunn and Young Conaway, I caused a true and correct copy of the **Third Interim Order on Emergency Motion** to be served by e-mail on the parties identified on Exhibit E annexed hereto (Moving, Objecting, Responding, and Bank parties with e-mail addresses) and by first class mail on the parties identified on Exhibit F annexed hereto (Moving, Objecting, Responding, and Bank parties).

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 29th day of
January, 2018

/s/ Rebecca Evans
Rebecca J. Evans
Notary Public, State of Washington
License No. 29939
Commission Expires February 19, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ASHFORD - SCHAEL LLC | ATTN COURTNEY A. SCHAEL, ESQ. | 100 QUIMBY STREET, SUITE 1 | | | WESTFIELD | NJ | 07090 | cschael@ashfordnjlaw.com |
| ASSISTANT ATTORNEY GENERAL | ATTN AARON W LEVIN | CORPORATE OVERSIGHT DIVISION | PO BOX 30755 | | LANSING | MI | 48909 | levina@michigan.gov |
| BAKER & ASSOCIATES | ATTN MARK E BAKER | 5900 CANGOA AVENUE, SUITE 330 | | | WOODLAND HILLS | CA | 91367 | MEBLAW@SBCGLOBAL.NET |
| BEILINSON ADVISORY GROUP | ATTN MARC BEILINSON | | | | | | | Mbeilinson@beilinsonpartners.com |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | wbrody@buchalter.com |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | PARROW@BUCHALTER.COM |
| BUECHLER & GARBER, LLC | ATTN AARON A. GARBER | 999 18TH STREET, SUITE 1230-S | | | DENVER | CO | 80202 | aaron@bandglawoffice.com |
| CONNOLLY & LOFSTEDT, P.C. | ATTN TOM H. CONNOLLY, ESQ. | 950 SPRUCE ST., STE. 1C | | | LOUISVILLE | CO | 80027 | tom@clpc-law.com |
| CONNOLLY GALLAGHER LLP | ATTN KAREN C. BIFFERATO, ESQ. | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| CONNOLLY GALLAGHER LLP | ATTN KELLY M. CONLAN | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kconlan@connollygallagher.com |
| DLA PIPER LLP | ATTN STUART M. BROWN | 1201 NORTH MARKET STREET | SUITE 2100 | | WILMINGTON | DE | 19801-1147 | stuart.brown@dlapiper.com |
| DLA PIPER LLP | ATTN ERIC D. GOLDBERG, ESQ. | 2000 AVENUE OF THE STARS | SUITE 400 NORTH TOWER | | LOS ANGELES | CA | 90067-4704 | eric.goldberg@dlapiper.com |
| DLA PIPER LLP | ATTN RYAN D. O'QUINN | 200 SOUTH BISCAYNE BOULEVARD | SOUTH 2500 | | MIAMI | FL | 33131 | ryan.oquinn@dlapiper.com |
| DRINKER BIDDLE & REATH LLP | ATTN STEVEN K KORTANEK, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | steven.kortanek@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN PATRICK A JACKSON, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | patrick.jackson@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA, JR, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | joseph.argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES H MILLAR, ESQ | 1177 AVENUE OF THE AMERICAS 41ST FL | | | NEW YORK | NY | 10036-2714 | james.millar@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES G LUNDY, ESQ | 191 N WACKER DR STE 3700 | | | CHICAGO | IL | 60606-1698 | james.lundy@dbr.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 | ppascuzzi@ffwplaw.com |
| GCG, LLC | ATTN KATINA BROUNTZAS | 1985 MARCUS AVE, STE 200 | | | LAKE SUCCESS | NY | 11042 | susan.persichilli@choosegcg.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | MPorcelli@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN OSCAR GARZA | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | OGarza@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | EWise@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | Mkelsey@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN DANIEL B. DENNY | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | DDenny@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | SNewman@gibsondunn.com |
| HANKEY INVESTMENT COMPANY | ATTN W. SCOTT DOBBINS | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | dobbins@hiclp.com |
| HOLLAND & HART LLP | ATTN RISA LYNN WOLF-SMITH | 555 SEVENTEENTH STREET, SUITE 3200 | PO BOX 8749 | | DENVER | CO | 80201-8749 | rwolf@hollandhart.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN JEFFREY W SHIELDS | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | jshields@joneswaldo.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN BLAKE D MILLER | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | bmiller@joneswaldo.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN PAUL R SMITH | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | psmith@joneswaldo.com |
| KREKELER STROTHER S.C. | ATTN JENNIFER M. SCHANK | 2901 W. BELTLINE HIGHWAY, SUITE 301 | | | MADISON | WI | 53713 | jschank@ks-lawfirm.com |
| KUTAK ROCK LLP | ATTN PETER J BARRETT, ESQ | 901 E BYRD ST STE 1000 | | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com |

Page 1 of 3

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LAFLEUR LAW FIRM | ATTN NINA M. LAFLEUR | POST OFFICE BOX 840158 | | | ST. AUGUSTINE | FL | 32080 | nina@lafleurlaw.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 | Ron@RonaldRichards.com |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK, ESQ. | RENAISSANCE CENTRE | 405 N. KING ST., 8TH FLR. | | WILMINGTON | DE | 19801 | kbuck@mccarter.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN MARK SHINDERMAN | 2029 CENTURY PARK EAST, 33RD FLOOR | | | LOS ANGELES | CA | 90067 | mshinderman@milbank.com |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN JAMES C. BEHRENS | 2029 CENTURY PARK EAST, 33RD FLOOR | | | LOS ANGELES | CA | 90067 | jbehrens@milbank.com |
| MILTON BENDER | 1690 DUCK CREEK RD | | | | IONE | CA | 95640 | miltonbender@volcano.net |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J. DEHNEY | 1201 N. MARKET ST. 16TH FLR. | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | rdehney@mnat.com |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ANDREW R. REMMING | 1201 N. MARKET ST., 16TH FLR. | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | aremming@mnat.com |
| MUFFET FOY CUDDY | 25A PASEO NOPAL | | | | SANTE FE | NM | 87507 | Muffet74@mac.com |
| OFFICE OF THE ATTORNEY GENERAL | ATTN MATTHEW A SILVERMAN | ARIZONA ASSISTANT ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-1592 | matthew.silverman@azag.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jstang@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PRYOR CASHMAN LLP | ATTN SETH H. LIEBERMAN, ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | slieberman@pryorcashman.com |
| PRYOR CASHMAN LLP | ATTN RICHARD LEVY, JR., ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | rlevy@pryorcashman.com |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | knight@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | delillo@rlf.com |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 | jfeu@scotthulse.com |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | chairmanoffice@sec.gov |
| SIERRA CONSTELLATION PARTNERS, LLC | ATTN LISSA WEISSMAN | 400 S HOPE ST, STE 1050 | | | LOS ANGELES | CA | 90071 | lweissman@scpllc.com |
| STOEL RIVES LLP | ATTN DAVID L MORTENSEN, ESQ | 201 S MAIN ST STE 1100 | | | SALT LAKE CITY | UT | 84111 | david.mortensen@stoel.com |
| SULMEYERKUPETZ | A PROFESSIONAL CORPORATION | ATTN ALAN G TIPPIE | 333 S HOPE ST 35TH FL | | LOS ANGELES | CA | 90071 | atippie@sulmeyerlaw.com |
| THE INFURNA LAW FIRM, P.A. | ATTN JUSTIN R. INFURNA ESQ | 121 SOUTH ORANGE AVE. SUITE 1500 | | | ORLANDO | FL | 32801 | Justininfurna@alwaysavailablelawyer.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN DAVID W. BADDLEY | ATLANTA REGIONAL OFFICE | 950 EAST PACES ROAD, N.E., SUITE 900 | | ATLANTA | GA | 30326-1382 | baddleyd@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN NEAL JACOBSON | NEW YORK REGIONAL OFFICE | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281 | Jacobsonn@sec.gov |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN RUSSELL KOONIN | 801 BRICKELL AVE | SUITE 1800 | MIAMI | FL | 33131 | kooninr@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN CHRISTINE NESTOR | 801 BRICKELL AVE. | SUITE 1800 | MIAMI | FL | 33131 | nestorc@sec.gov |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 | askdoj@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 | andrew.warner@usdoj.gov |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 | newyork@sec.gov |
| VENABLE LLP | ATTN JEFFREY S SABIN, ESQ | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | jssabin@venable.com |
| VENABLE LLP | ATTN CAROL WEINER-LEVY, ESQ | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | cweinerlevy@venable.com |
| VENABLE LLP | ATTN ANDREW J CURRIE, ESQ | 750 E PRATT ST STE 900 | | | BALTIMORE | MD | 21202 | ajcurrie@venable.com |
| VENABLE LLP | ATTN JAMIE L EDMONSON, ESQ | 1201 N MARKET ST STE 1400 | | | WILMINGTON | DE | 19801 | jledmonson@venable.com |
| WESTLAKE FINANCIAL SERVICES | ATTN PAUL KERWIN | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | pkerwin@westlakefinancial.com |
| WILK AUSLANDER LLP | ATTN ELOY A. PERAL, ESQ. | 1515 BROADWAY, 43RD FLOOR | | | NEW YORK | NY | 10036 | eperal@wilkauslander.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN MARK DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Mark.Desgrosseilliers@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA JOHNSON | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Ericka.Johnson@wbd-us.com |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN EUGENE RUBINSTEIN, ASSOC. COUNSEL | 14225 VENTURA BLVD, STE 100 | | | SHERMAN OAKS | CA | 91423 | eugene@woodbridgecompanies.com |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN ROBERT REED, GENERAL COUNSEL | 14226 VENTURA BLVD, STE 100 | | | SHERMAN OAKS | CA | 91423 | rreed@woodbridgecompanies.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN IAN J. BAMBRICK | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | ibambrick@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN SEAN M. BEACH | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | sbeach@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN ALLISON S. MIELKE | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | amielke@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN EDMON L. MORTON | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | emorton@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BAKER & ASSOCIATES | ATTN MARK E BAKER | 5900 CANGOA AVENUE, SUITE 330 | | | WOODLAND HILLS | CA | 91367 |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE | ATTN V. HAYES (EMPLOYEE NO. 1000315823) | 7850 SW 6TH CT | | PLANTATION | FL | 33324-3202 |
| DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | | | WASHINGTON | DC | 20220 |
| DLA PIPER LLP | ATTN STUART M. BROWN | 1201 NORTH MARKET STREET | SUITE 2100 | | WILMINGTON | DE | 19801-1147 |
| DLA PIPER LLP | ATTN ERIC D. GOLDBERG, ESQ. | 2000 AVENUE OF THE STARS | SUITE 400 NORTH TOWER | | LOS ANGELES | CA | 90067-4704 |
| DLA PIPER LLP | ATTN RYAN D. O'QUINN | 200 SOUTH BISCAYNE BOULEVARD | SOUTH 2500 | | MIAMI | FL | 33131 |
| DRINKER BIDDLE & REATH LLP | ATTN STEVEN K KORTANEK, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN PATRICK A JACKSON, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA, JR, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES H MILLAR, ESQ | 1177 AVENUE OF THE AMERICAS 41ST FL | | | NEW YORK | NY | 10036-2714 |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES G LUNDY, ESQ | 191 N WACKER DR STE 3700 | | | CHICAGO | IL | 60606-1698 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | WILLIAM JEFFERSON CLINTON BUILDING NORTH | MAIL 2310A | 1200 PENNSYLVANIA AVE, NW | WASHINGTON | DC | 20004 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 |
| G3 GROUP LA, INC. | 2500 TOWNSGATE ROAD, SUITE F | | | | WESTLAKE VILLAGE | CA | 91361 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN OSCAR GARZA | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN DANIEL B. DENNY | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| HANKEY INVESTMENT COMPANY | ATTN W. SCOTT DOBBINS | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| JOHN J. O'NEILL | 4600 HWY AIA # 2111 | | | | VERO BEACH | FL | 32693 |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN MARK SHINDERMAN | 2029 CENTURY PARK EAST, 33RD FLOOR | | | LOS ANGELES | CA | 90067 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN JAMES C. BEHRENS | 2029 CENTURY PARK EAST, 33RD FLOOR | | | LOS ANGELES | CA | 90067 |
| MILTON BENDER | 1690 DUCK CREEK RD | | | | IONE | CA | 95640 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ROBERT J. DEHNEY | 1201 N. MARKET ST. 16TH FLR. | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN ANDREW R. REMMING | 1201 N. MARKET ST., 16TH FLR. | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MUFFET FOY CUDDY | 25A PASEO NOPAL | | | | SANTE FE | NM | 87507 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN JANE M. LEAMY | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 |
| RONALD E. MYRICK SR. | 9332 AVIAN DR., APT. 201 | | | | FORT MEYERS | FL | 33913 |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF STATE | 401 FEDERAL ST | | | | DOVER | DE | 19901 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD | SUITE 100 | | | DOVER | DE | 19904 |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 |
| SIERRA CONSTELLATION PARTNERS, LLC | ATTN LISSA WEISSMAN | 400 S HOPE ST, STE 1050 | | | LOS ANGELES | CA | 90071 |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 |
| US TREASURY | 1500 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20220 |
| WESTLAKE FINANCIAL SERVICES | ATTN PAUL KERWIN | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN EUGENE RUBINSTEIN, ASSOC. COUNSEL | 14225 VENTURA BLVD, STE 100 | | | SHERMAN OAKS | CA | 91423 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN ROBERT REED, GENERAL COUNSEL | 14226 VENTURA BLVD, STE 100 | | | SHERMAN OAKS | CA | 91423 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN YALE K KIM | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 | ykim@allenmatkins.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN DAVID R. ZARO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 | dzaro@allenmatkins.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN JOSHUA A. DEL CASTILLO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 | jdelcastillo@allenmatkins.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JOHN A MORRIS | 780 THIRD AVE 34TH FL | | | NEW YORK | NY | 10017-2024 | jmorris@pszjlaw.com |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA STE 5100 | 1313 MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 | strattond@pepperlaw.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN YALE K KIM | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN DAVID R. ZARO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN JOSHUA A. DEL CASTILLO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN ANDREW R VARA | 844 KING ST STE 2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JOHN A MORRIS | 780 THIRD AVE 34TH FL | | | NEW YORK | NY | 10017-2024 |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA STE 5100 | 1313 MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 |

# **EXHIBIT E**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN YALE K KIM | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 | ykim@allenmatkins.com |
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN JOSHUA A DEL CASTILLO | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 | jdelcastillo@allenmatkins.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN DAVID R. ZARO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 | dzaro@allenmatkins.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | cbrown@gsbblaw.com |
| MANION GAYNOR & MANNING LLP | ATTN MARC J PHILLIPS | 1007 N ORANGE ST 10TH FL | | | WILMINGTON | DE | 19801 | mphillips@mgmlaw.com |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA STE 5100 | 1313 MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 | strattond@pepperlaw.com |
| UNITED BANK | ATTN: ERIC NEWELL | 225 ASYLUM ST FL 22 | | | HARTFORD | CT | 06103-1532 | enewell@bankatunited.com |
| UNITED BANK | ATTN JEFFREY M SIEGEL, J.D., LL.M. | VICE PRESIDENT - LEGAL AFFAIRS | 225 ASYLUM ST | | HARTFORD | CT | 06103-1532 | jsiegel@bankatunited.com |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN YALE K KIM | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 |
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP | ATTN JOSHUA A DEL CASTILLO | 865 S FIGUEROA ST STE 2800 | | LOS ANGELES | CA | 90017-2543 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN DAVID R. ZARO | 865 S. FIGUEROA ST., SUITE 2800 | | | LOS ANGELES | CA | 90017-2543 |
| DANA STODDARD | 3808 AMY PL | | | | LOVELAND | CO | 80538 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN CHARLES J BROWN III, ESQ | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 |
| HUGH & BARBARA SIGLER RT MAY 2015 | 7373 S CRESCENT DR | | | | LITTLETON | CO | 80120 |
| JEFFREY & COLLEEN BARKLEY | 3014 W KIOWA ST | | | | COLORADO SPRINGS | CO | 80904 |
| MANION GAYNOR & MANNING LLP | ATTN MARC J PHILLIPS | 1007 N ORANGE ST 10TH FL | | | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN ANDREW R VARA | 844 KING ST STE 2207 LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PEPPER HAMILTON LLP | ATTN DAVID B STRATTON | HERCULES PLAZA STE 5100 | 1313 MARKET ST | PO BOX 1709 | WILMINGTON | DE | 19899-1709 |
| RICHARD J & LOIS M CARLI | 221 VENTASSO DR | | | | CLAYTON | NC | 27527 |
| UNITED BANK | ATTN: ERIC NEWELL | 225 ASYLUM ST FL 22 | | | HARTFORD | CT | 06103-1532 |
| UNITED BANK | ATTN APRIL MCCLAIN | 95 ELM STREET | | | WEST SPRINGFILED | MA | 01089 |
| UNITED BANK | ATTN JEFFREY M SIEGEL, J.D., LL.M. | VICE PRESIDENT - LEGAL AFFAIRS | 225 ASYLUM ST | | HARTFORD | CT | 06103-1532 |