IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Eric Westberg, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively the "Debtors") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2. On January 22, 2018, at the direction of Gibson, Dunn & Crutcher, LLP, and Young Conaway Stargatt & Taylor, LLP, proposed counsel to the Debtors, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on Exhibit A annexed hereto (Ordinary Course Professional Notice Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit B annexed hereto (Ordinary Course Professional Notice Parties):

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the proposed undersigned counsel for the Debtors.

- **Notice of Filing of Declaration of Disinterestedness by Ordinary Course Professional Balcomb & Green, P.C.** [Docket No. 349]; and

- **Notice of Filing of Declaration of Disinterestedness by Ordinary Course Professional Hahn Loeser & Parks LLP** [Docket No. 352].

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 29th day of January, 2018

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires: February 26, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | wbrody@buchalter.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | SNewman@gibsondunn.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN DAVID W. BADDLEY | ATLANTA REGIONAL OFFICE | 950 EAST PACES ROAD, N.E., SUITE 900 | | ATLANTA | GA | 30326-1382 | baddleyd@sec.gov |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN SEAN M. BEACH | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | sbeach@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN JANE M. LEAMY | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |