**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 1, 2018, AT 11:00 A.M. (ET)**

**MATTER GOING FORWARD**

1. Motion of Crest Steel Corp. for Limited Relief from the Automatic Stay [Docket No. 429, 1/26/18]

    Objection Deadline:    At the hearing.

    Related Documents:

    A.    Order Shortening Notice [Docket No. 433, 1/26/18]

    B.    Notice of Motion [Docket No. 434, 1/26/18]

    C.    Amended Notice of Motion [Docket No. 437, 1/29/18]

    Objections/Responses Received:

    A.    Informal response of the Debtors

    B.    Informal response of the Ad Hoc Unitholders Group

    C.    Informal response of Hankey Capital, LLC

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:22798294.1

<u>Status</u>:  Crest Steel anticipates resolving the informal responses received prior to the hearing by making certain revisions to the proposed order included with the motion.  In light of the objection deadline, this matter will be going forward.

Dated: Wilmington, Delaware
January 30, 2018

/s/ Ian J. Bambrick
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel:   (213) 229-7000
Fax:   (213) 229-7520

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*