# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-12560 (KJC) <br><br> (Jointly Administered) |

## NOTICE OF CHANGE OF DEBTORS' ADDRESS

**PLEASE TAKE NOTICE** that, effective as of February 5, 2018, the mailing address for the above-captioned debtors and debtors in possession (collectively, the "Debtors") is the following:

14140 Ventura Blvd #302
Sherman Oaks, California 91423

**PLEASE TAKE FURTHER NOTICE** that the Debtors request that notice of all matters arising herein and service of all papers and documents filed herein, including all notices required by title 11 of the United States Code, 11 U.S.C. §§ 101–1532, be served upon the Debtors at the mailing address listed above.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:22833107.2

| | |
|---|---|
| Dated: February 5, 2018<br>Wilmington, Delaware | */s/ Ian J. Bambrick*<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Betsy L. Feldman (No. 6410)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:  (302) 571-6600<br>Fax:  (302) 571-1253<br><br>-and-<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel A. Newman (*pro hac vice*)<br>Oscar Garza (*pro hac vice*)<br>Daniel B. Denny (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Tel:  (213) 229-7000<br>Fax:  (213) 229-7520<br><br>-and-<br><br>J. Eric Wise (*pro hac vice*)<br>Matthew K. Kelsey (*pro hac vice*)<br>Jennifer L. Conn (*pro hac vice*)<br>Matthew P. Porcelli (*pro hac vice*)<br>200 Park Avenue New York,<br>New York 10166<br>Tel:  (212) 351-4000<br>Fax:  (212) 351-4035<br><br>*Counsel for the Debtors*<br>*and Debtors in Possession* |

01:22833107.2

-2-