IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br>(Jointly Administered)<br><br>Hearing Date: Feb. 13, 2018 at 1:00 p.m. (ET)<br>Objection Deadline: Feb. 9, 2018 at 12:00 p.m. (ET)<br><br>Ref. Docket No. 458 |

## NOTICE OF FILING OF AMENDED PROPOSED ORDER

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO THE DIP LENDER; (III) COUNSEL FOR THE COMMITTEE; (III) COUNSEL FOR THE NOTEHOLDER GROUP, (IV) COUNSEL FOR THE UNITHOLDER GROUP, (V) ALL NOTEHOLDERS KNOWN BY THE DEBTORS TO HAVE INTERESTS IN ANY LOAN DOCUMENTS ASSOCIATED WITH THE PROPERTY; (VI) ALL CONTRACTORS AND CONTRACT COUNTERPARTIES KNOWN BY THE DEBTORS TO HAVE BEEN ASSOCIATED WITH THE PROPERTY; (VII) THE TITLE INSURER, (VIII) MERCER VINE, AND (ix) ALL PARTIES THAT HAVE REQUESTED NOTICE IN THESE CHAPTER 11 CASES PURSUANT TO LOCAL RULE 2002-1.

**PLEASE TAKE NOTICE** that, on February 1, 2018, Woodbridge Group of Companies, LLC and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 8692 Franklin Avenue, Los Angeles, California Property Owned by the Debtors in Fee Simple Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief* (the "Motion") [Docket No.

---

[1]   The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

01:22841249.1

458].[2]  Attached as Exhibit A to the Motion was a proposed form of order (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Proposed Order (the "Revised Proposed Order") to reflect, among other things, that, in accordance with the terms of the DIP Credit Agreement and the Interim DIP Order, the Debtors will remit or cause to be remitted to the DIP Agent all Net Proceeds of the Sale and to hold proceeds of the Sale in an amount equal to the Broker Fees in the Proceeds Account.  Attached hereto as Exhibit A is the Revised Proposed Order.  For ease of reference, attached hereto as Exhibit B is a copy of the Revised Proposed Order marked against the Proposed Order (the "Blackline").

[*Remainder of Page Intentionally Left Blank*]

---

[2]  Capitalized terms used but not otherwise defined herein shall assume the meanings ascribed them in the Motion.

01:22841249.1

| | |
|---|---|
| Dated: | February 8, 2018 |
| | Wilmington, Delaware |

*/s/ Ian J. Bambrick*
_____
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:     (302) 571-6600
Fax:    (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel:     (213) 229-7000
Fax:    (213) 229-7520

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:     (212) 351-4000
Fax:    (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*