**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered for Joint Debtors and Joint Administration Requested for Additional Debtors) |

**NOTICE OF AGENDA OF FIRST DAY MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 13, 2018 AT 1:00 P.M. (ET)**

**Date and Time of Hearing:**    **FEBRUARY 13, 2018 AT 1:00 P.M. (ET)**

**Location:**    **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**PETITIONS**

1. Voluntary Chapter 11 Petition Packages

   A. Carbondale Glen Lot L-2, LLC [Case No. 18-10284]
   B. Carbondale Peaks Lot L-1, LLC [Case No. 18-10286]
   C. H18 Massabesic Holding Company, LLC [Case No. 18-10287]
   D. H33 Hawthorn Holding Company, LLC [Case No. 18-10288]
   E. H50 Sachs Bridge Holding Company, LLC [Case No. 18-10289]
   F. H64 Pennhurst Holding Company, LLC [Case No. 18-10290]
   G. Hawthorn Investments, LLC [Case No. 18-10291]
   H. Lilac Valley Investments, LLC [Case No. 18-10292]
   I. Massabesic Investments, LLC [Case No. 18-10293]
   J. M58 Springvale Holding Company, LLC [Case No. 18-10294]
   K. M96 Lilac Valley Holding Company, LLC [Case No. 18-10295]
   L. Pennhurst Investments, LLC [Case No. 18-10296]
   M. Sachs Bridge Investments, LLC [Case No. 18-10297]
   N. Springvale Investments, LLC [Case No. 18-10298]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

**MATTER GOING FORWARD**

2. Debtors' Motion for Order (I) Approving Joint Administration of Additional Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, (II) Applying Orders Previously Entered by the Court to the Chapter 11 Cases of the Additional Debtors, and (III) Granting Related Relief [D.I. 544; 2/9/18]

    Related Pleading:

    a) Declaration of Bradley D. Sharp in Support of the Debtors' Motion for Order (I) Approving Joint Administration of Additional Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, (II) Applying Orders Previously Entered by the Court to the Chapter 11 Cases of the Additional Debtors, and (III) Granting Related Relief [D.I. 545; 2/9/18]

    Status:  This matter will be going forward.

[*Signature Page Follows*]

Dated: February 9, 2018
Wilmington, Delaware

*/s/ Ian J. Bambrick*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:   (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel:   (213) 229-7000
Fax:   (213) 229-7520

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*