**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 22, 56, 59, 130, & 363** |

**NOTICE OF FILING OF FOURTH INTERIM ORDER
ON DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL
ORDERS (I) PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, AND 552
AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SECURED FINANCING,
(B) USE CASH COLLATERAL, (C) GRANT ADEQUATE PROTECTION TO
PREPETITION SECURED PARTIES; (II) MODIFYING THE AUTOMATIC STAY;
(III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY
RULES 4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on December 5, 2017, the Court entered an order [Docket No. 56][2] approving on an interim basis the relief requested by the *Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 Authorizing Debtors to (A) Obtain Postpetition Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (IV) Granting Related Relief* [Docket No. 22] (the "Motion").[3]

**PLEASE TAKE FURTHER NOTICE** that, on December 21, 2017, the Court entered a second order [Docket No. 130] approving on a further interim basis the relief requested by the Motion.

**PLEASE TAKE FURTHER NOTICE** that, on January 23, 2018, the Court entered a third order [Docket No. 363] (the "Third Interim DIP Order") approving on a further interim basis the relief requested by the Motion, which included, among other things, approving

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for Debtors.

[2] A corrected order was entered by the Court on December 6, 2017 [Docket No. 59].

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

01:22748571.2

the Post-Petition Financing and the use of Cash Collateral on a further interim basis, and scheduling a hearing to consider granting the relief requested in the Motion on a final basis.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit I is a proposed form of order granting the relief requested in the Motion on a *further interim basis* (the "Proposed Fourth Interim DIP Order"). Please note that attached as Exhibit E to the Proposed Fourth Interim DIP Order is an updated version of the Cash Flow Projections, which was attached to the Third Interim DIP Order as Exhibit E. Finally, for the convenience of the Court and other interested parties, a changed-pages blackline comparing the Proposed Fourth Interim DIP Order against the Third Interim DIP Order is attached hereto as Exhibit II.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Proposed Fourth Interim DIP Order at the hearing (the "Hearing") currently scheduled for February 13, 2018, at 1:00 p.m. (ET). The Debtors reserve all rights to modify the Proposed Fourth Interim DIP Order at or prior to the Hearing.

Dated: February 12, 2018
       Wilmington, Delaware  */s/ Ian J. Bambrick*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Tel:   (302) 571-6600
Fax:  (302) 571-1253

-and-

GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel:   (213) 229-7000
Fax:  (213) 229-7520

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:  (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*