# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | ) |
| | ) Case No. 17-12560-(KJC) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OF THE SARACHEK LAW FIRM**

The Sarachek Law Firm ("Sarachek") hereby submits this verified statement pursuant to Rule 2019 if the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. On December 4, 2017 Woodbridge Group of Companies, LLC, *et al.* (the "Debtors") filed their respective voluntary petitions under Chapter 11 of title 11 of the United States Code.

2. Sarachek is legal counsel to (i) Betty Lu Dunne, (ii) Marjorie and Steven Tandlich, (iii) Patricia S. and Kent A. Fletcher, (iv) Elizabeth Cruz, (v) Leonard Simons, (vi) Robert Schattner, and (vii) Lori and Lloyd Feldman (together the "Secured Noteholders"). Sarachek has been retained as counsel by the Secured Noteholders for representation relating to the Debtors and their bankruptcy cases.

3. Pursuant to Rule 2019, the attached Exhibit A lists each of the Secured Noteholders' names and addresses and the nature and amount of their specific claims or interests in these bankruptcy cases as of February 12, 2018.[2]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

[2] Nothing herein should be construed as an admission or factual representation by the Secured Noteholders or otherwise limit, waive or otherwise affect the Secured Noteholders' ability to assert or file new or additional claims against the Debtors as such claims may be determined during the course of the bankruptcy cases.

4. Sarachek does not own or have a claim against or interest in the Debtors. Pursuant to Bankruptcy Rule 2019(d), Sarachek reserves the right to amend, revise and/or supplement this Statement.

5. The undersigned hereby verifies that the foregoing is true and accurate as of the date hereof to the best of knowledge and belief.

6.

Dated: February 12, 2018

                                  **THE SARACHEK LAW FIRM**

*/s/ Joseph E. Sarachek*

Joseph E. Sarachek (NY Bar No. 2163228)
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY  10178
Telephone: (203) 539-1099
Facsimile: (646) 861-4950
Email: sarachekesq@gmail.com

Exhibit A

| Secured Creditor | Address | Amount of Claim[3] |
|---|---|---|
| Betty Lu Dunne | 150 Cortona Way, Apt 216<br>Brentwood, CA 94513 | $301,250 |
| Marjorie and Steven Tandlich | 10851 SW 68 Ave<br>Pinecrest, FL 33156 | $150,541.66 |
| Patricia and Kent Fletcher | 338 Fallingstar<br>Irvine, CA 92614 | $100,000 |
| Elizabeth Cruz | 23 Matinee Court<br>Aliso Viejo, CA 92656 | $50,000 |
| Leonard Simons | 5226 Europa Drive, Apt M<br>Boynton Beach, FL 33437 | $228,921 |
| Robert Schattner | 11110 Boca Woods Lane<br>Boca Raton, FL 33428 | $1,519,500 |
| Lori and Lloyd Feldman | 12708 Copper Mountain Pass<br>Boynton Beach, FL 33473 | $65,000 |