# SIGN-IN-SHEET

**CASE NAME: Woodbridge Group of Companies, LLC**
**CASE NO: 17-12560 -KJC**

**COURTROOM LOCATION: 5**
**DATE:** February 13, 2018

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Samuel Newman | Gibson Dunn | Debtors |
| Matthew Kelsey | | |
| Matthew Porcelli | | |
| Sean Beach | YCST | |
| Edmon Morton | " | |
| Patrick Jackson | Drinker Biddle | Ad Hoc Noteholder Group |
| Steve Kortanek | " | " |
| Ian Bambrick | YCST | Debtors |
| Timothy J. Fox, Jr. | U.S. DOJ | U.S. Trustee |
| Ericka Johnson | Womble Bond Dickinson | Utah Noteholders |
| Bradford T Sandler | Pachulski Stang Ziehl + Jones | Committee |
| Colin R. Robinson | Pachulski Stang Ziehl + Jones | Committee |
| John M. Knight | Richards, Layton & Finger | Hanley Capital LLC |

## SIGN-IN-SHEET

**CASE NAME:** Woodbridge Group of Companies, LLC
**CASE NO: 17-12560 -KJC**

**COURTROOM LOCATION: 5**
**DATE:** February 13, 2018

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Christopher M. Delillo | Richards, Layton & Finger | Hankey Capital LLC |
| Jamie Edmonson | Venable | Unitholders Committee |
| Jeffrey Sabin | ʼʼ | ʼʼ |
| Andrew Currie | ʼʼ | ʼʼ |
| David Klauder | Broll & Klauder | Various Notholders |
| Joseph Surachek | Surachek Law Firm | ʼʼ |
| Kevin Guerke | Baird Mandaley | Robert Shapiro |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN-SHEET

**CASE NAME: Carbondale Glen Lot L-2, LLC**
**CASE NO: 18-10284 -KJC**

**COURTROOM LOCATION: 5**
**DATE:** February 13, 2018

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Charlie Brown | Gellert Scali Busenkell + Brown | Richardson Company |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: | 02/13/2018
Calendar Time: | 01:00 PM ET

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey

#5

*Amended Calendar  Feb 13 2018  6:33AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893738 | Paul S. Arrow | (213) 891-5002 ext. | Buchalter, APC | Interested Party, Hankey Capital / LIVE |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894241 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893735 | William S. Brody | (213) 891-5015 ext. | Buchalter, APC | Interested Party, Hankey Capital / LIVE |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8891248 | Katina Brountzas | (631) 470-6864 ext. | Garden City Group, LLC | Debtor, Woodbridge Group of Companies, LLC / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893966 | R. Brian Calvert | (213) 617-2717 ext. | Development Specialists, Inc. | Debtor, Woodridge Group of Companies, LLC / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8896247 | Frederick Chin | (310) 562-7506 ext. | Province, Inc. | Interested Party, Province Inc. / LIVE |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8895320 | Uchechi A. Egeonuigwe | (212) 209-4800 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893947 | Betsy L. Feldman | (302) 573-7780 ext. | Young Conaway Stargatt & Taylor, LLP | Debtor, Woodbridge Group Of Companies, LLC / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893761 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Kimberly B. Gianis / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8871045 | Kelly Goebel | (805) 557-1075 ext. 4 | G3 Group LA, Inc. | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8882127 | Ashutosh Habbu | (212) 412-1316 ext. | Barclays | Real Party in Interest, Barclays / LISTEN ONLY |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8895249 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894259 | Eric Held | (305) 374-2717 ext. | Development Specialists, Inc. | Debtor, Woodbridge Group of Companies / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8891936 | Christopher A. Jones | (703) 280-9263 ext. | Whiteford, Taylor & Preston, LLP | Creditor, Tintarella, LLC / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894799 | Mary Ann Kaptain | 213-452-6011 ext. | F.T.I. Consulting | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893956 | Allison Mielke | (302) 571-5732 ext. | Young, Conaway Stargatt & Taylor, LLP | Bankruptcy Counsel, Woodbridge Group of Companies, LLC / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893946 | John D. Monte | 323-876-9918 ext. | Law Offices of John D. Monte | Lender(s), Tintarella, LLC / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894733 | Ronald Myrick | (617) 901-3933 ext. | Ronald Myrick - In Pro Per/Pro Se | In Propria Persona, Ronald Myrick / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894791 | Richard Pachulski | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894774 | Jeffrey N. Pomerantz | (310) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8893960 | Robert Shenfeld | (213) 289-9061 ext. | Sierra Constellation Partners | Interested Party, Sierra Constellation Partners / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8891947 | Jeffrey Shields | (801) 521-3200 ext. | Jones Waldo Holbrook & McDonough | Interested Party, Noteholders / LIVE |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894754 | James I. Stang | (310) 772-2354 ext. | Pachulski Stang Ziehl & Jones | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| Woodbridge Group of Companies, LLC | 17-12560 | Hearing | 8894957 | Andrew D. Warner | (202) 307-0958 ext. | U.S. Department of Justice - Civil Division | Interested Party, United States of America / LIVE |