**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | Hearing Date: March 7, 2018, at 11:00 a.m. (ET) |

**NOTICE OF RESCHEDULED OMNIBUS HEARING**

PLEASE TAKE NOTICE that, at the Court's direction, the omnibus hearing (the "Hearing") previously scheduled to be held in the above-captioned cases on March 8, 2018, at 10:00 a.m. (ET) has been rescheduled for **March 7, 2018, at 11:00 a.m. (ET)**. All matters previously scheduled for the Hearing will be heard at that time.

[SIGNATURE PAGE FOLLOWS]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

| | | |
|---|---|---|
| Dated: | Wilmington, Delaware | |
| | February 13, 2018 | */s/ Ian J. Bambrick* |

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                        Sean M. Beach (No. 4070)
                                        Edmon L. Morton (No. 3856)
                                        Ian J. Bambrick (No. 5455)
                                        Allison S. Mielke (No. 5934)
                                        Rodney Square, 1000 North King Street
                                        Wilmington, Delaware 19801
                                        Tel:    (302) 571-6600
                                        Fax:   (302) 571-1253

                                        -and-

                                        GIBSON, DUNN & CRUTCHER LLP
                                        Samuel A. Newman (CA No. 217042)
                                        Oscar Garza (CA No. 149790)
                                        Daniel B. Denny (CA No. 238175)
                                        333 South Grand Avenue
                                        Los Angeles, California 90071
                                        Tel:    (213) 229-7000
                                        Fax:   (213) 229-7520

                                        -and-

                                        J. Eric Wise (NY No. 3000957)
                                        Matthew K. Kelsey (NY No. 4250296)
                                        Matthew P. Porcelli (NY No. 5218979)
                                        200 Park Avenue
                                        New York, New York 10166
                                        Tel:    (212) 351-4000
                                        Fax:   (212) 351-4035

                                        *Counsel to the Debtors and Debtors in Possession*