# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |

## SUMMARY OF FIRST MONTHLY APPLICATION OF GIBSON, DUNN & CRUTCHER LLP AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE INTERIM PERIOD FROM DECEMBER 4, 2017 THROUGH AND INCLUDING DECEMBER 31, 2017

| | |
|---|---|
| Name of Applicant: | Gibson, Dunn & Crutcher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 4, 2017 (Order entered January 23, 2018 *nunc pro tunc* to December 4, 2017) |
| Period for which compensation and reimbursement is sought: | December 4, 2017 through and including December 31, 2017 |
| Amount of Interim Compensation sought as actual, reasonable and necessary: | $1,592,603.25[2] |

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] The fees set forth herein reflect reductions of $49,733.48, consisting of (a) a voluntary write-off in the amount of $6,416.23 and (b) non-working travel time discount in the amount of $43,317.25.

    Amount of Interim Expense Reimbursement      $47,306.52
       sought as actual, reasonable and necessary:

This is an/a:   \_\_\_\_\_ interim  \_\_\_ final application
                        __X__ monthly

This application includes 0.00 hours and $0.00 in fees incurred in connection with the preparation of Fee Applications.

Prior applications: None

**INTERIM COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Schonfeld, Mark K. | Partner. Joined the Firm as a Partner in 2008. Member of NY Bar since 1989. Primary practice area: Securities Enforcement, Securities Litigation. | $1,215.00 | 5.70 | $6,925.50 |
| Conn, Jennifer L. | Partner. Joined the Firm as an Associate in 2000. Member of NY Bar since 1996. Primary practice area: Securities Enforcement, Securities Litigation. | $1,195.00 | 118.90 | $142,085.50 |
| Arnold, Dennis B. | Partner. Joined the Firm in 1988. Member of CA Bar since 1976. Primary practice area: Uniform Commercial Code, Real Estate, Banking, Creditors' Rights, Remedies. | $1,155.00 | 62.40 | $72,072.00 |
| Garza, Oscar | Partner since 1999. Joined Firm as an Associate in 1990. Member of CA Bar since 1990. Primary practice area: Business Restructuring & Reorganization | $1,150.00 | 111.00 | $127,650.00 |
| Montgomery, Cromwell R. | Partner. Joined the Firm as an Associate in 2001. Member of CA Bar since 1997. Primary practice area: Finance | $1,150.00 | 5.50 | $6,325.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Fuchs, Douglas Michael | Partner. Joined the Firm as an Associate in 2007. Member of CA Bar since 1998.<br>Primary practice area: Securities Enforcement, Securities Litigation. | $1,095.00 | 27.20 | $29,784.00 |
| Wise, J. Eric | Partner since 2008. Joined Firm as a Partner in 2008. Member of NY Bar since 1999.<br>Primary practice area: Business Restructuring & Reorganization | $1,095.00 | 100.40 | $109,938.00 |
| Kelsey, Matthew K. | Partner since 2013. Joined Firm as Of Counsel in 2008. Member of NY Bar since 2004.<br>Primary practice area: Business Restructuring & Reorganization | $1,035.00 | 146.20 | $151,317.00 |
| Hoffman, Matthew A. | Partner since 2012. Joined Firm as an Associate in 2003. Member of CA Bar since 2003.<br>Primary practice area: Insurance | $1,025.00 | 4.60 | $4,715.00 |
| Cripps Jr., Jesse A. | Partner since 2011. Joined Firm as an Associate in 2002. Member of CA Bar since 2003.<br>Primary practice area: Labor & Employment | $995.00 | 1.00 | $995.00 |
| Morè, Farshad E. | Partner since 2013. Joined Firm as an Associate in 2003. Member of CA Bar since 2003.<br>Primary practice area: Real Estate | $995.00 | 0.30 | $298.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Shapiro, Jesse I. | Partner since 2014. Joined Firm as an Associate in 2005. Member of NJ Bar since 2000; member of NY Bar since 2001; member of CA Bar since 2006. Primary practice area: Real Estate | $995.00 | 5.80 | $5,771.00 |
| Newman, Samuel A. | Partner since 2009. Joined Firm as an Associate in 2001. Member of CA Bar since 2001. Primary practice area: Business Restructuring & Reorganization | $940.00 | 178.40 | $167,696.00 |
| Dubeck, Matthew B. | Partner since 2017. Joined Firm as an Associate in 2007. Member of D.C. Bar since 2006; member of CA Bar since 2007. Primary practice area: Mergers and Acquisition and Corporate Governance | $925.00 | 16.10 | $14,892.50 |
| Champion, Douglas Martin | Partner since 2016. Joined Firm as an Associate in 2006. Member of CA Bar since 2006. Primary practice area: Land Use/Development and Real Estate | $905.00 | 1.80 | $1,629.00 |
| Barshop, Melissa Leigh | Associate. Joined the firm in 2006. Member of the CA bar since 2006. | $835.00 | 11.20 | $9,352.00 |
| Denny, Daniel B. | Associate. Joined firm as an associate in 2005. Member of CA Bar since 2005. | $835.00 | 278.90 | $232,881.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Weiner, Genevieve G. | Associate. Joined firm as an associate in 2007. Member of CA Bar since 2007. | $835.00 | 64.50 | $53,857.50 |
| Levin, Douglas G. | Associate. Joined the firm as an associate in 2009. Member of CA Bar since 2009. | $825.00 | 50.10 | $41,332.50 |
| Porcelli, Matthew P. | Associate. Joined the firm as an associate in 2009. Member of NJ and NY Bars since 2009. | $795.00 | 249.60 | $198,432.00 |
| Schaefler, Jonathan A. | Associate. Joined the firm as an associate in 2015. Member of NY Bar since 2011; member of CA Bar since 2016. | $795.00 | 6.10 | $4,849.50 |
| Hayden, Patrick J. | Associate. Joined firm as an Associate in 2017. Member of NY Bar since 2015. | $745.00 | 10.10 | $7,524.50 |
| Long, Ian T. | Associate. Joined firm as an associate in 2015. Member of CA Bar since 2013. | $715.00 | 50.40 | $36,036.00 |
| Cassidy, Dylan S. | Associate. Joined firm as an associate in 2015. Member of NY Bar since 2016. | $695.00 | 84.80 | $58,936.00 |
| Kole, Lauren M. | Associate. Joined firm as an Associate in 2015. Member of NY Bar since 2016. | $695.00 | 24.70 | $17,166.50 |
| Alexander, Thomas H. | Associate. Joined firm as an Associate in 2015. Member of CA Bar since 2015. | $565.00 | 9.10 | $5,141.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | 2017 Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Coe-Odess, Matthew S. | Associate. Joined firm as an Associate in 2016. Member of CA Bar since 2016. | $495.00 | 4.70 | $2,326.50 |
| Lau, Katherine A. | Associate. Joined firm as an Associate in 2017. Member of CA Bar since 2017. | $425.00 | 63.00 | $26,775.00 |
| Hoxie, Deborah D. | Paralegal | $445.00 | 28.20 | $12,549.00 |
| Tom, Daniel K.L. | Paralegal | $445.00 | 11.80 | $5,251.00 |
| Bratcher, Vanessa V. | eDiscovery Analyst | $435.00 | 1.90 | $826.50 |
| Amponsah, Duke K. | Paralegal | $425.00 | 15.10 | $6,417.50 |
| Bui, Darren N. | eDiscovery Analyst | $405.00 | 3.00 | $1,215.00 |
| Santos, F. Pamela | Paralegal | $405.00 | 127.80 | $51,759.00 |
| Mapes, Elke M. | Paralegal | $390.00 | 5.60 | $2,184.00 |
| Hyde, Robert S. | eDiscovery Analyst | $380.00 | 3.40 | $1,292.00 |
| Davidson, Gail N. | Paralegal | $365.00 | 27.90 | $10,183.50 |
| Williams, Mary F. | Paralegal | $365.00 | 8.00 | $2,920.00 |
| Watts, Nicholas Colbert | Paralegal | $320.00 | 0.80 | $256.00 |
| Homra, Katherine N. | Paralegal | $315.00 | 4.00 | $1,260.00 |
| Gorman, Brian | Paralegal | $300.00 | 6.00 | $1,800.00 |
| Liu, Eaton T. | Paralegal | $210.00 | 6.20 | $1,302.00 |
| | | Sub-Total | 1942.20 | $1,635,920.50 |
| | | Non-Working Travel Discount | | ($43,317.25) |
| | | **Total** | **1,942.20** | **$1,592,603.25** |
| | | | **Blended Rate:** | **$820.00** |

102443815.5
102443815.1

**INTERIM COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Recovery Analysis | 0.00 | $0.00 |
| Asset Sales | 110.20 | $93,144.00 |
| Asset Valuation | 121.10 | $132,845.00 |
| Assumption and Rejection of Leases and Contracts | 45.80 | $36,705.00 |
| Avoidance Action Analysis | 9.20 | $9,550.00 |
| Budgeting | 2.30 | $1,960.50 |
| Business Operations | 11.60 | $9,791.50 |
| Case Administration | 150.50 | $128,006.50 |
| Claims Administration and Objections | 4.60 | $3,523.50 |
| Corporate Governance and Board Matters | 69.40 | $48,925.00 |
| Communications and Meetings with Creditors | 85.60 | $70,266.50 |
| Employee Matters and Benefits | 1.30 | $1,218.00 |
| Employment and Fee Applications (Gibson) | 96.60 | $52,385.00 |
| Employment and Fee Applications (Other Professionals) | 32.90 | $23,176.00 |
| Financing, Cash Collateral and Cash Management | 191.40 | $173,070.50 |
| Hearings | 176.60 | $171,420.00 |
| Insurance | 6.50 | $6,463.50 |
| Litigation | 215.20 | $184,616.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Plan Exclusivity | 0.00 | $0.00 |
| Real Estate | 144.20 | $64,632.50 |
| Relief from Stay and Adequate Protection | 68.00 | $62,237.00 |
| Reporting | 0.00 | $0.00 |
| SEC/State AG Matters | 307.30 | $275,183.00 |
| Tax | 0.20 | $167.00 |
| Travel – Non-Working Time | 91.70 | $86,634.50 |
| **TOTAL** | 1942.20 | $1,635,920.50 |

**INTERIM EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---|
| Certified Copies | $0.00 |
| Conference Call Charges | $195.04 |
| Court fees | $0.00 |
| Data Line Charges | $49.95 |
| Document Retrieval Services | $152.20 |
| eDiscovery Database Hosting Fee | $0.00 |
| Filing Fees | $506.00 |
| In House Duplication | $2,111.50 |
| Investigation | $0.00 |
| Lodging | $5,182.40 |
| Meals | $1,051.62 |
| Messenger and Courier Expense | $23.55 |
| On-Line Research (Lexis) | $0.00 |
| On-Line Research (Westlaw) | $12,716.05 |
| On-Line Research (Main) | $0.00 |
| Outside Process Server | $0.00 |
| Searches (UCC & Others) | $11,684.00 |
| Specialized Research | $51.55 |
| Telephone Charges | $164.16 |
| Transcript/Digesting | $0.00 |
| Travel – Air & Rail | $11,450.50 |
| Travel – Parking | $0.00 |
| Travel – Taxi & Other Modes/Miles | $1,968.00 |
| **TOTAL** | **$47,306.52** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |

**FIRST MONTHLY APPLICATION OF GIBSON, DUNN & CRUTCHER LLP
AS CO-COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE INTERIM PERIOD FROM
DECEMBER 4, 2017 THROUGH AND INCLUDING DECEMBER 31, 2017**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 358] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 261] (the "Interim Compensation Order"), the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn") hereby applies (the "Application") to the United States Bankruptcy Court for the District of Delaware (the "Court") for reasonable compensation for professional legal services rendered as co-counsel to Woodbridge Group of Companies, LLC and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor," and collectively, the "Debtors"), in the amount of $1,592,603.25, together with reimbursement for actual and necessary expenses incurred in the amount of $47,306.52 for the

---

[1]    The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

102443815.5
102443815.1

interim period December 4, 2017 through and including December 31, 2017[2] (the "Interim Fee Period"). In support of this Application, Gibson Dunn respectfully represents as follows:

## BACKGROUND

1. On December 4, 2017 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Gibson Dunn was retained to represent the Debtors as bankruptcy co-counsel in connection with these chapter 11 cases, *nunc pro tunc* to the Petition Date. In addition, prior to December 4, 2017, Gibson Dunn served as general bankruptcy co-counsel as described in the *Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-counsel for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date* [Docket No. 122], as supplemented by the declarations filed at Docket Nos. 214 and 313 (as supplemented, the "Employment Application"). The Retention Order authorizes Gibson Dunn to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. After the reconciliation described in the Employment Application, the Remaining Advance Payment (as defined in the Employment Application) is $382,918.74.

4. All services for which compensation is requested herein by Gibson Dunn were performed for or on behalf of the Debtors.

**(a)    SUMMARY OF SERVICES RENDERED**

5. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Interim Fee Period, showing the amount of $1,592,603.25 due for fees. This amount has been reduced with a voluntary write-off of $6,416.23 and non-working travel discount in the amount of $43,317.25.

6. The services rendered by Gibson Dunn during the Interim Fee Period are grouped into the categories set forth in Exhibit A. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

---

[2] The fees set forth herein reflect reductions of $49,733.48, consisting of (a) a voluntary write-off in the amount of $6,416.23 and (b) non-working travel time discount in the amount of $43,317.25.

**(b)    DISBURSEMENTS**

7.    Attached hereto as Exhibit B is a detailed statement of expenses paid by Gibson Dunn during the Interim Fee Period, showing the amount of $47,306.52 for reimbursement of expenses.  This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Gibson Dunn to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  A complete review by category of the expenses incurred for the Interim Fee Period may be found in the attachments hereto as Exhibit B.

8.    Costs incurred for overtime and computer assisted research are not included in Gibson Dunn's normal hourly billing rates and, therefore, are itemized and included in Gibson Dunn's disbursements.  Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Gibson Dunn represents that its rate for duplication is $0.10 per page, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

**(c)    VALUATION OF SERVICES**

9.    Attorneys and paraprofessionals of Gibson Dunn have expended a total of 1,942.20 hours in connection with this matter during the Interim Fee Period.

10.    The amount of time spent by each of these persons providing services to the Debtors for the Interim Fee Period is fully set forth in the detail attached hereto as Exhibit A. These are Gibson Dunn's normal hourly rates of compensation for work of this character.  The reasonable value of the services rendered by Gibson Dunn for the Interim Fee Period as counsel for the Debtors in these cases is $1,592,603.25.

11.    Gibson Dunn believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are in compliance with the requirements of Local Rule 2016-2.

12.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases,

102443815.5
102443815.1

(b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

13.   This Application covers the interim fee period from December 4, 2017 through and including December 31, 2017.  Gibson Dunn has continued, and will continue, to perform additional necessary services for the Debtors subsequent to the Interim Fee Period, for which Gibson Dunn will file subsequent monthly fee applications.

## CONCLUSION

WHEREFORE, Gibson Dunn requests that allowance be made to it in the sum of $1,592,603.25 as compensation for necessary professional services rendered to the Debtors for the Interim Fee Period, and the sum of $47,306.52 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

[*Remainder of the page intentionally left blank*]

Dated:   February 16, 2018
         Wilmington, Delaware

*/s/ Samuel A. Newman*
GIBSON, DUNN & CRUTCHER LLP
Samuel A. Newman (CA No. 217042)
Oscar Garza (CA No. 149790)
Daniel B. Denny (CA No. 238175)
333 South Grand Avenue
Los Angeles, California 90071
Tel:   (213) 229-7000
Fax:   (213) 229-7520

-and-

J. Eric Wise (NY No. 3000957)
Matthew K. Kelsey (NY No. 4250296)
Matthew P. Porcelli (NY No. 5218979)
200 Park Avenue
New York, New York 10166
Tel:   (212) 351-4000
Fax:   (212) 351-4035

*Counsel to the Debtors and Debtors in Possession*

Case 17-12560-KJC    Doc 616    Filed 02/16/18    Page 14 of 14

> A notary public or other office completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## VERIFICATION

STATE OF CALIFORNIA         )
                            )  ss:
COUNTY OF LOS ANGELES       )

1. Samuel A. Newman, after being duly sworn according to law, hereby deposes and says:

1. I am a Partner in the applicant firm, Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), and have been admitted to appear before this Court.

2. I have personally performed many of the legal services rendered by Gibson Dunn to Woodbridge Group of Companies, LLC and its affiliated debtors and debtors in possession in connection with their chapter 11 cases, and am familiar with all other work performed on behalf of the lawyers and paraprofessionals at Gibson Dunn.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Samuel A. Newman

SWORN TO AND SUBSCRIBED before me this 6th day of February, 2018 and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Pamela Santos, Notary Public
My Commission Expires: September 1, 2018

PAMELA SANTOS
Commission # 2080477
Notary Public - California
Los Angeles County
My Comm. Expires Sep 1, 2018

102443815.1