## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 448, 6 11 |

## ORDER, PURSUANT TO SECTIONS 105(a), 365(a), AND 554 OF THE BANKRUPTCY CODE, AUTHORIZING REJECTION OF UNEXPIRED LEASE OF NON-RESIDENTIAL REAL PROPERTY (14225 VENTURA BLVD., SUITE 100) *NUNC PRO TUNC* TO JANUARY 31, 2018, AND ABANDONMENT OF ANY REMAINING PROPERTY LOCATED AT LOCATION COVERED BY SUCH LEASE

Upon the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a), 365(a), and 554 of the Bankruptcy Code, Authorizing Rejection of Unexpired Lease of Non-Residential Real Property (14225 Ventura Blvd., Suite 100) Nunc Pro Tunc to January 31, 2018, and Abandonment of Any Remaining Property Located at Location Covered by Such Lease* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

01:22821390.2

pursuant to 28 U.S.C. § 157(b); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and the Court having found that the relief sought in the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is GRANTED as set forth herein.

2. The Debtors are authorized to reject the unexpired non-residential real property lease for the Debtors' former headquarters located at 14225 Ventura Boulevard, Suite 100, Sherman Oaks, California (the "Lease") *nunc pro tunc* to January 31, 2018, and, to the extent not already terminated, the Lease is hereby rejected effective as of January 31, 2018.

3. The Debtors are authorized to abandon any personal property, including, but not limited to, furniture, fixtures, and equipment (the "Remaining Property") located at the Former Headquarters subject to the Lease free and clear of all liens, claims, encumbrances, interests, and rights of third parties. Once such property is abandoned, the Landlord is authorized to dispose of the Remaining Property, without further notice and without any liability to any individual or entity that may claim an interest in such Remaining Property, and such abandonment shall be without prejudice to Landlord's right to assert any claim based on such abandonment, and without prejudice to the Debtors' and to any other party in interest's right to object thereto. The automatic stay is modified to the extent necessary to allow such dispositions.

4. Within five (5) calendar days after entry of this Order, the Debtors shall serve this Order and the schedule attached hereto on the Landlord to the Lease.

5. Any claims held by the Debtors against the Landlord, whether or not such claims arise under, are related to the rejection of, or are independent of the Lease, are fully preserved.

6. Nothing herein shall prejudice the rights of the Debtors to argue that the Lease was terminated prior to January 31, 2018, or that any claim for damages arising from the rejection of the Lease is limited to the remedies available under any applicable termination provision of such lease or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates, or to otherwise contest any claims that may be asserted in connection with the Lease.

7. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any lease, sublease, or contract pursuant to section 365 of the Bankruptcy Code, and all such rights are reserved.

8. To the extent that Bankruptcy Rule 6004(h) is applicable, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _Feb 20_, 2018
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE