IN THE UNITED STATES BANKRUPTCY
COURT DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | ) ) | Case No. 17-12560-KJC (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | D I 645 |

## ORDER APPROVING STIPULATION AND AGREED ORDER EXTENDING TIME FOR U.S. SECURITIES AND EXCHANGE COMMISSION TO TAKE ACTION TO DETERMINE THE DISCHARGEABILITY OF A DEBT PURSUANT TO 11 U.S.C. § 1141(d)(6)

The Court having considered the *Stipulation and Agreed Order Extending Time for U.S. Securities and Exchange Commission to take Action to Determine the Dischargeability of a Debt Pursuant to 11 U.S.C. §1141(d)(6)*, a copy of which is annexed hereto as Exhibit 1 and was submitted under certification of counsel on February 22, 2018 (the "Stipulation"), it is hereby ORDERED that:

1. The Stipulation is approved.

2. The Stipulation is incorporated herein by reference and made a part hereof as if fully set forth herein.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order and the Stipulation.

Dated: Wilmington, Delaware
       February 22, 2018

_____
Kevin J. Carey
United States Bankruptcy Judge