## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>Jointly Administered |

### ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus

hearing dates in the above-captioned proceedings:

**March 28, 2018 at 9:00 a.m. (ET)**

**April 5, 2018 at 11:00 a.m. (ET)**

**May 1, 2018 at 11:00 a.m. (ET)**

**June 5, 2018 at 11:00 a.m. (ET)**

**Dated: February 26th, 2018**
**Wilmington, Delaware**

**KEVIN J. CAREY**
**UNITED STATES BANKRUPTCY JUDGE**