**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 22, 56, 59, 130, 363, & 572** |

**NOTICE OF FILING OF FINAL ORDER ON DEBTORS'**
**MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS**
**(I) PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, AND 552**
**AUTHORIZING DEBTORS TO (A) OBTAIN POSTPETITION SECURED**
**FINANCING, (B) USE CASH COLLATERAL, (C) GRANT ADEQUATE PROTECTION**
**TO PREPETITION SECURED PARTIES; (II) MODIFYING THE AUTOMATIC STAY;**
**(III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES**
**4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that, on December 5, 2017; December 21, 2017; January 23, 2018; and February 13, 2018; the Court entered orders [Docket Nos. 56, 130, 363, and 572][2] approving on interim bases the relief requested by the *Debtors' Motion for Interim and Final Orders (I) Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507, and 552 Authorizing Debtors to (A) Obtain Postpetition Secured Financing, (B) Use Cash Collateral, (C) Grant Adequate Protection to Prepetition Secured Parties; (II) Modifying the Automatic Stay; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c); and (IV) Granting Related Relief* [Docket No. 22] (the "Motion").[3]

    **PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit I is a proposed form of order granting the relief requested in the Motion on a *final basis* (the "Proposed Final DIP Order").  For the convenience of the Court and other interested parties, a changed-pages blackline comparing the Proposed Final DIP Order against the most recent interim order is attached hereto as Exhibit II.

---

[1]    The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603.  The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for Debtors.

[2]    A corrected order was entered by the Court on December 6, 2017 [Docket No. 59].

[3]    Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

01:22942540.2

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Proposed Final DIP Order at the hearing (the "Hearing") currently scheduled for March 7, 2018, at 11:00 a.m. (ET).  The Debtors reserve all rights to modify the Proposed Final DIP Order at or prior to the Hearing.

Dated: March 1, 2018
      Wilmington, Delaware


*/s/ Ian J. Bambrick*

| | | |
|---|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | | GIBSON, DUNN & CRUTCHER LLP |
| Sean M. Beach (No. 4070) | | Samuel A. Newman (CA No. 217042) |
| Edmon L. Morton (No. 3856) | -and- | Oscar Garza (CA No. 149790) |
| Ian J. Bambrick (No. 5455) | | Daniel B. Denny (CA No. 238175) |
| Allison S. Mielke (No. 5934) | | 333 South Grand Avenue |
| Rodney Square, 1000 North King Street | | Los Angeles, California 90071 |
| Wilmington, Delaware 19801 | | |
| Tel:    (302) 571-6600 | | Tel:    (213) 229-7000 |
| Fax:    (302) 571-1253 | | Fax:    (213) 229-7520 |
| | | -and- |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | | |
| Kenneth N. Klee (admitted *pro hac vice*) | | J. Eric Wise (NY No. 3000957) |
| Michael L. Tuchin (admitted *pro hac vice*) | | Matthew K. Kelsey (NY No. 4250296) |
| David A. Fidler (admitted *pro hac vice* ) | | Matthew P. Porcelli (NY No. 5218979) |
| Jonathan M. Weiss (admitted *pro hac vice* ) | | 200 Park Avenue |
| 1999 Avenue of the Stars, 39th Floor | | New York, New York 10166 |
| Los Angeles, California 90067 | | Tel:    (212) 351-4000 |
| Tel:    (310) 407-4000 | | Fax:    (212) 351-4035 |
| Fax:    (310) 407-9090 | | |

*Counsel and Counsel Proposed to the Debtors and Debtors in Possession*