# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 514, 564, & 693 |

### ORDER APPROVING DEBTORS' MOTION UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 363(b) FOR AUTHORIZATION TO EMPLOY AND RETAIN FREDERICK CHIN AS CHIEF EXECUTIVE OFFICER *NUNC PRO TUNC* TO JANUARY 29, 2018

Upon the *Debtors' Motion Under Bankruptcy Code Sections 105(a) and 363(b) for Authorization to Employ and Retain Frederick Chin as Chief Executive Officer Nunc Pro Tunc To January 29, 2018* (the "Motion"),[2] and the Court having reviewed and considered the *Declaration of Frederick Chin in Support of Debtors' Motion Under 105(a) and 363(b) for Authorization to Employ and Retain Frederick Chin as Chief Executive Officer* Nunc Pro Tunc *to January 29, 2018* [Docket No. 564] and the *Declaration of Matthew Diaz in Support of Debtors' Motion Under Bankruptcy Code Sections 105(a) and 363(b) for Authorization to Employ and Retain Frederick Chin as Chief Executive Officer* Nunc Pro Tunc *to January 29, 2018* [Docket No. 693], and the Court finding that: (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] All terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion.

01:22819872.7

(iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) due and sufficient notice of the Motion has been given; (v) entry into the employment relationship under the Employment Letter was an exercise of the Debtors' sound business judgment; and (vi) it appearing that the relief requested in the Motion is necessary and in the best interests of the Debtors' estates and creditors; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted as set forth herein.

2. Pursuant to sections 363(b) and 105(a) of the Bankruptcy Code, the Employment Letter attached hereto as <u>Exhibit 1</u> and all terms and conditions thereof are approved, *nunc pro tunc* to January 29, 2018.

3. Woodbridge is hereby authorized to enter into the employment relationship and perform under the Employment Letter.

4. Pursuant to any authority granted to the CEO by the New Board and subject to New Board approval, the CEO is authorized to hire such other officers as may be needed, as determined by the CEO's business judgment. Such officers may include, without limitation, a Chief Financial Officer and General Counsel.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

*[Remainder of Page Intentionally Left Blank]*

6. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: March 6, 2018
Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE