**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*[1] | ) Case No. 17-12560 (KJC) |
| | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OF THE SARACHEK LAW FIRM**

The Sarachek Law Firm ("Sarachek") hereby submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and respectfully states as follows:

1. On December 4, 2017, Woodbridge Group of Companies, LLC, *et al*. (the "Debtors") filed their respective voluntary petitions under chapter 11 of title 11 of the United States Code.

2. Sarachek is legal counsel to the noteholders listed in **Exhibit A** (together the "La Rochelle, *et al*. Noteholders"). Sarachek has been retained as counsel by the La Rochelle, *et al*. Noteholders for representation relating to the Debtors and their bankruptcy cases. The Rosner Law Group LLC ("RLG") has been retained as local counsel by the La Rochelle, *et al*. Noteholders.

3. Pursuant to Rule 2019, the attached **Exhibit A** lists each of the La Rochelle, *et al*. Noteholders ' names and addresses and the nature and amount of their specific claims or interests in these bankruptcy cases as of June 5, 2018.[2]

4. Sarachek and RLG do not hold any claims against, or interests in, the Debtors.

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

[2] Nothing herein should be construed as an admission or factual representation by the Secured Noteholders or otherwise limit, waive or otherwise affect the Secured Noteholders' ability to assert or file new or additional claims against the Debtors as such claims may be determined during the course of the bankruptcy cases.

5. Pursuant to Bankruptcy Rule 2019(d), Sarachek and RLG reserve the right to amend, revise and/or supplement this Statement.

6. The undersigned hereby verifies that the foregoing is true and accurate as of the date hereof to the best of knowledge and belief.

Dated: June 5, 2018
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com
gibson@teamrosner.com

*-and-*

**THE SARACHEK LAW FIRM**

Joseph E. Sarachek (admitted *pro hac vice*)
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (203) 539-1099
Facsimile: (646) 861-4950
Email: sarachekesq@gmail.com

*Counsel to the La Rochelle, et al. Noteholders*