# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors.[1] | Re: D.I. 1833 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 18, 2018, Lise LaRochelle, *et al*. Noteholders (collectively the "Secured Noteholders"), filed with the United States Bankruptcy Court for the District of Delaware (the "Court") *Motion to Terminate Exclusivity of Lise La Rochelle, et al. Noteholders* (the "Motion") [D.I. 1833]. You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Court's Order Denying Motion to Shorten Time* [D.I. 1849; entered 5/22/18] a hearing to consider the relief sought in the Motion will be held on July 10, 2018 at 11:00 a.m. (ET) before the Honorable Kevin J. Carey, United States Bankruptcy Judge, 824 N. Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

{00023555. }

|  |  |
|---|---|
| Dated: June 27, 2018<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Frederick B. Rosner (DE #3995)<br>Jason A. Gibson (DE #6091)<br>824 N Market Street, Suite 810<br>Wilmington DE 19801<br>(302) 777-1111<br>Email: rosner@teamrosner.com<br>      gibson@teamrosner.com<br><br>    -and-<br><br>**THE SARACHEK LAW FIRM**<br>Joseph E. Sarachek (Ny Bar No. 2163228)<br>101 Park Avenue, 27th Floor<br>New York, Ny  10178<br>Telephone: (203) 539-1099<br>Facsimile: (646) 861-4950<br>Email: Joe@Saracheklawfirm.Com<br><br>*Counsel to Movant* |