# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>**Related Docket No. 2016** |

## NOTICE OF APPEAL

Contrarian Funds, LLC ("**Contrarian**"), a holder of claims against the Debtors in the above-captioned cases, by and through its undersigned counsel, hereby appeals pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 and 8002 from the *Order Sustaining the Debtors' Claim Objection* (the "**Order**") [Dkt. No. 2016], entered by this Court on June 20, 2018 in the above-captioned chapter 11 proceedings.

Pursuant to Federal Rules of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as Exhibit A.

The names of all parties to the Order and the names and addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

| | |
|---|---|
| **Appellant:** | Contrarian Funds, LLC |
| **Counsel for Appellant:** | KRAMER LEVIN NAFTALIS AND FRANKEL LLP<br>P. Bradley O'Neill, Esq.<br>Philip Guffy, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 715-9100<br>Fax: (212) 715-8000<br>boneill@kramerlevin.com<br>pguffy@kramerlevin.com<br><br>BIELLI & KLAUDER, LLC<br>David M. Klauder, Esq. (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br><br>HALPERIN BATTAGLIA BENZIJA, LLP<br>Alan D. Halperin, Esq.<br>Debra J. Cohen, Esq.<br>40 Wall Street, 37th Floor<br>New York, New York 10005<br>Phone: (212) 765-9100<br>Fax: (212) 765-0964<br>ahalperin@halperinlaw.net<br>dcohen@halperinlaw.net |
| **Appellees:** | Debtors in the above-captioned cases |
| **Counsel for Appellees:** | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Allison S. Mielke (No. 5934)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 |

|  |  |
|---|---|
|  | KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| **Appellee:** | Official Committee of Unsecured Creditors |
| **Counsel for Appellee:** | PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski (CA Bar No. 90073)<br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>Bradford J. Sandler (DE Bar No. 4142)<br>John Morris (admitted pro hac vice)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Facsimile: 302-652-4400<br>E-mail: rpachulski@pszjlaw.com<br>jpomerantz@pszjlaw.com<br>bsandler@pszjlaw.com<br>jmorris@pszjlaw.com<br>crobinson@pszjlaw.com |
| **Appellee:** | Official Ad Hoc Committee of Unitholders |
| **Counsel for Appellee:** | VENABLE LLP<br>Jamie L. Edmonson (No. 4247)<br>Daniel A. O'Brien (No. 4897)<br>1201 N. Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: 302-298-3535<br>Facsimile: 302-298-3550<br>E-mail: jledmonson@venable.com<br>daobrien@venable.com<br><br>-and-<br><br>Jeffrey S. Sabin<br>1270 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212-307-5500 |

                                                Facsimile: 212-307-5598
                                                E-mail: jssabin@venable.com

                                                -and-

                                                Andrew J. Currie
                                                600 Massachusetts Avenue, NW
                                                Washington D.C. 20001
                                                Telephone: 202-344-4586
                                                Facsimile: 202-344-8300
                                                E-mail: ajcurrie@venable.com

**Appellee:**                                  Ad Hoc Noteholder Group

**Counsel for Appellee:**             DRINKER BIDDLE & REATH LLP
                                                Steven K. Kortanek (Del. Bar No. 3106)
                                                Patrick A. Jackson (Del. Bar No. 4976)
                                                Joseph N. Argentina, Jr. (Del. Bar No. 5453)
                                                222 Delaware Avenue, Suite 1410
                                                Wilmington, Delaware 19801
                                                Telephone: (302) 467-4200
                                                Facsimile: (302) 467-4201
                                                steven.kortanek@dbr.com
                                                patrick.jackson@dbr.com

                                                -and-

                                                James H. Millar
                                                Michael P. Pompeo
                                                1177 Avenue of the Americas, 41st Floor
                                                New York, New York 10036-2714
                                                Telephone: (212) 248-3140
                                                Facsimile: (212) 248-3141
                                                james.millar@dbr.com
                                                michael.pompeo@dbr.com

                                                -and-

                                                Timothy R. Casey
                                                191 N. Wacker Dr., Ste. 3700
                                                Chicago, Illinois 60606-1698
                                                Telephone: (312) 569-1000
                                                Facsimile: (312) 569-3000
                                                timothy.casey@dbr.com

- 5 -

Dated: July 3, 2018
       Wilmington, Delaware

| **BIELLI & KLAUDER, LLC** | **KRAMER LEVIN NAFTALIS AND FRANKEL LLP** |
|---|---|
| */s/ David M. Klauder* | |
| David M. Klauder, Esq. (No. 5769) | P. Bradley O'Neill, Esq. |
| 1204 N. King Street | Philip Guffy, Esq. |
| Wilmington, DE 19801 | 1177 Avenue of the Americas |
| Phone: (302) 803-4600 | New York, New York 10036 |
| Fax: (302) 397-2557 | Phone: (212) 715-9100 |
| Email: dklauder@bk-legal.com | Fax: (212) 715-8000 |
| | boneill@kramerlevin.com |
| | pguffy@kramerlevin.com |

**HALPERIN BATTAGLIA BENZIJA, LLP**

Alan D. Halperin, Esq.
Debra J. Cohen, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Phone: (212) 765-9100
Fax: (212) 765-0964
ahalperin@halperinlaw.net
dcohen@halperinlaw.net

                        *Counsel to Contrarian Funds, LLC*