# EXHIBIT A

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Abbott, Joan and Theodore | 131 NW Friar Street<br>Port St. Lucie, FL 34983 | $50,000.00 | Notes |
| Alan Grabisch Revocable Trust | 3763 Mahlon Brower Drive<br>Oceanside, NY 11572 | $800,000.00 | $300,000 Notes<br>$500,000 Units |
| Alario, Nancy | 4865 N. Classical Boulevard<br>Delray Beach, FL. 33445 | $100,000.00 | Notes |
| Anson, Phil | 3659 SW Saint Lucie Shores Drive<br>Palm City, FL 34990 | $105,000.00 | Notes |
| Anson, Phil<br>Mainstar Trust, Custodian FBO | 214 W. 9th Street,<br>PO Box 420<br>Onaga, KS 66521 | $105,000.00 | Notes |
| Autsin M. Frishman Revocable Living Trust | 17647 Sealakes Drive<br>Boca Raton, FL 33498 | $75,000.00 | Notes |
| Balducci, Maria and Nicola | 3517 SW Macon Rd<br>Port St. Lucie, FL 34953 | $250,000.00 | $150,000 Notes,<br>$100,00 Units |
| Balmuth, Pearl IRA - Provident Trust Group FBO | 5160 Las Verdes Circle, Apt 324<br>Delray Beach, FL 33484 | $76,500.00 | Notes |
| Barbara Wohlwend Trustee of the Barbara Wohlwend Living Trust DTD 8/15/2008 | 7405 Orchestra Lane,<br>Apt 1205<br>Melbourne, FL 32940 | $85,000.00 | Notes |
| Bartell, Robert | 1717 Cabin Pl<br>Palm City, FL 34990 | $100,000.00 | Notes |
| Bates, Marlene | 2683 NW 48th St<br>Boca Raton, FL 33434 | $115,000.00 | Notes |
| Bay, Ria and Bellstedt, Olaf | 3865 Corey Road<br>Malabar, FL 32950 | $100,000.00 | Notes |
| Beal, Ruth and Joseph | 7147 SE Quincy Terrace<br>Hobe Sound, FL 33455 | $50,000.00 | Notes |
| Beatty, Susan and Reynolds, Celia | 1655 2nd Court SW<br>Vero Beach, FL 32962 | $50,000.00 | Notes |
| Benessere, Marie | 11 Nantone Court<br>Colts Neck, NJ. 07722 | $250,000.00 | Notes |
| Berman, Arnold L. - Provident Trust Group, LLC FBO | 7726 Rinehart Drive<br>Boynton Beach, FL. 33437 | $1,059,427.00 | $794,274 Notes<br>$265,154 Units |
| Bernard Bashkoff and Eleanor N. Bashkoff Revocable Trust | 11750 Caracas Blvd<br>Boynton Beach, FL 33437 | $200,000.00 | Notes |
| Bernard, Maryann | 3207 Buccaneer Road<br>Lantana, FL 33462 | $75,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Bernstein, Helene | 8 Lambert Cove<br>Flagler Beach, FL. 32136 | $55,000.00 | Notes |
| Blessman, Sandra | 3808 SW Inwood Pines Lane<br>Palm City, FL 34990 | $30,000.00 | Notes |
| Bottaro, Florence H. and Donald | 1122 Rainwood Circle<br>Palm Beach Gardens, FL 33410 | $275,000.00 | Notes |
| Byrum, Judith Ann | 5957 SE Windsong Lane<br>Stuart, FL 34997 | $210,000.00 | Notes |
| Caddick, Helen and Charles K. | 51 Anchor Drive<br>Massapequa, NY 11758 | $200,000.00 | Notes |
| Cafarella, Carole and Herbert | 5221 Privet Place<br>Delray Beach, FL 33484 | $100,000.00 | Notes |
| Caravella, Judith and Peter | 5030 Heartleaf Terrace<br>Hobe Sound, FL. 33455 | $200,000.00 | Notes |
| Carlucci, Rose and Mulligan, Kathleen | 6770 Picante Circle<br>Fort Pierce, FL 34951 | $100,000.00 | Notes |
| Carrougher, Clinton J. | 350 Avocado Street, B3<br>Costa Mesa, CA 92627 | $25,000.00 | Notes |
| Casoria, Anthony | 1180-12 Lincoln Ave<br>Holbrook, NY 11741 | $50,000.00 | Notes |
| Cassidy, Robert IRA - Provident Trust Group, LLC FBO | 36 S. Homestead Drive<br>Yardley, PA 19067 | $99,500.00 | Notes |
| Cassidy, Robert T. | 36 S. Homestead Drive<br>Yardley, PA 19067 | $350,000.00 | Notes |
| Cassina, Merrily C and Marino T | 5300 Hwy A1A Apt 203<br>Vero Beach, FL 32963 | $110,000.00 | Notes |
| Castaneda, Carlos IRA - Provident Trust Group, LLC FBO | 8177 Emerald Avenue<br>Parkland, FL. 33076 | $159,086.00 | $159,086 Units |
| Castaneda, Janet | 8177 Emerald Avenue<br>Parkland, FL. 33076 | $100,000.00 | Notes |
| Castaneda, Janet and Carlos | 8177 Emerald Avenue<br>Parkland, FL. 33076 | $400,000.00 | $200,000 Notes<br>$200,000 Units |
| Castaneda, Janet IRA - Provident Trust Group, LLC FBO | 8177 Emerald Avenue<br>Parkland, FL. 33076 | $100,000.00 | Units |
| Cetola PA, Darlene | 462 Georgia Blvd<br>Sebastian, FL 32958 | $50,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Chaplin, Theodore IRA - Provident Trust Group, LLC FBO | Lockbox Department, PO Box 4330 Ontario, CA. 91761 | $30,000.00 | Notes |
| Clifford R. Albertson Revocable Living Trust | 10845 Liberty Road Chelsea, MI 48118 | $50,000.00 | Notes |
| Cohen, Paul | 9319 Pecky Cypress Lane, Apt 19-G Baton Raton, FL 33428 | $75,000.00 | Notes |
| Cohen, Paul and Sheldon S | 9319 Pecky Cypress Lane, Apt 19-G Baton Raton, FL 33428 | $50,000.00 | Notes |
| Conti, Shirley | 702 SE Streamlet Avenue Port St. Lucie, FL 34983 | $40,000.00 | Notes |
| Cook, William | 123 Country Club Drive Royal Palm Beach, FL 33411 | $25,000.00 | Notes |
| Corkhill, Andrea Independent Cash Account - Provident Trust Group, LLC FBO | 350 Avacado Street, B3 Costa Mesa, CA 92627 | $25,000.00 | Notes |
| Correa, Miguel | 3715 Ushant Court Wellington, FL 33414 | $100,000.00 | Notes |
| Correa, Miguel - Provident Trust Group, LLC FBO | 3715 Ushant Court Wellington, FL 33414 | $389,500.00 | Notes |
| Correa, Olga | 3715 Ushant Court Wellington, FL 33414 | $50,000.00 | Notes |
| Costanza, Joyce A. and Louis J. | 5430 55th St. Vero Beach, FL 32967 | $40,000.00 | Notes |
| Coyne, Russell | 11893 Osprey Pointe Circle Wellington, FL 33449 | $250,000.00 | Notes |
| Cruz, Elizabeth | 23 Matinee Court Aliso Viejo, CA 92656 | $50,000.00 | Notes |
| Csanadi, Steven | 9502 E Village Green Circle Inverness, FL 34450 | $100,000.00 | Notes |
| Culligan, Joann IRA - Provident Trust Group, LLC FBO | 2265 NE 37th Court Lighthouse Point, FL 33064 | $25,000.00 | Notes |
| Damon, David A. - Provident Trust Group, LLC FBO | 1411 Bayshore Drive Fort Pierce, FL. 34949 | $100,000.00 | Notes |
| De Jong Revocable Family Living Trust dated 5/27/2003 | 8800 Okeechobee Road, #33 Fort Pierce, FL 34945 | $200,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| De Los Santos, Cherylyn | 11 Lake Vista Trail, #106<br>Port St. Lucie, FL 34952 | $30,000.00 | Notes |
| De Silva, Colomba and Edmund | 11950 NW 18th Court<br>Plantation, FL 33323 | $75,000.00 | Units |
| De Silva, Edmund IRA Povident Trust Group, LLC FBO | 11950 NW 18th Court<br>Plantation, FL 33323 | $204,578.00 | Notes |
| Defrancesco, Maria and Joseph | 1 Lake Vista Trail, Apt 106<br>Port St Lucie, FL 34952 | $75,000.00 | Notes |
| DelTergo, Anthony | 2929 SE Ocean Blvd.,<br>Bldg 112 Apt. 7<br>Stuart, FL 34996 | $25,000.00 | Notes |
| DeMaria, Agnes | 9820 Tabebiua Tree Drive, Unit A<br>Boynton Beach, FL 33436 | $50,000.00 | Notes |
| Derosa, Linda A IRA - Provident Trust Group, LLC FBO | Attn: Lockbox Department, PO Box 4330<br>Ontario, CA 91761 | $116,850.00 | Notes |
| Desai, Angeline C.N. and Sureshchandra N. | 7956 Plantation Lakes Drive<br>Port St. Lucie, FL 34986 | $100,000.00 | Notes |
| Diamond, Sandra and Marvin | 7222 Haviland Circle<br>Boynton Beach, FL 33437 | $100,000.00 | Notes |
| Drenguba, Dawn and Donald J. | 580 S. Brevard Avenue, #834<br>Cocoa Beach, FL 32931 | $25,000.00 | Notes |
| Drouin, Richard | 430 Pine Street<br>Sebastian, FL 32958 | $80,000.00 | Notes |
| Drutz, Allan | 6585 Kensington Lane, Apt 407<br>Delray Beach, FL 33446 | $25,000.00 | Notes |
| Dykman, Fen | 6509 Bonaire Drive<br>Biloxi, MS 39532 | $150,000.00 | Notes |
| Elizabeth A. Colantuono Rev. Living Trust | 4900 N. Ocean Blvd, Apt #610<br>Lauderdale by the Sea, FL 33308 | $50,000.00 | Notes |
| Escalante, Armando J. | 6172 NW 88th Avenue<br>Parkland, FL 33067 | $250,000.00 | Notes |
| Etman, Lynn R. IRA Provident Trust Group, LLC FBO | 425 Fleming Street<br>Sebastian, FL 32958 | $61,180.00 | Notes |
| Evelyn and Carl Newmark Trust | c/o Marlene Gordon<br>12040 NW 29th St<br>Sunrise, FL 33323 | $100,000.00 | Notes |
| Falciano, Donna and Smith, Edward J | 4160 N Hwy A1A, 606A<br>Fort Pierce, FL 34949 | $100,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Faudel, Kurt | 2379 NW 34th Terrace<br>Coconut Creek, FL 33066 | $175,000.00 | Notes |
| Feldman, Lori and Lloyd | 12708 Copper Mountain Pass<br>Boynton Beach, FL 33437 | $65,000.00 | Notes |
| Fier, Robert H. | 2670 NW Collins Cove Road<br>Stuart, FL  34994 | $300,000.00 | $200,000 Notes<br>$100,000 Units |
| Fleischer, Shulamith and Fleischer Gabrielle | 11110 Boca Woods Lane<br>Boca Raton, FL 33428 | $25,000.00 | Notes |
| Fleischer, Shulamith - Provident Trust Group, LLC FBO | 11110 Boca Woods Lane<br>Boca Raton, FL 33428 | $40,263.85 | Notes |
| Fletcher, Patricia and Kent | 338 Fallingstar<br>Irvine, CA. 92614 | $100,000.00 | Notes |
| Forbing, Maria E. | 5655 W. 1st SQ SW<br>Vero Beach, FL 32968 | $30,000.00 | Notes |
| Forbing, Percy IRA Provident Trust Group, LLC FBO | 5655 W. 1st SQ SW<br>Vero Beach, FL 32968 | $79,004.00 | Notes |
| Foster, Betty | 5055 N. A1A, Apt. 506<br>Fort Pierce, FL 34949 | $250,000.00 | Notes |
| Fradella, Celestina and Raymond | 6370 Westchester Club Drive North<br>Boynton Beach, FL  33437 | $95,000.00 | Notes |
| Frankel, Doris and Harry | 2736 Quaking Leaf Lane<br>Boynton Beach, FL 33436 | $50,000.00 | Notes |
| French, Donald | 49 Woodland Drive, Apt. 106<br>Vero Beach, FL  32962 | $50,000.00 | Notes |
| Gail P. Paymer Revocable Trust Dated 2/23/2001 | 23319 Water Circle<br>Boca Raton, FL 33486 | $85,000.00 | Notes |
| Gerardi, Josiane and Frank | 3023 Farnham<br>Deerfield Beach, FL 33442 | $340,000.00 | Notes |
| Geroge A. Church, Trustee Geroge and Patricia Church Revocable Trust | 6771 Picante Circle<br>Fort Pierce, FL. 34951 | $100,000.00 | Notes |
| Gersdorf, Cecilia and Klaus | 713 SW Rocky Bayou Terrace<br>Port St. Lucie, FL. 34986 | $200,000.00 | Notes |
| Gersdorf, Klaus IRA - Provident Trust Group, LLC FBO | 713 SW Rocky Bayou Terrace<br>Port St. Lucie, FL. 34986 | $146,250.00 | Notes |
| Gerstenfeld, Anita & Mark | 9857 Casa Mar Drive<br>Lake Worth, FL 33467 | $25,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| GG Family Trust | 279 Vista Drive Jericho, NY 11753 | $150,000.00 | Notes |
| Glaser, Deattra and Feeley, Abbye Hope | 4156 56th Lane Vero Beach, FL 32967 | $80,000.00 | Notes |
| Goldman, Sheldon - Mainstar Trust, Custodian FBO | 1463 Twin Ridge Rd. Santa Barbara, CA  93111 | $50,000.00 | Notes |
| Goldstein, Arlene and Ira | 2398 NW Timbercreek Circle Boca Raton, FL 33431 | $50,000.00 | Notes |
| Gordon, Marlene and Alan | 12040 NW 29th Street Sunrise, FL 33323 | $300,000.00 | Notes |
| Gottlieb, Mary | 16071 Villa Vizcava Place Delray Beach, FL.  33446 | $60,000.00 | Notes |
| Grabisch Family Partnership | 3763 Brower Drive Oceanside, NY. 11572 | $100,000.00 | Notes |
| Greenleaf, Jon - Mainstar Trust, Custodian FBO | 1085 Vista De La Mesa Santa Barbara, CA 93110 | $50,000.00 | Notes |
| Greenleaf, Jonathan W. and Barbara K. as Trustees of the Greenleaf Family Trust | 1085 Vista De La Mesa Santa Barbara, CA 93110 | $50,000.00 | Notes |
| Greenwood, Florence | 300 Willow Valley Lakes Drive, Apt A-425 Willow Street, PA  17584 | $40,000.00 | Notes |
| Gross, Jr., Robert L. and Lauren G. | 540 32nd Avenue SW Vero Beach, FL. 32968 | $55,000.00 | Notes |
| Gross, Jr., Robert L. Roth IRA & Traditional IRA- Provident Trust Group, LLC FBO | 540 32nd Avenue SW Vero Beach, FL. 32968 | $162,985.00 | Notes |
| Gross, Lauren G. Roth IRA - Provident Trust Group, LLC FBO | 540 32nd Avenue SW Vero Beach, FL. 32968 | $53,226.00 | Notes |
| Gross, Linda A. and Daniel G | 3167 SE Overbrook Drive Port St. Lucie, FL 34952 | $100,000.00 | Notes |
| Gross, Robert L. | 2950 SW 2nd Place Rd Vero Beach, FL 32968 | $70,000.00 | Notes |
| Haas, Judith and Bruce | 14809 Strand Lane Delray Beach, | $90,000.00 | Notes |
| Haddock, Betsy S. and Brady, Kimberly L. | 1411 Bayshore Drive Fort Pierce, FL 34949 | $80,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Hanwell, Lorraine and Fred | 6184 Coventry Place<br>Vero Beach, FL 32966 | $35,000.00 | Notes |
| Harbuck, Jody and Conrad | 677 Brush Foot Dr<br>Sebastian, FL 32958 | $90,000.00 | Notes |
| Harder, Gary | 5940 Echo Ridge Lane<br>Colorado Springs, CO 80918 | $150,000.00 | Notes |
| Harlan, Stephen | 150 SE Winged Foot Drive<br>Stuart, FL 34997 | $100,000.00 | Notes |
| Hays, Judith | 143 Nettles Blvd.<br>Jensen Beach, FL 34957 | $150,000.00 | Notes |
| Heffelfinger, Phillip | 251 Seminole Court<br>Marco Island, FL 34145 | $50,000.00 | Notes |
| Heipp, Manfred | 9296 NW 13th Place<br>Coral Springs, FL 33071 | $50,000.00 | Notes |
| Hendrika Waasdorp Trust Dated 12/09/1999 | 1720 SW Springfield Court<br>Palm City, FL 34990 | $100,000.00 | Notes |
| Henry F. Cohan Living Trust | 125 Abondance Drive<br>Palm Beach Gardens, FL. 33410 | $250,000.00 | Notes |
| Hoag, Donna | 380 NW Breezy Point Loop<br>Port St. Lucie, FL 34986 | $103,275.00 | Notes |
| Huber, Linda and Robert, Jr. | 8102 San Hilario Cirlce<br>Buena Park, CA 90620 | $25,000.00 | Notes |
| Huff, Susan | 3872 Oak Grove Drive<br>Sarasota, FL 34243 | $80,000.00 | Notes |
| Huihong Bao and Sai He | 255 Provence Place<br>Vero Beach, FL 32960 | $50,000.00 | Notes |
| Irene Olin Trust DTD 02/25/1998 | 5289 Fourwinds Way<br>Fort Pierce, FL 34949 | $135,000.00 | Notes |
| Isgro, Rosa and Giuseppe | 24 Acorn Court<br>Wading River, New York 11792 | $25,000.00 | Notes |
| Jablonski, William | 993 NW Tuscany Drive<br>Port St. Lucie, FL 34986 | $40,631.00 | Notes |
| Jacobus, Sally IRA - Provident Trust Group, LLC FBO | 5534 55th Avenue<br>Vero Beach, FL 32967 | $232,873.00 | Notes |
| Jaffe, Elizabeth A. and Michael L. | 8 Foxcroft Court<br>Vorhess, NJ 08043 | $100,000.00 | Notes |
| Jakobs, Angela and Wayne | 16708 Sapphire Isle<br>Weston, FL 33331 | $25,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Jakobs, Wayne IRA - Provident Trust Group, LLC FBO | 16708 Sapphire Isle<br>Weston, FL 33331 | $50,000.00 | Notes |
| Janow, Jan | 3805 Silver Lace Lane<br>Boynton Beach, FL 33436 | $98,000.00 | Notes |
| Jerzak, Phillip | 702 SW Lake Charles Circle<br>Port St. Lucie, FL 34986 | $200,000.00 | Notes |
| Joan & Louis Giovachino Revocable Trust DTD 12/30/07 | 436 Sailboat Circle<br>Westin, FL 33326 | $50,000.00 | Notes |
| John L. and Betty L. Dunne Family Trust | 150 Cortona Way, Apt 216<br>Brentwood, CA 94513 | $300,000.00 | Notes |
| Johnson, Mitchell W. Roth IRA Provident Trust Group, LLC FBO | 1057 Riverwind Circle<br>Vero Beach, FL 32967 | $38,956.00 | Notes |
| Johnson, Victoria M. and Mitchell W. | 1057 Riverwind Circle<br>Vero Beach, FL 32967 | $100,000.00 | Notes |
| Jordan, Constance | 779 SW Tamarrow Place<br>Stuart, FL 34997 | $198,214.00 | Notes |
| Jordan, Curtis | 1328 Ontario Drive<br>Lake Worth, FL 33461 | $60,000.00 | Notes |
| Joyce H. Marion Living Trust | 20719 Eagle Creek Court<br>Boca Raton, FL 33498 | $60,000.00 | Notes |
| Kaplan, Robert | 20719 Eagle Creek Court<br>Boca Raton, FL 33498 | $200,000.00 | Notes |
| Keith G LLC | 52 Black Twig Place<br>Stamford, CT 06903 | $100,000.00 | Notes |
| Ken and Emma Sattler | 5824 NW Dunmore Ave<br>Port St Lucie, FL 32986 | $100,000.00 | Notes |
| Ken Paddock Famnily Trust | 2 Wickland<br>Irvine, CA 92620 | $35,000.00 | Notes |
| Kicherer, Nancy E. IRA - Provident Trust Group, LLC FBO | 6750 33rd Street<br>Vero Beach, FL 32966 | $606,900.00 | Notes |
| Kinahan, Partricia Ann and Skudera, Raymond R | 6985 SE Amendment Street<br>Hobe Sound, FL 33455 | $30,000.00 | Notes |
| Kirrie, Chris | 12855 79th Ave<br>Roseland, FL 3957 | $300,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Kiss, Stephen and June | 383 NW Springview Loop<br>Port St. Luce, FL. 34986 | $40,000.00 | Notes |
| Klager, Alber D. Roth IRA Provident Trust Group, LLC FBO | 1515 Indian River Blvd., Suite A245<br>Vero Beach, FL 32960 | $76,170.00 | $26,170 Notes<br>$50,000 Units |
| Kornfeld, Ferne and Barry | 925 S. Federal Highway Suite 375<br>Boca Raton, FL 33432 | $400,000.00 | $350,000 Notes<br>$50,000 Units |
| Krahn, Patricia and Donald | 614 Coronado Drive<br>Redlands, CA 92374 | $125,000.00 | Notes |
| Kurtzeborn, Adelaide L. and Watson-Aubuchon, Helen N. | 53 Darby Cay<br>Vero Beach, FL 32966 | $100,000.00 | Notes |
| La Rochelle, Lise | 3125 SW 58th Place<br>Fort Lauderdale, FL 33312 | $100,000.00 | Notes |
| Lambert, Carol A and Darwent, Andrea F | 375 S. Tangerine Sq. SW<br>Vero Beach, FL 32968 | $100,000.00 | Notes |
| LeBlanc-Ryan, Roberta | 2156 Reminiscent Circle<br>Fountain, CO 80817 | $137,971.55 | Notes |
| Lenihan, Michael J. | 14336 Campanelli Drive<br>Delray Beach, FL 33484 | $25,000.00 | Notes |
| Lerman, Marilyn and Saul | 859 Jeffery Street, Apt. 605<br>Boca Raton, FL 33487 | $80,000.00 | Notes |
| LeWinter, Helen and Daniel | 23287 Blue Water Circle, Apt 207<br>Boca Raton, FL 33433 | $240,000.00 | Notes |
| Lincoln, Walter | 4773 Wood Duck Circle<br>Vero Beach, FL 32967 | $25,000.00 | Notes |
| Lindsay, Geraldine and James | 676 Azalea Drive<br>Vass, NC 28394 | $50,000.00 | Notes |
| Lindsell, Charles IRA Provident Trust Group, LLC FBO | 1055 W Lakeview Drive<br>Sebastian, FL 32958 | $98,467.00 | Notes |
| LoCicero, Carol and John | 1743 Woodfern Drive<br>Boynton Beach, FL 33436 | $45,000.00 | Notes |
| Lopes, Lisa IRA - Provident Trust Group, LLC FBO | 5301 Woodlands Boulevard<br>Tamarac, FL 33319 | $100,000.00 | Notes |
| Mannaberg-Goldman, Elizabeth Judy IRA - Mainstar Trust, Custodian FBO | 1463 Twin Ridge Rd.<br>Santa Barbara, CA 93111 | $25,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Manning, Phillis and Manning, Jr., Wilber J. | 3876 47th Street<br>Vero Beach, FL 32967 | $25,000.00 | Notes |
| Manning, Phillis and Pryor, Verna | 3876 47th Street<br>Vero Beach, FL 32967 | $100,000.00 | Notes |
| Marian E. Gennaro Revocable Trust | 1108 Marine Way West, Apt B2R<br>North Palm Beach, FL 33408 | $250,000.00 | Notes |
| Marilyn Kornfeld Declaration of Trust Dated 09/09/2013 | 925 S. Federal Highway Suite 375<br>Boca Raton, FL 33432 | $150,000.00 | $100,000 Notes $50,000 Units |
| Markowitz, Murray IRA - Provident Trust Group, LLC FBO | 1004 Wolverton A<br>Boca Raton, FL 33434 | $120,000.00 | Notes |
| Marlene Mallah & Maurice Mallah Rev. Lvg. Trust | 3550 Galt Ocean Drive, Apt 401<br>Fort Lauderdale, FL 33308 | $1,000,000.00 | Notes |
| Martin, Rose | 4361 Lighthouse Lane<br>Westchester, OH 45069 | $30,000.00 | Notes |
| Martin, Rose IRA Mainstar Trust, Custo FBO | 4361 Lighthouse Lane<br>Westchester, OH 45069 | $660,000.00 | $160,000 Notes $500,000 Units |
| Mary Louise Nordstrom Revocable Living Trust UTD 05/09/03 | 7008 Lake Road, Apt. 320<br>St. Paul, MN 55125 | $45,000.00 | Notes |
| Mckee, Evelyn M. _ Provident Trust Group, LLC FBO | Attn: Lockbox Department, PO Box 4330<br>Ontario, CA 91761 | $80,097.00 | Notes |
| Melograno, Allison and Anthony | 710 Sarina Terrace SW<br>Vero Beach, FL 32968 | $50,000.00 | Notes |
| Melograno, Gail and Anthony | 710 Sarina Terrace SW<br>Vero Beach, FL 32968 | $50,000.00 | Notes |
| Melosky, Janice and Tucker, Thomas H | 525 Caroline Dr<br>Vero Beach, FL 32968 | $300,000.00 | Notes |
| Michael, Margaret | PO Box 3247<br>Attleboro, MA 02703 | $30,000.00 | Notes |
| Miller, Joy | 548 SW New Castle Cove<br>Port St. Lucie, FL 34986 | $100,000.00 | Notes |
| Miller, Kathy A. IRA - Provident Trust Group, LLC FBO | 421 Pine Street<br>Sebastian, FL 32958 | $31,700.00 | Notes |
| Miriam Levine Rev Lvg Trust DTD 6/3/1998 | 10101 Mangrove Drive<br>Boynton Beach, FL 33437 | $35,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Nantista, Barbara and Frank | 840 SW Lake Charles Circle<br>Port St. Lucie, FL 34986 | $50,000.00 | Notes |
| Nichols, Monica | 4001 Stack Blvd, Apt 101<br>Melbourne, FL 32901 | $397,400.00 | Notes |
| O'Brien, James IRA Provident Trust Group, LLC FBO | 16184 SW Indianwood Circle<br>Indiantown, FL 34956 | $63,113.96 | Notes |
| O'Brien, Sandra and James | 16184 SW Indianwood Circle<br>Indiantown, FL 34956 | $100,000.00 | Notes |
| Ochs, Albert | 13937 Royal Palm Court, Apt. B<br>Delray Beach, FL 33484 | $80,000.00 | Notes |
| Ohler, Mildred E. IRA Provident Trust Group, LLC FBO | 11784 SW Mountain Ash Circle<br>Port St. Lucie, FL 34987 | $53,177.00 | Notes |
| Ohlsson, Alicia and John | 654 Gossamer Wing Way<br>Sebastian, FL 32958 | $75,000.00 | Notes |
| Olin, Irene - Proident Trust Group, LLC FBO | 5289 Fourwinds Way<br>Fort Pierce, FL 34949 | $196,131.00 | Notes |
| Ottaviano Living Trust Dated May 16, 2013 | 10938 SW Dardanelle Drive<br>Port St. Lucie, FL 34987 | $150,000.00 | Notes |
| Pancaro, Debra L. - Provident Trust Group, LLC FBO | 331 NW Treeline Trace<br>Port St. Lucie, FL 32986 | $212,446.00 | Notes |
| Paul J Tregre Irrevocable Living Trust | 3393 Crestwood St<br>Baton Rouge, LA 70816 | $40,000.00 | Notes |
| Permberton, Patricia | 709 Royal Palm Place<br>Vero Beach, FL 32960 | $50,000.00 | Notes |
| Peterson, Gail F. | 7224 Granville Avenue<br>Boynton Beach, FL 33437 | $50,000.00 | Notes |
| Pezzola, Kathy and John | 8775 20th Street, Lot 805<br>Vero Beach, FL 32966 | $25,000.00 | Notes |
| Pletka, Joann E. | 1466 50th Court<br>Vero Beach, FL 32966 | $200,000.00 | Notes |
| Pletka, Joann IRA - Provident Trust Group, LLC FBO | 1466 50th Court<br>Vero Beach, FL 32966 | $46,204.00 | Notes |
| Plofsky, Herbert | 15484 Lakes of Delray Blvd, #101<br>Delray Beach, FL 33484 | $35,000.00 | Notes |
| Pokorny, Belinda and Donald | 1720 NW 88th Way<br>Plantation, FL 33322 | $300,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Pokorny, Laura | 110 Brooklyn Avenue, Apt 2F<br>Freeport, NY 11520 | $50,000.00 | Notes |
| Poley, Judith A. IRA - Provident Trust Group, LLC FBO | 8097 Westfield Circle<br>Vero Beach, FL 32966 | $70,000.00 | Notes |
| Popolizio, Laurence | 97 Springlake Drive, Apt 104<br>Vero Beach, FL 32962 | $105,000.00 | Notes |
| Popolizio, Laurence and Gross, Lauren | 97 Springlake Drive, Apt 104<br>Vero Beach, FL 32962 | $30,000.00 | Notes |
| Power, Laurence | 700 NW 6th Drive<br>Boca Raton, FL 33486 | $25,000.00 | Notes |
| Price, Adrienne and Sheldon | 5187 Europa Drive, Apt P<br>Boynton Beach, FL 33437 | $115,000.00 | Notes |
| Price, Adrienne IRA - Provident Trust Group, LLC FBO | 5187 Europa Drive, Apt P<br>Boynton Beach, FL 33437 | $112,573.35 | Units |
| Price, Sheldon IRA - Provident Trust Group, LLC FBO | 5187 Europa Drive, Apt P<br>Boynton Beach, FL 33437 | $209,515.13 | Units |
| Rahman, Muhammad A IRA - Provident Trust Group FBO | 6475 Palm Place<br>Vero Beach, FL 32967 | $105,000.00 | Notes |
| Recine, Maria | 9800 NW 75th Street<br>Tamarac, FL 33321 | $200,000.00 | Notes |
| Reichwald-Hiranandani Living Trust | PO Box 724<br>Wappingers Falls, NY 12590 | $50,000.00 | Notes |
| Revocable Trust Agreement of Rhoda Bermon Dated 12/12/95 | 13532-B Sabal Palm Court<br>Delray Beach, FL 33484 | $200,000.00 | Notes |
| Richard D. Kirk Revocable Living Trust | 7151 Lockwood Road<br>Lake Worth, FL 33467 | $50,000.00 | Notes |
| Rispoli, Elizabeth and Vincent | 85 Wainwright Avenue<br>Closter, NJ 07624 | $90,000.00 | Notes |
| Rita Fischer Trust | 891 NW 84th Drive<br>Coral Springs, FL 33071 | $25,000.00 | Notes |
| Roberta K. Ash Revocable Living Trust | 9594 Taormina Street<br>Lake Worth, FL 33467 | $25,000.00 | Notes |
| Robinson, Sandra IRA - Provident Trust Group FBO | 1165 SE Westminster PL<br>Stuart, FL 34997 | $90,547.00 | Notes |
| Rogusky, Susan E. and Allen | 2175 34th Avenue<br>Vero Beach, FL 32960 | $80,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Rollerson, Mary D. and Walter E. | PO Box 586<br>Searsport, ME 04974 | $250,000.00 | Notes |
| Ronald J. Wohlwend Living Trust | 7405 Orchestra Lane, Apt 1205<br>Melbourne, FL 32940 | $100,000.00 | Notes |
| Rubel, Sophia and Valentino, Linda | 12650 Sunnydale Drive<br>Wellington, FL 33414 | $50,000.00 | Notes |
| Rubin, Fran and Mark | 4 Pickwick Court<br>Stony Brook, NY 11790 | $30,000.00 | Notes |
| Rubin, Howard | 6096 Huntwick Ter, Bldg 128, Apt 303<br>Delray Beach, FL 33484 | $140,000.00 | Notes |
| Ruland, Angela | 9940 S. Ocean Drive, Apt. 201<br>Jensen Beach, FL 34957 | $100,000.00 | Notes |
| Schattner, Robert | 11110 Boca Woods Lane<br>Boca Raton, FL 33428 | $1,519,500.00 | $1,419,500 Notes<br>$100,000 Units |
| Schoenberg, Carole and Paul | 7102 Springville Cove<br>Boynton Beach, FL 33437 | $90,000.00 | Notes |
| Scott, Ruth E. | 2950 2nd Place SW<br>Vero Beach, FL 32968 | $30,000.00 | Notes |
| Settlemire, Sandra | 1041 Lyons Park Drive<br>Pompano Beach, FL 33060 | $95,000.00 | Notes |
| Seymour, James R. IRA Provident Trust Group, LLC FBO | 3405 Breton Valley Drive SE<br>Grand Rapids, MI 49512 | $104,200.00 | Notes |
| Sharon Wolk Kirk Revocable Living Trust | 7151 Lockwood Road<br>Lake Worth, FL 33467 | $75,000.00 | Notes |
| Shaw, Vivian | 209 N Grove Isle Circle, Building 6<br>Vero Beach, FL 32962 | $100,000.00 | Notes |
| Shaw, Vivian IRA - Provident Trust Group, LLC FBO | 209 N Grove Isle Circle, Building 6<br>Vero Beach, FL 32962 | $224,050.00 | Notes |
| Siegel, Amanda and Siegel, Linda | 9600 NW 31st Place<br>Sunrise, FL 33351 | $85,000.00 | Notes |
| Siegel, Linda and Mark | 9600 NW 31st Place<br>Sunrise, FL 33351 | $75,000.00 | Notes |
| Siegel, Mark IRA - Provident Trust Group, LLC FBO | 9600 NW 31st Place<br>Sunrise, FL 33351 | $245,000.00 | $95,000 Notes<br>$150,000 Units |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Simons, Leonard IRA - Provident Trust Group, LLC FBO | 5226 Europa Drive, Apt. M Boynton Beach, FL. 33437 | $85,247.00 | Notes |
| Simons, Myra IRA - Provident Trust Group, LLC FBO | 5226 Europa Drive, Apt. M Boynton Beach, FL. 33437 | $48,674.00 | Notes |
| Simons, Myra K. and Leonard M. | 5226 Europa Drive, Apt. M Boynton Beach, FL. 33437 | $95,000.00 | Notes |
| Singleton, Connie | 466 Santa Barbara Irvine, CA 92606 | $25,000.00 | Notes |
| Singleton, Sheldon IRA Provident Trust Group, LLC FBO | 466 Santa Barbara Irvine, CA 92606 | $48,900.00 | Notes |
| Skudera, Michael | 3915 S Ewing Street Indianapolis, IN 46237 | $50,000.00 | Notes |
| Smedley, Shirley | | $100,000.00 | Notes |
| Smith, Hildegard and Lawrence H. | 7856 99th Court Vero Beach, FL 32967 | $25,000.00 | Notes |
| Smith, Lawrence H. IRA Provident Trust Group, LLC FBO | 7856 99th Court Vero Beach, FL 32967 | $25,000.00 | Notes |
| Solowy, Danny E. IRA Mainstar Trust, Custodian FBO | 4456 Creekside Drive Whitehall, MI 49461 | $198,567.12 | Notes |
| Speed, Wilisa | 5940 Echo Ridge Lane Colorado Springs, CO 80918 | $100,000.00 | Notes |
| Spring, Bruce N | 137 NW Lawton Rd Port St. Lucie, FL 34986 | $50,000.00 | Notes |
| Stanton, Aleen and Kenneth | 169 SE Osprey Ridge Port St. Lucie, FL 34984 | $100,000.00 | Notes |
| Stanton, Kenneth IRA Providence Trust Group, LLC FBO | 169 SE Osprey Ridge Port St. Lucie, FL 34984 | $72,858.00 | Notes |
| Steele, Joan | 5001 SW 1st Court Plantation, FL 33317 | $50,000.00 | Notes |
| Sterrett, Beth and Dreswick, Edward | 1344 Riverside Lane Vero Beach, FL 32963 | $200,000.00 | Notes |
| Stevens, Perry L. SEP IRA - Provident Trust Group, LLC FBO | 17237 SE Evergreen Highway Vancouver, WA 98683 | $50,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Stone, Sandra | 4153 1st Street<br>Vero Beach, FL 32968 | $80,000.00 | Notes |
| Stratsma, Dean | 8516 SE Palm Street<br>Hobe Sound, FL 33455 | $50,000.00 | Notes |
| Streier, Gail and Randall and Wayne | 23348 County Road 53<br>Bigfork, MN 56628 | $25,000.00 | Notes |
| Streier, Randall L. | 23348 County Road 53<br>Bigfork, MN 56628 | $200,000.00 | Notes |
| Sullivan, Marilyn IRA - Provident Trust Group, LLC FBO | 5904 River Run Drive<br>Sebastian, FL 32958 | $46,975.00 | Notes |
| Summers, Marilyn | 75 Spanish Way<br>Port St. Lucie, FL 34952 | $40,000.00 | Notes |
| Swart, Dirk C |  | $239,529.72 | Notes |
| Tandlich, Marjorie and Steven | 10851 SW 68 Ave<br>Pinecrest, FL. 33156 | $150,000.00 | Notes |
| The Bernard & Sylvia Fineberg Living Trust | 5226 Europa Drive, Unit K<br>Boynton Beach, FL. 33437 | $60,000.00 | Notes |
| The Etman Family Trust DTD 4/21/1998 | 425 Fleming Street<br>Sebastian, FL 32958 | $240,000.00 | Notes |
| The Haendel Trust DTD 6/14/2002 | 639 NW Venetto Court<br>Port St. Lucie, FL 34986 | $100,000.00 | Notes |
| The Murray and Linda Markowitz Irrevocable Trust | 1004 Woverton A<br>Boca Raton, FL 33434 | $120,000.00 | Notes |
| The Rita J. Berman Trust | 12540 Majesty Circle, Apt. 107<br>Boynton Beach, FL 33437 | $55,000.00 | Notes |
| The Thomas Family Living Trust | PO Box 133<br>Farnhamville, IA 50538 | $54,000.00 | Notes |
| Thompson, Sharon | 5202 NW 4th Terrace<br>Pompano Beach, FL 33064 | $111,000.00 | Notes |
| Thompson, Zoila and Stephern | 744 Brookedge Terrace<br>Sebastian, FL 32958 | $130,000.00 | Notes |
| Tinari, Marilyn J IRA - Provident Trust Group, LLC FBO | 4367 SE Sweetwood Way<br>Stuart, FL 34997 | $32,422.00 | Notes |
| Tinari, Marilyn J. and Henry A. | 4367 SE Sweetwood Way<br>Stuart, FL 34997 | $50,000.00 | Notes |
| Tobin, Cecile and Bernard | 14616 Rogue River Drive<br>Chesterfield, MO 63017 | $65,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Tobin, Mike | PO Box 956<br>Jensen Beach, FL 34958 | $190,000.00 | $90,000 Notes<br>$100,000 Units |
| Tomlin, Karen and Thomas | 114 Moredun Road<br>Philadelphia, PA 19115 | $25,000.00 | Notes |
| Toth, Barbara and Terrance | 1400 West Island Club Square<br>Vero Beach, FL 32963 | $250,000.00 | Notes |
| Toth, Barbara IRA - Provident Trust Group, LLC FBO | 1400 West Island Club Square<br>Vero Beach, FL 32963 | $106,000.00 | Notes |
| Toth, Terrance IRA - Provident Trust Group, LLC FBO | 1400 West Island Club Square<br>Vero Beach, FL 32963 | $318,000.00 | $118,000 Notes<br>$200,000 Units |
| Townley, David | 2536 2nd Street<br>Vero Beach, FL 32962 | $150,000.00 | Notes |
| Valentino, Linda and Dan | 12650 Sunnydale Drive<br>Wellington, FL 33414 | $1,200,000.00 | Notes |
| Valentino, Sara and Erik Johnson and Dan Valentino | 500 West Franklin Avenue, Apt 103<br>Minneapolis, MN 55405 | $50,000.00 | Notes |
| Van Gulick, Virginia and C. Spencer | 4930 SE Schooner Oaks Way<br>Stuart, FL 34997 | $40,000.00 | Notes |
| Viggiani, Madeline | 10736 Royal Carribean Circle<br>Boynton Beach, FL 33437 | $25,000.00 | Notes |
| Viscuso, Helga and Dressel, Sabine | 597 Homestead Ave NE<br>Palm Bay, FL 32907 | $70,000.00 | Notes |
| Viscuso, Helga IRA - Provident Trust Group FBO | 597 Homestead Ave NE<br>Palm Bay, FL 32907 | $31,000.00 | Notes |
| W. Kenneth Greenwood Family Trust | c/o Florence Greenwood<br>300 Willow Valley Lakes Drive, Apt A-425<br>Willow Street, PA. 17584 | $600,000.00 | $400,000 Notes<br>$200,000 Units |
| Wang, XiaoQing | 2950 Newmarket St,<br>Suite 101-178<br>Bellingham, WA 98226 | $620,000.00 | Notes |
| Wang, XiaoQing and Cain, Jonathan | 2950 Newmarket St,<br>Suite 101-178<br>Bellingham, WA 98226 | $200,000.00 | $100,000 Notes<br>$100,000 Units |
| Watters, Edna | 5375 E. 1st SQ SW<br>Vero Beach, FL 32968 | $25,000.00 | Notes |
| Winnett, Peggy S and Wiggers, Christine M. | 1646 8700 E. University Drive<br>Mesa, AZ 85207 | $50,000.00 | Notes |

| Secured Creditor | Address | Amount of Claim | Nature of Claim |
|---|---|---|---|
| Wolfeld, Shirley and Don | 4859 N Classical Blvd<br>Delray Beach, FL 33445 | $360,600.00 | $110,000 Notes<br>$250,600 Units |
| Wolfeld, Shirley IRA - Mainstar Trust, Custodian FBO | 4859 N Classical Blvd<br>Delray Beach, FL 33445 | $60,000.00 | Notes |
| Zella, Frances E and David P | 700 SW Aruba Bay<br>Port St. Lucie, FL 34986 | $115,00.00 | Notes |
| Zuckerman, Ronnie and Michael | 10174 Mangrove Drive, Apt 106<br>Boynton Beach, FL 33437 | $288,000.00 | Notes |