IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | ) Case No. 17-12560-(KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| | ) Hearing Date: Oct. 24, 2018 at 10:00 a.m. (ET) |
| Debtors. | ) |
| | ) Re Docket No. 2721 & 2767 |

**RESERVATION OF RIGHTS REGARDING MOTION FOR APPROVAL OF CERTAIN COMPROMISES AND SETTLEMENTS, PARTIAL SUBSTANTIVE CONSOLIDATION, AND RELATED <u>RELIEF WITH RESPECT TO THE PLAN</u>**

Lise La Rochelle *et al*. and other parties objecting to confirmation of the Debtors' Chapter 11 Plan who are clients of the Sarachek Law Firm[2] (the "Dissenting Creditors"), by and through their undersigned counsel, hereby file this reservation of rights to the Debtors' *Motion for Approval of Certain Compromises and Settlements, Partial Substantive Consolidation, and Related Relief with Respect to the Plan* [D.I. 2721; filed 10/3/18] (the "Motion") and state as follows:

1. The Debtors' filed the Motion on October 3, 2018. The Motion deals separately with issues that are also dealt with as part of the Debtors' *First Amended Joint Chapter 11 Plan of Liquidation Of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* (the "Plan").

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks California 91423. The complete list of Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/wgc.

[2] All of the Objecting parties are fully listed in the 2019 Statement filed The Sarachek Law Firm on August 21, 2018 [Docket No. 2385]

{00023000.2 }

2. The Dissenting Creditors filed an objection to the Plan on October 11, 2017 [D.I. 2767]. Nothing in the Motion should be seen as superseding the arguments in the Plan to which the Dissenting Creditors objected.

Dated: October 22, 2018
       Wilmington, Delaware       **THE ROSNER LAW GROUP LLC**

       */s/ Jason A. Gibson*
       Frederick B. Rosner (DE No. 3995)
       Jason A. Gibson (DE No 6091)
       824 N. Market St., Suite 810
       Wilmington, DE 19801
       Tel: (302) 777-1111
       Email: gibson@teamrosner.com

       *-and-*

       **THE SARACHEK LAW FIRM**

       Joseph E. Sarachek (NY Bar No. 2163228)
       101 Park Avenue, 27th Floor
       New York, NY 10178
       Telephone: (212) 808-7881
       Facsimile: (646) 861-4950
       Email: joe@saracheklawfirm.com