## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 24, 2018, AT 10:00 A.M. (ET)

### ADJOURNED/RESOLVED MATTERS

1.      Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 890, 4/3/18]

> Objection Deadline:   In accordance with the agreed scheduling order [D.I. 1818], briefing deadlines and all discovery matters, will be addressed (if necessary) following the Court's ruling on the Debtors' objection to Contrarian's claim.

> Related Documents:

>> A.      Agreed Scheduling Order Regarding Contrarian's Note Motion and the Debtors' Claim Objection, and Order on Motion to Shorten and Motion to Quash [D.I. 1818, 5/17/18]

>> B.      Statement of Argo Partners Regarding (I) Debtors' Objection to Proof of Claim 1216; (II) Contrarian Funds LLC's Response Thereto; and (III) Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 1926, 6/4/18]

> Objections Filed:  None as of the filing of this Agenda

> Status:    This matter will be adjourned by agreement to a date and time to be determined.

---

[1]      The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.  Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein.  A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

2.    Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Jeff Ford Enterprises, Inc. [D.I. 2623, 9/18/18]

Objection Deadline:    October 2, 2018, at 4:00 p.m. (ET)

Related Documents:

       A.    Certificate of No Objection [D.I. 2726, 10/3/18]

       B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Jeff Ford Enterprises, Inc. [D.I. 2735, 10/4/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

3.    Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Larry Rominger and the Rominger Family Trust [D.I. 2624, 9/18/18]

Objection Deadline:    October 2, 2018, at 4:00 p.m. (ET)

Related Documents:

       A.    Certificate of No Objection [D.I. 2727, 10/3/18]

       B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Larry Rominger and the Rominger Family Trust [D.I. 2736, 10/4/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

4.    Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [D.I. 2625, 9/18/18]

Objection Deadline:    October 2, 2018, at 4:00 p.m. (ET)

Related Documents:

       A.    Certificate of No Objection [D.I. 2728, 10/3/18]

B.      Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2  [D.I. 2737, 10/4/18]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

5.      Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2  [D.I. 2626, 9/18/18]

Objection Deadline:   October 2, 2018, at 4:00 p.m. (ET)

Related Documents:

A.      Certificate of No Objection [D.I. 2729, 10/3/18]

B.      Order Sustaining Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [D.I. 2738, 10/4/18]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

6.      Debtors' Third Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 2649, 9/21/18]

Objection Deadline:   October 9, 2018, at 4:00 p.m. (ET)

Related Documents:

A.      Certificate of No Objection [D.I. 2762, 10/10/18]

B.      Third Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 2768, 10/11/18]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

7.     Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Kaila Alana Loyola [D.I. 2660, Adv. D.I. 5, 9/25/18]

Objection Deadline:    October 9, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.     Certificate of No Objection [D.I. 2760, Adv. D.I. 6, 10/10/18]

    B.     Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Kaila Alana Loyola [Adv. D.I. 7, 10/15/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

8.     Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Hui Zeng [D.I. 2664, 9/25/18]

Objection Deadline:    October 9, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.     Certificate of No Objection [D.I. 2763, 10/10/18]

    B.     Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Hui Zeng [D.I. 2779, 10/15/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

9.     Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Alexander Tosi [D.I. 2665, 9/25/18]

Objection Deadline:    October 9, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.     Certificate of No Objection [D.I. 2764, 10/10/18]

4

B.      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Alexander Tosi [D.I. 2780, 10/15/18]

Objections Filed:      None

Status: An order has been entered.  No hearing is required.

10.    Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with John M. Wermuth [D.I. 2666, 9/26/18]

Objection Deadline:    October 10, 2018, at 4:00 p.m. (ET)

Related Documents:

A.      Certificate of No Objection [D.I. 2770, 10/11/18]

B.      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with John M. Wermuth [D.I. 2784, 10/15/18]

Objections Filed:      None

Status: An order has been entered.  No hearing is required.

11.    Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Davis & Company and Daven S. Sharma [D.I. 2667, 9/26/18]

Objection Deadline:    October 10, 2018, at 4:00 p.m. (ET)

Related Documents:

A.      Certificate of No Objection [D.I. 2771, 10/11/18]

B.      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Davis & Company and Daven S. Sharma [D.I. 2785, 10/15/18]

Objections Filed:      None

Status: An order has been entered.  No hearing is required.

12.    Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 110 Bowles Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims,

Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2678, 9/28/18]

Objection Deadline:    October 12, 2018, at 4:00 p.m. (ET)

Related Documents:

A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 110 Bowles Drive, Carbondale, Colorado Property [D.I. 2679, 9/28/18]

B.    Certificate of No Objection [D.I. 2793, 10/16/18]

C.    Order (I) Authorizing the Sale of 110 Bowles Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2840, 9/22/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

13.    Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Paul White [D.I. 2673, 9/26/18]

Objection Deadline:    October 10, 2018, at 4:00 p.m. (ET)

Related Documents:

A.    Certificate of No Objection [D.I. 2772, 10/11/18]

B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Paul White [D.I. 2783, 10/15/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

14.    Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 9212 Nightingale Drive, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2693, 9/28/18]

Objection Deadline:    October 12, 2018, at 4:00 p.m. (ET), extended to October 15, 2018, at 4:00 p.m. (ET) for contractors and contract counterparties

6

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 9212 Nightingale Drive, Los Angeles, California Property [D.I. 2694, 9/28/18]

    B.    Supplemental Notice of Motion [D.I. 2699, 10/1/18]

    C.    Certification of Counsel [D.I. 2800, 10/16/18]

    D.    Order (I) Authorizing the Sale of 9212 Nightingale Drive, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2841, 10/22/18]

Objections Filed:

    A.    Informal Response of the Utah Noteholders

Status: An order has been entered.  No hearing is required.

15.    Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 1165 Heritage Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2705, 10/2/18]

Objection Deadline:   October 16, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 1165 Heritage Drive, Carbondale, Colorado Property [D.I. 2706, 10/2/18]

    B.    Certificate of No Objection [D.I. 2808, 10/17/18]

    C.    Order (I) Authorizing the Sale of 1165 Heritage Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Related Purchase Agreement; and (III) Grated Related Relief [D.I. 2822, 10/19/18]

Objections Filed:     None

Status: An order has been entered.  No hearing is required.

16.     Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 2492 Mandeville Canyon, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2707, 10/2/18]

Objection Deadline:    October 16, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 2492 Mandeville Canyon, Los Angeles, California Property [D.I. 2708, 10/2/18]

    B.    Certificate of No Objection [D.I. 2809, 10/17/18]

    C.    Order (I) Authorizing the Sale of 2492 Mandeville Canyon, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2823, 10/19/18]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

17.     Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Lots 1, 2, and 3 Bowles Gulch, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2709, 10/2/18]

Objection Deadline:    October 16, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell Lots 1, 2, and 3 Bowles Gulch, Carbondale, Colorado Property [D.I. 2710, 10/2/18]

    B.    Certification of Counsel [D.I. 2812, 10/17/18]

    C.    Order (I) Authorizing the Sale of Lots 1, 2, and 3 Bowles Gulch, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2821, 10/19/18]

Objections Filed:

    A.    Reservation of Rights of the Ottaviano Living Trust to the Proposed Sale of Lots 1, 2, and 3 Bowles Gulch, Carbondale, Colorado [D.I. 2797, 10/16/18]

Status: An order has been entered.  No hearing is required.

18.    Debtors' Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Charles T. Kihnel [D.I. 2722, 10/3/18]

Objection Deadline:    October 17, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 2816, 10/18/18]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing And Approving Entry into a Settlement with Charles T. Kihnel [D.I. 2825, 10/19/18]

Objections Filed:    None.

Status: An order has been entered.  No hearing is required.

19.    Debtors' Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Joseph G. Thomas [D.I. 2720, Adv. D.I. 5, 10/3/18]

Objection Deadline:    October 17, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 2818, Adv. D.I. 8, 10/18/18]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Joseph G. Thomas [D.I. 2826, Adv. D.I. 9, 10/19/18]

Objections Filed:    None.

Status: An order has been entered.  No hearing is required.

20.    Debtors' Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Debtors' Entry into a

9

Consent and Final Judgment with the Securities and Exchange Commission [D.I. 2723, 10/3/18]

Objection Deadline:    October 17, 2018, at 4:00 p.m. (ET)

Related Documents:

  A. Declaration of Bradley D. Sharp in Support of Debtors' Motion for Entry of an Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Debtors' Entry into a Consent and Final Judgment with the Securities and Exchange Commission [D.I. 2725, 10/3/18]

  B. Certification of No Objection [D.I. 2817, 10/18/18]

  C. Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving the Debtors' Entry into a Consent and Final Judgment with the Securities and Exchange Commission [D.I. 2842, 10/22/18]

Objections Filed: None.

Status: An order has been entered.  No hearing is required.

21. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 1 Electra Court, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2730, 10/3/18]

Objection Deadline:    October 17, 2018, at 4:00 p.m. (ET)

Related Documents:

  A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 1 Electra Court, Los Angeles, California Property [D.I. 2731, 10/3/18]

  B. Certification of Counsel [D.I. 2819, 10/18/18]

  C. Order (I) Authorizing the Sale of 1 Electra Court, Los Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving Related Purchase Agreement; and (III) Granting Related Relief [D.I. 2824, 10/19/18]

Objections Filed:

  A. Informal Response of the Utah Noteholders

01:23673424.4

Status: An order has been entered.  No hearing is required.

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR
CERTIFICATION OF COUNSEL**

22.     Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 805 Nimes Place, Los
        Angeles, California Property Owned by the Debtors Free and Clear of Liens, Claims,
        Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and
        (III) Granting Related Relief [D.I. 2691, 9/28/18]

        Objection Deadline:   October 12, 2018, at 4:00 p.m. (ET), extended to October 15, 2018,
        at 4:00 p.m. (ET) for contractors and contract counterparties

        Related Documents:

                A.      Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell
                        805 Nimes Place, Los Angeles, California Property [D.I. 2692, 9/28/18]

                B.      Supplemental Notice of Motion [D.I. 2698, 10/1/18]

                C.      Certification of Counsel [D.I. 2802, 10/17/18]

                D.      Proposed Order

        Objections Filed:

                A.      Reservation of Rights of Sandra E. Blessman, Provident Trust Group FBO
                        Lisa Lopes IRA, Rose Martin, Laura Pokorny and the Reichwald-
                        Hiranandani Living Trust to the Proposed Sale of 805 Nimes Place, Los
                        Angeles, CA [D.I. 2776, 10/12/18]

                B.      Informal Response of the Utah Noteholders

        Status: A certification of counsel has been filed.  No hearing is required.

**FEE APPLICATIONS**

23.     Second Interim Fee Applications

        Related Documents:

                A.      See Schedule 1, attached

      B.      Certification of Counsel Regarding Omnibus Order Approving Second Interim Fee Applications of the Debtors' Professional [D.I. 2794, 10/16/18]

      C.      Certification of Counsel Regarding Order Approving First Interim Fee Application of (A) Elise S. Frejka, Fee Examiner, and (B) Frejka PLLC, Counsel for the Fee Examiner [D.I. 2795, 10/16/18]

      D.      Certification of Counsel Regarding Second Interim Fee Request of Venable LLP as Counsel to the Official Ad Hoc Committee of Unitholders for the Period March 1, 2018 Through May 31, 2018 [D.I. 2798, 10/16/18]

Status: Certifications of counsel has been filed with respect to fees and expenses of Debtors' Professionals, the Fee Examiner, and the counsel to the Committee of Ad Hoc Committee of Unitholders.  This matter will be going forward.

24.      Final Fee Application of Gibson, Dunn & Crutcher LLP [D.I. 2404, 8/22/18]

      Objection Deadline:    September 11, 2018, at 4:00 p.m. (ET)

      Related Documents:

      A.      See Schedule 2, attached

      B.      Notice of Filing Amended Order Approving Final Fee Application of Gibson, Dunn & Crutcher LLP as Co-Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Final Period From December 4, 2017 Through and Including May 31, 2018 [D.I. 2732, 10/3/18]

      C.      Supplemental Declaration of Samuel A. Newman in Support of the Debtors' Application for an Order Approving the Employment and Retention of Gibson, Dunn & Crutcher LLP as General Bankruptcy and Restructuring Co-Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [D.I. 2820, 10/19/18]

      Objections Filed:     None

      Status: This matter will be going forward.

**UNCONTESTED MATTER GOING FORWARD**

25.      Debtors' Motion for Entry of an Order Authorizing the Debtors' to File Under Seal Exhibit 1 to the Declaration of Frederick Chin in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2830, 10/19/18]

Objection Deadline:   October 24, 2018, at 10:00 a.m. (ET)

Related Documents:

> A.   Debtors' Motion for Entry of an Order Shortening the Time for Notice [D.I. 2831, 10/19/18]

Objections Filed:   None

Status: The Debtors have requested that this matter go forward.

## CONTESTED MATTER GOING FORWARD

26.   First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2397, 8/22/18]

Objection Deadline:   October 8, 2018, at 4:00 p.m. (ET)

Related Documents:

> A.   Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Scheduling Plan Confirmation Hearing and Approving Form and Manner of Related Notice and Objection Procedures, (IV) Approving Solicitation Packages and Procedures and Deadlines for Soliciting, Receiving, and Tabulating Votes on the Plan, and (V) Approving Forms of Ballots and Notice to Non-Voting Classes [D.I. 2396, 8/22/18]

> B.   Disclosure Statement for the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2398, 8/22/18]

> C.   Notice of (I) Approval of Disclosure Statement, (II) Establishment of Voting Record Date, (III) Hearing on Confirmation of Plan and Procedures and Deadline for Objecting to Confirmation of Plan, and (IV) Procedures and Deadline for Voting on Plan [D.I. 2399, 8/22/18]

> D.   Notice of Non-Voting Status to Holders of Claims and Equity Interests in Classes 1, 2, 7, and 8 [D.I. 2400, 8/22/18]

> E.   Certification of Publication of Confirmation Hearing Notice [D.I. 2575, 9/14/18]

> F.   Notice of Filing of Revisions to Schedule 3 to the Disclosure Statement [D.I. 2639, 9/20/18]

> G.   Notice of Filing of Plan Supplement Documents [D.I. 2657, 9/24/18]

H.     Notice of Proposed Form of Confirmation Order [D.I. 2658, 9/24/18]

I.      Notice of (I) Assumption and Assignment of Contracts and Leases, (II) Fixing of Cure Amounts, and (III) Deadline to Object Thereto [D.I. 2659, 9/24/18]

J.      Notice of Revised Proposed Form of Confirmation Order [D.I. 2827, 10/19/18]

K.     Memorandum of Law (I) in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors; and (II) in Response to Filed Confirmation Objections [D.I. 2828, 10/19/18]

L.     Declaration of Bradley D. Sharp in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2829, 10/19/18]

M.    [SEALED] Declaration of Frederick Chin in Support of Confirmation  of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2832, 10/19/18]

N.     [REDACTED] Declaration of Frederick Chin in Support of Confirmation of the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2833, 10/19/18]

O.     Declaration of Soneet R. Kapila [D.I. 2834, 10/19/18]

P.     Notice of Amendment to Exhibit B of the Plan Supplement (Schedule of Assumed Agreements) [D.I. 2835, 10/19/18]

Q.     Declaration of Emily Young of Epiq Certifying the Methodology for the Tabulation of Votes on and Results of Voting With Respect to the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2836, 10/19/18]

Objections Filed:

A.     Internal Revenue Service's Limited Objection to Confirmation of the Plan [D.I. 2744, 10/5/18]

B.     Objection of the I-Grace Company to Cure Amount Proposed in Plan Supplement to Debtors' First Amended Joint Chapter 11 Plan of

14

Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2745, 10/5/18]

C.  Comerica Bank's Limited Objection to Confirmation of Plan [D.I. 2748, 10/8/18]

D.  Conditional Objection of G3 Group LA, Inc. to Assumption and Objection to Cure Amounts Proposed in Plan Supplement to Debtors' First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2749, 10/8/18]

E.  Joinder in Objection of I-Grace and Conditional Objection of D & D Construction Specialties, Inc. to Assumption and Objection to Cure Amounts Proposed in Plan Supplement to Debtors' First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors [D.I. 2750, 10/8/18]

F.  Lise La Rochelle et al.'s Objection to Confirmation of Debtors' First Amended Joint Chapter Plan of Liquidation [D.I. 2767, 10/11/18]

G.  Informal Response of the U.S. Trustee

Status: Items (a) and (c) have been resolved by certain of the proposed revisions made to the Plan and the Confirmation Order highlighted by Exhibit B to Item J.  Items (b), (d), and (e) have been resolved by the revisions made to the Schedule of Assumed Agreements set forth in Item P.  Item (g) will be resolved by the Debtors' making a record at the hearing that confirmation of the Plan is appropriate under the applicable standards.  This matter will be going forward.

27.  Debtors' Motion for Approval of Certain Compromises and Settlements, Partial Substantive Consolidation, and Related Relief with Respect to the Plan [D.I. 2721, 10/3/18]

Objection Deadline:  October 17, 2018, at 4:00 p.m. (ET)

Related Documents:

A.  Certificate of No Objection [D.I. 2837, 10/19/18]

Objections Filed:

B.  Lise La Rochelle et al.'s Reservation of Rights Regarding Motion for Approval of Certain Compromises and Settlements, Partial Substantive Consolidation, and Related Relief with Respect to the Plan [D.I. 2767, 10/11/18]

01:23673424.4

<u>Status</u>: The objection deadline for the motion was October 17, 2018, at 4:00 p.m. (ET). The Debtors' received no objections or responses, formal or informal, prior to the objection deadline.  In addition, the Debtors received no requests for an extension of the objection deadline prior to the objection deadline.  In light of this, the Debtors filed a certificate of no objection on October 19th.  On October 22, 2018, Lise La Rochelle *et al.* filed a reservation of rights to the motion.  In light of the late-filed reservation of rights, this matter will be going forward.

28.    Official Committee of Unsecured Creditors' Motion to Revoke Pro Hac Vice Admission of Joseph Sarachek [D.I. 2733, 10/3/18]

<u>Objection Deadline</u>:   October 17, 2018, at 4:00 p.m. (ET)

<u>Related Documents</u>:

    A.    Reply to Joseph Sarachek's Opposition to Motion to Revoke Pro Hac Vice Admission [D.I. 2843, 10/22/18]

    B.    Declaration of John A. Morris in Support of the Motion to Revoke [D.I. 2844, 10/22/18]

<u>Objections Filed</u>:

    C.    Joseph Sarachek's Opposition to Motion to Revoke Pro Hac Vice Admission [D.I. 2805, 10/17/18]

    D.    Declaration of Joseph Sarachek in Support of Opposition to Motion to Revoke Pro Hac Vice Admission [D.I. 2806, 10/17/18]

<u>Status</u>: This matter will be going forward.

01:23673424.4

Dated:    October 22, 2018                    */s/ Ian J. Bambrick*
       Wilmington, Delaware          YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                               Sean M. Beach (No. 4070)
    Edmon L. Morton (No. 3856)
    Ian J. Bambrick (No. 5455)
    Betsy L. Feldman (No. 6410)
    1000 North King Street
    Wilmington, Delaware 19801
    Tel:    (302) 571-6600
    Fax:    (302) 571-1253

    -and-

    KLEE, TUCHIN, BOGDANOFF & STERN LLP
    Kenneth N. Klee (*pro hac vice*)
    Michael L. Tuchin (*pro hac vice*)
    David A. Fidler (*pro hac vice*)
    Jonathan M. Weiss (*pro hac vice*)
    1999 Avenue of the Stars, 39th Floor
    Los Angeles, California 90067
    Tel:    (310) 407-4000
    Fax:    (310) 407-9090

    *Counsel for the Debtors and*
    *Debtors in Possession*

01:23673424.4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

**SCHEDULE 1**
**FEE APPLICATION INDEX**
**SECOND INTERIM FEE REQUEST**

A.    Second Interim Fee Application of Klee, Tuchin, Bogdanoff & Stern LLP Counsel to the Debtors for the Period March 1, 2018 Through and Including May 31, 2018 [D.I. 2230, 7/24/18]

    1.    Second Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1583, 4/17/18]

    2.    Certificate of No Objection [D.I. 1727, 5/8/18]

    3.    Third Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1860, 5/24/18]

    4.    Certificate of No Objection [D.I. 1978, 6/14/18]

    5.    Fourth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2042, 6/21/18]

    6.    Certificate of No Objection [D.I. 2165, 7/12/18]

    7.    Supplement to Second Interim Fee Application of Klee, Tuchin, Bogdanoff & Stern LLP [D.I. 2232, 7/24/18]

B.    Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP to the Debtors for the Period March 1, 2018 Through and Including May 31, 2018 [D.I. 2230, 7/24/18]

    1.    Fourth Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1756, 5/14/18/18]

    2.    Certificate of No Objection [D.I. 1943, 6/5/18]

3.  Fifth Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1922, 6/4/18]

4.  Certificate of No Objection [D.I. 2049, 6/26/18]

5.  Sixth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2063, 6/29/18]

6.  Certificate of No Objection [D.I. 2226, 7/24/18]

7.  Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 2231, 7/24/18]

C.  Second Interim Fee Application of Homer Bonner Jacobs, P.A., as Counsel to the Debtors for the Period March 1, 2018 Through and Including May 31, 2018 [D.I. 2230, 7/24/18]

1.  Third Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1742, 5/10/18]

2.  Certificate of No Objection [D.I. 1895, 5/31/18]

3.  Fourth Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1989, 6/18/18]

4.  Certificate of No Objection [D.I. 2147, 7/10/18]

5.  Fifth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2119, 7/6/18]

6.  Certificate of No Objection [D.I. 2248, 7/27/18]

7.  Supplement to Second  Interim Fee Application of Homer Bonner Jacobs, P.A. [D.I. 2233, 7/24/18]

D.  Second Interim Fee Application of Province, Inc., Financial Advisors to the Debtors, for the Period March 1, 2018 Through and Including March 31, 2018 [D.I. 2230, 7/24/18]

1.  Second  Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1704, 5/1/18/18]

2.  Certificate of No Objection [D.I. 1853, 5/22/18]

3.  Third Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1888, 5/30/18]

    4.   Certificate of No Objection [D.I. 2017, 6/20/18]

    5.   Fourth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2067, 7/2/18]

    6.   Certificate of No Objection [D.I. 2227, 7/24/18]

E.    Second Interim Fee Application of Garden City Group, LLC for the Period March 1, 2018 Through and Including April 30, 2018 [D.I. 2230, 7/24/18]

    1.   Third Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1852, 5/22/18]

    2.   Certificate of No Objection [D.I. 1957, 6/12/18]

    3.   Second Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 2068, 7/2/18]

    4.   Certificate of No Objection [D.I. 2228, 7/24/18]

F.    First Interim Fee Application of Berkeley Research Group, LLC for the Period February 28, 2018 through May 31, 2018 [D.I. 2230, 7/24/18]

    1.   First Monthly Application for the Period February 8, 2018 through March 31, 2018 [D.I. 1768, 5/15/18]

    2.   Certificate of No Objection [D.I. 1948, 6/7/18]

    3.   Second Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1821, 5/17/18]

    4.   Certificate of No Objection [D.I. 1949, 6/7/18

    5.   Third Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 1980, 6/14/18]

    6.   Certificate of No Objection [D.I. 2120, 7/9/18]

G.    Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as counsel to the Official Committee of Unsecured Creditors for the Period March 1, 2018 Through May 31, 2018, 2018 [D.I. 2224, 7/24/18]

    1.   Fourth Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1859, 5/23/18]

2.    Certificate of No Objection [D.I. 2053, 6/27/18]

3.    Fifth Monthly Application for the Period April 1, 2018 through April 30, 2018
[D.I. 1944, 6/6//18]

4.    Certificate of No Objection [D.I. 2054, 6/27/18]

5.    Sixth Monthly Application for the Period May 1, 2018 through May 31, 2018
[D.I. 2025, 6/21/18]

6.    Certificate of No Objection [D.I. 2174, 7/16/18]

H.    Second Quarterly Application for Compensation and Reimbursement of Expenses of
Berger Singerman LLP as Special Counsel to the Official Committee of Unsecured
Creditors for the Period From March 1, 2018 Through May 31, 2018 [D.I. 2223, 7/24/18]

1.    Third Monthly Application for the Period March 1, 2018 through March 31, 2018
[D.I. 1862, 5/24/18]

2.    Certificate of No Objection [D.I. 1984, 6/15/18]

3.    Fourth Monthly Application for the Period April 1, 2018 through April 30, 2018
[D.I. 1953, 6/8/18]

4.    Certificate of No Objection [D.I. 2064, 6/29/18]

5.    Fifth Monthly Application for the Period May 1, 2018 through May 31, 2018
[D.I. 2024, 6/21/18]

6.    Certificate of No Objection [D.I. 2173, 7/16/18]

I.    Second Interim Application of FTI Consulting, Inc., Financial Advisor to the Official
Committee of Unsecured Creditors, for Allowance of Compensation for Services
Rendered and Reimbursement of Expenses Incurred for the Period March 1, 2018
Through May 31, 2018 [D.I. 2222, 7/24/18]

1.    Fourth Monthly Application for the Period March 1, 2018 through March 31, 2018
[D.I 1867, 5/27/18]

2.    Certificate of No Objection [D.I. 1985, 6/15/18]

3.    Fifth Monthly Application for the Period April 1, 2018 through April 30, 2018
[D.I. 1983, 6/15/18]

4.    Certificate of No Objection [D.I. 2118, 7/6/18]

    5.   Sixth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2149, 7/10/18]

    6.   Certificate of No Objection [D.I. 2301, 8/7/18]

J.    Second Interim Fee Request of Venable LLP Counsel for the Official Ad Hoc Committee of Unitholders for the Period March 1, 2018 Through May 31, 2018 [D.I. 2202, 7/19/18]

    1.   Second Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1624, 4/14/18]

    2.   Certificate of No Objection [D.I. 1810, 5/16/18]

    3.   Third Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 1861, 4/1/18]

    4.   Certificate of No Objection [D.I. 2058, 6/28/18]

    5.   Fourth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2127, 7/9/18]

    6.   Certificate of No Objection [D.I. 2255, 7/31/18]

    7.   Supplement to Second Interim Fee Application of Venable LLP [D.I. 2203, 7/19/18]

K.    First Interim Application of Conway MacKenzie, Inc., Financial Advisor to the Ad Hoc Noteholder Group, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 5, 2018 Through May 31, 2018 [D.I. 2240, 7/24/18]

    1.   First Monthly Application for the Period February 5, 2018 through February 28, 2018 [D.I. 1991. 6/18/18]

    2.   Certificate of No Objection [D.I. 2133, 7/9/18]

    3.   Second Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 2237, 7/24/18]

    4.   Certificate of No Objection [D.I. 2326, 8/13/18]

    5.   Third Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 2238, 7/24/18]

    6.   Certificate of No Objection [D.I. 2327, 8/13/18]

7. Fourth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2239, 7/24/18]

8. Certificate of No Objection [D.I. 2328, 8/13/18]

L. Second Combined Monthly and First Interim Fee Application of Dundon Advisors, LLC, Financial Advisor for the Ad Hoc Noteholder Group for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses, for the Period from February 5, 2018 through May 31, 2018 [D.I. 2235, 7/24/18]

1. First Monthly Application for the Period February 5, 2018 through February 28, 2018 [D.I. 1994, 6/18/18]

2. Certificate of No Objection [D.I. 2134, 7/9/18]

3. Certificate of No Objection [D.I. 2324, 8/13/18]

M. First Quarterly Application for Compensation and Reimbursement of Expenses of (A) Elise S. Frejka, Fee Examiner, and (B) Frejka PLLC, Counsel for the Fee Examiner for the Period From February 8, 2018 Through April 30, 2018 [D.I. 2554, 9/12/18]

1. First Monthly Application for the Period February 8, 2018 through February 28, 2018 [D.I. 1714, 5/2/18]

2. Certificate of No Objection [D.I. 1863, 5/24/18]

3. Second Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 2234, 7/24/18]

4. Certificate of No Objection [D.I. 2347, 8/15/18]

5. Third Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 2315, 8/10/18]

6. Certificate of No Objection [D.I. 2490, 9/4/18]

N. Fee Examiner's Consolidated Final Report Regarding Second Interim Quarterly Fee Requests of (I) Klee, Tuchin, Bogdanoff & Stern LLP; (II) Young Conaway Stargatt & Taylor, LLP; (III) Homer Bonner Jacobs, P.A.; (IV) Garden City Group, LLC and (V) Province, Inc. [D.I. 2645, 9/21/18]

O. Fee Examiner's Consolidated Final Report Regarding Second Interim Quarterly Fee Requests of (I) Venable LLP; (II) Conway MacKenzie, Inc.; and (III) Dundon Advisors LLC [D.I. 2656, 9/24/18]

P.    Fee Examiner's Amended (With Respect to Berger Singerman LLP Only) Consolidated Final Report Regarding (A) Second Interim Quarterly Fee Requests of (I) Pachulski Stang Ziehl & Jones LLP; (II) Berger Singerman LLP; and (III) FTI Consulting, Inc.; and (B) First Interim Quarterly Request of Berkeley Research Group, LLC [D.I. 2775, 10/12/18]

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| Debtors. | Jointly Administered : |

**SCHEDULE 2
FEE APPLICATION INDEX
GIBSON, DUNN & CRUTCHER LLP**

A.    First Interim Fee Application of Gibson, Dunn & Crutcher LLP, Counsel to the Debtors for the Period December 4, 2017 Through and Including February 28, 2018 [D.I. 1677, 4/27/18]

    1.    First Monthly Application for the Period December 1, 2017 through December 31, 2017 [D.I. 616, 2/16/18]

    2.    Certificate of No Objection [D.I. 746, 3/14/18]

    3.    Second Monthly Application for the Period January 1, 2018 through January 31, 2018 [D.I. 785, 3/19/18]

    4.    Certificate of No Objection [D.I. 927, 4/10/18]

    5.    Third Monthly Application for the Period February 1, 2018 through February 28, 2018 [D.I. 1587, 4/18/18]

    6.    Certificate of No Objection [D.I. 1739, 5/9/18]

    7.    Supplement to First Interim Fee Application of Gibson, Dunn & Crutcher LLP [D.I. 1693, 4/30/18]

B.    Second Interim Fee Application of Gibson, Dunn & Crutcher LLP, Counsel to the Debtors for the Period March 1, 2018 Through and Including May 31, 2018 [D.I. 2230, 7/24/18]

    1.    Fourth Monthly Application for the Period March 1, 2018 through March 31, 2018 [D.I. 1956, 6/11/18]

    2.    Certificate of No Objection [D.I. 2085, 7/3/18]

3.  Fifth Monthly Application for the Period April 1, 2018 through April 30, 2018 [D.I. 2148, 7/10/18]

4.  Sixth Monthly Application for the Period May 1, 2018 through May 31, 2018 [D.I. 2167, 7/13/18]

5.  Supplement to Second Interim Fee Application of Gibson, Dunn & Crutcher LLP [D.I. 2350, 8/16/18]

C.  Final Fee Application of Gibson, Dunn & Crutcher LLP as Co-Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Monthly Expenses Incurred for the Final Period from December 4, 2017 through May 31, 2018 [D.I. 2404, 8/22/18]