**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 2766** |
| WOODBRIDGE GROUP OF COMPANIES, LLC | |
| Plaintiff, | |
| vs. | Adversary Proceeding Case No. 18-50817 (KJC) |
| DONALD G. DURR, | **Ref. Docket No. 5** |
| Defendant. | |

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Donald G. Durr* [Docket No. 2766 and Adv. Docket No. 5] (the "<u>Motion</u>"), filed on October 11, 2018.

The undersigned further certifies that a review of the Court's docket in these cases reflects no answer, objection, or other responsive pleading to the Motion that was filed. Pursuant

---

[1]    The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

to the Notice of Motion, objections to the Motion were to be filed and served no later than

October 25, 2018, at 4:00 p.m. (ET).  It is hereby respectfully requested that the Order attached

to the Motion be entered at the Court's earliest convenience.


Dated:   October 26, 2018        */s/ Betsy L. Feldman*
        Wilmington, Delaware       YOUNG CONAWAY STARGATT & TAYLOR, LLP
        Sean M. Beach (No. 4070)
        Edmon L. Morton (No. 3856)
        Ian J. Bambrick (No. 5455)
        Betsy L. Feldman (No. 6410)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Tel:    (302) 571-6600
        Fax:    (302) 571-1253

        -and-

        KLEE, TUCHIN, BOGDANOFF & STERN LLP
        Kenneth N. Klee (*pro hac vice*)
        Michael L. Tuchin (*pro hac vice*)
        David A. Fidler (*pro hac vice*)
        Jonathan M. Weiss (*pro hac vice*)
        1999 Avenue of the Stars, 39th Floor
        Los Angeles, California 90067
        Tel:    (310) 407-4000
        Fax:    (310) 407-9090

        *Counsel for the Debtors and Debtors in Possession*