IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Kimberly Tavares | | |
|---|---|---|---|
| Claim Number: | 2676 | Date Claim Filed: | 05-01-2018 |
| Scheduled ID Number (if any): | 1019258 | | |
| Creditor Name and Address: | Kim Tavares | 14455 Dickens St #22 Sherman Oaks, CA 91423 | |
| Original Amount and Classification: 100,477.69 | Filed: 5-1-2018 | Scheduled: | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 11-1-2018

By: *Kimberly Tavares*

Print Name: Kimberly Tavares

Title: _____

Address: 14455 Dickens St #22
Sherman Oaks, CA.
91423

Phone: 818-687-4706

Email: Ktavares41@gmail.com