IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. <br><br> Debtors. | Chapter 11 <br><br> Case No. 17-12560 (KJC) <br><br> (Jointly Administered) <br><br> **Re: D.I. 2901 & 2903** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Lise La Rochelle and other noteholders of the Woodbridge Group of Companies, LLC represented by The Sarachek Law Firm (collectively, the "Appellants") hereby appeal to the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order Confirming the First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors, dated October 26, 2018* (D.I. 2903) (the "Confirmation Order"), and the *Opinion on Confirmation* (D.I. 2901) (the "Confirmation Opinion") in the above-captioned chapter 11 cases, including, without limitation, any and all orders, judgments, decrees, decisions, rulings, and opinions that may subsequently be entered regarding the Confirmation Order and/or Confirmation Opinion. A copy of the Confirmation Order is attached hereto as **Exhibit A**, and a copy of the Confirmation Opinion is attached hereto as **Exhibit B**.

**PLEASE FURTHER TAKE NOTICE** that that the names of all parties to the Confirmation Order and the names, addresses, and telephone numbers of their attorneys are as follows:

00140113

| | **PARTY** | **ATTORNEYS** |
|---|---|---|
| 1. | Lise La Rochelle, *et al.*[1] | THE ROSNER LAW GROUP LLC<br>Frederick B. Rosner (DE No. 3995)<br>Jason A. Gibson (DE No. 6091)<br>824 North Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br><br>-and-<br><br>THE SARACHEK LAW FIRM<br>Joseph E. Sarachek<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>Tel: (212) 808-7881<br>Fax: (646) 861-4950<br>joe@saracheklawfirm.com |
| 2. | Woodbridge Group of Companies, LLC, *et al*. | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Sean M. Beach (No. 4070)<br>Edmon L. Morton (No. 3856)<br>Michael S. Neiburg (No. 5275)<br>Ian J. Bambrick (No. 5455)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253<br><br>-and-<br><br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>Kenneth N. Klee (pro hac vice)<br>Michael L. Tuchin (pro hac vice)<br>David A. Fidler (pro hac vice)<br>Jonathan M. Weiss (pro hac vice)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |

---

[1] A full list of the Appellants are identified on Exhibit C which is incorporated herein by reference.

00140113

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 9, 2018<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>By: */s/ Jason A. Gibson*<br>Frederick B. Rosner (DE No. 3995)<br>Jason A. Gibson (DE No. 6091)<br>824 North Market Street, Suite 810<br>Wilmington, DE  19801<br>Tel: (302) 777-1111<br>rosner@teamrosner.com<br>gibson@teamrosner.com<br><br>THE SARACHEK LAW FIRM<br>Joseph E. Sarachek<br>101 Park Avenue, 27th Floor<br>New York, NY  10178<br>Tel: (212) 808-7881<br>Fax: (646) 861-4950<br>joe@saracheklawfirm.com<br><br>*Counsel for the Appellants* |