## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (KJC) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 831, 1828, & 2993 |

### ORDER FURTHER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST ASSUME OR REJECT A CERTAIN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY WITH THE LANDLORD'S PRIOR WRITTEN CONSENT

Upon the certification of counsel (the "Certification")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order further extending the time within which the Debtors, specifically Brynderwen Investments, LLC (the "Tenant"), must assume or reject the lease for suite 302 of that certain real property located at 14140 Ventura Boulevard, Sherman Oaks, California 91423 (the "Lease") with the consent of the Landlord, which is attached hereto as Exhibit A (the "Written Consent"); and it appearing that this Court has jurisdiction to consider the Certification pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Certification is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Certification.

01:23865408.2

Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that the relief requested in the Certification and provided for herein is in the best interest of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Extension is GRANTED to the extent provided for herein and as agreed to by the Landlord pursuant to the Written Consent, which is attached hereto as Exhibit A.

2. The time within which the Tenant must assume or reject the Lease under section 365(d)(4) of the Bankruptcy Code is extended through and including January 31, 2019.

3. This Order is without prejudice to the rights of the Tenant and its estate to request additional extensions of time to assume or reject the Lease consistent with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing in this Order shall be deemed or construed as (a) an assumption or rejection of any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code or (b) an admission with respect to whether any of the Debtors' agreements, contracts, or leases is an unexpired lease of nonresidential real property within the meaning of section 365(d) of the Bankruptcy Code.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure or otherwise.

01:23865408.2

2

7. This Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

Dated: November 16, 2018
       Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE