# EXHIBIT B

**EXHIBIT B**

**(Itemized expenses for the period October 1, 2018 through October 31, 2018)**

| Date | Expense | Amount | Description | Travel Purpose | Invoice No. |
|------|---------|-------:|-------------|----------------|-------------|
| 10/18/2018 | Telephone | $45.95 | Telephone Conference Service | | 16753 |
| 10/25/2018 | Other Expenses | $2,259.30 | Debtors' half of document hosting expense for Comerica document production | | 16753 |
| 10/25/2018 | Parking | $60.00 | Parking at LAX airport on 09/25/18 for D. Stern | 9/25/18 Omnibus Hearing | 16753 |
| 10/25/2018 | Travel | $67.70 | Transportation from PHL airport to hotel on 09/24/18 for D. Stern | 9/25/18 Omnibus Hearing | 16753 |
| 10/25/2018 | Travel | $56.75 | Transportation from hotel to PHL airport on 09/25/18 for D. Stern | 9/25/18 Omnibus Hearing | 16753 |
| 10/25/2018 | Travel | $356.10 | Hotel on 09/24/18 thru 09/25/18 for D. Stern | 9/25/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $572.00 | Airfare from PHL to LAX on 10/24/18 for W. Holt | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $656.50 | Airfare from LAX to PHL on 10/23/18 for J. Weiss | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $61.94 | Transportation to LAX on 10/23/18 for J. Weiss | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $328.90 | Hotel on 10/23/18 for J. Weiss | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $339.10 | Airfare from JFK to LAX on 10/27/18 for J. Weiss | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $1,313.00 | Airfare from LAX to PHL on 10/23/18 for W. Holt | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $328.90 | Hotel on 10/23/18 thru 10/24/18 for W. Holt | 10/24/18 Omnibus Hearing | 16753 |
| 10/30/2018 | Travel | $192.00 | Transportation to/from airport on 10/23/18 & 10/24/18  for W. Holt | 10/24/18 Omnibus Hearing | 16753 |
| 10/31/2018 | Copying | $119.80 | Photocopies - October 2018 | | 16753 |
| 10/31/2018 | Court Fees | $37.00 | CourtCall fee to telephonically appear on 09/25/18 for D. Fidler | | 16753 |
| 10/31/2018 | Online Research | $1,966.24 | Lexis - October 2018 | | 16753 |
| 10/31/2018 | Online Research | $86.30 | Pacer - October 2018 | | 16753 |
| 10/31/2018 | Online Research | $431.79 | Westlaw - October 2018 | | 16753 |
| 10/31/2018 | Travel | $1,313.00 | Airfare from LAX to PHL on 10/23/18 for M. Tuchin | 10/24/18 Omnibus Hearing | 16753 |
| 10/31/2018 | Travel | $1,313.00 | Airfare from PHL to LAX on 10/24/18 for M. Tuchin | 10/24/18 Omnibus Hearing | 16753 |
| 10/31/2018 | Travel | $328.90 | Hotel on 10/23/18 thru 10/24/18 for M. Tuchin | 10/24/18 Omnibus Hearing | 16753 |
| 10/31/2018 | Travel | $2,922.00 | Airfare from LAX to PHL on 09/24/18 and PHL to LAX on 09/25/18 for D. Stern | 9/25/18 Omnibus Hearing | 16753 |
| **Total:** | | **$15,156.17** | | | |

**Wendy Bandilla**

| | |
|---|---|
| **From:** | American Airlines <no-reply@notify.email.aa.com> |
| **Sent:** | Wednesday, August 22, 2018 2:46 PM |
| **To:** | David M. Stern |
| **Subject:** | Your trip confirmation-ZVDMVX  24SEP |

                                                                                          

Hello David Stern!                                                    Issued: Aug 22, 2018



## Your trip confirmation and receipt

### Record locator: **ZVDMVX**

| Manage Your Trip |
|:---:|

## Monday, September 24, 2018

LAX                          PHL                          Seats: 2A
                                                         Class: First (D)
**8:00** AM                  **4:17** PM                  Meals:
Los Angeles                  Philadelphia

American Airlines 1799

Free entertainment with the American app »

## Tuesday, September 25, 2018

PHL
**5:44** PM
Philadelphia



LAX
**8:39** PM
Los Angeles

Seats: <u>1D</u>
Class: First (J)
Meals:

American Airlines 1997

David Stern



AAdvantage # ▮▮▮▮▮▮▮

Ticket # 0012307133666

# Your trip receipt



Exchange, Master Card XXXXXXXXXXXXX5035

### *David Stern*

| | |
|---|---:|
| FARE-USD | $ 3566.51 |
| TAXES AND CARRIER-IMPOSED FEES | $ 295.89 |
| **TICKET TOTAL** | **$ 3862.40** |
| ADDITIONAL FARE COLLECTION | $ 1203.99 |

**Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**

Contact us  |  Privacy policy

2

8/22/2018

Flight 2 - Choose flights - American Airlines

 **American Airlines**

Plan Travel          Travel Information          AAdvantage

# Choose flights

« New search

## You chose

### Depart Los Angeles, CA to Philadelphia, PA
Monday, September 24, 2018

**8:00** AM  →  **4:17** PM      5h 17m      Nonstop      First Flexible          Details | Change

AA 1799 ☰ 332-Airbus A330 📶

### Return Philadelphia, PA to Los Angeles, CA
Tuesday, September 25, 2018

ⓘ American Airlines flights may be listed first.

Product comparison

| | | Sun, Sep 23 -- | Mon, Sep 24 $ 1,862 | Tue, Sep 25 $ 1,764 | Wed, Sep 26 $ 1,764 | Thu, Sep 27 $ 1,868 | |
|---|---|---|---|---|---|---|---|
| Lowest Fare | Flexible | ‹ | | | | | › |

| | | | | | | Round trip | Round trip |
|---|---|---|---|---|---|---|---|
| PHL **8:25** AM | LAX **11:21** AM | 5h 56m | Nonstop | Not available | | **$ 2,922** | **$ 2,939** |
| AA 582 ☰ 321-Airbus A321 📶 | | | | | | | |
| Details | Seats | | | | | | | |
| PHL **10:20** AM | LAX **1:00** PM | 5h 40m | Nonstop | Not available | | **$ 2,922** | **$ 2,939** |
| AA 566 ☰ 321-Airbus A321 📶 | | | | | | | |
| Details | Seats | | | | | | | |
| PHL **1:00** PM | LAX **3:39** PM | 5h 39m | Nonstop | Not available | Round trip | Round trip | Round trip |
| | | | | | Main Cabin Flexible | Main Cabin Fully Flexible | First Flexible |

Sort by:  Relevance

PHL                    LAX

Flight 2 - Choose flights - American Airlines

8/22/2018

| | | | | | Not available | Round trip $2,922 | Round trip $3,863 |
|---|---|---|---|---|---|---|---|

3:35 PM → 6:24 PM    5h 49m    Nonstop

AA 726  ▪ 332-Airbus A330 🛜

Details | Seats

---

PHL                LAX
5:44 PM  →  8:39 PM    5h 55m    Nonstop             Not available    Round trip $2,922    Round trip $3,863

AA 1997 ▪ 321-Airbus A321 🛜                                                                    1 seat left

Details | Seats

---

PHL                LAX
8:45 PM  →  11:37 PM    5h 52m    Nonstop            Not available    Round trip $2,922    Round trip $2,939

AA 1958 ▪ 321-Airbus A321 🛜

Details | Seats

---

PHL                LAX
5:00 AM  →  10:10 AM    8h 10m    1 stop    Round trip $2,209    Round trip $2,930    Round trip $2,947

AA 2324 ▪ 738-Boeing 737 🛜
AA 1384 ▪ 32B-Airbus A321 (Sharklets) 🛜

Details | Seats

---

PHL                LAX
5:05 AM  →  10:16 AM    8h 11m    1 stop    Round trip $2,208    Round trip $2,929    Round trip $2,946

AA 1809 ▪ 319-Airbus A319 🛜
AA 1674 ▪ 321-Airbus A321 🛜

Details | Seats

---

PHL                LAX
5:35 AM  →  10:47 AM    8h 12m    1 stop    Round trip $2,209    Round trip $2,930    Round trip $2,947

AA 1602 ▪ 738-Boeing 737 🛜
AA 2424 ▪ 32B-Airbus A321 (Sharklets) 🛜

Details | Seats

---

PHL                LAX
6:05 AM  →  11:35 AM    8h 30m    1 stop    Round trip $2,209    Round trip $2,930    Round trip $2,947

AA 892  ▪ 321-Airbus A321 🛜
AA 1163 ▪ 32B-Airbus A321 (Sharklets) 🛜

Details | Seats

---

Show more
⌄

Showing 10 of 33



# Earn up to a $100 statement credit

Plus, 40,000 bonus miles after qualifying purchases with this credit card offer

Learn more 🔗



**Mr. David Stern**
**Klee, Tuchin, Bogdanoff & Stern LLP**
**1999 Avenue of the Stars**
**39th floor**
**Los Angeles CA 90067**
**United States**

| | |
|---|---|
| Room No. | : 0829 |
| Arrival | : 09-24-18 |
| Departure | : 09-25-18 |
| Page No. | : 1 of 1 |
| Folio No. | : 436945 |

**INVOICE**

| | |
|---|---|
| Conf. No. | : 1111532 |
| Cashier No. | : 46 |

| | | |
|---|---|---|
| A/R Number | : | User ID : DENNIS |
| Group Code | : | |
| Company Name | : Young Conaway Stargatt & Taylor | |

Thank You For Staying With Us          09-25-18

| Date | Text | Charges | Credits |
|---|---|---|---|
| 09-24-18 | Room Charge | 299.00 | |
| 09-24-18 | State Lodging Tax | 23.92 | |
| 09-24-18 | City Tax | 5.98 | |
| 09-25-18 | Room Service Breakfast | 27.20 | |
| 09-25-18 | Mastercard | | 356.10 |
| | XXXXXXXXXXXX5035 XX/XX | | |
| | **Total** | **356.10** | **356.10** |
| | **Balance** | **0.00** | |

_____
Guest Signature

## Wendy Bandilla

| | |
|---|---|
| **From:** | Michael L. Tuchin <mtuchin@ktbslaw.com> |
| **Sent:** | Wednesday, October 3, 2018 8:17 PM |
| **To:** | Apryl C. Bond |
| **Subject:** | Fwd: Your trip confirmation-ZKXBFP  23OCT |

Begin forwarded message:

**From:** American Airlines <no-reply@notify.email.aa.com>
**Date:** October 3, 2018 at 7:48:34 PM PDT
**To:** "MTUCHIN@KTBSLAW.COM" <MTUCHIN@KTBSLAW.COM>
**Subject: Your trip confirmation-ZKXBFP  23OCT**



Hello Michael Tuchin!                                    Issued: Oct 3, 2018

## Your trip confirmation and receipt

### Record locator: **ZKXBFP**

Manage Your Trip

## Tuesday, October 23, 2018

LAX                              PHL                    Seats: 5A
                                                        Class: First (D)

1

**7:45** AM  **3:55** PM    Meals: Breakfast

Los Angeles    Philadelphia

American Airlines 1799

Free entertainment with the American app »

---

## Michael Tuchin

AAdvantage #

Ticket # 0012314388219

---

# Your trip receipt

    American Express XXXXXXXXXXXXX003

### *Michael Tuchin*

| | |
|---|---|
| FARE-USD | $ 1483.72 |
| TAXES AND CARRIER-IMPOSED FEES | $ 125.48 |
| TICKET TOTAL | $ 1609.20 |

---


**Hotel offers**   **Car rental offers**   **Buy trip insurance**   
**SuperShuttle**





---

Contact us  |  Privacy policy

 **American Airlines**

Home    Log in ▾     English ▾    Search aa.com ⌕

Plan Travel          Travel Information          AAdvantage

# Choose flights

« New search

## Your trip summary

**Main Cabin Fully Flexible**

One way (Flexible)

$ **1,313** per person

Total $1,312.20 (all passengers)
Price and tax information 🖶

**Good value with benefits**
- Carry-on & personal item (access to overhead bin)
- Choose your seat (fee may apply)
- General boarding
- Changes or refunds allowed (fee may apply)
- Same-day standby when available on American flights

Includes taxes and carrier imposed fees.
Bag and optional fees 🖶

**Depart Los Angeles, CA to Philadelphia, PA**
Tuesday, October 23, 2018

7:45 AM  →  3:55 PM    5h 10m    Nonstop          Main Cabin Fully Flexible

AA 1799 ■ 332-Airbus A330 📶

Details | Change

## Upgrade to First

One way (Flexible)

+$ **297** per person

Total $1,609.20 (all passengers)

[ Upgrade ]

**Best way to travel**
- Our largest, most comfortable seat
- 2 free checked bags*
- Priority security at participating airports
- Priority boarding
- Changes or refunds allowed (fee may apply)

*On planes with both Business and First, you get 1 extra checked bag or 2 if you're AAdvantage Executive Platinum.



Earn up to a $200 statement credit

## Wendy Bandilla

| | |
|---|---|
| **From:** | Michael L. Tuchin <mtuchin@ktbslaw.com> |
| **Sent:** | Wednesday, October 3, 2018 8:41 PM |
| **To:** | Apryl C. Bond |
| **Subject:** | Fwd: Your trip confirmation-KIZSDP  24OCT |

Begin forwarded message:

> **From:** American Airlines <no-reply@notify.email.aa.com>
> **Date:** October 3, 2018 at 8:41:00 PM PDT
> **To:** "MTUCHIN@KTBSLAW.COM" <MTUCHIN@KTBSLAW.COM>
> **Subject: Your trip confirmation-KIZSDP  24OCT**



Hello Michael Tuchin!                                    Issued: Oct 3, 2018

## Your trip confirmation and receipt

### Record locator: **KIZSDP**

Manage Your Trip

## Wednesday, October 24, 2018

| PHL | | LAX | Seats: 4H |
|---|---|---|---|
| **3:55** PM | | **6:48** PM | Class: First (I) |
| Philadelphia | | Los Angeles | Meals: Dinner |
| American Airlines 726 | | | |

1

Free entertainment with the American app »

---

## Michael Tuchin

AAdvantage # ███████████

Ticket # 0012314396804

---

# Your trip receipt

 American Express XXXXXXXXXXXXX003

### *Michael Tuchin*

| | |
|---|---|
| FARE-USD | $ 1223.26 |
| TAXES AND CARRIER-IMPOSED FEES | $ 105.94 |
| **TICKET TOTAL** | **$ 1329.20** |

---



**Hotel offers**    **Car rental offers**    **Buy trip insurance**    **SuperShuttle**

---

Contact us | Privacy policy

Get the American Airlines app



2

 **American Airlines**

Plan Travel        Travel Information        AAdvantage 

# Choose flights

« New search

## Your trip summary



Main Cabin Fully Flexible

One way (Flexible)

**$ 1,313** per person

Total $1,312.20 (all passengers)

Price and tax information 🖶

**Good value with benefits**
- Carry-on & personal item (access to overhead bin)
- Choose your seat (fee may apply)
- General boarding
- Changes or refunds allowed (fee may apply)
- Same-day standby when available on American flights

Includes taxes and carrier imposed fees.
Bag and optional fees 🖶

**Depart Philadelphia, PA to Los Angeles, CA**
Wednesday, October 24, 2018

3:55 PM → 6:48 PM    5h 53m    Nonstop    Main Cabin Fully Flexible

AA 726 ■ 332-Airbus A330 🛜

Details | Change

## Upgrade to First

One way (Flexible)

**+$ 17** per person

Total $1,329.20 (all passengers)

[ Upgrade ]

**Best way to travel**
- Our largest, most comfortable seat
- 2 free checked bags*
- Priority security at participating airports
- Priority boarding
- Changes or refunds allowed (fee may apply)

*On planes with both Business and First, you get 1 extra checked bag or 2 if you're AAdvantage Executive Platinum.



Earn up to a $200 statement credit



**Michael Tuchin**
**United States**

| | |
|---|---|
| Room No. | : 1124 |
| Arrival | : 10-23-18 |
| Departure | : 10-24-18 |
| Page No. | : 1 of 1 |
| Folio No. | : 441124 |

**INVOICE**

| | |
|---|---|
| Conf. No. | : 1116352 |
| Cashier No. | : 99 |

A/R Number      :
Group Code      :
Company Name  : Young Conaway Stargatt & Taylor

User ID      : LISA

Thank You For Staying With Us        10-26-18

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-23-18 | MiniBar | 5.00 | |
| 10-23-18 | Room Charge | 299.00 | |
| 10-23-18 | State Lodging Tax | 23.92 | |
| 10-23-18 | City Tax | 5.98 | |
| 10-24-18 | American Express | | 333.90 |
| | XXXXXXXXXXX2003 XX/XX | | |

*Hotel*

| | | | |
|---|---|---|---|
| | **Total** | 333.90 | 333.90 |
| | **Balance** | 0.00 | |

Guest Signature

Thank you for making your reservation on AA.com!

ℹ **Your trip is booked**
Once the status of your trip is 'Ticketed,' you'll receive a confirmation email and can print your itinerary and receipt on aa.com (usually within 3 hours).

## Los Angeles to Philadelphia
1 Adult
**Tuesday** October 23, 2018

| AA Record Locator | Reservation Name |
|---|---|
| **XEAXMT** | **LAX/PHL** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: **Ticket Pending** on Oct 12, 2018 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1799** 📶 | **Los Angeles** (LAX) October 23, 2018 07:45 AM Travel Time : 5 h 10 m Class : First Seat : 5F | **Philadelphia** (PHL) October 23, 2018 03:55 PM Booking Code : D Plane Type : 332 |

Create Notification ⎙

**Your Trip Price:**

**$1,609.20 USD**

**Fare Amount**

Adult
1 × $1,483.72 USD          $1,483.72 USD

**AAdvantage® Benefits**

Priority Access℠          $0.00 USD

Same-Day Standby          $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes          $125.48 USD

Carrier-Imposed Fees          $0.00 USD

**Flight Subtotal**

**$1,609.20 USD**

## Hotel Offers

Book your hotel with us and earn up to 10,000 miles per night.

Powered by **Booking.com**

Destination/Hotel name:
Philadelphia

Check-in
10/23/2018 📅

Check-out
10/24/2018 📅

Search ⎘

**Days Inn by Wyndham Philadelphia Convention Center**
From **$131** ⎘
⚫⚫⚫

**The Study Hotel at University City**
From **$279** ⎘
⚫⚫⚫⚫

**DoubleTree by Hilton Philadelphia Center City**
From **$298** ⎘
⚫⚫⚫⚫

More hotel offers ⎘

## Baggage Information

Baggage Charges (per person)

Based on your travel, one airline is designated as the Most Significant Carrier, and that airline's baggage allowances and charges apply to your entire journey.
Other Baggage and Optional Charges 🗔

| Carry-On Baggage | | Cost (USD) | Size* | Additional Info |
|---|---|---|---|---|
| **American Airlines** Domestic | 1st Carry-On | **No Charge** | 36 din / 91 dcm | Includes: purse, briefcase, laptop bag or similar item that must fit under the seat in front of you. |
| | 2nd Carry-On | **No Charge** | 45 din / 114 dcm | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm) |

| Checked Baggage | | At the airport (USD) | Size* | Weight |
|---|---|---|---|---|
| **American Airlines** | 1st Bag | **No Charge** | 62 din / 158 dcm | Under 70 lbs/ 32 kgs |
| | 2nd Bag | **No Charge** | 62 din / 158 dcm | Under 70 lbs/ 32 kgs |

*Dimensional Size is calculated as follows: (Length + Width + Height)

---

## Passenger Summary

Save time at the airport! Add your travel information below to check-in online.

**WHITMAN HOLT**    ⊘ No Further information required to travel

### Trip Contact Information

We may need to contact you in the event there is important information relevant to your trip. Please enter your cell phone number. This information will not be used for marketing purposes.

| 1 | Area Code and Number |

### Summary

⊘ Secure Flight Information    Frequent Flyer Number

All information required for online check-in has been provided.

Online check-in will be available 24 hours prior to your departure.

---

## Business Extra / On Business

**Account Number:** ▮

---

## Trip insurance

Insurance Offer Declined    **Allianz Global Assistance**

**It's not too late!** Trip insurance from Allianz Global Assistance helps protect against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting you or your family members. To purchase trip insurance or to learn more, visit Travel Insurance From Allianz Global Assistance or call Allianz Global Assistance directly at 1-800-628-5404.

# American Airlines

Home    Log in »    🇺🇸 English ▾    Search aa.com 🔍

Plan Travel          Travel Information          AAdvantage    

# Choose flights

« New search

## Depart Los Angeles, CA to Philadelphia, PA
Tuesday, October 23, 2018

ⓘ American Airlines flights may be listed first.

Product comparison

| | Lowest Fare | Flexible | | ‹ | Sun, Oct 21 $ 452 | Mon, Oct 22 $ 326 | Tue. Oct 23 $ 90 | Wed. Oct 24 $ 90 | Thu. Oct 25 $ 326 | › |

Sort by:  Relevance

| | Main Cabin Flexible | Main Cabin Fully Flexible | Business Flexible | First Flexible |
|---|---|---|---|---|
| LAX 6:00 AM → PHL 2:12 PM  5h 12m Nonstop AA 814 ▪ 321-Airbus A321 📶 Details \| Seats | Not available | One way $ 1,313 | Not available | One way $ 1,330 |
| LAX 7:45 AM → PHL 3:55 PM  5h 10m Nonstop AA 1799 ▪ 332-Airbus A330 📶 Details \| Seats | Not available | One way $ 1,313 | Not available | One way $ 1,610 1 seat left |
| LAX 11:26 AM → PHL 7:44 PM  5h 18m Nonstop AA 658 ▪ 321-Airbus A321 📶 Details \| Seats | Not available | One way $ 1,313 | Not available | One way $ 1,610 1 seat left |
| LAX 2:30 PM → PHL 10:45 PM  5h 15m Nonstop AA 566 ▪ 321-Airbus A321 📶 Details \| Seats | Not available | One way $ 1,313 | Not available | One way $ 1,330 |
| LAX 9:55 PM → PHL 6:07 AM  5h 12m Nonstop AA 506 ▪ 321-Airbus A321 📶 ⚠ Overnight flight or connection Details \| Seats | Not available | One way $ 1,313 | Not available | One way $ 1,330 |

Refund | Document Lookup



Search aa.com

Refunds - Start Over                                                                        Help

| Start* | Ticket Lookup | Refund Eligibility | Contact Information | Review and Submit | Finish |

## Passenger Information

| Passenger Name | Ticket Number | Issue Date | Total Sale Amount |
|---|---|---|---|
| HOLT, WHITMAN | 0012317866304 | 10/24/2018 | 571.20 USD |

## Payment Information

| Sale Form of Payment | Payment Type | Number | Sale Date | Sale Amount | Ticket Description |
|---|---|---|---|---|---|
| Exchange Ticket | | 0012315983824 | 10/24/2018 | 571.20 USD | TRANSPORT |

## Passenger Itinerary

| Status* | Coupon | Departure Date | Flight Number | Departure City | Arrival City | Description |
|---|---|---|---|---|---|---|
| Eligible For Review | 1 | 10/24/2018 | 0726 | PHL | LAX | Transport |

*Hover over text for more information.

Cancel                    Continue

## More About American

About Us
Corporate Information
Investor Relations
Newsroom

## Products & Services

Trip Insurance
Email Subscriptions
Group & Meeling Travel
Business Programs
Cargo
American Airlines Credit Card
Gift Cards
Five Star Service
Last Minute Packages

## Customer Service

Contact American
Contact Refunds
Baggage & Optional Service Charges
Customer Service Plan & Flight Irregularities
Privacy Policy
Legal
Copyright
Site Map
Browser Compatibility

FEEDBACK [+]

# American Airlines 

PLan Travel          Travel Information          AAdvantage

# Your trip

« Show all trips



| ✕ Cancel trip | ✉ Email trip | 📅 Send to calendar | 🖶 Print trip |

**Record locator:** FOBKGE                                    **Issued:** Friday, October 12, 2018
**Trip name:** PHL/LAX   Edit                                 **Status:** Ticket pending

## Depart Philadelphia, PA to Los Angeles, CA
Wednesday, October 24, 2018

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
| ✈ 726 American Airlines 📶 | 3:55 PM PHL | 6:48 PM LAX | 5h 53m | 332 | Economy | 15F |
| On time | Estimated 3:55 PM | Estimated 6:48 PM | | | | |
| | Terminal: A Gate: A21 | Terminal: -- Gate: 341 Baggage: -- | | | | |

*(handwritten, highlighted)* AC tix changed to Non-refundable tix $541.20

Get alerts for this flight

## Cost summary

### Your total

# $1,329.20

Includes all taxes and carrier-imposed fees

| | |
|---|---|
| Passenger x 1 | $1,223.26 |
| Taxes | $105.94 |
| Carrier-imposed fees | $0.00 |
| Subtotal | $1,329.20 |

Bag and optional fees
Reservation and tickets FAQs
Price and Tax Information

**AAdvantage® benefits**

| | |
|---|---|
| Priority | $0.00 |
| Same-day Standby | $0.00 |
| Total (all passengers) | $1,329.20 |

Home    Hello, WHITMAN ▾    🔳 English ▾    Search aa.com 🔍

# American Airlines 

Plan Travel          Travel Information          AAdvantage          

# Choose flights

« New search

## Depart Philadelphia, PA to Los Angeles, CA
### Wednesday, October 24, 2018

ⓘ American Airlines flights may be listed first.

Product comparison

| | | Mon, Oct 22 -- | Tue, Oct 23 -- | Wed, Oct 24 $ 527 | Thu, Oct 25 $ 572 | Fri, Oct 26 $ 572 |
|---|---|---|---|---|---|---|
| Lowest Fare | Flexible | ‹ | | | | › |

Sort by: Relevance                                Main Cabin          First

| PHL | LAX | | | | |
|---|---|---|---|---|---|
| 1:00 PM → 3:45 PM | 5h 45m | Nonstop | One way $ 572 Book at the airport | Not available |
| AA 481 ▫ 321-Airbus A321 📶 | | | | |
| Details  \|  Seats | | | | |

| PHL | LAX | | | | |
|---|---|---|---|---|---|
| 3:55 PM → 6:48 PM | 5h 53m | Nonstop | One way $ 572 | Not available |
| AA 726 ▫ 332-Airbus A330 📶 | | | | |
| Details  \|  Seats | | | | |

| PHL | LAX | | | | |
|---|---|---|---|---|---|
| 5:44 PM → 8:43 PM | 5h 59m | Nonstop | One way $ 572 | Not available |
| AA 1997 ▫ 321-Airbus A321 📶 | | | | |
| Details  \|  Seats | | | | |

| PHL | LAX | | | | |
|---|---|---|---|---|---|
| 8:45 PM → 11:43 PM | 5h 58m | Nonstop | One way $ 572 | One way $ 1,280 2 seats left |
| AA 1958 ▫ 321-Airbus A321 📶 | | | | |
| Details  \|  Seats | | | | |

| PHL | LAX | | | | |
|---|---|---|---|---|---|
| 12:46 PM → 5:27 PM | 7h 41m | 1 stop | One way $ 580 Book at the airport | Not available |
| PHL - ORD ▫ AA 2011 ▫ 321-Airbus A321 📶 | | | | |
| ORD - LAX ▫ AA 1375 ▫ 738-Boeing 737 📶 | | | | |
| Details  \|  Seats | | | | |



Mr. Whitman Holt
KTBS law
1699 Avenue of the Stars
39th floor
Los Angeles CA 90067
United States

**INVOICE**

| | |
|---|---|
| Room No. | : 0532 |
| Arrival | : 10-23-18 |
| Departure | : 10-24-18 |
| Page No. | : 1 of 1 |
| Folio No. | : 441123 |
| Conf. No. | : 1115361 |
| Cashier No. | : 46 |
| User ID | : DENNIS |

A/R Number        :
Group Code        :
Company Name  : Young Conaway Stargatt & Taylor

Thank You For Staying With Us          10-24-18

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-23-18 | Room Charge | 299.00 | |
| 10-23-18 | State Lodging Tax | 23.92 | |
| 10-23-18 | City Tax | 5.98 | |
| 10-24-18 | Visa | | 328.90 |
| | XXXXXXXXXXXX5073 XX/XX | | |

| | Charges | Credits |
|---|---|---|
| Total | 328.90 | 328.90 |
| Balance | 0.00 | |

_____
Guest Signature

# Sandeman

4864 Glencairn Road   LOS ANGELES 90027-1135
Φ 323 493 5550   EIN 95-4785714   TCP 11212-P



**Attention Whitman Holt**
wholt@KTBSLAW.com

Date:      23-24 October 2018
Invoice:   wh oct PHL

..............................................................

**airport motorcar service**

TRAVEL TO/FROM PHILADELPHIA
– 23-24 October 2018

$80 .. transfer from home to LAX
$80 .. return home from LAX
$32 .. driver gratuities @ 20%

TOTAL DUE .............$192.00
PAID BY VISA XX6035 (WHolt)
BALANCE DUE >> $0

THANK YOU

>> Rate includes LAX permit fees and parking, and PUC taxes

 .a2b THE CIVILISED WAY

## Apryl C. Bond

**From:** Jonathan Weiss
**Sent:** Sunday, October 28, 2018 2:07 AM
**To:** Apryl C. Bond
**Subject:** Fwd: Your trip confirmation-PWLPDH 23OCT

---------- Forwarded message ---------
**From: American Airlines** <no-reply@notify.email.aa.com>
Date: Wed, Oct 10, 2018 at 6:15 PM
Subject: Your trip confirmation-PWLPDH 23OCT
To █████████████████████████████████




Hello Jonathan Weiss!                          Issued: Oct 10, 2018



Your trip confirmation and receipt

### Record locator: **PWLPDH**

Manage Your Trip

## Tuesday, October 23, 2018

LAX                          PHL                          Seats: 5C
**7:45** AM                  **3:55** PM                  Class: First (D)
Los Angeles                  Philadelphia                 Meals: Kosher
American Airlines 1799

1

Free entertainment with the American app »

---

Jonathan
Weiss

 AAdvantage # ███████

Ticket # 0012315638366

---

# Your trip receipt



Master Card XXXXXXXXXXXXX8980

### Jonathan Weiss

| | |
|---|---|
| FARE-USD | $ 1483.72 |
| TAXES AND CARRIER-IMPOSED FEES | $ 125.48 |
| **TICKET TOTAL** | **$ 1609.20** |

---



**Hotel offers**     **Car rental offers**     **Buy trip insurance**     **SuperShuttle**

---

Contact us | Privacy policy

Get the American Airlines app

2



# Choose flights

« New search

**Depart** Los Angeles, CA to Philadelphia, PA
Tuesday. October 23, 2018

ⓘ American Airlines flights may be listed first.

Product comparison

| | | | Sun. Oct 21 $ 437 | Mon. Oct 22 $ 326 | Tue. Oct 23 $ 90 | Wed. Oct 24 $ 274 | Thu. Oct 25 $ 274 | |
|---|---|---|---|---|---|---|---|---|

Lowest Fare | Flexible

Sort by: Relevance

| | | | Main Cabin Flexible | Main Cabin Fully Flexible | Business Flexible | First Flexible |
|---|---|---|---|---|---|---|
| LAX 6:00 AM → PHL 2:12 PM | 5h 12m Nonstop | | Not available | One way $ 1,313 | Not available | One way $ 1,330 |
| AA 814  321-Airbus A321 🛜 Details | Seats | | | | | |
| LAX 7:45 AM → PHL 3:55 PM | 5h 10m Nonstop | | Not available | One way $ 1,313 | *Bill 1/2* Not available | One way $ 1,610 1 seat left |
| AA 1799  332-Airbus A330 🛜 Details | Seats | | | | | |
| LAX 11:26 AM → PHL 7:44 PM | 5h 18m Nonstop | | Not available | One way $ 1,313 | Not available | One way $ 1,330 1 seat left |
| AA 658  321-Airbus A321 🛜 Details | Seats | | | | | |
| LAX 2:30 PM → PHL 10:45 PM | 5h 15m Nonstop | | Not available | One way $ 1,313 | Not available | One way $ 1,330 |
| AA 566  321-Airbus A321 🛜 Details | Seats | | | | | |
| LAX 9:55 PM → PHL 6:07 AM | 5h 12m Nonstop | | Not available | One way $ 1,313 | Not available | One way $ 1,330 |
| ⚠ Overnight flight or connection AA 506  321-Airbus A321 🛜 Details | Seats | | | | | |

**Apryl C. Bond**

| | |
|---|---|
| **From:** | Jonathan Weiss |
| **Sent:** | Sunday, October 28, 2018 1:59 AM |
| **To:** | Apryl C. Bond |
| **Subject:** | Fwd: Receipt Request |

Thanks.

---------- Forwarded message ---------
From: **JetBlue Airways** <donotreply@jetblue.com>
Date: Sun, Oct 28, 2018 at 1:58 AM
Subject: Receipt Request
To: ▇▇▇▇▇▇▇▇▇▇▇▇



## TRAVEL PURCHASE

**Date:** October 25, 2018          **Record Locator:** YCYMEZ

Ticket Number(s):        2792111957416

Traveler(s):        WEISS, JONATHAN

Flight Details:        Flight Number        City Pair

        1823        JFK-LAX

Travel Date:        October 27

Base Fare:        $617.67        USD

Taxes:        $60.53        USD

Base Fare Total:        **$678.20**        USD

Payment(s):

        Mastercard XXXXXXXXXXXX8980        $678.20        USD

*Bill 1/2*

1

**TOTAL PAID\*: $678.20 (USD)**

\*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

Notice:
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE



**Mr. Jonathan Weiss**
**Young Conaway**
**United States**

| | | |
|---|---|---|
| Room No. | : | 0733 |
| Arrival | : | 10-23-18 |
| Departure | : | 10-26-18 |
| Page No. | : | 1 of 1 |
| Folio No. | : | 441361 |

**INVOICE**

| | | |
|---|---|---|
| Conf. No. | : | 1114414 |
| Cashier No. | : | 46 |
| User ID | : | LISA |

A/R Number       :
Group Code       :
Company Name   : Young Conaway Stargatt & Taylor          Thank You For Staying With Us          10-26-18

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-23-18 | Room Charge | 299.00 | |
| 10-23-18 | State Lodging Tax | 23.92 | |
| 10-23-18 | City Tax | 5.98 | |
| 10-24-18 | Room Charge | 299.00 | |
| 10-24-18 | State Lodging Tax | 23.92 | |
| 10-24-18 | City Tax | 5.98 | |
| 10-25-18 | MiniBar | 3.00 | |
| 10-25-18 | Room Charge | 299.00 | |
| 10-25-18 | State Lodging Tax | 23.92 | |
| 10-25-18 | City Tax | 5.98 | |
| 10-26-18 | Mastercard | | 989.70 |
| | XXXXXXXXXXXX8980 XX/XX | | |

| | Total | 989.70 | 989.70 |
|---|---|---|---|
| | Balance | 0.00 | |

_Guest Signature_

*[handwritten note: Hotel $986.7 / Meal $3.00]*

**CS Disco**

Phone: 713-231-9100
Email: billing@csdisco.com





| | |
|---|---|
| Invoice # | 47764 |
| Invoice Date | 10/01/2018 |
| Due Date | 10/31/2018 |
| P.O. # | |

Girard Gibbs LLP
Elizabeth Kramer
601 California St
San Francisco, CA 94108

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| DISCO Discovery Platform | 623 / WoodbridgeInvestmentsLitigation / 0.11 GB for 4 of 30 days in September | 0.01413 | $7.00 | $0.10 |
| DISCO Discovery Platform | 623 / WoodbridgeInvestmentsLitigation / 624.07 GB for October | 624.07 | $7.00 | $4,368.49 |
| Project Management | 623 / WoodbridgeInvestmentsLitigation / 1.5 Hour(s) at $0 /hour for the period 9/1/18 -9/30/2018 | 1.5 | $0.00 | $0.00 |
| Project Management | 623 / WoodbridgeInvestmentsLitigation / 0.75 Hour(s) at $200 /hour for the period 9/1/18 -9/30/2018 | 0.75 | $200.00 | $150.00 |

| | |
|---|---|
| Sales Tax | $0.00 |
| Total | $4,518.59 |
| Payments Received - Credits Applied | $0.00 |
| Amount Due (USD) | $4,518.59 |



Payment can be made by credit card, ACH or check.
Please send checks to CS DISCO INC
PO BOX 670533
DALLAS TX 75267-0533
For ACH, send to Comerica Bank, Beneficiary CS Disco Inc.
Routing number 111000753, Account number 1881815342

 LexisNexis·    PowerInvoice™

**Date Range**
10/01/2018 – 10/30/2018

**Report Date**
11/01/2018

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | | TOTAL BEFORE TAX | TAX* | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | TRANSACTIONAL GROSS AMOUNT | TRANSACTIONAL ADJUSTMENT | TRANSACTIONAL NET AMOUNT | | | |
| 2314 | $1,600.00 | ($882.64) | $717.36 | $0.00 | $0.00 | $0.00 | $717.36 | $0.00 | $717.36 |
| 2314-016 | $2,665.00 | ($1,416.12) | $1,248.88 | $0.00 | $0.00 | $0.00 | $1,248.88 | $0.00 | $1,248.88 |

EXCHANGE RATE TO United States dollar

| Date | Rate | From Currency | Base Currency |
|---|---|---|---|
| NOV-01-2018 | 1 | UNITED STATES DOLLAR | UNITED STATES DOLLAR |

Billing data reports include estimated taxes. The official invoice includes taxes based on actual usage for usage-based services or/and default location for non-usage-based services at invoice period end.



 

**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

BILLING HISTORY

Close

Summary Transaction Report by Client Code
All
from 10/01/2018 to 10/31/2018

Thu Nov 01 12:55:36 CDT 2018

| Client Code | Pages | Back | Audio | Cost |
|---|---|---|---|---|
| | | New Search | | |





| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 2314 | 840 | 0 | $84.00 |
| 2314-016 | 23 | 0 | $2.30 |

Back        New Search

| Account: | KLEE TUCHIN BOGDANOFF & STERN LLP, LOS ANGELES CA ▮▮▮ |
| Date Range: | October 01, 2018 - October 30, 2018 |
| Report Format: | Summary-Account by Client |
| Products: | Westlaw, Westlaw Retired |
| Content Families: | All Content Families |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Account: ▮▮▮ | | | | | | | | |
| **Client 2314** | | | | | | | | |
| Totals for Included | 92 | 27 | | | 923.66 USD | 431.79 USD | 0.00 USD | 431.79 USD |
| Totals for Client 2314 | 92 | 27 | | | 923.66 USD | 431.79 USD | 0.00 USD | 431.79 USD |

