IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) | Case No. 17-12560 (KJC) |
| | ) | |
| | ) | (Joint Administered) |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Woodbridge Mortgage Investment Fund 4, LLC 17-12784 (KJC) | | | |
|---|---|---|---|---|
| Claim Number: | 1580 | Date Claim Filed: | 03/12/2018 | |
| Scheduled ID Number (if any): | | | | |
| Creditor Name and Address: | Basic Financial Services, Inc. 609 Arledge Road Landrum, SC 29356 | | | |
| Original Amount and Classification: | Filed: | $2,400.00 | Scheduled: | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the abovereferenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 11/07/2018

By: *[signature]*

Print Name: Fred C Johnson

Title: President

Address: 609 Arledge Road

Landrum, SC 29356

Phone: 864.631.6459

Email: fcj133@gmail.com