## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| WOODBRIDGE GROUP OF COMPANIES LLC, *et al.*,[1] | : | Case No. 17-12560 (KJC) |
|  | : |  |
|  | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | **Re. Docket No. 2931** |
|  | : |  |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Fourth Monthly Fee Application of Drinker Biddle & Reath LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Ad Hoc Noteholder Group for the Period from May 1, 2018 through May 31, 2018** (the "Application") filed on November 5, 2018 [Docket No. 2931]. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Responses to the Application were to be filed and served no later than November 26, 2018 by 4:00 p.m. (ET).

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. A complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC.

95961764.1

|  |  |
|---|---|
| Dated: November 28, 2018<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Steven K. Kortanek*<br>Steven K. Kortanek (Del. Bar No. 3106)<br>Patrick A. Jackson (Del. Bar No. 4976)<br>Joseph N. Argentina (Del. Bar No. 5453)<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone:  (302) 467-4200<br>Facsimile:  (302) 467-4201<br>steven.kortanek@dbr.com<br>patrick.jackson@dbr.com<br>joseph.argentina@dbr.com<br><br>-and-<br><br>James H. Millar<br>Michael Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036-2714<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br>james.millar@dbr.com<br>michael.pompeo@dbr.com<br><br>*Counsel for the Ad Hoc Noteholder Group* |

95961764.1