**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF WASHINGTON )
                                        ) ss
COUNTY OF KING              )

I, Eric Westberg, being duly sworn, depose and state:

1.     I am a Consultant with Epiq Class Action & Claims Solutions, Inc.[2] the claims and noticing agent for the debtors and debtors-in-possession (collectively the "Debtors") in the above-captioned proceeding.  Our business address is 1201 Third Avenue, Suite 500, Seattle, Washington 98101.

2.     On November 20, 2018, at the direction of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), and Klee, Tuchin, Bogdanoff & Stern LLP ("Klee Tuchin"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of

---

[1]     The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at http://cases.gardencitygroup.com/wgc, or by contacting counsel for the Debtors.

[2]     Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018.

Appearance Parties with e-mail addresses),[3] and by facsimile on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with facsimile numbers):

- **Notice of Amended Agenda of Matters Scheduled for Hearing on November 20, 2018, at 2:00 P.M. (ET) ("Amended Agenda")** [Docket No. 3038].

3.    On November 20, 2018, also at the direction of Young Conaway and Klee Tuchin, I caused a true and correct copy of the **Amended Agenda** to be served by e-mail on the parties identified on Exhibit C annexed hereto (Objecting Parties and Responding Parties with e-mail addresses), and by facsimile on the parties identified on Exhibit D annexed hereto (Objecting Parties and Responding Parties with facsimile numbers).

4.    On November 20, 2018, also at the direction of Young Conaway and Klee Tuchin, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit E annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on Exhibit F annexed hereto (Master Service List and Notice of Appearance Parties):

- **Notice of and Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry Into a Settlement With William M. Harrison, Jr. and the William M. Harrison and Judith Harrison Living Trust ("Debtors' Motion re: Settlement With William M. Harrison, Jr. and the Harrison Living Trust")** [Docket No. 3042].

5.    On November 20, 2018, also at the direction of Young Conaway and Klee Tuchin, I caused a true and correct copy of the **Debtors' Motion re: Settlement With William M.**

---

[3]      These parties on Exhibits A and E include Notice of Appearance Parties who have consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4

**Harrison, Jr. and the Harrison Living Trust** to be served by e-mail and by first class mail on a

party identified on Exhibit G annexed hereto (an Affected Claimant).[4]

/s/ Eric Westberg
Eric Westberg

Sworn to before me this 21st day of
November, 2018

/s/ Katherine A. Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires: February 26, 2020

---

[4]     The envelope used in the service on the party identified on Exhibit G included the legend:  "Important Legal Documents Enclosed:  Please direct a copy of the contents of this envelope to the President, Managing or General Agent."

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ASHBY & GEDDES, P.A. | ATTN WILLIAM P BOWDEN, ESQ | 500 DELAWARE AVE 8TH FL | PO BOX 1150 | | WILMINGTON | DE | 19899-1150 | wbowden@ashbygeddes.com |
| ASHFORD - SCHAEL LLC | ATTN COURTNEY A. SCHAEL, ESQ. | 100 QUIMBY STREET, SUITE 1 | | | WESTFIELD | NJ | 07090 | cschael@ashfordnjlaw.com |
| ASSISTANT ATTORNEY GENERAL | ATTN AARON W LEVIN | CORPORATE OVERSIGHT DIVISION | PO BOX 30755 | | LANSING | MI | 48909 | levina@michigan.gov |
| BEILINSON ADVISORY GROUP | ATTN MARC BEILINSON | | | | | | | Mbeilinson@beilinsonpartners.com |
| BEN PEREA AND ELIZABETH PEREA | C/O STEVE H. MAZER, ESQ. | 2501 YALE BLV'D. SE, STE 204 | | | ALBUQUERQUE | NM | 87106 | smazer@regazzilaw.com |
| BERGER SINGERMAN LLP | ATTN PAUL STEVEN SINGERMAN, ESQ | 1450 BRICKELL AVE STE 1900 | | | MIAMI | FL | 33131 | singerman@bergersingerman.com |
| BERGER SINGERMAN LLP | ATTN CHARLES H LICHTMAN, ESQ | 350 E LAS OLAS BLVD 10TH FL | | | FORT LAUDERDALE | FL | 33301 | clichtman@bergersingerman.com |
| BERGER SINGERMAN LLP | ATTN GAVIN C GAUKROGER, ESQ | 350 E LAS OLAS BLVD 10TH FL | | | FORT LAUDERDALE | FL | 33301 | ggaukroger@bergersingerman.com |
| BIELLI & KLAUDER, LLC | ATTN DAVID M KLAUDER ESQ | 1204 N KING STREET | | | WILMINGTON | DE | 19801 | dklauder@bk-legal.com |
| BOND, SCHOENECK & KING, PLLC | ATTN SARA C. TEMES, ESQ. | ONE LINCOLN CENTER, 18TH FLOOR | | | SYRACUSE | NY | 13202 | stemes@bsk.com |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | wbrody@buchalter.com |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | PARROW@BUCHALTER.COM |
| BUECHLER & GARBER, LLC | ATTN AARON A. GARBER | 999 18TH STREET, SUITE 1230-S | | | DENVER | CO | 80202 | aaron@bandglawoffice.com |
| CALIFORNIA DEPT OF BUSINESS OVERSIGHT | ATTN KENNY V NGUYEN | SENIOR COUNSEL | 1515 K STREET, STE 200 | | SACRAMENTO | CA | 95814 | kenny.nguyen@dbo.ca.gov |
| CIARDI, CIARDI & ASTIN | ATTN DANIEL K. ASTIN | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | dastin@ciardilaw.com |
| CIARDI, CIARDI & ASTIN | ATTN JOHN D. MCLAUGHLIN, JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | jmclaughlin@ciardilaw.com |
| CLARK HILL PLC | ATTN CHRISTOPHER J. GIAIMO, JR. | 1001 PENNSYLVANIA AVE., NW | SUITE 1300 SOUTH | | WASHINGTON | DC | 20004 | cgiaimo@clarkhill.com |
| CLARK HILL PLC | ATTN JEFFREY N. ROTHLEDER | 1001 PENNSYLVANIA AVE., NW | SUITE 1300 SOUTH | | WASHINGTON | DC | 20004 | jrothleder@clarkhill.com |
| CLARK HILL PLC | ATTN KAREN M. GRIVNER | 824 N. MARKET STREET | SUITE 710 | | WILMINGTON | DE | 19801 | kgrivner@clarkhill.com |
| CONNOLLY & LOFSTEDT, P.C. | ATTN TOM H. CONNOLLY, ESQ. | 950 SPRUCE ST., STE. 1C | | | LOUISVILLE | CO | 80027 | tom@clpc-law.com |
| CONNOLLY GALLAGHER LLP | ATTN KAREN C. BIFFERATO, ESQ. | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| CONNOLLY GALLAGHER LLP | ATTN KELLY M. CONLAN | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kconlan@connollygallagher.com |
| DEVELOPMENT SPECIALISTS INC | ATTN BRADLEY D SHARP | 333 S GRAND AVE STE 4070 | | | LOS ANGELES | CA | 90071 | bsharp@dsi.biz |
| DRINKER BIDDLE & REATH LLP | ATTN STEVEN K KORTANEK, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | steven.kortanek@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN PATRICK A JACKSON, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | patrick.jackson@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA, JR, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | joseph.argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES H MILLAR, ESQ | 1177 AVENUE OF THE AMERICAS 41ST FL | | | NEW YORK | NY | 10036-2714 | james.millar@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN MICHAEL P. POMPEO, ESQ. | 1177 AVENUE OF THE AMERICAS, 41ST FLOOR | | | NEW YORK | NY | 10036-2714 | michael.pompeo@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN TIMOTHY R CASEY ESQ | 191 N WACKER DR STE 3700 | | | CHICAGO | IL | 60606-1698 | timothy.casey@dbr.com |
| ELLIOTT GREENLEAF PC | ATTN RAFAEL X ZAHRALDDIN | 1105 N MARKET ST STE 1700 | | | WILMINGTON | DE | 19801-1216 | rxza@elliottgreenleaf.com |
| ELLIOTT GREENLEAF, P.C. | ATTN JONATHAN M. STEMERMAN | 1105 N. MARKET STREET, SUITE 1700 | | | WILMINGTON | DE | 19801 | jms@elliottgreenleaf.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 | ppascuzzi@ffwplaw.com |
| FUHRMAN & DODGE, S.C. | ATTN JENNIFER M. SCHANK | 2501 PARMENTER ST, STE 200B | | | MIDDLETON | WI | 53562 | jschank@fuhrmandodge.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | MPorcelli@gibsondunn.com |

Page 1 of 4

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN OSCAR GARZA | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | OGarza@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | EWise@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | Mkelsey@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN DANIEL B. DENNY | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | DDenny@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | SNewman@gibsondunn.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ATTN ALAN D HALPERIN, ESQ | 40 WALL ST 37TH FL | | | NEW YORK | NY | 10005 | ahalperin@halperinlaw.net |
| HANKEY INVESTMENT COMPANY | ATTN W. SCOTT DOBBINS | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | dobbins@hiclp.com |
| HINDS & SHANKMAN, LLP | ATTN JAMES ANDREW HINDS, JR | 21257 HAWTHORNE BLVD., 2ND FLOOR | | | TORRANCE | CA | 90503 | jhinds@jhindslaw.com |
| HOLLAND & HART LLP | ATTN RISA LYNN WOLF-SMITH | 555 SEVENTEENTH STREET, SUITE 3200 | PO BOX 8749 | | DENVER | CO | 80201-8749 | rwolf@hollandhart.com |
| JOHN D. MONTE, ESQ. | 15303 VENTURA BOULEVARD, FLOOR 9 | | | | SHERMAN OAKS | CA | 91403 | johnmontelaw@gmail.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN JEFFREY W SHIELDS | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | jshields@joneswaldo.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN PAUL R SMITH | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | psmith@joneswaldo.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | mtuchin@ktbslaw.com |
| KLEE, TUCHING, BOGDANOFF & STERN LLP | ATTN KENNETH N. KLEE | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | kklee@ktbslaw.com |
| KUTAK ROCK LLP | ATTN PETER J BARRETT, ESQ | 901 E BYRD ST STE 1000 | | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com |
| LAFLEUR LAW FIRM | ATTN NINA M. LAFLEUR | POST OFFICE BOX 840158 | | | ST. AUGUSTINE | FL | 32080 | nina@lafleurlaw.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 | Ron@RonaldRichards.com |
| LOIZIDES, P.A. | ATTN CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | loizides@loizides.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQUIRE | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK, ESQ. | RENAISSANCE CENTRE | 405 N. KING ST., 8TH FLR. | | WILMINGTON | DE | 19801 | kbuck@mccarter.com |
| MILTON BENDER | 1690 DUCK CREEK RD | | | | IONE | CA | 95640 | miltonbender@volcano.net |
| MUFFET FOY CUDDY | 25A PASEO NOPAL | | | | SANTE FE | NM | 87507 | Muffet74@mac.com |
| OFFICE OF THE ATTORNEY GENERAL | ATTN MATTHEW A SILVERMAN | ARIZONA ASSISTANT ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-1592 | matthew.silverman@azag.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jstang@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jpomerantz@pszjlaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PAM ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 | PBZEIER@HOTMAIL.COM |
| PRYOR CASHMAN LLP | ATTN SETH H. LIEBERMAN, ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | slieberman@pryorcashman.com |
| PRYOR CASHMAN LLP | ATTN RICHARD LEVY, JR., ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | rlevy@pryorcashman.com |
| REITER DYE & BRENNAN, LLP | ATTN GENISE REITER, ESQ. | 10990 WILSHIRE BLVD. | SUITE 940 | | LOS ANGELES | CA | 90024 | grr@rdbattorneys.com |
| REITER DYE & BRENNAN, LLP | ATTN PAUL T. DYE, ESQ. | 10990 WILSHIRE BLVD. | SUITE 940 | | LOS ANGELES | CA | 90024 | ptd@rdbattorneys.com |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | knight@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | delillo@rlf.com |
| ROBINS & ROBINS, P.A. | ATTN JOHN B. ROBINS, IV | P.O. BOX 506 | | | SALISBURY | MD | 21803-0505 | jrobins@robinslegal.com |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 | jfeu@scotthulse.com |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | chairmanoffice@sec.gov |
| SHUTTS & BOWEN LLP | ATTN RYAN C. REINERT, ESQ. | 4301 W. BOY SCOUT BLVD, SUITE 300 | | | TAMPA | FL | 33607 | rreinert@shutts.com |
| SOUTH COAST ENGINEERING GROUP, INC. | ATTN PETER KRAUT | 5000 N. PARKWAY CALABASAS | SUITE 307 | | CALABASAS | CA | 91302 | admin@sceginc.com |
| STERLING ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 | PBZEIER@HOTMAIL.COM |
| STOEL RIVES LLP | ATTN DAVID L MORTENSEN, ESQ | 201 S MAIN ST STE 1100 | | | SALT LAKE CITY | UT | 84111 | david.mortensen@stoel.com |
| SULMEYERKUPETZ | A PROFESSIONAL CORPORATION | ATTN ALAN G TIPPIE | 333 S HOPE ST 35TH FL | | LOS ANGELES | CA | 90071 | atippie@sulmeyerlaw.com |
| THE INFURNA LAW FIRM, P.A. | ATTN JUSTIN R. INFURNA ESQ | 121 SOUTH ORANGE AVE. SUITE 1500 | | | ORLANDO | FL | 32801 | Justininfurna@alwaysavailablelawyer.com |
| THE SARACHEK LAW FIRM | ATTN JOSEPH E SARACHEK ESQ | 101 PARK AVENUE 27TH FLOOR | | | NEW YORK | NY | 10178 | sarachekesq@gmail.com; joe@saracheklawfirm.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN WARD W. BENSON | TRIAL ATTORNEY, TAX DIVISION | P.O. BOX 227 BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | ward.w.benson@usdoj.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN DAVID W. BADDLEY | ATLANTA REGIONAL OFFICE | 950 EAST PACES ROAD, N.E., SUITE 900 | | ATLANTA | GA | 30326-1382 | baddleyd@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN NEAL JACOBSON | NEW YORK REGIONAL OFFICE | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281 | Jacobsonn@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN RUSSELL KOONIN | 801 BRICKELL AVE | SUITE 1800 | MIAMI | FL | 33131 | kooninr@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN CHRISTINE NESTOR | 801 BRICKELL AVE. | SUITE 1800 | MIAMI | FL | 33131 | nestorc@sec.gov |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN  DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 | askdoj@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 | andrew.warner@usdoj.gov |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 | NYROBankruptcy@SEC.GOV |
| VENABLE LLP | ATTN JEFFREY S SABIN, ESQ | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | jssabin@venable.com |
| VENABLE LLP | ATTN CAROL WEINER-LEVY, ESQ. | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | cweinerlevy@venable.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| VENABLE LLP | ATTN ANDREW J CURRIE, ESQ | 750 E PRATT ST STE 900 | | | BALTIMORE | MD | 21202 | ajcurrie@venable.com |
| VENABLE LLP | ATTN JAMIE L EDMONSON, ESQ | 1201 N MARKET ST STE 1400 | | | WILMINGTON | DE | 19801 | jledmonson@venable.com |
| WESTLAKE FINANCIAL SERVICES | ATTN PAUL KERWIN | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | pkerwin@westlakefinancial.com |
| WHITEFORD TAYLOR & PRESTON L.L.P. | ATTN CHRISTOPHER A. JONES, ESQ. | 3190 FAIRVIEW PARK DRIVE, SUITE 800 | | | FALLS CHURCH | VA | 22042-4510 | cajones@wtplaw.com |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN L. KATHERINE GOOD | THE RENNAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | | WILMINGTON | DE | 19801 | kgood@wtplaw.com |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN STEPHEN B. GERALD | THE RENAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | | WILMINGTON | DE | 19801 | sgerald@wtplaw.com |
| WILK AUSLANDER LLP | ATTN ELOY A. PERAL, ESQ. | 1515 BROADWAY, 43RD FLOOR | | | NEW YORK | NY | 10036 | eperal@wilkauslander.com |
| WINSTON & STRAWN LLP | ATTN DAVID NEIER, ESQ | 200 PARK AVE | | | NEW YORK | NY | 10166-4193 | dneier@winston.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN MARK DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Mark.Desgrosseilliers@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA JOHNSON | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Ericka.Johnson@wbd-us.com |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN EUGENE RUBINSTEIN, ASSOC. COUNSEL | 14140 VENTURA BLVD #302 | | | SHERMAN OAKS | CA | 91423-2774 | eugene@woodbridgecompanies.com |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN IAN J. BAMBRICK | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | ibambrick@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN SEAN M. BEACH | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | sbeach@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN ALLISON S. MIELKE | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | amielke@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN EDMON L. MORTON | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | emorton@ycst.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|------|----------|----------|----------|----------|------|-------|-----|-----|
| BEN PEREA AND ELIZABETH PEREA | C/O STEVE H. MAZER, ESQ. | 2501 YALE BLV'D. SE, STE 204 | | | ALBUQUERQUE | NM | 87106 | 877-242-1841 |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | 2138960400 |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | 2138960400 |
| CIARDI, CIARDI & ASTIN | ATTN JOHN D. MCLAUGHLIN, JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | 3026581300 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 | 9163297435 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | 2123514035 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | 2123514035 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | 2123514035 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | 2132296644 |
| JORGENSEN, BROWNELL & PEEPIN, P.C. | ATTN MICHAEL P. SASIN | 900 S. MAIN STREET, SUITE 100 | | | LONGMONT | CO | 80501 | 3036781164 |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | 3023517214 |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 | 3102773325 |
| LOIZIDES, P.A. | ATTN CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | 3026540728 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN LEE GORDON | PO BOX 1269 | | | ROUND ROCK | TX | 78680 | 5123233205 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | 3025736497 |
| PACHULSKI STANG ZIEHL & JONES | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | 3102010760 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | 3102010760 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | 3102010760 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | 3026524400 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | 3026524400 |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | 3026517701 |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | 3026517701 |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 | 9155468333 |
| SECRETARY OF STATE | 401 FEDERAL ST | | | | DOVER | DE | 19901 | 3027393811 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD | SUITE 100 | | | DOVER | DE | 19904 | 3027395635 |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | 2027729317 |
| SOUTH COAST ENGINEERING GROUP, INC. | ATTN PETER KRAUT | 5000 N. PARKWAY CALABASAS | SUITE 307 | | CALABASAS | CA | 91302 | 8182242711 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 | 3024288195 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN ELIHU E ALLINSON III | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 | 3024288195 |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN  DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 | 3025736220 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 | 2025149163 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|------|----------|----------|----------|----------|------|-------|-----|-----|
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 | 2123361345 |
| WILLIAM W. ERHART, ESQUIRE | 2961 CENTERVILLE ROAD, SUITE 350 | | | | WILMINGTON | DE | 19808 | 3026510331 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| CONTRARIAN FUNDS LLC | 411 WEST PUTNNAM AVE STE 425 | | | | GREENWICH | CT | 06830 | AMUMOLA@CONTRARIANCAPITAL.COM |
| JENNER & BLOCK LLP | ATTN RICHARD LEVIN, ESQ. | 919 THIRD AVE | | | NEW YORK | NY | 10022 | rlevin@jenner.com |
| JENNER & BLOCK LLP | ATTN CATHERINE L STEEGE, ESQ. | 353 N CLARK ST | | | CHICAGO | IL | 60654 | csteege@jenner.com |
| KRAMER LEVIN NAFTALIS & FRANKEL, LLP | ATTN PHILLIP GUFFY | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | pguffy@kramerlevin.com |
| KRAMER LEVIN NAFTALIS & FRANKEL, LLP | ATTN P BRADLEY O'NEILL | 1177 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | boneill@kramerlevin.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JOHN A MORRIS | 780 THIRD AVE 34TH FL | | | NEW YORK | NY | 10017-2024 | jmorris@pszjlaw.com |
| RICHARDS KIBBE & ORBE LLP | ATTN GREGORY G. PLOTKO | 200 LIBERTY STREET | | | NEW YORK | NY | 10281 | gplotko@rkollp.com |
| THE BIFFERATO FIRM, P.A. | ATTN IAN CONNOR BIFFERATO | 1007 N ORANGE ST 4TH FLOOR | | | WILMINGTON | DE | 19801 | cbifferato@tbf.legal |
| THE ROSNER LAW GROUP LLC | ATTN FREDERICK B. ROSNER | 824 MARKET STREET, SUITE 810 | | | WILMINGTON | DE | 19801 | rosner@teamrosner.com |
| THE ROSNER LAW GROUP LLC | ATTN JASON A GIBSON | 824 N. MARKET ST STE 810 | | | WILMINGTON | DE | 19801 | gibson@teamrosner.com |
| VENABLE LLP | ATTN DANIEL A O'BRIEN | 1201 N MARKET ST STE 1400 | | | WILMINGTON | DE | 19801 | daobrien@venable.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|------|----------|----------|----------|----------|------|-------|-----|-----|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JOHN A MORRIS | 780 THIRD AVE 34TH FL | | | NEW YORK | NY | 10017-2024 | 2125617777 |
| VENABLE LLP | ATTN DANIEL A O'BRIEN | 1201 N MARKET ST STE 1400 | | | WILMINGTON | DE | 19801 | 3022983550 |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ASHBY & GEDDES, P.A. | ATTN WILLIAM P BOWDEN, ESQ | 500 DELAWARE AVE 8TH FL | PO BOX 1150 | | WILMINGTON | DE | 19899-1150 | wbowden@ashbygeddes.com |
| ASHFORD - SCHAEL LLC | ATTN COURTNEY A. SCHAEL, ESQ. | 100 QUIMBY STREET, SUITE 1 | | | WESTFIELD | NJ | 07090 | cschael@ashfordnjlaw.com |
| ASSISTANT ATTORNEY GENERAL | ATTN AARON W LEVIN | CORPORATE OVERSIGHT DIVISION | PO BOX 30755 | | LANSING | MI | 48909 | levina@michigan.gov |
| BEILINSON ADVISORY GROUP | ATTN MARC BEILINSON | | | | | | | Mbeilinson@beilinsonpartners.com |
| BEN PEREA AND ELIZABETH PEREA | C/O STEVE H. MAZER, ESQ. | 2501 YALE BLV'D. SE, STE 204 | | | ALBUQUERQUE | NM | 87106 | smazer@regazzilaw.com |
| BERGER SINGERMAN LLP | ATTN PAUL STEVEN SINGERMAN, ESQ | 1450 BRICKELL AVE STE 1900 | | | MIAMI | FL | 33131 | singerman@bergersingerman.com |
| BERGER SINGERMAN LLP | ATTN CHARLES H LICHTMAN, ESQ | 350 E LAS OLAS BLVD 10TH FL | | | FORT LAUDERDALE | FL | 33301 | clichtman@bergersingerman.com |
| BERGER SINGERMAN LLP | ATTN GAVIN C GAUKROGER, ESQ | 350 E LAS OLAS BLVD 10TH FL | | | FORT LAUDERDALE | FL | 33301 | ggaukroger@bergersingerman.com |
| BIELLI & KLAUDER, LLC | ATTN DAVID M KLAUDER ESQ | 1204 N KING STREET | | | WILMINGTON | DE | 19801 | dklauder@bk-legal.com |
| BOND, SCHOENECK & KING, PLLC | ATTN SARA C. TEMES, ESQ. | ONE LINCOLN CENTER, 18TH FLOOR | | | SYRACUSE | NY | 13202 | stemes@bsk.com |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | wbrody@buchalter.com |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 | PARROW@BUCHALTER.COM |
| BUECHLER & GARBER, LLC | ATTN AARON A. GARBER | 999 18TH STREET, SUITE 1230-S | | | DENVER | CO | 80202 | aaron@bandglawoffice.com |
| CALIFORNIA DEPT OF BUSINESS OVERSIGHT | ATTN KENNY V NGUYEN | SENIOR COUNSEL | 1515 K STREET, STE 200 | | SACRAMENTO | CA | 95814 | kenny.nguyen@dbo.ca.gov |
| CIARDI, CIARDI & ASTIN | ATTN DANIEL K. ASTIN | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | dastin@ciardilaw.com |
| CIARDI, CIARDI & ASTIN | ATTN JOHN D. MCLAUGHLIN, JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | jmclaughlin@ciardilaw.com |
| CLARK HILL PLC | ATTN CHRISTOPHER J. GIAIMO, JR. | 1001 PENNSYLVANIA AVE., NW | SUITE 1300 SOUTH | | WASHINGTON | DC | 20004 | cgiaimo@clarkhill.com |
| CLARK HILL PLC | ATTN JEFFREY N. ROTHLEDER | 1001 PENNSYLVANIA AVE., NW | SUITE 1300 SOUTH | | WASHINGTON | DC | 20004 | jrothleder@clarkhill.com |
| CLARK HILL PLC | ATTN KAREN M. GRIVNER | 824 N. MARKET STREET | SUITE 710 | | WILMINGTON | DE | 19801 | kgrivner@clarkhill.com |
| CONNOLLY & LOFSTEDT, P.C. | ATTN TOM H. CONNOLLY, ESQ. | 950 SPRUCE ST., STE. 1C | | | LOUISVILLE | CO | 80027 | tom@clpc-law.com |
| CONNOLLY GALLAGHER LLP | ATTN KAREN C. BIFFERATO, ESQ | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kbifferato@connollygallagher.com |
| CONNOLLY GALLAGHER LLP | ATTN KELLY M. CONLAN | 1000 WEST STREET, SUITE 1400 | | | WILMINGTON | DE | 19801 | kconlan@connollygallagher.com |
| DEVELOPMENT SPECIALISTS INC | ATTN BRADLEY D SHARP | 333 S GRAND AVE STE 4070 | | | LOS ANGELES | CA | 90071 | bsharp@dsi.biz |
| DRINKER BIDDLE & REATH LLP | ATTN STEVEN K KORTANEK, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | steven.kortanek@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN PATRICK A JACKSON, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | patrick.jackson@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA, JR, ESQ | 222 DELAWARE AVE STE 1410 | | | WILMINGTON | DE | 19801 | joseph.argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JAMES H MILLAR, ESQ | 1177 AVENUE OF THE AMERICAS 41ST FL | | | NEW YORK | NY | 10036-2714 | james.millar@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN MICHAEL P. POMPEO, ESQ. | 1177 AVENUE OF THE AMERICAS, 41ST FLOOR | | | NEW YORK | NY | 10036-2714 | michael.pompeo@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN TIMOTHY R CASEY ESQ | 191 N WACKER DR STE 3700 | | | CHICAGO | IL | 60606-1698 | timothy.casey@dbr.com |
| ELLIOTT GREENLEAF PC | ATTN RAFAEL X ZAHRALDDIN | 1105 N MARKET ST STE 1700 | | | WILMINGTON | DE | 19801-1216 | rxza@elliottgreenleaf.com |
| ELLIOTT GREENLEAF, P.C. | ATTN JONATHAN M. STEMERMAN | 1105 N. MARKET STREET, SUITE 1700 | | | WILMINGTON | DE | 19801 | jms@elliottgreenleaf.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 | ppascuzzi@ffwplaw.com |
| FUHRMAN & DODGE, S.C. | ATTN JENNIFER M. SCHANK | 2501 PARMENTER ST, STE 200B | | | MIDDLETON | WI | 53562 | jschank@fuhrmandodge.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | MPorcelli@gibsondunn.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN OSCAR GARZA | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | OGarza@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | EWise@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 | Mkelsey@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN DANIEL B. DENNY | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | DDenny@gibsondunn.com |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 | SNewman@gibsondunn.com |
| HALPERIN BATTAGLIA BENZIJA LLP | ATTN ALAN D HALPERIN, ESQ | 40 WALL ST 37TH FL | | | NEW YORK | NY | 10005 | ahalperin@halperinlaw.net |
| HANKEY INVESTMENT COMPANY | ATTN W. SCOTT DOBBINS | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | dobbins@hiclp.com |
| HINDS & SHANKMAN, LLP | ATTN JAMES ANDREW HINDS, JR | 21257 HAWTHORNE BLVD., 2ND FLOOR | | | TORRANCE | CA | 90503 | jhinds@jhindslaw.com |
| HOLLAND & HART LLP | ATTN RISA LYNN WOLF-SMITH | 555 SEVENTEENTH STREET, SUITE 3200 | PO BOX 8749 | | DENVER | CO | 80201-8749 | rwolf@hollandhart.com |
| JOHN D. MONTE, ESQ. | 15303 VENTURA BOULEVARD, FLOOR 9 | | | | SHERMAN OAKS | CA | 91403 | johnmontelaw@gmail.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN JEFFREY W SHIELDS | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | jshields@joneswaldo.com |
| JONES WALDO HOLBROOK & MCDONOUGH PC | ATTN PAUL R SMITH | 170 S MAIN ST STE 1500 | | | SALT LAKE CITY | UT | 84101 | psmith@joneswaldo.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | mtuchin@ktbslaw.com |
| KLEE, TUCHING, BOGDANOFF & STERN LLP | ATTN KENNETH N. KLEE | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | kklee@ktbslaw.com |
| KUTAK ROCK LLP | ATTN PETER J BARRETT, ESQ | 901 E BYRD ST STE 1000 | | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com |
| LAFLEUR LAW FIRM | ATTN NINA M. LAFLEUR | POST OFFICE BOX 840158 | | | ST. AUGUSTINE | FL | 32080 | nina@lafleurlaw.com |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 | curtishehn@comcast.net |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 | Ron@RonaldRichards.com |
| LOIZIDES, P.A. | ATTN CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | loizides@loizides.com |
| MARGOLIS EDELSTEIN | ATTN JAMES E. HUGGETT, ESQUIRE | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | jhuggett@margolisedelstein.com |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK, ESQ. | RENAISSANCE CENTRE | 405 N. KING ST., 8TH FLR. | | WILMINGTON | DE | 19801 | kbuck@mccarter.com |
| MILTON BENDER | 1690 DUCK CREEK RD | | | | IONE | CA | 95640 | miltonbender@volcano.net |
| MUFFET FOY CUDDY | 25A PASEO NOPAL | | | | SANTE FE | NM | 87507 | Muffet74@mac.com |
| OFFICE OF THE ATTORNEY GENERAL | ATTN MATTHEW A SILVERMAN | ARIZONA ASSISTANT ATTORNEY GENERAL | 2005 N CENTRAL AVE | | PHOENIX | AZ | 85004-1592 | matthew.silverman@azag.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jstang@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | jpomerantz@pszjlaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PAM ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 | PBZEIER@HOTMAIL.COM |
| PRYOR CASHMAN LLP | ATTN SETH H. LIEBERMAN, ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | slieberman@pryorcashman.com |
| PRYOR CASHMAN LLP | ATTN RICHARD LEVY, JR., ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036-6569 | rlevy@pryorcashman.com |
| REITER DYE & BRENNAN, LLP | ATTN GENISE REITER, ESQ. | 10990 WILSHIRE BLVD. | SUITE 940 | | LOS ANGELES | CA | 90024 | grr@rdbattorneys.com |
| REITER DYE & BRENNAN, LLP | ATTN PAUL T. DYE, ESQ. | 10990 WILSHIRE BLVD. | SUITE 940 | | LOS ANGELES | CA | 90024 | ptd@rdbattorneys.com |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | knight@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 | delillo@rlf.com |
| ROBINS & ROBINS, P.A. | ATTN JOHN B. ROBINS, IV | P.O. BOX 506 | | | SALISBURY | MD | 21803-0505 | jrobins@robinslegal.com |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 | jfeu@scotthulse.com |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | chairmanoffice@sec.gov |
| SHUTTS & BOWEN LLP | ATTN RYAN C. REINERT, ESQ. | 4301 W. BOY SCOUT BLVD, SUITE 300 | | | TAMPA | FL | 33607 | rreinert@shutts.com |
| SOUTH COAST ENGINEERING GROUP, INC. | ATTN PETER KRAUT | 5000 N. PARKWAY CALABASAS | SUITE 307 | | CALABASAS | CA | 91302 | admin@sceginc.com |
| STERLING ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 | PBZEIER@HOTMAIL.COM |
| STOEL RIVES LLP | ATTN DAVID L MORTENSEN, ESQ | 201 S MAIN ST STE 1100 | | | SALT LAKE CITY | UT | 84111 | david.mortensen@stoel.com |
| SULMEYERKUPETZ | A PROFESSIONAL CORPORATION | ATTN ALAN G TIPPIE | 333 S HOPE ST 35TH FL | | LOS ANGELES | CA | 90071 | atippie@sulmeyerlaw.com |
| THE INFURNA LAW FIRM, P.A. | ATTN JUSTIN R. INFURNA ESQ | 121 SOUTH ORANGE AVE. SUITE 1500 | | | ORLANDO | FL | 32801 | Justininfurna@alwaysavailablelawyer.com |
| THE SARACHEK LAW FIRM | ATTN JOSEPH E SARACHEK ESQ | 101 PARK AVENUE 27TH FLOOR | | | NEW YORK | NY | 10178 | sarachekesq@gmail.com; joe@saracheklawfirm.com |
| U.S. DEPARTMENT OF JUSTICE | ATTN WARD W. BENSON | TRIAL ATTORNEY, TAX DIVISION | P.O. BOX 227 BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | ward.w.benson@usdoj.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN DAVID W. BADDLEY | ATLANTA REGIONAL OFFICE | 950 EAST PACES ROAD, N.E., SUITE 900 | | ATLANTA | GA | 30326-1382 | baddleyd@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN NEAL JACOBSON | NEW YORK REGIONAL OFFICE | BROOKFIELD PLACE | 200 VESEY STREET, SUITE 400 | NEW YORK | NY | 10281 | Jacobsonn@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN RUSSELL KOONIN | 801 BRICKELL AVE | SUITE 1800 | MIAMI | FL | 33131 | kooninr@sec.gov |
| U.S. SECURITIES AND EXCHANGE COMMISSION | MIAMI REGIONAL OFFICE | ATTN CHRISTINE NESTOR | 801 BRICKELL AVE. | SUITE 1800 | MIAMI | FL | 33131 | nestorc@sec.gov |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN  DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 | askdoj@usdoj.gov |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 | andrew.warner@usdoj.gov |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 | NYROBankruptcy@SEC.GOV |
| VENABLE LLP | ATTN JEFFREY S SABIN, ESQ | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | jssabin@venable.com |
| VENABLE LLP | ATTN CAROL WEINER-LEVY, ESQ. | ROCKEFELLER CENTER | 1270 AVENUE OF THE AMERICAS 24TH FL | | NEW YORK | NY | 10020 | cweinerlevy@venable.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| VENABLE LLP | ATTN ANDREW J CURRIE, ESQ | 750 E PRATT ST STE 900 | | | BALTIMORE | MD | 21202 | ajcurrie@venable.com |
| VENABLE LLP | ATTN JAMIE L EDMONSON, ESQ | 1201 N MARKET ST STE 1400 | | | WILMINGTON | DE | 19801 | jledmonson@venable.com |
| WESTLAKE FINANCIAL SERVICES | ATTN PAUL KERWIN | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 | pkerwin@westlakefinancial.com |
| WHITEFORD TAYLOR & PRESTON L.L.P. | ATTN CHRISTOPHER A. JONES, ESQ. | 3190 FAIRVIEW PARK DRIVE, SUITE 800 | | | FALLS CHURCH | VA | 22042-4510 | cajones@wtplaw.com |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN L. KATHERINE GOOD | THE RENNAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | | WILMINGTON | DE | 19801 | kgood@wtplaw.com |
| WHITEFORD, TAYLOR & PRESTON LLC | ATTN STEPHEN B. GERALD | THE RENAISSANCE CENTRE | 405 NORTH KING STREET, SUITE 500 | | WILMINGTON | DE | 19801 | sgerald@wtplaw.com |
| WILK AUSLANDER LLP | ATTN ELOY A. PERAL, ESQ. | 1515 BROADWAY, 43RD FLOOR | | | NEW YORK | NY | 10036 | eperal@wilkauslander.com |
| WINSTON & STRAWN LLP | ATTN DAVID NEIER, ESQ | 200 PARK AVE | | | NEW YORK | NY | 10166-4193 | dneier@winston.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN MARK DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Mark.Desgrosseilliers@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN ERICKA JOHNSON | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | Ericka.Johnson@wbd-us.com |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN EUGENE RUBINSTEIN, ASSOC. COUNSEL | 14140 VENTURA BLVD #302 | | | SHERMAN OAKS | CA | 91423-2774 | eugene@woodbridgecompanies.com |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN IAN J. BAMBRICK | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | ibambrick@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN SEAN M. BEACH | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | sbeach@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN ALLISON S. MIELKE | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | amielke@ycst.com |
| YOUNG, CONAWAY, STARGATT, & TAYLOR, LLP | ATTN EDMON L. MORTON | RODNEY SQUARE | 1000 N KING ST | | WILMINGTON | DE | 19801 | emorton@ycst.com |

# EXHIBIT F

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BEN PEREA AND ELIZABETH PEREA | C/O STEVE H. MAZER, ESQ. | 2501 YALE BLV'D. SE, STE 204 | | | ALBUQUERQUE | NM | 87106 |
| BUCHALTER | ATTN WILLIAM S BRODY | 1000 WILSHIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 |
| BUCHALTER | ATTN PAUL S ARROW | 1000 WILSIRE BLVD, STE 1500 | | | LOS ANGELES | CA | 90017 |
| CIARDI CIARDI & ASTIN | ATTN JOSEPH J. MCMAHON JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 |
| CIARDI, CIARDI & ASTIN | ATTN DANIEL K. ASTIN | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 |
| CIARDI, CIARDI & ASTIN | ATTN JOHN D. MCLAUGHLIN, JR. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE | ATTN V. HAYES | 7850 SW 6TH CT | | PLANTATION | FL | 33324-3202 |
| DEPARTMENT OF THE TREASURY | 1500 PENNSYLVANIA AVENUE, NW | | | | WASHINGTON | DC | 20220 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | WILLIAM JEFFERSON CLINTON BUILDING NORTH | MAIL 2310A | 1200 PENNSYLVANIA AVE, NW | WASHINGTON | DC | 20004 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & | PASCUZZI LLP | 400 CAPITOL MALL, SUITE 1750 | 400 CAPITOL MALL, SUITE 1750 | | SACRAMENTO | CA | 95814 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW P. PORCELLI | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN OSCAR GARZA | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN J. ERIC WISE | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN MATTHEW K. KELSEY | 200 PARK AVE | | | NEW YORK | NY | 10166-0193 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN DANIEL B. DENNY | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| GIBSON, DUNN, & CRUTCHER, LLP | ATTN SAMUEL A. NEWMAN | 333 S GRAND AVE | | | LOS ANGELES | CA | 90071 |
| HANKEY INVESTMENT COMPANY | ATTN W. SCOTT DOBBINS | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| JORGENSEN, BROWNELL & PEEPIN, P.C. | ATTN MICHAEL P. SASIN | 900 S. MAIN STREET, SUITE 100 | | | LONGMONT | CO | 80501 |
| JORGENSEN, BROWNELL & PEEPIN, P.C. | ATTN CASEY ALEXANDER | 900 S. MAIN STREET, SUITE 100 | | | LONGMONT | CO | 80501 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHING, BOGDANOFF & STERN LLP | ATTN KENNETH N. KLEE | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| LAW OFFICE OF CURTIS A HEHN | ATTN CURTIS A HEHN | 1007 N ORANGE ST 4TH FL | | | WILMINGTON | DE | 19801 |
| LAW OFFICES OF RONALD RICHARDS & | ASSOCIATES, A.P.C | ATTN RONALD RICHARDS | P.O. BOX 11480 | | BEVERLY HILLS | CA | 90213 |
| LOIZIDES, P.A. | ATTN CHRISTOPHER D. LOIZIDES | 1225 KING STREET, SUITE 800 | | | WILMINGTON | DE | 19801 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN LEE GORDON | PO BOX 1269 | | | ROUND ROCK | TX | 78680 |
| MILTON BENDER | 1690 DUCK CREEK RD | | | | IONE | CA | 95640 |
| MUFFET FOY CUDDY | 25A PASEO NOPAL | | | | SANTE FE | NM | 87507 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| PACHULSKI STANG ZIEHL & JONES | ATTN JAMES I. STANG | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN JEFFREY N. POMERANTZ | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PAM ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 |
| PAM ZEIER | C/O DANIEL A HEPNER PC | 950 SPRUCE ST STE 1C | | | LOUISVILLE | CO | 80027 |
| RICHARDS LAYTON & FINGER PA | ATTN JOHN H KNIGHT | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 |
| RICHARDS LAYTON & FINGER PA | ATTN CHRISTOPHER M DELILLO | ONE RODNEY SQUARE | 920 NORTH KING ST | | WILMINGTON | DE | 19801 |
| ROBINS & ROBINS, P.A. | ATTN JOHN B. ROBINS, IV | P.O. BOX 506 | | | SALISBURY | MD | 21803-0505 |
| SCOTTHULSE, PC | ATTN JAMES M. FEUILLE | 201 E. MAIN DRIVE, SUITE 1100 | PO BOX 99123 | | EL PASO | TX | 79901 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF STATE | 401 FEDERAL ST | | | | DOVER | DE | 19901 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BOULEVARD | SUITE 100 | | | DOVER | DE | 19904 |
| SECURITIES EXCHANGE COMMISSION | ATTN SECRETARY OF THE TREASURY | 100 F STREET, NE | | | WASHINGTON | DC | 20549 |
| SOUTH COAST ENGINEERING GROUP, INC. | ATTN PETER KRAUT | 5000 N. PARKWAY CALABASAS | SUITE 307 | | CALABASAS | CA | 91302 |
| STERLING ZEIER | 27090 HIGHWAY 72 | | | | GOLDEN | CO | 80403-8329 |
| STERLING ZEIER | C/O DANIEL A HEPNER PC | 950 SPRUCE ST STE 1C | | | LOUISVILLE | CO | 80027 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN ELIHU E ALLINSON III | 901 N MARKET ST STE 1300 | | | WILMINGTON | DE | 19801 |
| UNITED STATES ATTORNEY'S OFFICE | NEMOURS BUILDING | ATTN  DAVID C. WEISS | 1007 ORANGE STREET, SUITE 700 | | WILMINGTON | DE | 19801 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN ANDREW D WARNER | 1100 L ST NW | | WASHINGTON | DC | 20530 |
| US SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN ANDREW CALAMARI REGIONAL DIRECTOR | BROOKFIELD PLACE | 200 VESEY ST, STE 400 | NEW YORK | NY | 10281 |
| US TREASURY | 1500 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20220 |
| WESTLAKE FINANCIAL SERVICES | ATTN PAUL KERWIN | 4751 WILSHIRE BLVD, STE 110 | | | LOS ANGELES | CA | 90010 |
| WILLIAM W. ERHART, ESQUIRE | 2961 CENTERVILLE ROAD, SUITE 350 | | | | WILMINGTON | DE | 19808 |
| WOODBRIDGE GROUP OF COMPANIES, LLC | ATTN EUGENE RUBINSTEIN, ASSOC. COUNSEL | 14140 VENTURA BLVD #302 | | | SHERMAN OAKS | CA | 91423-2774 |

# EXHIBIT G

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| WILLIAM M HARRISON & JUDITH HARRISON LIVING TRUST | 204 ASHEBORO PL | | | | FRANKLIN | TN | 37064 | bill.harrison@comcast.net |