# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 12 2018, AT 2:00 P.M. (ET)

### CONTESTED MATTER GOING FORWARD

1. Official Committee of Unsecured Creditors' Motion to Revoke *Pro Hac Vice* Admission of Joseph Sarachek [D.I. 2733, 10/3/18]

    Objection Deadline:    October 17, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A.   Reply to Joseph Sarachek's Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2843, 10/22/18]

    B.   Declaration of John A. Morris in Support of the Motion to Revoke [D.I. 2844, 10/22/18]

    Objections\Responses Filed:

    C.   Joseph Sarachek's Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2805, 10/17/18]

    D.   Declaration of Joseph Sarachek in Support of Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2806, 10/17/18]

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

    E.    Joinder of the Official Ad Hoc Unitholders' Group to the Motion of the Official Committee of Unsecured Creditors to Revoke *Pro Hac Vice* Admission of Joseph Sarachek [D.I. 2850, 10/22/18]

<u>Status</u>: This matter will be going forward.

Dated:    December 10, 2018    */s/ Ian J. Bambrick*
    Wilmington, Delaware    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    Sean M. Beach (No. 4070)
    Edmon L. Morton (No. 3856)
    Ian J. Bambrick (No. 5455)
    Betsy L. Feldman (No. 6410)
    1000 North King Street
    Wilmington, Delaware 19801
    Tel:    (302) 571-6600
    Fax:    (302) 571-1253

    -and-

    KLEE, TUCHIN, BOGDANOFF & STERN LLP
    Kenneth N. Klee (*pro hac vice*)
    Michael L. Tuchin (*pro hac vice*)
    David A. Fidler (*pro hac vice*)
    Jonathan M. Weiss (*pro hac vice*)
    1999 Avenue of the Stars, 39th Floor
    Los Angeles, California 90067
    Tel:    (310) 407-4000
    Fax:    (310) 407-9090

    *Counsel for the Debtors and Debtors in Possession*