# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 19 2018, AT 2:00 P.M. (ET)

**ADJOURNED\RESOLVED MATTERS**

1.  Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 890, 4/3/18]

    Objection Deadline: In accordance with the agreed scheduling order [D.I. 1818], briefing deadlines and all discovery matters, will be addressed (if necessary) following the Court's ruling on the Debtors' objection to Contrarian's claim.

    Related Documents:

    A.  Agreed Scheduling Order Regarding Contrarian's Note Motion and the Debtors' Claim Objection, and Order on Motion to Shorten and Motion to Quash [D.I. 1818, 5/17/18]

    B.  Statement of Argo Partners Regarding (I) Debtors' Objection to Proof of Claim 1216; (II) Contrarian Funds LLC's Response Thereto; and (III) Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 1926, 6/4/18]

    Objections Filed: None as of the filing of this Agenda

    Status: This matter is adjourned to a date and time to be determined.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] **Amendments appear in bold.**

2. Debtors' Motion for Entry of an Order, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Starlight Starbright, LLC [D.I. 2925, Adv. D.I. 5, 11/1/18]

   Objection Deadline:   November 15, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A.   Certificate of No Objection [D.I. 3041/9, 11/20/18]

   B.   Order, Pursuant to Sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Starlight Starbright [D.I. 3045, Adv. 11, 11/21/18]

   Objections Filed:   None

   Status: An order has been entered. No hearing is required.

3. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Nicole J. Walker [D.I. 2932, 11/5/18]

   Objection Deadline:   November 19, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A.   Certificate of No Objection [D.I. 3043, 11/20/18]

   B.   Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Nicole J. Walker [D.I. 3046, 11/21/18]

   Objections Filed:   None

   Status: An order has been entered. No hearing is required.

4. Motion of Patricia and Kent Fletcher, Sheldon Goldman, Jon Greenleaf, Jonathan W. and Barbara K. Greenleaf as Trustees of the Greenleaf Family Trust, John L. and Betty L. Dunn Family Trust, Ken Paddock Family Trust, Patricia and Donald Krahn, Elizabeth Judy Mannenberg-Goldman and Alice Oldham, Alla Sorsher, and Charles Daryl Whitledge for Authority to File Late Proofs of Claim [D.I. 2933, 11/5/18]

   Objection Deadline:   November 19, 2018, at 4:00 p.m. (ET), extended to January 8, 2019

   Objections Filed:   None as of the filing of this Agenda

Status: This matter has been adjourned by agreement to January 22, 2019, at 10:00 a.m. (ET).

5. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the General Associates Consulting, LLC and Michael J. Silva [D.I. 2940, 11/7/18]

    Objection Deadline:    November 21, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A.   Certificate of No Objection [D.I. 3058, 11/26/18]

    B.   Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the General Associates Consulting, LLC and Michael J. Silva [D.I. 3081, 11/27/18]

    Objections Filed:    None

    Status: An order has been entered. No hearing is required.

6. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the Ronald A. Roberts [D.I. 2944, Adv. D.I. 5, 11/8/18]

    Objection Deadline:    November 26, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A.   Certificate of No Objection [D.I. 3083, Adv. D.I. 6, 11/27/18]

    B.   Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the Ronald A. Roberts [D.I. 3106, Adv. D.I. 7, 11/29/18]

    Objections Filed:    None

    Status: An order has been entered. No hearing is required.

7. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Brook Church-Koegel [D.I. 2948, 11/9/18]

    Objection Deadline:    November 26, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 3084, 11/27/18]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Brook Church-Koegel [D.I. 3107, 11/29/18]

Objections Filed:    None

Status: An order has been entered. No hearing is required.

8. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Brett Barber [D.I. 2956, Adv. D. I. 8, 11/9/18]

Objection Deadline:    November 26, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 3085, Adv. D.I. 9, 11/27/18]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Brett Barber [D.I. 3105, Adv. D.I. 10, 11/29/18]

Objections Filed:    None

Status: An order has been entered. No hearing is required.

9. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Randy W. Burke [D.I. 2992, Adv. D. I. 4, 11/14/18]

Objection Deadline:    November 28, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 3108, Adv. D.I. 4, 11/29/18]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Randy W. Burke [D.I. 3115, Adv. D.I. 7, 12/3/18]

Objections Filed:    None

Status: An order has been entered. No hearing is required.

10. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with William M. Harrison, Jr. and the William M. Harrison and Judith Harrison Living Trust [D.I. 3042, Adv. D.I. 5, 11/20/18]

    Objection Deadline: December 4, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 3134, Adv. D.I. 6, 12/6/18]

    B. Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with William M. Harrison, Jr. and the William M. Harrison and Judith Harrison Living Trust [D.I. 3145, Adv. D.I. 7, 12/10/18]

    Objections Filed: None

    Status: An order has been entered. No hearing is required.

11. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 1258 Lago Vista Dr., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3060, 11/26/18]

    Objection Deadline: December 10, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 1258 Lago Vista Dr., Beverly Hills, California Property [D.I. 3061, 11/26/18]

    B. Certificate of No Objection [D.I. 3154, 12/11/18]

    C. Order (I) Authorizing the Sale of 1258 Lago Vista Dr., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3164, 12/14/18]

    Objections Filed: None

    Status: An order has been entered. No hearing is required.

12. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 376 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3063, 11/27/18]

   Objection Deadline:    December 11, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 376 Crystal Canyon Drive, Carbondale, Colorado Property [D.I. 3064, 11/27/18]

   B. Certificate of No Objection [D.I. 3158, 12/12/18]

   C. Order Authorizing the Sale of 376 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3165, 12/14/18]

   Objections Filed:    None

   Status: An order has been entered. No hearing is required.

13. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 1312 Beverly Grove Pl., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3065, 11/27/18]

   Objection Deadline:    December 11, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 1312 Beverly Grove Pl., Beverly Hills, California Property [D.I. 3066, 11/27/18]

   B. Certificate of No Objection [D.I. 3156, 12/12/18]

   C. Order (I) Authorizing the Sale of 1312 Beverly Grove Pl., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3166, 12/14/18]

   Objections Filed:    None

    Status: An order has been entered.  No hearing is required.

14. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 218 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3093, 11/28/18]

    Objection Deadline:   December 12, 2018, at 4:00 p.m. (ET)

    Related Documents:

        A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 218 Crystal Canyon Drive, Carbondale, Colorado Property [D.I. 3094, 11/28/18]

        B.    Certificate of No Objection [D.I. 3162, 12/13/18]

        C.    Order (I) Authorizing the Sale of 218 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3167, 12/14/18]

    Objections Filed:   None

    Status: An order has been entered.  No hearing is required.

15. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 72 Golden Bear Dr., Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3099, 11/28/18]

    Objection Deadline:   December 12, 2018, at 4:00 p.m. (ET)

    Related Documents:

        A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 72 Golden Bear Dr., Carbondale, Colorado Property [D.I. 3100, 11/28/18]

        B.    Certificate of No Objection [D.I. 3163, 12/13/18]

        C.    Order (I) Authorizing the Sale of 72 Golden Bear Dr., Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3168, 12/14/18]

Objections Filed: None

Status: An order has been entered. No hearing is required.

**PRETRIAL CONFERENCES**

16. Initial Scheduling Conferences (the "Broker Adversaries")

    Status: With respect to the Broker Adversaries set forth on **Exhibit A** hereto, these matters are adjourned until the next scheduled omnibus hearing date. Four of the adversary proceedings listed on **Exhibit A** have been settled in principle, subject to definitive documentation. The Debtors anticipate filing motions for approval of such settlements shortly. With respect to the Broker Adversaries set forth on **Exhibit B** hereto, these matters are resolved or a judgment has been entered.

**CONTESTED MATTER GOING FORWARD**

17. Official Committee of Unsecured Creditors' Motion to Revoke *Pro Hac Vice* Admission of Joseph Sarachek [D.I. 2733, 10/3/18]

    Objection Deadline: October 17, 2018, at 4:00 p.m. (ET)

    Related Documents:

    A. Reply to Joseph Sarachek's Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2843, 10/22/18]

    B. Declaration of John A. Morris in Support of the Motion to Revoke [D.I. 2844, 10/22/18]

    Objections\Responses Filed:

    C. Joseph Sarachek's Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2805, 10/17/18]

    D. Declaration of Joseph Sarachek in Support of Opposition to Motion to Revoke *Pro Hac Vice* Admission [D.I. 2806, 10/17/18]

    E. Joinder of the Official Ad Hoc Unitholders' Group to the Motion of the Official Committee of Unsecured Creditors to Revoke *Pro Hac Vice* Admission of Joseph Sarachek [D.I. 2850, 10/22/18]

    Status: This matter is going forward.

18. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 4030 Madelia Ave., Sherman Oaks, California Property Owned by the Debtors Free and Clear of Liens,

8

01:23814799.4

Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3068, 11/27/18]

Objection Deadline:    December 11, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 4030 Madelia Ave., Sherman Oaks, California Property [D.I. 3069, 11/27/18]

    B.    Certificate of No Objection [D.I. 3160, 12/12/18]

    C.    **Debtors' Motion for an Order (I) Granting the Debtors Leave and Permission to File the Debtors' Reply to and Cross-Motion to Strike Objection of Blake J. Lindemann and (II) Shortening Notice for the Cross-Motion to Strike Objection [D.I. 3178, 12/17/18]**

    D.    **Debtors' Motion, Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for an Order Authorizing Them to File Under Seal Certain Confidential Information Disclosed in and Attached as an Exhibit to Their Reply in Support of the Debtors' Motion for Authorization to Sell the 4030 Madelia Ave. Property [D.I. 3179, 12/17/18]**

    E.    **SEALED - Debtors' Reply to and Cross-Motion to Strike Objection of Blake J. Lindemann to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 4030 Madelia Ave., Sherman Oaks, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3180, 12/17/18]**

    F.    **Declaration of Bradley D. Sharp in Further Support of Debtors' Motion to Sell 4030 Madelia Ave., Sherman Oaks, California Property [D.I. 3181, 12/17/18]**

    G.    **Notice of Revised Proposed Form of Sale Order [D.I. 3182, 12/17/18]**

Objections Filed:

    A.    Interested Purchaser's Objection to Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 4030 Madelia Ave., Sherman Oaks, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase

Agreement; and (III) Granting Related Relief [D.I. 3161, 12/13/18] (the "Objection")

Status: **The Debtors have filed** a (i) reply thereto and cross-motion to strike (the "Reply/Cross-Motion"), (ii) a motion for leave to file the reply/motion to shorten for the cross-motion, and (iii) a motion to seal certain confidential information contained in the Reply/Cross-Motion. This matter is going forward.

Dated: December 17, 2018
Wilmington, Delaware

*/s/ Ian J. Bambrick*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
1000 North King Street
Wilmington, Delaware 19801
Tel:    (302) 571-6600
Fax:   (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Tel:    (310) 407-4000
Fax:   (310) 407-9090

*Counsel for the Debtors and
Debtors in Possession*

## **EXHIBIT A**

| | |
|---|---|
| Albert D. Klager, Providence Trust Group, LLC FBO Albert D. Klager Roth IRA; Atlantic Insurance & Financial Services, Inc. [No Answer] | 18-50812 |
| Claude G. Cossu [Answer Received] | 18-50815 |
| Andrew Costa; Costa Financial Insurance Services Corp.; Providence Trust Group FBO Andrew Costa IRA [Extension for Answer] | 18-50816 |
| Jeffrey L. Wendel, Providence Trust Group, LLC FBO Jeffrey L. Wendel, IRA; JJC, Inc. FBO Retirement Plan FBO Jeffrey Wendel; Jodi M. Wendel [Answer Received] | 18-50818 |
| JMI Associates, LLC [Answer Received] | 18-50819 |
| Kimberly R. Tavares [No Answer] | 18-50821 |
| Lonnie H. Correll [Extension for Answer] | 18-50822 |
| Melanie D. Eslava [No Answer] | 18-50823 |
| Richard R. Fritts; Sunwest Trust as Custodian for Richard R. Fritts IRA [Answer Received] | 18-50824 |
| Jerry Raines, Donna Lynn Barnard, Stonelion Insurance & Financial Services LLC [No Answer] | 18-50825 |

01:23814799.4

## **EXHIBIT B**

| Brett Barber | 18-50813 |
|---|---|
| Christopher T. Wendel Enterprises, LLC [Default] | 18-50814 |
| Donald G. Durr | 18-50817 |
| Joseph G. Thomas | 18-50820 |
| Randy W. Burke | 18-50826 |
| Ronald A. Roberts | 18-50827 |
| Starlight Starbright, LLC | 18-50828 |
| William M. Harrison, Jr., William M. Harrison and Judith Harrison Living Trust | 18-50829 |