**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>Jointly Administered<br><br>Ref. Docket Nos. 1893, 2397, 2733, 2933, 2957 and 3196 |

**ORDER APPROVING STIPULATION RESOLVING CONFIRMATION OBJECTION, ADVERSARY PROCEEDINGS 18-50371 AND 18-50880, MOTION TO FILE LATE PROOFS OF CLAIM, RELATED APPEALS, MOTIONS AND CLAIMS, AND MOTION TO <u>REVOKE PRO HAC VICE ADMISSION OF JOSEPH SARACHEK</u>**

Upon consideration of the *Stipulation Resolving Confirmation Objection, Adversary Proceedings 18-50371 And 18-50880, Motion To File Late Proofs Of Claim, Related Appeals, Motions And Claims, And Motion To Revoke Pro Hac Vice Admission Of Joseph Sarachek* (the "Stipulation"), a copy of which is attached to this Order as Exhibit 1, by and between (i) Joseph Sarachek and The Sarachek Law Firm, on their own behalf (collectively, the "Sarachek Law Firm") and on behalf of all of the Sarachek Law Firm's clients in these chapter 11 cases, including those who are parties to the adversary proceedings identified herein (collectively, the "Clients"), (ii) the debtors and debtors in possession referred to in the caption above (collectively, the "Debtors"), (iii) the Official Committee of Unsecured Creditors in these cases (the "UCC"), (iv) the Ad Hoc Noteholder Group (the "Noteholder Group"), and (v) the Official Ad Hoc Committee of Unitholders (the "Unitholder Group" and, collectively with the UCC and Noteholder Group, the "Committees"); and which Stipulation is entered and agreed to by the Parties; and the Court having determined that (i) the Court has jurisdiction over this matter

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. The complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/WGC.

pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED

2. Neither the Debtors, nor the successors to the Debtors under the Plan, nor the Committees, nor the disbursing agent under the Plan shall have any liability or obligation to any of the Clients with respect to the allocation or subsequent turnover of any property as between the Sarachek Law Firm and the Clients, and their sole recourse shall be to the Sarachek Law Firm.

3. The Order shall be effective immediately upon its entry.

4. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order, including, but not limited to, Sarachek's proposed client fee arrangements.

Dated: Wilmington, Delaware
December 19, 2018

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE