# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. | Bankruptcy Case No. 17-12560 (KJC) |
| Debtors and Debtors In Possession. | Jointly Administered |
| Lise La Rochelle, *et al*.,[1] | Civil Action No. 18-01782 (LPS) |
| Appellants, | |
| v. | |
| Woodbridge Group of Companies, LLC, *et al*., | |
| Appellees. | |

## STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Lise La Rochelle and other noteholders of the Woodbridge Group of Companies, LLC represented by The Sarachek Law Firm (collectively, the "Appellants") and Woodbridge Group of Companies, LLC, *et al.* (collectively, "Appellees") hereby stipulate and agree to dismiss the above-captioned bankruptcy appeal with prejudice. Each party shall bear its own attorneys' fees and costs.

[*Signature Page Follows*]

---

[1] The name and address of each appellant is located at Civil Case No. 18-01782-LPS, D.I. 1 Exhibit C.

{00024716. }

Respectfully submitted this 19th day of December, 2018.

| **THE ROSNER LAW GROUP LLC** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
|---|---|
| By: */s/ Jason A. Gibson*<br>Frederick B. Rosner (DE No. 3995)<br>Jason A. Gibson (DE No. 6091)<br>824 North Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>　　　　 gibson@teamrosner.com | By: */s/ Edmon L. Morton*<br>Sean M. Beach (DE No. 4070)<br>Edmon L. Morton (DE No. 3856)<br>Michael S. Neiburg (DE No. 5275)<br>Ian J. Bambrick (DE No. 5455)<br>Rodney Square, 1000 North King Street<br>Wilmington, Delaware 19801<br>Tel: (302) 571-6600<br>Fax: (302) 571-1253 |
| **THE SARACHEK LAW FIRM**<br>Joseph E. Sarachek (*pro hac vi*ce)<br>101 Park Avenue, 27th Floor<br>New York, NY 10178<br>Tel: (212) 808-7881<br>Fax: (646) 861-4950<br>Email: joe@sarachaklawfirm.com | -and-<br><br>**KLEE, TUCHIN, BOGDANOFF & STERN LLP**<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067 |
| **BLOOD HURST & O'REARDON, LLP**<br>Timothy G. Blood (*pro hac vi*ce)<br>Craig W. Straub (*pro hac vice*)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: (619) 338-1100<br>Fax: (619) 338-1101<br>Email: tblood@bholaw.com | *Counsel to the Appellees* |
| *Counsel for the Appellants* | |

IT IS SO ORDERED this \_\_\_\_\_ day of December, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Leonard P. Stark

{00024716. }