**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 22, 2019, AT 10:00 A.M. (ET)**

**ADJOURNED/RESOLVED MATTERS**

1. Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 890, 4/3/18]

   Objection Deadline: In accordance with the agreed scheduling order [D.I. 1818], briefing deadlines and all discovery matters, will be addressed (if necessary) following the Court's ruling on the Debtors' objection to Contrarian's claim.

   Related Documents:

   A. Agreed Scheduling Order Regarding Contrarian's Note Motion and the Debtors' Claim Objection, and Order on Motion to Shorten and Motion to Quash [D.I. 1818, 5/17/18]

   B. Statement of Argo Partners Regarding (I) Debtors' Objection to Proof of Claim 1216; (II) Contrarian Funds LLC's Response Thereto; and (III) Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes against the Debtors [D.I. 1926, 6/4/18]

   Objections Filed: None as of the filing of this Agenda

   Status: This matter is adjourned to a date and time to be determined.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

2. Motion of Patricia and Kent Fletcher, Sheldon Goldman, Jon Greenleaf, Jonathan W. and Barbara K. Greenleaf as Trustees of the Greenleaf Family Trust, John L. and Betty L. Dunn Family Trust, Ken Paddock Family Trust, Patricia and Donald Krahn, Elizabeth Judy Mannenberg-Goldman and Alice Oldham, Alla Sorsher, and Charles Daryl Whitledge for Authority to File Late Proofs of Claim [D.I. 2933, 11/5/18]

   Objection Deadline:   November 19, 2018, at 4:00 p.m. (ET), extended to January 8, 2019

   Related Document:

   A.   Notice of Withdrawal [D.I. 3213, 12/19/18]

   Objections Filed:   None

   Status: This matter has been withdrawn.

3. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with David Goldman [D.I. 3123, 12/4/18]

   Objection Deadline:   December 18, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A.   Certificate of No Objection [D.I. 3225, 12/21/18]

   B.   Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with David Goldman [D.I. 3232, 12/26/18]

   Objections Filed:   None

   Status: An order has been entered.  No hearing is required.

4. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of Lot R-79 Eppley Dr., Aspen, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3137, 12/6/18]

   Objection Deadline:   December 20, 2018, at 4:00 p.m. (ET)

   Related Documents:

   A.   Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell Lot R-79 Eppley Dr., Aspen, Colorado Property [D.I 3138, 12/6/18]

   B. Certificate of No Objection [D.I. 3226, 12/21/18]

C. Order (I) Authorizing the Sale of Lot R-79 Eppley Dr., Aspen, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3233, 12/26/18]

Objections Filed: None

Status: An order has been entered. No hearing is required.

5. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 714 N. Oakhurst Drive, Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3146, 12/10/18]

Objection Deadline: December 26, 2018, at 4:00 p.m. (ET)

Related Documents:

A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 714 N. Oakhurst Drive, Beverly Hills, California Property [D.I. 3147, 12/10/18]

B. Certificate of No Objection [D.I. 3245, 12/27/18]

C. Order (I) Authorizing the Sale of 714 N. Oakhurst Drive, Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3254, 1/2/19]

Objections Filed: None

Status: An order has been entered. No hearing is required.

6. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Bellflower Funding, LLC and 50 West Owners Corp. and AKAM Associates, Inc. [D.I. 3184, 12/17/18]

Objection Deadline: December 31, 2018, at 4:00 p.m. (ET)

Objections Filed: None

Related Documents:

    A.    Declaration of Bradley D. Sharp in Support of the Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Bellflower Funding, LLC and 50 West Owners Corp. and AKAM Associates, Inc. [D.I. 3185, 12/17/18]

    B.    Certificate of No Objection [D.I. 3263, 1/3/19]

    C.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Bellflower Funding, LLC and 50 West Owners Corp. and AKAM Associates, Inc. [D.I. 3273, 1/4/19]

Status: An order has been entered. No hearing is required.

7. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Claude G. Cossu [D.I. 3187, Adv. D.I. 14, 12/17/18]

Objection Deadline:  December 31, 2018, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 3264, Adv. D.I. 15, 1/3/19]

    B.    Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Claude G. Cossu [D.I. 3274, Adv. D.I. 16, 1/4/19]

Objections Filed:  None.

Status: An order has been entered. No hearing is required.

8. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 711 Walden Dr., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3203, 12/19/18]

Objection Deadline:  January 2, 2019, at 4:00 p.m. (ET)

Related Document:

    A.    Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 711 Walden Dr., Beverly Hills, California Property [D.I. 3204, 12/19/18]

      B.      Certificate of No Objection [D.I. 3265, 1/3/19]

      C.      Order (I) Authorizing the Sale of 711 Walden Dr., Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3275, 1/4/19]

Objections Filed:    None

Status: An order has been entered. No hearing is required.

9. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Jerry Raines, Donna Lynn Barnard, and Stonelion Insurance & Financial Services, LLC [D.I. 3211, Adv. D.I. 5, 12/19/18]

Objection Deadline:    January 2, 2019, at 4:00 p.m. (ET)

Related Documents:

      A.      Certificate of No Objection [D.I. 3266, Adv. D.I. 6, 1/3/19]

      B.      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Jerry Raines, Donna Lynn Barnard, and Stonelion Insurance & Financial Services, LLC [D.I. 3276, Adv. D.I. 7, 1/4/19]

Objections Filed:    None.

Status: An order has been entered. No hearing is required.

10. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Lonnie H. Correll [D.I. 3217, Adv. D.I. 10, 12/20/18]

Objection Deadline:    January 3, 2019, at 4:00 p.m. (ET)

Related Documents:

      A.      Certificate of No Objection [D.I. 3278, Adv. D.I. 11, 1/4/19]

      B.      Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with Lonnie H. Correll [D.I. 3302, Adv. D.I. 12, 1/11/19]

Objections Filed:    None

Status: An order has been entered.  No hearing is required.

11. Debtors' Fourth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 3219, 12/21/18]

    Objection Deadline:    January 4, 2019, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 3283, 1/7/19]

    B. Fourth Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 3303, 1/11/19]

    Objections Filed:    None

    Status: An order has been entered.  No hearing is required.

12. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 34 Mariposa, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3237, 12/27/18]

    Objection Deadline:    January 10, 2019, at 4:00 p.m. (ET)

    Related Document:

    A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 34 Mariposa, Carbondale, Colorado Property [D.I. 3238, 12/27/18]

    B. Certificate of No Objection [D.I. 3300, 1/11/19]

    C. Order (I) Authorizing the Sale of 34 Mariposa, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3304, 1/14/19]

    Objections Filed:    None

    Status: An order has been entered.  No hearing is required.

13. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 1118 Tower Road, Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens,

       Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3239, 12/27/18]

Objection Deadline: January 10, 2019, at 4:00 p.m. (ET)

Related Document:

A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 1118 Tower Road, Beverly Hills, California Property [D.I. 3240, 12/27/18]

B. Certificate of No Objection [D.I. 3301, 1/11/19]

C. Order (I) Authorizing the Sale of 1118 Tower Road, Beverly Hills, California Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3305, 1/14/19]

Objections Filed: None

Status: An order has been entered. No hearing is required.

14. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume an Unexpired Lease of Non-Residential Real Property for the Debtors' Corporate Headquarters Located in Sherman Oaks, California [D.I. 3246, 12/28/18]

Objection Deadline: January 11, 2019, at 4:00 p.m. (ET)

Related Document:

A. Certification of Counsel [D.I. 3319, 1/15/19]

B. Order Authorizing the Debtors to Assume an Unexpired Lease of Non-Residential Real Property for the Debtors' Corporate Headquarters Located in Sherman Oaks, California [D.I. 3326, 1/16/19]

Objections Filed:

C. Informal response of 14140 Investments, LTD.

Status: An order has been entered. No hearing is required.

15. Debtors' Motion for Entry of an Order (I) Authorizing the Sale of 416 and 424 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of

Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3247, 12/28/18]

Objection Deadline: January 11, 2019, at 4:00 p.m. (ET)

Related Document:

A. Declaration of Bradley D. Sharp in Support of Debtors' Motion to Sell 416 and 424 Crystal Canyon Drive, Carbondale, Colorado Property [D.I. 3248, 12/28/18]

B. Certificate of No Objection [D.I. 3317, 1/15/19]

C. Order (I) Authorizing the Sale of 416 and 424 Crystal Canyon Drive, Carbondale, Colorado Property Owned by the Debtors Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Approving the Related Purchase Agreement; and (III) Granting Related Relief [D.I. 3322, 1/16/19]

Objections Filed: None

Status: An order has been entered. No hearing is required.

16. Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Woodbridge Structured Funding, LLC and Warren Lex LLP [D.I. 3250, 12/28/18]

Objection Deadline: January 11, 2019, at 4:00 p.m. (ET)

Related Document:

A. Declaration of Bradley D. Sharp in Support of Debtors' Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Woodbridge Structured Funding, LLC and Warren Lex LLP [D.I. 3251, 12/28/18]

B. Certificate of No Objection [D.I. 3318, 1/15/19]

C. Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Approving the Settlement Agreement by and between Debtor Woodbridge Structured Funding, LLC and Warren Lex LLP [D.I. 3324, 1/16/19]

Objections Filed: None

Status: An order has been entered.  No hearing is required.

**FEE APPLICATIONS**

17. Third Interim Fee Applications

    Related Documents:

    A. See Schedule 1, attached

    B. Certification of Counsel Regarding Omnibus Order Approving Third Interim Fee Applications of the Debtors' Professionals [D.I. 3323, 1/16/19]

    Objections Filed:     None

    Status: A certification of counsel has been filed with respect to the fees and expenses of the Debtors' Professionals.  This matter is going forward.

**PRETRIAL CONFERENCES**

18. Initial Scheduling Conferences (the "Broker Adversaries" and the "Class 6 Claimants Adversaries")

    Status: With respect to the Broker Adversaries and Class 6 Claimants Adversaries set forth on **Exhibit A** hereto, these matters are adjourned until the next scheduled omnibus hearing date.  One of the adversary proceedings listed on **Exhibit A** has been settled in principle, subject to definitive documentation.  The Debtors anticipate filing a motion for approval of such settlement shortly.  With respect to the Broker Adversaries and Class 6 Claimants Adversaries set forth on **Exhibit B** hereto, these matters are resolved or a judgment has been entered.

Dated: January 17, 2019
Wilmington, Delaware

*/s/ Ian J. Bambrick*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Betsy L. Feldman (No. 6410)
1000 North King Street
Wilmington, Delaware 19801
Tel: (302) 571-6600
Fax: (302) 571-1253

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Tel: (310) 407-4000
Fax: (310) 407-9090

*Counsel for the Debtors and*
*Debtors in Possession*

**EXHIBIT A**

| **BROKER ADVERSARIES** | |
|---|---|
| Albert D. Klager, Providence Trust Group, LLC FBO Albert D. Klager Roth IRA; Atlantic Insurance & Financial Services, Inc. [No Answer] | 18-50812 |
| Andrew Costa; Costa Financial Insurance Services Corp.; Providence Trust Group FBO Andrew Costa IRA [Answer Received] | 18-50816 |
| Jeffrey L. Wendel, Providence Trust Group, LLC FBO Jeffrey L. Wendel, IRA; JJC, Inc. FBO Retirement Plan FBO Jeffrey Wendel; Jodi M. Wendel [Answer Received] | 18-50818 |
| Richard R. Fritts; Sunwest Trust as Custodian for Richard R. Fritts IRA [Answer Received] | 18-50824 |
| **CLASS 6 CLAIMANT ADVERSARIES** | |
| Consuelo B. Montoya and John Montoya [No Answer] | 18-50943 |
| Timothy J. Spain [No Answer] | 18-50946 |
| Vickie J. Stelzer-Grav [No Answer] | 18-50948 |
| Barry Teller and Kristine Teller [No Answer] | 18-50949 |

# EXHIBIT B

| **BROKER ADVERSARIES** | |
|---|---|
| Brett Barber | 18-50813 |
| Christopher T. Wendel Enterprises, LLC [Default Judgment Entered] | 18-50814 |
| Claude G. Cossu | 18-50815 |
| Donald G. Durr | 18-50817 |
| JMI Associates, LLC | 18-50819 |
| Joseph G. Thomas | 18-50820 |
| Kimberly R. Tavares [Default Judgment Motion Pending] | 18-50821 |
| Lonnie H. Correll | 18-50822 |
| Melanie D. Eslava | 18-50823 |
| Jerry Raines, Donna Lynn Barnard, Stonelion Insurance & Financial Services LLC | 18-50825 |
| Randy W. Burke | 18-50826 |
| Ronald A. Roberts | 18-50827 |
| Starlight Starbright, LLC | 18-50828 |
| William M. Harrison, Jr., William M. Harrison and Judith Harrison Living Trust | 18-50829 |
| **CLASS 6 CLAIMANTS ADVERSARIES** | |
| Robert K. Ash Revocable Living Trust | 18-50934 |
| Joanne Cox | 18-50935 |
| Judith C. Doyle Living Trust Dated 7-31-2009 | 18-50936 |
| Alan Gordon and Marlene Gordon | 18-50937 |
| Robert W. Henrich | 18-50938 |

| | |
|---|---|
| Provident Trust Group, LLC FBO Donald W. Lennartz IRA | 18-50939 |
| Mainstar Trust, Custodian FBO Elizabeth Judy Mannaberg-Goldman #12175405 | 18-50940 |
| Robert Mastroberte and Beverly Mastroberte | 18-50941 |
| Joy Miller | 18-50942 |
| Evelyn and Carl Newmark Trust | 18-50944 |
| Morris Scheiner and Sylvia Scheiner | 18-50945 |
| Wayne Stebner and Sandra K. Stebner | 18-50947 |
| John A. Tourney | 18-50950 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
|---|---|

**SCHEDULE 1**
**FEE APPLICATION INDEX**
**<u>THIRD INTERIM FEE REQUEST</u>**

A. Third Interim Fee Application of Klee, Tuchin, Bogdanoff & Stern LLP Counsel to the Debtors for the Period June 1, 2018, Through and Including August 31, 2018 [D.I. 2787, 10/15/18]

1. Fifth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2216, 7/20/18]

2. Certificate of No Objection [D.I. 2317, 8/10/18]

3. Sixth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2336, 8/14/18]

4. Certificate of No Objection [D.I. 2508, 9/6/18]

5. Seventh Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2622, 9/18/18]

6. Certificate of No Objection [D.I. 2761, 10/10/18]

7. Supplement to Third Interim Fee Application of Klee, Tuchin, Bogdanoff & Stern LLP [D.I. 2788, 10/15/18]

B. Third Interim Fee Application of Young Conaway Stargatt & Taylor, LLP to the Debtors for the Period June 1, 2018, Through and Including August 31, 2018 [D.I. 2787, 10/15/18]

1. Seventh Monthly Application for the Period June 1, 2018, through June 30, 2018, [D.I. 2176, 7/16/18]

2. Certificate of No Objection [D.I. 2305, 8/7/18]

    3. Eighth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2417, 8/24/18]

    4. Certificate of No Objection [D.I. 2685, 9/28/18]

    5. Ninth Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2640, 9/20/18]

    6. Certificate of No Objection [D.I. 2769, 10/11/18]

    7. Supplement to Third Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 2789, 10/15/18]

C. Third Interim Fee Application of Homer Bonner Jacobs, P.A., as Counsel to the Debtors for the Period June 1, 2018, Through and Including August 31, 2018 [D.I. 2787, 10/15/18]

    1. Sixth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2351, 8/16/18]

    2. Certificate of No Objection [D.I. 2512, 9/6/18]

    3. Seventh Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2469, 8/31/18]

    4. Certificate of No Objection [D.I. 2648, 9/21/18]

    5. Eighth Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2712, 10/2/18]

    6. Certificate of No Objection [D.I. 2865, 10/23/18]

    7. Supplement to Third Interim Fee Application of Homer Bonner Jacobs, P.A. [D.I. 2790, 10/15/18]

D. Third Interim Fee Application of Province, Inc., Financial Advisors to the Debtors, for the Period June 1, 2018, Through and Including August 31, 2018 [D.I. 2787, 10/15/18]

    1. Fifth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2241, 7/26/18]

    2. Certificate of No Objection [D.I. 2363, 8/16/18]

    3. Sixth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2505, 9/4/18]

    4. Certificate of No Objection [D.I. 2687, 9/28/18]

5. Seventh Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2674, 9/26/18]

6. Certificate of No Objection [D.I. 2810, 10/17/18]

E. Third Interim Fee Application of Garden City Group, LLC for the Period May 1, 2018, Through and Including August 30, 2018 [D.I. 2787, 10/15/18]

1. Fifth Monthly Application for the Period May 1, 2018, through June 30, 2018 [D.I. 2244, 7/27/18]

2. Certificate of No Objection [D.I. 2509, 9/6/18]

3. Sixth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2713, 10/2/18]

4. Certificate of No Objection [D.I. 2866, 10/23/18]

F. Second Interim Fee Application of Berkeley Research Group, LLC for the Period June 1, 2018, through August 31, 2018 [D.I. 2787, 10/15/18]

1. Fourth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2175, 7/16/18]

2. Certificate of No Objection [D.I. 2304, 8/7/18]

3. Fifth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2333, 8/14/18]

4. Certificate of No Objection [D.I. 2517, 9/16/18

5. Sixth Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2582, 9/14/18]

6. Certificate of No Objection [D.I. 2746, 10/5/18]

G. Third Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2018, Through August 31, 2018, 2018 [D.I. 2777, 10/12/18]

1. Seventh Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2302, 8/7/18]

  2. Certificate of No Objection [D.I. 2444, 8/29/18]

  3. Eighth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2410, 8/23//18]

  4. Certificate of No Objection [D.I. 2579, 9/14/18]

  5. Ninth Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2724, 10/3/18]

  6. Certificate of No Objection [D.I. 2894, 10/26/18]

H. Third Quarterly Application for Compensation and Reimbursement of Expenses of Berger Singerman LLP as Special Counsel to the Official Committee of Unsecured Creditors for the Period From June 1, 2018, Through August 31, 2018 [D.I. 2782, 10/15/18]

  1. Sixth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2276, 8/2/18]

  2. Certificate of No Objection [D.I. 2444, 8/29/18]

  3. Seventh Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2409, 8/23/18]

  4. Certificate of No Objection [D.I. 2578, 9/14/18]

  5. Eighth Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2675, 9/26/18]

  6. Certificate of No Objection [D.I. 2807, 10/1/18]

I. Third Interim Application of FTI Consulting, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period June 1, 2018, Through August 31, 2018 [D.I. 2773, 10/11/18]

  1. Seventh Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I 2282, 8/3/18]

  2. Certificate of No Objection [D.I. 2418, 8/24/18]

  3. Eighth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2491, 9/4/18]

4. Certificate of No Objection [D.I. 2695, 10/1/18]

5. Ninth Monthly Application for the Period August 1, 2018, through August 31, 2018, [D.I. 2758, 10/10/18]

6. Certificate of No Objection [D.I. 2922, 10/31/18]

J. Third Interim Fee Request of Venable LLP Counsel for the Official Ad Hoc Committee of Unitholders for the Period June 1, 2018, Through August 31, 2018 [D.I. 2874, 10/24/18]

1. Fifth Monthly Application for the Period June 1, 2018, through June 30, 2018 [D.I. 2204, 7/19/18]

2. Certificate of No Objection [D.I. 2331, 8/14/18]

3. Sixth Monthly Application for the Period July 1, 2018, through July 31, 2018 [D.I. 2375, 8/20/18]

4. Certificate of No Objection [D.I. 2672, 9/26/18]

5. Seventh Monthly Application for the Period August 1, 2018, through August 31, 2018 [D.I. 2700, 10/1/18]

6. Certificate of No Objection [D.I. 2872, 10/24/18]

7. Supplement to Third Interim Fee Application of Venable LLP [D.I. 2875, 10/24/18]

K. Fee Examiner's Consolidated Final Report Regarding Third Interim Quarterly Fee Requests of (I) Homer Bonner Jacobs, P.A.; (II) Garden City Group, LLC; (III) Province, Inc.; (IV) Berger Singerman LLP; and (V) Venable LLP [D.I. 3139, 12/7/18]

L. Fee Examiner's Final Report Regarding Third Interim Quarterly Fee Request of Pachulski Stang Ziehl & Jones LLP [D.I. 3171, 12/17/18]

M. Fee Examiner's Consolidated Final Report Regarding (I) Third Interim Quarterly Fee Requests (A) Klee, Tuchin, Bogdanoff & Stern LLP; (B) Young Conaway Stargatt & Taylor, LLP; and (C) FTI Consulting, Inc., and (II) Second Interim Quarterly Fee Request of Berkeley Research Group, LLC [D.I. 3285, 1/8/19]