IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**WOODBRIDGE GROUP OF COMPANIES, LLC**, *et al.*[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 17-12560 (KJC)<br>)<br>) Jointly Administered<br>)<br>) **Objection Deadline: February 25, 2019 at 4:00 p.m. (Eastern Time)**<br>) **Hearing Date: To be determined if necessary.** |

**FOURTH INTERIM FEE APPLICATION OF FTI CONSULTING, INC.,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD SEPTEMBER 1, 2018 THROUGH NOVEMBER 30, 2018**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | January 18, 2018 (Effective December 14, 2017) |
| Period for which compensation and reimbursement are sought: | September 1, 2018 through November 30, 2018 |
| Amount of compensation sought as actual, reasonable, and necessary: | $160,346.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $159.76 |

This is a(n):  ___ monthly   _X_ interim   ___ final application.

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14225 Ventura Boulevard #100, Sherman Oaks, California 91423. The complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses may be obtained on the website of the noticing and claims agent at www.gardencitygroup.com/cases/WGC.

## SUMMARY OF MONTHLY FEE APPLICATIONS FILED
## DURING THE APPLICATION PERIOD
## SEPTEMBER 1, 2018 – NOVEMBER 30, 2018

| Date Filed | Docket No. | Period Covered | Requested | | Approved | | Holdback |
| | | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fees [20%] |
|---|---|---|---|---|---|---|---|
| 11/5/18 | 2929 | 9/1/18– 9/30/18 | $78,364.50 | $54.76 | $62,691.60 | $54.76 | $15,672.90 |
| 12/4/18 | 3120 | 10/1/18– 10/31/18 | $52,334.00 | $105.00 | $41,867.20 | $105.00 | $10,466.80 |
| 12/27/18 | 3236 | 11/1/18– 11/30/18 | $29,648.00 | $0.00 | Pending | Pending | Pending |
| | | TOTAL | $160,346.50 | $159.76 | $104,558.80 | $159.76 | $26,139.70 |

## COMPENSATION BY TIMEKEEPER

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gotthardt, Gregory | Senior Managing Director | 750 | 66.1 | $49,575.00 |
| Nelson, Cynthia | Senior Managing Director | 1,020 | 27.7 | 28,254.00 |
| Kaptain, Mary Ann | Managing Director | 815 | 22.4 | 18,256.00 |
| Peterson, Stephen | Senior Director | 550 | 30.3 | 16,665.00 |
| Chin, Paul | Director | 685 | 1.2 | 822.00 |
| Khazary, Sam | Director | 770 | 47.9 | 36883 |
| Altuzarra, Charles | Consultant | 380 | 28.3 | 10,754.00 |
| **SUBTOTAL** | | | **223.9** | **161,209.00** |
| Less: 50% discount for non-working travel time | | | | (862.50) |
| **GRAND TOTAL** | | | **223.9** | **$ 160,346.50** |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 6.4 | $4,995.00 |
| 2 | Cash & Liquidity Analysis | 10.9 | 8,232.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 44.9 | 36,148.00 |
| 4 | Trade Vendor Issues | 0.4 | 326.00 |
| 5 | Real Estate Issues | 38.8 | 26,574.00 |
| 6 | Asset Sales | 49.4 | 32,397.50 |
| 16 | POR & DS - Analysis, Negotiation and Formulation | 5.2 | 4,812.00 |
| 19 | Case Management | 1.9 | 1,938.00 |
| 20 | General Meetings with Debtors & Debtors' Professionals | 10.5 | 8,632.50 |
| 21 | General Meetings with Committee & Committee Counsel | 29.9 | 24,937.00 |
| 24 | Preparation of Fee Application | 23.3 | 10,492.00 |
| 25 | Non Working Travel Time | 2.3 | 1,725.00 |
| | **SUBTOTAL** | **223.9** | **161,209.00** |
| | Less: 50% discount for non-working travel time | | (862.50) |
| | **GRAND TOTAL** | **223.9** | **$160,346.50** |

## EXPENSE SUMMARY

| Expense Type | Amount |
|---|---|
| Transportation | $17.50 |
| Working Meals | 142.26 |
| **GRAND TOTAL** | **$159.76** |

**VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Cynthia Nelson, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in these Chapter 11 cases.

2. I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct, to the best of my information, knowledge, and belief.

Executed on: January 18, 2019

FTI CONSULTING, INC

By: /s/ Cynthia A. Nelson
Cynthia A. Nelson
633 West 5th Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213-452-6026
E-mail: cynthia.nelson@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
Woodbridge Group of Companies, LLC, *et al.*