# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | : Case No. 17-12560 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Daniel K. Astin, Joseph J. McMahon, Jr. and the firm of Ciardi Ciardi and Astin as counsel for Andrew D. Washor and Nancy E. Washor ("the Washors") in the above-captioned matter, and

**PLEASE ENTER** the appearance of John D. McLaughlin, Jr. and McLaughlin Law Office LLC as counsel for the Washors in the above-captioned matter.

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

                        **MCLAUGHLIN LAW OFFICE LLC**

*/s/ John D. McLaughlin, Jr.*

―――――――――――――――――――
John D. McLaughlin, Jr. (No. 4123)
1204 North King Street
Wilmington, DE 19801
Tel. (302) 300-4252
Fax. (302) 300-4253
jack@mclaughlincounsel.com

Dated: July 26, 2019