# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | : Case No. 17-12560 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Daniel K. Astin, Joseph J. McMahon, Jr. and the firm of Ciardi Ciardi and Astin as counsel for Roland David Dears and Nora Gomez-Dears ("the Dears") in the above-captioned matter, and

**PLEASE ENTER** the appearance of John D. McLaughlin, Jr. and McLaughlin Law Office LLC as counsel for the Dears in the above-captioned matter.

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*

Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

                          **MCLAUGHLIN LAW OFFICE LLC**

                          */s/ John D. McLaughlin, Jr.*
                          _____
                          John D. McLaughlin, Jr. (No. 4123)
                          1204 North King Street
                          Wilmington, DE 19801
                          Tel. (302) 300-4252
                          Fax. (302) 300-4253
                          jack@mclaughlincounsel.com

Dated: July 26, 2019