# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*., | : Case No. 17-12560 (BLS) |
| | : |
| | : Jointly Administered |
| Debtors. | |

## SUBSTITUTION OF COUNSEL

**PLEASE WITHDRAW** the appearance of Daniel K. Astin, Joseph J. McMahon, Jr. and the firm of Ciardi Ciardi and Astin as counsel for Alice M. Morgan ("Morgan") in the above-captioned matter, and

**PLEASE ENTER** the appearance of John D. McLaughlin, Jr. and McLaughlin Law Office LLC as counsel for Morgan in the above-captioned matter.

**CIARDI CIARDI & ASTIN**

*/s/ Joseph J. McMahon, Jr.*
_____
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 North King Street
Wilmington, DE 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
jmcmahon@ciardilaw.com

                        **MCLAUGHLIN LAW OFFICE LLC**

*/s/ John D. McLaughlin, Jr.*

_____
John D. McLaughlin, Jr. (No. 4123)
1204 North King Street
Wilmington, DE 19801
Tel. (302) 300-4252
Fax. (302) 300-4253
jack@mclaughlincounsel.com

Dated: July 27, 2019