### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

| | |
|---|---|
| WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| vs. | |
| AARON R. ANDREW; PARAMOUNT FINANCIAL SERVICES, INC., D/B/A LIVE ABUNDANT, | Adv. Proc. Case No. 19-50186 (BLS) |
| DAVID N. KNUTH; PROVIDENT TRUST GROUP FBO DAVID N. KNUTH; SYNERGY INVESTMENT SERVICES, LLC; ALAN H. NEW, | Adv. Proc. Case No. 19-50187 (BLS) |
| Defendants. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### JULY 31, 2019 AT 9:30 A.M. (PREVAILING EASTERN TIME)[2]

**The hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.**

## ADJOURNED/RESOLVED MATTERS:

1.    Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors [Filed 4/3/18] (Docket No. 890)

      Response Deadline: In accordance with the agreed scheduling order [Docket No. 1818],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Any party participating telephonically should make arrangements through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.

briefing deadlines and all discovery matters will be addressed (if necessary) following the Court's ruling on the Debtors' objection to Contrarian's claim.

<u>Responses Received</u>: None at this time.

<u>Related Documents</u>:

    A.  Agreed Scheduling Order Regarding Contrarian's Note Motion and the Debtors' Claim Objection, and Order on Motion to Shorten and Motion to Quash [Filed 5/17/18] (Docket No. 1818)

    B.  Statement of Argo Partners Regarding (I) Debtors' Objection to Proof of Claim 1216; (II) Contrarian Fund LLC's Response Thereto; and (III) Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notices against the Debtors [Filed 6/4/18] (Docket No. 1926)

<u>Status</u>:  This matter is adjourned to a date and time to be determined.

2.    Trust's (I) Objection to Proof of Claim No. 4484 Asserted By Sheila Q. Sax and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3677)

<u>Response Deadline</u>: June 28, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

<u>Related Documents</u>:

    A.  Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 4484 Asserted By Sheila Q. Sax and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3708)

    B.  [Signed] Order (I) Sustaining Trust's Objection to Proof of Claim No. 4484 Asserted By Sheila Q. Sax and (II) Waiving, to the Extent Applicable, Local Rule 3007-1(f)(iii) [Filed 7/11/19] (Docket No. 3717)

<u>Status</u>:  The Court has entered the order on this matter and it is now resolved.

3.    Trust's (I) Objection to Proof of Claim No. 9135 Asserted By Antonino and Marisa D'Eramo, JTWROS and (II) Request For A Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3678)

<u>Response Deadline</u>: June 28, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>: None.

Related Documents:

    A. Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 9135 Asserted By Antonino and Marisa D'Eramo, JTWROS and (II) Request For A Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3709)

    B. [Signed] Order (1) Sustaining Trust's Objection To Proof Of Claim No. 9135 Asserted By Antonio And Marisa D'Eramo, JTWROS And (II) Waiving, To The Extent Applicable, Local Rule 3007-1 (f) (iii) [Filed 7/11/19] (Docket No. 3716)

Status:  The Court has entered the order on this matter and it is now resolved.

4.    Trust's (I) Objection to Proof of Claim No. 8207 Asserted By IRA Resources, Inc. FBO Ella Conrad IRA 35-35139 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3679)

Response Deadline: June 28, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 8207 Asserted By IRA Resources, Inc. FBO Ella Conrad IRA 35-35139 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3710)

    B. [Signed] Order (I) Sustaining Trust's Objection to Proof of Claim No. 8207 Asserted by IRA Resources, Inc. FBO Ella Conrad IRA 35-35139 and (II) Waiving, to the Extent Applicable Local Rule 3007-1(f)(iii) [Filed 7/11/19] (Docket No. 3719)

Status:  The Court has entered the order on this matter and it is now resolved.

5.    Trust's (I) Objection to Proof of Claim No. 4485 Asserted By Sheila Q. Sax Trust and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3680)

Response Deadline: June 28, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A. Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 4485 Asserted By Sheila Q. Sax Trust and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3711)

      B.  [Signed] Order (1) Sustaining Trust's Objection To Proof Of Claim No. 4485 Asserted By Sheila Q. Sax Trust And (II) Waiving, To The Extent Applicable, Local Rule 3007-1 (f)(iii) [Filed 7/11/19] (Docket No. 3718)

Status:  The Court has entered the order on this matter and it is now resolved.

6.     Trust's (I) Objection to Proof of Claim No. 4084 Asserted By Hunter Hines Irrevocable Trust Dated 4/7/1999 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3681)

Response Deadline: June 28, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.  Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 4084 Asserted By Hunter Hines Irrevocable Trust Dated 4/7/1999 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3712)

      B.  [Signed] Order (1) Sustaining Trust's Objection To Proof Of Claim NO. 4084 Asserted By Hunter Hines Irrevocable Trust Dated 4/7/1999 And (II) Waiving, To The Extent Applicable, Local Rule 3007-1 (f)(iii) [Filed 7/11/19] (Docket No. 3720)

Status:  The Court has entered the order on this matter and it is now resolved.

7.     Trust's (I) Objection to Proof of Claim No. 3618 Asserted By Keiber Coa and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 6/14/19] (Docket No. 3682)

Response Deadline: June 28, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

      A.  Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 3618 Asserted By Keiber Coa and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/10/19] (Docket No. 3713)

      B.  [Signed] Order (I) Sustaining Trust's Objection to Proof of Claim No. 3618 Asserted By Keiber Coa and (II) Waiving, to the Extent Applicable Local Rule 3007-1(f)(iii) [Filed 7/11/19] (Docket No. 3715)

Status:  The Court has entered the order on this matter and it is now resolved.

8.    *Woodbridge Liquidation Trust vs. Aaron R. Andrew, Paramount Financial Services, Inc.*; Adv. Proc. No. 19-50186 (BLS) [Filed 3/29/19]

Response Deadline: April 28, 2019, Extended for Defendant to July 31, 2019

Related Documents:

    A.    Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers and for Equitable Subordination [Filed 3/29/19] (Adv. Docket No. 1)

    B.    Summons and Notice of Pretrial Conference [Filed 3/29/19] (Adv. Docket No. 2)

    C.    Notice of Adjournment of Pretrial Conference [Filed 4/18/19] (Adv. Docket No. 5)

    D.    Notice of Rescheduled Pretrial Conference [Filed 4/26/19] (Adv. Docket No. 6)

    E.    Amended Notice of Rescheduled Pretrial Conference [Filed 4/29/19] (Adv. Docket No. 7)

    F.    [Signed] Order Approving Stipulation for Extension of Time [Filed 5/2/19] (Adv. Docket No. 9)

    G.    Answer and Affirmative Defenses of Defendant Aaron R. Andrew [Filed 6/28/19] (Adv. Docket No. 21)

    H.    Answer and Affirmative Defenses of Defendant Paramount Financial Services, Inc. d/b/a Live Abundant [Filed 6/28/19] (adv. Docket No. 22)

    I.    Certification of Counsel Requesting Entry of Agreed Scheduling Order [Filed 7/25/19] (Adv. Docket No. 23)

    J.    [Signed] Agreed Scheduling Order [Filed 7/25/19] (Adv. Docket No. 24)

Status:  The Court has entered an agreed scheduling order on this matter.

9.    *Woodbridge Liquidation Trust vs. David N. Knuth, Provident Trust Group FBO David N. Knuth, Synergy Investment Services, LLC, Alan H. New*; Adv. Proc. No. 19-50187 (BLS)

Response Deadline: April 28, 2019, Extended for Defendant to May 29, 2019

Related Documents:

    A.    Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers and for Equitable Subordination [Filed 3/29/19] (Adv. Docket No. 1)

    B.    Summons and Notice of Pretrial Conference [Filed 3/29/19] (Adv. Docket No. 2)

C. Notice of Adjournment of Pretrial Conference [Filed 4/18/19] (Adv. Docket No. 6)

D. Notice of Rescheduled Pretrial Conference [Filed 4/26/19] (Adv. Docket No. 7)

E. Amended Notice of Rescheduled Pretrial Conference [Filed 4/29/19] (Adv. Docket No. 8)

F. Stipulation Extending Defendants' Deadline to Respond to Plaintiff's Complaint Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers and for Equitable Subordination  [Filed 5/10/19] (Adv. Docket No. 9)

G. Answer, Affirmative Defenses, and Other Defenses to Complaint Objecting to Claims and Counterclaims for Avoiding and Recovery of Avoidable Transfers and for Equitable Subordination [Filed 5/29/19] (Adv. Docket No. 12)

H. Certification of Counsel Requesting Entry of Agreed Scheduling Order [Filed 7/25/19] (Adv. Docket No. 18)

I. [Signed] Agreed Scheduling Order [Filed 7/25/19] (Adv. Docket No. 19)

Status:  The Court has entered an agreed scheduling order on this matter.

## UNCONTESTED MATTERS UNDER CNO:

10. Trust's (I) Objection to Proof of Claim No. 9089 Asserted By IRA Resources Inc. FBO Warren Conrad IRA and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3700)

Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 9089 Asserted By IRA Resources Inc. FBO Warren Conrad IRA and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3726)

Status:  A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.

11. Trust's (I) Objection to Proof of Claim No. 8206 Asserted By IRA Resources Inc. FBO Roger Conrad IRA 35-34790 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3701)

Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A.   Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 8206 Asserted By IRA Resources Inc. FBO Roger Conrad IRA 35-34790 and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3727)

Status: A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.

12.    Trust's (I) Objection to Proof of Claim No. 8158 Asserted By Brad Hiatt and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3702)

Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A.   Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 8158 Asserted By Brad Hiatt and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3728)

Status: A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.

13.    Trust's (I) Objection to Proof of Claim No. 8162 Asserted By Brad Hiatt and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3703)

Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

    A.   Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 8162 Asserted By Brad Hiatt and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3729)

Status: A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court.  No hearing is necessary unless the Court has questions.

14.     Trust's (I) Objection to Proof of Claim No. 4973 Asserted By Connie Lee Duering and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3704)

        Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

        Responses Received: None.
        Related Documents:

                A.      Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 4973 Asserted By Connie Lee Duering and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3730)

        Status:  A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.

15.     Trust's (I) Objection to Proof of Claim No. 7994 Asserted By Warren T. Conrad Revocable Living Trust and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3705)

        Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

        Responses Received: None.

        Related Documents:

                A.      Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 7994 Asserted By Warren T. Conrad Revocable Living Trust and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3731)

        Status:  A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.

16.     Trust's (I) Objection to Proof of Claim No. 8008 Asserted By Roger Conrad and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/1/19] (Docket No. 3706)

        Response Deadline: July 24, 2019 at 4:00 p.m. (ET).

        Responses Received: None.

        Related Documents:

                A.      Certification of No Objection Regarding Trust's (I) Objection to Proof of Claim No. 8008 Asserted By Roger Conrad and (II) Request for a Limited

Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed 7/25/19] (Docket No. 3732)

<u>Status</u>:  A certification of no objection has been filed and counsel requests entry of the proposed form of order entered at the convenience of the Court. No hearing is necessary unless the Court has questions.


Dated:   July 29, 2019              PACHULSKI STANG ZIEHL & JONES LLP
         Wilmington, Delaware

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
       acaine@pszjlaw.com
       bsandler@pszjlaw.com
       crobinson@pszjlaw.com

-and-

KLEE, TUCHIN, BOGDANOFF & STERN LLP
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Tel:    (310) 407-4000
Fax:    (310) 407-9090

*Counsel to the Woodbridge Liquidation Trust*