# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_\_\_** |

**ORDER ON MOTION OF LIQUIDATION TRUST TO CONVERT THE CLAIMS OF IRONBRIDGE ASSET FUND LLC, IRONBRIDGE ASSET FUND 1 LLC AND IRONBRIDGE ASSET FUND 2 LLC INTO <u>ALLOWED CLASS 5 CLAIMS OF THE INDIVIDUAL FUND INVESORS</u>**

  Upon consideration of the motion (the "<u>Motion</u>")[2] of the Liquidation Trust for the entry of an order (i) disallowing the Fund Claims; and (ii) allowing, in lieu of the Fund Claims, the Individual Investor Claims; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the relief requested in the Motion is in the best interest of the Trust and its beneficiaries and all parties in interest; and after due deliberation and good and sufficient cause appearing therefor,

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Fund Claims are hereby disallowed in their entirety.

3. The Individual Investor Claims are hereby deemed Allowed Class 5 Claims (as defined in the Plan), for all purposes under the Plan, in the amounts set forth on **Exhibit C** attached to the Motion.

4. Garden City Group, Inc. is directed to modify the official claims register it maintains to comport with the relief granted by this Order.

5. This Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this Order.

# EXHIBIT B

**Fund Claims to Be Disallowed**

| GCG# | Sched ID Alpha | Scheduled Debtor Name | Creditor Name | Address 1 | City | State | Zip | Total Scheduled Amt |
|---|---|---|---|---|---|---|---|---|
| 1008753 | 1008753 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND LLC | 12117 FM 2244 STE 3-270 | BEE CAVE | TX | 78738 | $ 2,497,000.00 |
| 1008752 | 1008752 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 1 LLC | 12117 FM 2244 STE 3-270 | BEE CAVE | TX | 78738 | 250,000.00 |
| 1016843 | 1016843 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 1 LLC | 12117 FM 2244 STE 3-270 | BEE CAVE | TX | 78738 | 300,000.00 |
| 1016844 | 1016844 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 1 LLC | 12117 FM 2244 STE 3-270 | BEE CAVE | TX | 78738 | 300,000.00 |
| 1016845 | 1016845 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 1 LLC | 12117 FM 2244 STE 3-270 | BEE CAVE | TX | 78738 | 150,000.00 |
| | | | | | | | | 3,497,000.00 |
| 1016846 | 1016846 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 250,000.00 |
| 1016847 | 1016847 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 300,000.00 |
| 1016848 | 1016848 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 125,000.00 |
| 1016849 | 1016849 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 500,000.00 |
| 1016850 | 1016850 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 250,000.00 |
| 1016851 | 1016851 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 300,000.00 |
| 1016852 | 1016852 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 250,000.00 |
| 1002383 | 1002383 | Woodbridge Mortgage Investment Fund 3A, LLC | IRONBRIDGE ASSET FUND 2 LLC | 12117 FM 2244 STE 3-270 | BEE CAVES | TX | 78738 | 900,000.00 |
| | | | | | | | | 2,875,000.00 |

Total Claims $ 6,372,000.00

# EXHIBIT C

**Individual Investor Claims to Be Allowed as Class 5 Claims**

**Woodbridge Liquidation Trust**
**Ironbridge Asset Fund 1 LLC Net Claim Allocation**

| | | |
|---|---|---:|
| Outstanding Unit Principal | [A] | $3,497,000.00 |
| Prepetition Distributions | [B] | 933,409.84 |
| Net Class 5 Claim | [C = A - B] | $2,563,590.16 |

| Ironbridge 1 Investor | Type | Ironbridge 1 Principal [D] | Interest Received from Ironbridge 1 [E] | Net Ironbridge 1 Investment [F = D - E] | Net Allowed Woodbridge Claim [C * F / ∑F] |
|---|---|---:|---:|---:|---:|
| Alder, Rosemary | IRA | 185,500.00 | 28,257.83 | 157,242.17 | 96,710.03 |
| Alder, Rosemary | IRA | 125,500.00 | 19,996.33 | 105,503.67 | 64,888.85 |
| Alder, Rosemary | IRA | 121,500.00 | 18,508.50 | 102,991.50 | 63,343.77 |
| Alder, Rosemary | IRA | 51,000.00 | 7,930.50 | 43,069.50 | 26,489.41 |
| Arnold, Berta | IRA | 155,500.00 | 24,724.50 | 130,775.50 | 80,432.00 |
| Barnes, Barbara | IRA | 156,000.00 | 23,556.00 | 132,444.00 | 81,458.20 |
| Barr, Bobby | IRA | 108,000.00 | 17,460.00 | 90,540.00 | 55,685.61 |
| Bartels, Donna | NQ | 90,000.00 | 15,060.00 | 74,940.00 | 46,091.01 |
| Bartels, Donna | IRA | 34,500.00 | 5,445.25 | 29,054.75 | 17,869.80 |
| Boblick, Cheryl | NQ | 175,000.00 | 29,108.33 | 145,891.67 | 89,729.03 |
| Boblick, Michael | IRA | 111,500.00 | 16,669.25 | 94,830.75 | 58,324.59 |
| Boblick, Michael | IRA | 49,000.00 | 8,093.17 | 40,906.83 | 25,159.29 |
| Bufford, William | NQ | 200,000.00 | 32,966.67 | 167,033.33 | 102,731.98 |
| Bussey, Jeanne | IRA | 19,500.00 | 3,045.25 | 16,454.75 | 10,120.31 |
| Clanton, Sophie | IRA | 141,500.00 | 22,592.83 | 118,907.17 | 73,132.52 |
| Clanton, Sophie | IRA | 34,500.00 | 4,973.75 | 29,526.25 | 18,159.79 |
| Clark, Kathleen | IRA | 51,500.00 | 8,274.33 | 43,225.67 | 26,585.46 |
| Clark, Tom & Kathleen | NQ | 50,000.00 | 8,491.67 | 41,508.33 | 25,529.23 |
| Clark, Tom & Kathleen | NQ | 25,000.00 | 4,158.33 | 20,841.67 | 12,818.43 |
| Croix, Ed Roth | R-IRA | 13,000.00 | 2,071.33 | 10,928.67 | 6,721.55 |
| Droemer, Dan | NQ | 50,000.00 | 7,608.33 | 42,391.67 | 26,072.52 |
| Droemer, Dan Roth | R-IRA | 430,000.00 | 71,093.33 | 358,906.67 | 220,741.52 |
| Feller, Candi | NQ | 25,000.00 | 4,154.17 | 20,845.83 | 12,821.00 |
| Gonzales, Leonard | IRA | 50,500.00 | 7,524.50 | 42,975.50 | 26,431.60 |
| Gonzales, Leonard | IRA | 18,000.00 | 2,925.00 | 15,075.00 | 9,271.71 |
| McCoy, Suzi | NQ | 50,000.00 | 7,608.33 | 42,391.67 | 26,072.52 |
| Miller, Jack | IRA | 144,500.00 | 22,469.75 | 122,030.25 | 75,053.34 |
| Miller, Jack | IRA | 107,000.00 | 17,583.67 | 89,416.33 | 54,994.51 |
| Miller, Jack | IRA | 81,500.00 | 11,328.50 | 70,171.50 | 43,158.19 |
| Mohamed, Aziza | NQ | 13,500.00 | 2,227.50 | 11,272.50 | 6,933.02 |
| Morell, JD | IRA | 43,500.00 | 7,134.00 | 36,366.00 | 22,366.50 |
| Morell, JD | IRA | 20,000.00 | 3,030.00 | 16,970.00 | 10,437.21 |
| Morell, Myra | NQ | 100,000.00 | 15,433.33 | 84,566.67 | 52,011.78 |
| Morell, Myra | NQ | 100,000.00 | 17,400.00 | 82,600.00 | 50,802.20 |
| Morell, Myra | NQ | 60,000.00 | 8,680.00 | 51,320.00 | 31,563.79 |
| Morell, Myra | IRA | 45,000.00 | 7,380.00 | 37,620.00 | 23,137.76 |
| Mulrow, Cindy | IRA | 208,000.00 | 31,338.67 | 176,661.33 | 108,653.57 |
| Mulrow, Cindy | IRA | 12,000.00 | 1,648.00 | 10,352.00 | 6,366.88 |
| Pittsenbargar, Joyce | IRA | 25,000.00 | 4,062.50 | 20,937.50 | 12,877.37 |
| Plano, LInda | IRA | 304,000.00 | 47,981.33 | 256,018.67 | 157,461.41 |

| Ironbridge 1 Investor | Type | Ironbridge 1 Principal [D] | Interest Received from Ironbridge 1 [E] | Net Ironbridge 1 Investment [F = D - E] | Net Allowed Woodbridge Claim [C * F / ∑F] |
|---|---|---|---|---|---|
| Plano, LInda | NQ | 300,000.00 | 47,750.00 | 252,250.00 | 155,143.53 |
| Plano, Linda | IRA | 135,000.00 | 22,635.00 | 112,365.00 | 69,108.83 |
| Plano, LInda | NQ | 105,000.00 | 15,400.00 | 89,600.00 | 55,107.47 |
| Plano, LInda | NQ | 95,000.00 | 13,632.50 | 81,367.50 | 50,044.17 |
| Rapp, Ken | NQ | 25,000.00 | 3,204.17 | 21,795.83 | 13,405.28 |
| Reinsch, Donna | NQ | 40,000.00 | 5,700.00 | 34,300.00 | 21,095.83 |
| Reinsch, Donna | NQ | 10,000.00 | 1,698.33 | 8,301.67 | 5,105.85 |
| Romero, Ramon | IRA | 52,500.00 | 8,566.25 | 43,933.75 | 27,020.96 |
| Sample, Bill | IRA | 53,000.00 | 8,321.00 | 44,679.00 | 27,479.32 |
| Strickland, Dan Roth0161 | R-IRA | 57,000.00 | 9,481.00 | 47,519.00 | 29,226.03 |
| Vail, Garry | IRA | 7,000.00 | 1,142.17 | 5,857.83 | 3,602.79 |
| Williams, Eleanor | NQ | 100,000.00 | 15,000.00 | 85,000.00 | 52,278.30 |
| Williams, Eleanor | NQ | 100,000.00 | 15,216.67 | 84,783.33 | 52,145.04 |
| Williams, Eleanor | NQ | 60,000.00 | 9,890.00 | 50,110.00 | 30,819.59 |
| Williams, Eleanor | NQ | 25,000.00 | 4,191.67 | 20,808.33 | 12,797.93 |
| Totals | | $4,950,000.00 | $781,823.50 | $4,168,176.50 | $2,563,590.18 |

**Woodbridge Liquidation Trust**
**Ironbridge Asset Fund 2 LLC Net Claim Allocation**

| | | | |
|---|---|---|---|
| Outstanding Unit Principal | [A] | $2,875,000.00 | |
| Prepetition Distributions | [B] | 463,222.13 | |
| Net Class 5 Claim | [C = A - B] | $2,411,777.87 | |

| Ironbridge 2 Investor | Type | Ironbridge 2 Principal [D] | Interest Received from Ironbridge 2 [E] | Net Ironbridge 2 Investment [F = D - E] | Net Allowed Woodbridge Claim [C * F / ∑F] |
|---|---|---|---|---|---|
| Alder, Rosemary | IRA | 60,000.00 | 6,870.00 | 53,130.00 | 33,539.11 |
| Barr, Gladis | IRA | 25,000.00 | 3,233.33 | 21,766.67 | 13,740.53 |
| Boblick, Michael | IRA | 75,000.00 | 9,750.00 | 65,250.00 | 41,190.04 |
| Bussey, Jeanne | IRA | 95,000.00 | 9,721.67 | 85,278.33 | 53,833.22 |
| Bussey, Jeanne | IRA | 75,000.00 | 8,712.50 | 66,287.50 | 41,844.98 |
| Croix, Alma | IRA | 25,000.00 | 2,433.33 | 22,566.67 | 14,245.55 |
| Croix, Ed ira | IRA | 95,000.00 | 9,484.17 | 85,515.83 | 53,983.15 |
| Croix, Ed Roth | R-IRA | 70,000.00 | 9,053.33 | 60,946.67 | 38,473.50 |
| Danner, Evelyn | IRA | 50,000.00 | 5,558.33 | 44,441.67 | 28,054.47 |
| Droemer, Dan Roth | R-IRA | 13,000.00 | 1,690.00 | 11,310.00 | 7,139.61 |
| Dromer, Daniel IRA | IRA | 213,500.00 | 20,780.67 | 192,719.33 | 121,656.96 |
| Ealy, Barbara | IRA | 55,000.00 | 6,224.17 | 48,775.83 | 30,790.48 |
| Ealy, Barbara | IRA | 40,000.00 | 4,800.00 | 35,200.00 | 22,220.53 |
| Feller, Candi | IRA | 75,000.00 | 7,987.50 | 67,012.50 | 42,302.64 |
| Feller, Candi | NQ | 26,000.00 | 2,942.33 | 23,057.67 | 14,555.50 |
| Gonzales, Leo | IRA | 125,000.00 | 11,833.33 | 113,166.67 | 71,438.15 |
| Husted, Michael | IRA | 93,500.00 | 11,890.08 | 81,609.92 | 51,517.48 |
| Miller, Jack | IRA | 75,000.00 | 8,012.50 | 66,987.50 | 42,286.86 |
| Miller, Sandra Roth | R-IRA | 36,000.00 | 4,074.00 | 31,926.00 | 20,153.77 |
| Mohamed, Aziza | NQ | 250,000.00 | 32,333.33 | 217,666.67 | 137,405.34 |
| Mohamed, Aziza | NQ | 95,000.00 | 13,284.17 | 81,715.83 | 51,584.34 |
| Morell, Myra | NQ | 275,000.00 | 28,370.83 | 246,629.17 | 155,688.35 |
| Morell, Myra | NQ | 160,000.00 | 21,600.00 | 138,400.00 | 87,367.07 |
| Morell, Myra | IRA | 35,000.00 | 4,970.00 | 30,030.00 | 18,956.89 |
| Mulrow, Cindy | IRA | 406,000.00 | 52,780.00 | 353,220.00 | 222,975.41 |
| Ohlinger, Barbara | IRA | 45,000.00 | 5,692.50 | 39,307.50 | 24,813.45 |
| Ohlinger, Barbara | NQ | 45,000.00 | 5,820.00 | 39,180.00 | 24,732.96 |
| Plano, Linda | IRA | 135,000.00 | 16,875.00 | 118,125.00 | 74,568.18 |
| Plano, Linda | IRA | 105,000.00 | 10,867.50 | 94,132.50 | 59,422.55 |
| Plano, Linda | NQ | 105,000.00 | 13,352.50 | 91,647.50 | 57,853.86 |
| Rapp, Ken | IRA | 24,000.00 | 3,052.00 | 20,948.00 | 13,223.74 |
| Sample, Bill | IRA | 70,000.00 | 8,050.00 | 61,950.00 | 39,106.87 |
| Sample, BILL-Shirley | IRA | 120,000.00 | 17,040.00 | 102,960.00 | 64,995.04 |
| Sample, BILL-Shirley | IRA | 50,000.00 | 5,850.00 | 44,150.00 | 27,870.35 |
| Smith, Dale | IRA | 70,000.00 | 8,901.67 | 61,098.33 | 38,569.24 |
| Smith, Gerald | IRA | 285,000.00 | 26,505.00 | 258,495.00 | 163,178.84 |
| Strickland, DanIRA | IRA | 50,000.00 | 5,850.00 | 44,150.00 | 27,870.35 |
| Vail, Garry | IRA | 290,000.00 | 39,923.33 | 250,076.67 | 157,864.64 |
| Vail, Garry | NQ | 60,000.00 | 4,870.00 | 55,130.00 | 34,801.64 |
| Watts, Ralph | IRA | 60,000.00 | 7,200.00 | 52,800.00 | 33,330.79 |
| Williams, Eleanor | NQ | 150,000.00 | 14,725.00 | 135,275.00 | 85,394.37 |

| Ironbridge 2 Investor | Type | Ironbridge 2 Principal [D] | Interest Received from Ironbridge 2 [E] | Net Ironbridge 2 Investment [F = D - E] | Net Allowed Woodbridge Claim [C * F / ∑F] |
|---|---|---|---|---|---|
| Williams, Eleanor | IRA | 70,000.00 | 6,988.33 | 63,011.67 | 39,777.06 |
| Williams, Eleanor | NQ | 50,000.00 | 6,500.00 | 43,500.00 | 27,460.03 |
| Totals | | $4,327,000.00 | $506,452.42 | $3,820,547.58 | $2,411,777.89 |