# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

## AFFIDAVIT OF SERVICE

STATE OF OHIO           )
                                      ) ss
COUNTY OF FRANKLIN )

I, Andrea Speelman, being duly sworn, depose and state:

1.  I am a Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017.

2.  On February 04, 2020, at the direction of Pachulski Stang Ziehl & Jones ("Pachulski Stang"), and Klee, Tuchin, Bogdanoff & Stern LLP ("Klee Tuchin"), counsel to the Liquidation Trust, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties) and by e-mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses):[3]

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

[3] These parties includes a Notice of Appearance Party who has consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

- **Order Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Object to Claims ("Order")** [Docket No. 4360].

3. On February 4, 2020, also at the direction of Pachulski Stang and Klee Tuchin, I caused a true and correct copy of the **Order** to be served by first class mail on the parties identified on Exhibit C annexed hereto (Litigation Parties)[4] and by e-mail on the parties identified on Exhibit D annexed hereto (Litigation Parties with e-mail addresses).

/s/ Andrea Speelman
Andrea Speelman

Sworn to before me this 11th day of February, 2020

/s/ Leighton Smith
Leighton Smith
Notary Public, State of Ohio
Commission Expires: March 21, 2024

---

[4] The envelopes used in the service on the parties identified on Exhibit C included the legend: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 350 EAST LAS OLAS BLVD, STE 1600 | | | FORT LAUDERDALE | FL | 33301 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 |

# **EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 350 EAST LAS OLAS BLVD, STE 1600 | | | FORT LAUDERDALE | FL | 33301 | Michael.goldberg@akerman.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN JONATHAN M. WEISS | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN DAVID A. FIDLER | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KLEE, TUCHIN, BOGDANOFF & STERN LLP | ATTN MICHAEL L. TUCHIN | 1999 AVE OF THE STARS 39TH FL | | | LOS ANGELES | CA | 90067 | mtuchin@ktbslaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 16 HICKS LANE HOLDING CORP | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| 4550 REAL ESTATE LLC | C/O LIEBERMAN DVORIN & DOWD, LLC | 30195 CHAGRIN BLVD, SUITE #300 | | | PEPPER PIKE | OH | 44124 |
| 461 NEW LOTS AVENUE LLC | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | SONIA TANKSLEY | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| 7942 COUNTRY CLUB INC | C/O JAMES REED | 3262 WESTHEIMER RD #104 | | | HOUSTON | TX | 77098 |
| 8 FIGURES LLC | 5133 NORTH WEST VALENCIA ROAD | | | | SILVER LAKE | KS | 66539 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 06798 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 6798 |
| ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | | CRETE | IL | 60417 |
| ARASH TASHVIGHI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| ARASH TASHVIGHI | C/O CALIFORNIA LABOR COMMISSIONER - JEU | ATTN: MATTHEW SIROLLY | 320 W. 4TH STREET, SUITE 600 | | LOS ANGELES | CA | 90013 |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| ARIZONA CORPORATION COMMISSION | ATTN CHAIRMAN TOM FORESE, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN JUSTIN OLSON, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOB BURNS, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOYD DUNN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN ANDY TOBIN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON, 3RD FLOOR | | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ARIZONA ATTORNEY GENERAL OFFICE | ATTN: MATTHEW A. SILVERMAN | 2005 N. CENTRAL AVE. | | PHOENIX | AZ | 85004 |
| ATLANTIC HOME CAPITAL CORP | C/O CHARLES WALLSHEIN ESQ PLLC | 35 PINELAWN RD STE 106E | | | MELVILLE | NY | 11747-3100 |
| ATLANTIS NATIONAL SERVICES INC | C/O EMOUNA & MIKHAIL PC | ATTN MATIN EMOUNA | 100 GARDEN CITY PLZ STE 520 | | GARDEN CITY | NY | 11530-3213 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | MONA MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | RANDOLPH MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| BARBARA JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| BART KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| BOREAL WATER COLLECTIONS INC | 4494-4496 STATE ROAD 42 NORTH | | | | KIAMESHA | NY | 12751 |
| BRAD JOHNSON | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT | SECURITIES REGULATION DIVISION | 1515 K STREET, SUITE 200 | | | SACRAMENTO | CA | 95814 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONOR | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONER | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 |
| CONNECTICUT DEPARTMENT OF BANKING | SECURITIES AND BUSINESS INVESTMENTS DIV | 260 CONSTITUTION PLAZA | | | HARTFORD | CT | 06103-1800 |
| DAVID DERUBERTIS | C/O THE DERUBERTIS LAW FIRM, APC | 4219 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 |
| DAVID E GOLDEN ESQ | 54 HARTFORD TURNPIKE | | | | NEW YORK | NY | 10017 |
| DAVID EBRAHIMZADEH C/O BORAH GOLDSTEIN | C/O ALTSCHULER, NAHINS & GOIDEL, PC | ATTN MARTIN JEFFREY SIGAL & | DARREN R MARKS | 377 BROADWAY | NEW YORK | NY | 10013-3993 |
| DESMOND JOHN | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | DAVID R SMITH | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| DESMOND JOHN | C/O ROBERT ARONOV & ASSOCIATES, PC | ATTN MAX THOMAS SAGLIMBENI | 8802 136TH ST | | RICHMOND HILL | NY | 11418-1921 |
| DOMUS APPRAISALS | C/O MOUND COTTON WOLLAN & GREENGRASS LLP | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| DONALD OWEN | C/O LARSON, LARSON & DAUER, A LAW CORPORATION | ATTN MARK V LARSON | 15545 DEVONSHIRE ST STE 205 | | MISSION HILLS | CA | 91345-2693 |
| DONNA LYNN BARNARD | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| ENVIROCARE LLC | C/O LAW OFFICES OF JILL D CARAVAGGIO | 11116 INNSBROOK WAY, SUITE B | | | IJAMSVILLE | MD | 21754 |
| ERC I LLC | C/O ALAN BRILL | PO BOX 3353 | | | EVANSVILLE | IN | 47732 |
| ERIC SAUL | 8114 CARROLL AVENUE | | | | TAKOMA PARK | MD | 20912 |
| FELICE DISANZA | C/O M CABRERA & ASSOCIATES, PC | ATTN JOSEPH JOHN REILLY | 2002 ROUTE 17M, STE 12 | | GOSHEN | | 10924 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | DIVISION OF SECURITIES | 101 E GAINES STREET | | | TALLAHASSEE | FL | 32399 |
| FRANCOIS OLOA | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | ONE CROSS ISLAND PLAZA | | ROSEDALE | NY | 11422 |
| GCP MAUI LLC | C/O MCCORRISTON MILLER MUKAI MACKINNON LLP | FIVE WATERFRONT PLAZA, 4TH FLOOR | 500 ALA MOANA BOULEVARD | | HONOLULU | HI | 96813 |
| GUNIT S SABHARWAL | C/O LAW OFFICES OF ANDREW P SAULITIS PC | ATTN ANDREW P SAULITIS | 40 WALL ST | | NEW YORK | NY | 10005-1304 |
| HAIGHT BROWN & BONESTEEL LLP | 555 S FLOWER ST STE 4500 | FORTY-FIFTH FLOOR | | | LOS ANGELES | CA | 90071-2441 |
| HENRI JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| IDAHO DEPARTMENT OF FINANCE | SECURITIES BUREAU | 800 PARK BLVD., SUITE 200 | | | BOISE | ID | 83720-0031 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST RM E111 | | | INDIANAPOLIS | IN | 46204-2740 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST | | | | DES MOINES | IA | 50309 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST | FL 4 | | | DES MOINES | IA | 50309-3711 |
| JAMES HAMMOND PURCELL | C/O BARNES LAW GROUP | ATTN ROY E BARNES | 31 ATLANTA ST | | MARIETTA | GA | 30060 |
| JAMES REED | C/O 3262 WESTHEIMER RD #104 | | | | HOUSTON | TX | 77098 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| JARED KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | C/O DANIEL C. GIRARD | GIRARD GIBBS LLP | 601 CALIFORNIA ST., STE 1400 | | SAN FRANCISCO | CA | 94108 |
| JEFF BANK | F/K/A THE FIRST NATIONAL BANK OF JEFFERSONVILLE | 4866 STATE ROUTE 52 | PO BOX 398 | | JEFFERSONVILLE | NY | 12748 |
| JEFFREY H LEAVITT ESQ | C/O WINGET, SPADAFORA & SCHWARTZERG, LLP | ATTN CHRISTINA MARIE RIEKER & | KEITH R M ROUSSEL | 45 BROADWAY, 19TH FLOOR | NEW YORK | NY | 10006 |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| JOMIC INVESTMENTS INC | C/O THE BEN LAW FIRM PLLC | ATTN LAWRENCE S BEN | 2699 STIRLING RD STE C-301 | | FT LAUDERDALE | FL | 33312 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | 4221 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | ATTN HOWARD RUTTEN | 4221 COLDWATER CANYON AVENUE | | STUDIO CITY | CA | 91604 |
| KANSAS INSURANCE DEPARTMENT | OFFICE OF THE SECURITIES COMMISIONER | 109 SW 9TH ST #600 | | | TOPEKA | KS | 66612 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KAPLAN KAPLAN & DITRAPANI LLP | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KIM D & CONNIE L DUERING | PO BOX 763 | | | | STAR | ID | 83669 |
| LUXURY PROPERTIES & INTERIORS LLC | 1101 30TH STREET NORTHWEST | SUITE 500 | | | WASHINGTON | DC | 20007 |
| LUXURY PROPERTIES & INTERIORS LLC | 1090 VERMONT AVENUE NW #910 | | | | WASHINGTON | DC | 20005 |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | C/O TURNER, AUBERT & FRIEDMAN | ATTN STEVEN MORRIS, ESQ | 8383 WILSHIRE BOULEVARD, SUITE 510 | | BEVERLY HILLS | CA | 90211 |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | C/O STEVEN MORRIS | TURNER FRIEDMAN MORRIS & COHAN, LLP | 8383 WILSHIRE BLVD., STE. 510 | | BEVERLY HILLS | CA | 90211 |
| MATTHEW DITRAPANI ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| MICHIGAN CORPS SECURITIES & COMM LICENSING BUREAU | ATTN JULIA DALE, DIRECTOR | REGULATORY COMPLIANCE DIVISION | PO BOX 30018 | | LANSING | MI | 48909 |
| MOGJAN HASHEMI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11355 W OLYMPIC BLVD, THIRD FLOOOR | | LOS ANGELES | CA | 90064 |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW JERSEY BUREAU OF SECURITIES | OFFICE OF THE NJ ATTORNEY GENERAL | 153 HALSEY STREET, 6TH FLOOR | | | NEWARK | NJ | 07102 |
| NEW YORK STATE DIVISION OF THE LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | C/O LAW OFFICE OF RAJAN PATEL | ATTN RAJAN PATEL, ESQ | 257 SOUTH MIDDLETOWN ROAD 2ND FLOOR | | NANUET | NY | 10954 |
| OLIVER ENTINE | 100 BELVIDERE ST APT 4D | | | | BOSTON | MA | 02199-7619 |
| PARTNERS 95 | C/O CALLISON TIGHE & ROBINSON, LLC | PALMETTO ARMORY OFFICE BUILDING | 1812 LINCOLN STREET | | COLUMBIA | SC | 29201 |
| POSITIVE ASPECTS, INC. | C/O THE BEN LAW FIRM, PLCC | ATTN LAWRENCE S. BEN | 2699 STIRLING RD, STE C-301 | | FORT LAUDERDALE | FL | 33312 |
| QUONTIC BANK | C/O THE LAW OFFICES OF PETER METIS, LLC | ATTN PETER METIS | 101 PARK AVE FL 27 | | NEW YORK | NY | 10178 |
| RCN CAPITAL FUNDING LLC | 75 GERBER ROAD EAST | | | | SOUTH WINDSOR | CT | 06074 |
| RENATO BUSLJETA | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | | BOHEMIA | NY | 11716 |
| RENVAL CONSTRUCTION LLC | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | 630 JOHNSON AVENUE SUITE 201 | BOHEMIA | NY | 11716 |
| ROBERT BISCARDI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| ROBERT HOSSEINI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11355 W OLYMPIC BLVD, THIRD FLOOOR | | LOS ANGELES | CA | 90064 |
| RONALD MCINERNEY JR | C/O MOUND COTTON WOLLAN & GREENGRASS | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| ROSENBERG | C/O CUNILIO & CUNILIO | 835 WEST LANCASTER AVENUE | | | MAWR | PA | 19010 |
| SENN LAW | KEVIN J SENN, ESQ | 1990 NORTH CALIFORNIA BLVD, 8TH FLOOR | | | WALNUT CREEK | CA | 94596 |
| SHAWN SPARKS | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |
| SHEILA  Q SAX | 5437 TREVINO DR | | | | HAYMARKET | VA | 20169 |
| SHEILA Q SAX TRUST | C/O SHEILA SAX | 5437 TREVINO DR | | | HAYMARKET | VA | 20169 |
| SHULAMIT NAMDAR A/K/A SHOULA NAMDAR | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION | 1000 ASSEMBLY STREET, RM 519 | | | COLUMBIA | SC | 29201 |
| STATE OF MAINE DEPARTMENT OF | PROFESSIONAL & FINANCIAL REGULATION | OFFICE OF SECURITIES | 35 STATE HOUSE STATION | | AUGUSTA | ME | 04333 |
| STATE OF OREGON | DIVISION OF FINANCIAL REGULATION | 350 WINTER ST. NE, ROOM 410 | | | SALEM | OR | 97309 |
| STATE OF WASHINGTON | DEPARTMENT OF  FINANCIAL INSTITUTIONS | 150 ISARAEL RD SW | | | TUMWATER | WA | 98501 |
| STERLING NATIONAL BANK | C/O BLEAKLEY, PLATT AND SCHMIDT LLP | ATTN JUSTIN M GARDNER | ONE NORTH LEXINGTON AVENUE | | WHITE PLAINS | NY | 10601 |
| STONELION INSURANCE & FINACIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| STONELION INSURANCE & FINANCIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| THE KHOURY FAMILY TRUST | C/O NAMI LAW FIRM | 3 HUTTON CENTRE DRIVE  9TH FLOOR | | | SANTA ANA | CA | 92707 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| THE LAW FIRM OF ADAM KALISH PC | C/O FURMAN KORNFELD & BRENNAN, LLP | ANDREW JONES, ESQ & | SHARI D SCKOLNICK, ESQ | 61 BROADWAY, 26TH FLOOR | NEW YORK | NY | 10006 |
| THE LAW FIRM OF ADAM KALISH PC | 182A 26TH ST | | | | BROOKLYN | NY | 11232-1411 |
| THE RUSSELL A RACETTE JR LIVING TRUST | 60 DYER RD | | | | LITTLE COMPTON | RI | 02837 |
| TRUSTEE MARK ROSENBERG ESQ | 7101 WISCONSIN AVE | SUITE 1201 | | | BETHESDA | MD | 20814 |
| UNIVERSAL DEBT SERVICES INC | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | 1 CROSS ISLAND PLZ | STE 100 | ROSEDALE | NY | 11422-3400 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN CHRISTINE NESTOR | 801 BRICKELL AVENUE, SUITE 1800 | | | MIAMI | FL | 33131 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN RUSSELL KOONIN | 801 BRICKELL AVENUE, SUITE 1800 | | | MIAMI | FL | 33131 |
| VISION DEVELOPERS & ASSOCIATES INC | C/O ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | CRETE | IL | 60417 |
| WARREN LEX LLP | ATTN PATRICK SHIELDS, ESQ | 2261 MARKET STREET NO 606 | | | SAN FRANCISCO | CA | 94114 |
| WARREN LEX LLP | ATTN: PATRICK SHIELDS ESQ | 2261 MARKET STREET NO. 606 | | | SAN FRANCISCO | CA | 94114 |
| WJ MURRAY D DIR & GEN CNSL NYS DIV OF LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| ZEZE FOOD CORPORATION | C/O FJ ROMANO & ASSOCIATES, PC | ATTN FRANK J ROMANO, ESQ | 51 E MAIN ST #1 | | SMITHTOWN | NY | 11787 |

# **EXHIBIT D**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| 7942 COUNTRY CLUB INC | C/O JAMES REED | 3262 WESTHEIMER RD #104 | | | HOUSTON | TX | 77098 | RJ60068@GMAIL.COM |
| ARASH TASHVIGHI | C/O CALIFORNIA LABOR COMMISSIONER - JEU | ATTN: MATTHEW SIROLLY | 320 W. 4TH STREET, SUITE 600 | | LOS ANGELES | CA | 90013 | MSIROLLY@DIR.CA.GOV;jeu@dir.ca.gov |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 | JOHNHARDYLAW@AOL.COM |
| ARIZONA CORPORATION COMMISSION | ARIZONA ATTORNEY GENERAL OFFICE | ATTN: MATTHEW A. SILVERMAN | 2005 N. CENTRAL AVE. | | PHOENIX | AZ | 85004 | MATTHEW.SILVERMAN@AZAG.GOV |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | BART@CLOSERATTORNEY.COM |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONOR | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 | michaelc.williams@state.co.us |
| DAVID DERUBERTIS | C/O THE DERUBERTIS LAW FIRM, APC | 4219 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 | DAVID@DERUBERTISLAW.COM |
| DONNA LYNN BARNARD | PO BOX 2850 | | | | KILGORE | TX | 75663 | DONNABARNARD1@AOL.COM |
| ENVIROCARE LLC | C/O LAW OFFICES OF JILL D CARAVAGGIO | 11116 INNSBROOK WAY, SUITE B | | | IJAMSVILLE | MD | 21754 | jill@jill-lawoffice.net |
| JAMES HAMMOND PURCELL | C/O BARNES LAW GROUP | ATTN ROY E BARNES | 31 ATLANTA ST | | MARIETTA | GA | 30060 | JBARTHOLOMEW@BARNESLAWGROUP.COM |
| JAMES REED | C/O 3262 WESTHEIMER RD #104 | | | | HOUSTON | TX | 77098 | RJ60068@GMAIL.COM |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | C/O DANIEL C. GIRARD | GIRARD GIBBS LLP | 601 CALIFORNIA ST., STE 1400 | | SAN FRANCISCO | CA | 94108 | dgirard@girardsharp.com |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 | JDRWOW@AOL.COM |
| JERRY RAINES | PO BOX 2850 | | | | KILGORE | TX | 75663 | JDRWOW@AOL.COM |
| JOMIC INVESTMENTS INC | C/O THE BEN LAW FIRM PLLC | ATTN LAWRENCE S BEN | 2699 STIRLING RD STE C-301 | | FT LAUDERDALE | FL | 33312 | LARRY@THEBENLAWFIRM.COM |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM, APC | 4221 COLDWATER CANYON AVENUE | | | STUDIO CITY | CA | 91604 | HOWARD@RUTTENLAWFIRM.COM |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| KIM D & CONNIE L DUERING | PO BOX 763 | | | | STAR | ID | 83669 | auntcwensman@gmail.com |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | C/O TURNER, AUBERT & FRIEDMAN | ATTN STEVEN MORRIS, ESQ | 8383 WILSHIRE BOULEVARD, SUITE 510 | | BEVERLY HILLS | CA | 90211 | MORRIS@TFMCLAW.COM |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | C/O STEVEN MORRIS | TURNER FRIEDMAN MORRIS & COHAN, LLP | 8383 WILSHIRE BLVD., STE. 510 | | BEVERLY HILLS | CA | 90211 | MORRIS@TFMCLAW.COM |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | matt@closerattorney.com |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| MOGJAN HASHEMI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11355 W OLYMPIC BLVD, THIRD FLOOOR | | LOS ANGELES | CA | 90064 | ROBERT@ROBERTHINDINLAW.COM |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| POSITIVE ASPECTS, INC. | C/O THE BEN LAW FIRM, PLCC | ATTN LAWRENCE S. BEN | 2699 STIRLING RD, STE C-301 | | FORT LAUDERDALE | FL | 33312 | Larry@TheBenLawFirm.com |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 | JOHN@JOHNHARDYLAW.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ROBERT HOSSEINI | C/O ROBERT HINDIN & ASSOCIATES, APLC | ATTN ROBERT MARC HINDIN, ESQ | 11355 W OLYMPIC BLVD, THIRD FLOOOR | | LOS ANGELES | CA | 90064 | ROBERT@ROBERTHINDINLAW.COM |
| ROSENBERG | C/O CUNILIO & CUNILIO | 835 WEST LANCASTER AVENUE | | | MAWR | PA | 19010 | jamescunilio@cuniliolaw.com |
| SHEILA Q SAX | 5437 TREVINO DR | | | | HAYMARKET | VA | 20169 | sheila_sax@me.com |
| SHEILA Q SAX TRUST | C/O SHEILA SAX | 5437 TREVINO DR | | | HAYMARKET | VA | 20169 | sheila_sax@me.com |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN CHRISTINE NESTOR | 801 BRICKELL AVENUE, SUITE 1800 | | | MIAMI | FL | 33131 | nestorc@sec.gov |
| WARREN LEX LLP | ATTN PATRICK SHIELDS, ESQ | 2261 MARKET STREET NO 606 | | | SAN FRANCISCO | CA | 94114 | BC628984@CASES.WARRENLEX.COM; woodbridge@matters.warrenlex.com |
| WARREN LEX LLP | ATTN: PATRICK SHIELDS ESQ | 2261 MARKET STREET NO. 606 | | | SAN FRANCISCO | CA | 94114 | BC628984@CASES.WARRENLEX.COM; woodbridge@matters.warrenlex.com |