# MICHAEL J. PELOQUIN
## DEVELOPER

FILED

2020 MAR 16  PM 12: 25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

MARCH 10, 2020

MR. TIM FOX
UNITED STATES TRUSTEE
CASE #17-12560-KJC                    (302-573-6491/#6026)
UNITED STATES BANKSUPTCY COURT
824 NORTH MARKET STREET
WILMINGTON, DE.  19801

DEAR MR. FOX (TIM):

> RE: WOODBRIDGE GROUP OF COMPANIES
>
> WB RIVERDALE FORECLOSURE, LLC
>
> PROPOSED SETTLEMENT WITH 91 LLC AND
>
> MICHAEL J. PELOQUIN - $900,000

I NEED YOUR HELP IN REGARD TO WB RIVERDALE FORECLOSURE, LLC TO ENTER A SETTLEMENT WITH 91 LLC AND MYSELF.

MY LAND TITLE COMPANY TELLS ME FOR US TO SETTLE WITH WOODBRIDGE TAKES APPROVAL FROM THE JUDGE IN THIS BANKRUPTCY CASE!

I LOOK FORWARD TO YOUR EARLY REPLY. IS IT POSSIBLE TO RECEIVE A LETTER FROM YOU STATING THE COURT'S DECISION?

SINCERELY,

MICHAEL J. PELOQUIN
602-478-7700

MJP/MS

POST OFFICE BOX 1352  LITCHFIELD, CT 06759
TEL: (602) 478-7700
FAX CT: (860) 567-4678