IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCKET. NO. 4398

Richard Kelley, by and through his undersigned counsel, hereby withdraws *Notice of Withdrawal of Proof of Claim* [Docket No. 4398] filed on March 24, 2020 in the above-captioned Chapter 11 case.

Dated: March 25, 2020

Respectfully submitted,

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
THE LAW OFFICES OF JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com

*Counsel to Richard Kelley*

1