# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Richard Kelley, by and through his undersigned counsel, hereby withdraws Proof of Claim Nos. 3333, 3489 and 4895.  For the avoidance of doubt, Richard Kelley's proof of claim No. 6509 is not withdrawn.

Dated: March 25, 2020

Respectfully submitted,

*/s/ Michael Joyce*
Michael J. Joyce (No. 4563)
THE LAW OFFICES OF JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
Email: mjoyce@mjlawoffices.com

*Counsel to Richard Kelley*

1