Carolann Grieve
12 Lyons Road
Armonk, NY 10504

FILED

2020 MAY 12 AM 10: 49

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 3, 2020

United States Bankruptcy Court
824 N Market Street, 3rd Floor
Wilmington, DE  19801

Re:   Woodbridge Group of Companies, LLC v. Paul Stenach; Raymond Carioscia
      Case No. 17-12560 (BLS)

Dear Sir/Madam:

I am the niece of Raymond Carioscia, I am writing to inform you both Raymond and Paul are deceased and I have enclosed a copy of each of their Death Certificates for your reference.

Sincerely,

Carolann Grieve

Carolann Grieve

cc:  Panchulski Stang Ziehl & Jones, LLP

ENC,

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018056199  **DATE ISSUED:** APRIL 6, 2018

**DECEDENT INFORMATION**  **DATE FILED:** APRIL 5, 2018

NAME: RAYMOND M CARIOSCIA

DATE OF DEATH: MARCH 24, 2018   SEX: MALE   AGE: 077 YEARS
DATE OF BIRTH: ~~SEPTEMBER 28, 1940~~   SSN: ~~XXX-XX~~-4057
BIRTHPLACE: BRONX, NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED: INPATIENT
FACILITY NAME OR STREET ADDRESS: WEST BOCA MEDICAL CENTER
LOCATION OF DEATH: BOCA RATON, PALM BEACH COUNTY, 33428
RESIDENCE: 11141 SANDYSHELL WAY, BOCA RATON, FLORIDA 33498, UNITED STATES
COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: HUMAN RESOURCE DIRECTOR, PLUMBING SUPPLIES
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? YES
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

**SURVIVING SPOUSE / PARENT NAME INFORMATION**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: WIDOWED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: MICHAEL CARIOSCIA
MOTHER'S/PARENT'S NAME: ANNA DETOLVE

**INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION**
INFORMANT'S NAME: CAROLANN GRIEVE
RELATIONSHIP TO DECEDENT: NIECE
INFORMANT'S ADDRESS: 12 LYONS ROAD, ARMONK, NEW YORK 10504, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: GARRETT JACOBS, F019844
FUNERAL FACILITY: BOCA RATON FUNERAL HOME AND CREMATION SERVICE F091562
   19785 HAMPTON DRIVE #1, BOCA RATON, FLORIDA 33434
METHOD OF DISPOSITION: ENTOMBMENT
PLACE OF DISPOSITION: THE GARDENS
   BOCA RATON, FLORIDA

**CERTIFIER INFORMATION**
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 0005   DATE CERTIFIED: APRIL 4, 2018
CERTIFIER'S NAME: MICHAEL MOSES ZUKOWSKY
CERTIFIER'S LICENSE NUMBER: ME38927
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

_Ken Jones_ , STATE REGISTRAR

REQ: 2019165966

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD

Florida HEALTH

# STATE OF FLORIDA

**THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.**

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016175648  **DATE ISSUED:** November 29, 2016

**DECEDENT INFORMATION**  **STATE FILE DATE:** November 28, 2016

NAME: PAUL F STEHNACH

DATE OF DEATH: November 18, 2016  SEX: MALE  AGE: 067 YEARS
DATE OF BIRTH: ~~April 14, 1949~~  SSN: ~~XXX-XX~~-3194
BIRTHPLACE: NEW YORK, NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 11141 SANDYSHELL WAY
LOCATION OF DEATH: BOCA RATON, PALM BEACH COUNTY, 33498

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: RAYMOND CARIOSCIA
RESIDENCE: 11141 SANDYSHELL WAY, BOCA RATON, FLORIDA 33498, UNITED STATES
COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: REAL ESTATE BROKER, REAL ESTATE
RACE: _X_ White  ___Black or African American  ___Asian Indian  ___Chinese  ___Filipino  ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:  ___Japanese  ___Korean  ___Vietnamese
___Guamanian or Chamorro  ___Samoan  ___Other Pacific Isl:
___Other Asian:  ___Other:  ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: BACHELORS DEGREE  EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: JOHN STEHNACH
MOTHER/PARENT: RUBY GROMADSKY
INFORMANT: RAYMOND CARIOSCIA
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS: 11141 SANDYSHELL WAY, BOCA RATON, FLORIDA 33498, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: THE GARDENS MEMORIAL PARK
 BOCA RATON, FLORIDA
METHOD OF DISPOSITION: ENTOMBMENT
FUNERAL DIRECTOR/LICENSE NUMBER: GARRETT JACOBS, F019844
FUNERAL FACILITY: BOCA RATON FUNERAL HOME AND CREMATION SERVICE F091562
 19785 HAMPTON DRIVE #1, BOCA RATON, FLORIDA 33434

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN  MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 2022  DATE CERTIFIED: November 23, 2016
CERTIFIER'S NAME: GORDON L GRENN
CERTIFIER'S LICENSE NUMBER: OS3345
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

*/s/ Ken Jones*, State Registrar

REQ: 2017600225

**WARNING:** THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)

**CERTIFICATION OF VITAL RECORD**



Florida HEALTH

*3 4 2 9 1 2 7 9*