IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) Case No. 17-12560 (BLS) |
| | ) |
| | ) (Joint Administered) |
| Debtors. | ) |

### NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Woodbridge Group of Companies; Case No. 17-12560 | | | |
|---|---|---|---|---|
| Claim Number: | 845 | Date Claim Filed: | February 12, 2018 | |
| Scheduled ID Number (if any): | 1006436 | | | |
| Creditor Name and Address: | Ann C. Sramek, 17 San Luis Obispo, Ladera Ranch, CA 92694<br>Carol A. Pontremoli, 17 San Luis Obispo, Ladera Ranch, CA 92694 | | | |
| Original Amount and Classification: | Filed: | $50,000; Class 3 Note | Scheduled: | $50,000 |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 7/2/2020

By: *(signed) Ann C. Sramek*
Print Name: Ann C. Sramek
Title: Creditor
Address: 17 San Luis Obispo, Ladera Ranch, CA
Phone: 714-401-0073

Date: 7/2/2020

By: *(signed) Carol Pontremoli*
Print Name: Carol A. Pontremoli
Title: Creditor
Address: 17 San Luis Obispo, Ladera Ranch, CA
Phone: 714 401-0073