IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | ) Case No. 17-12560 (BLS) |
| | ) |
| | ) (Joint Administered) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Woodbridge Mortgage Investment Fund II, LLC; Case No. 17-12772 | | | |
|---|---|---|---|---|
| Claim Number: | 4831 | Date Claim Filed: | May 23, 2018 | |
| Scheduled ID Number (if any): | 1012208 | | | |
| Creditor Name and Address: | Thomas Cardosi, 1075 Lawton Road, Park Hills, Kentucky 41011 | | | |
| Original Amount and Classification: | Filed: | $200,000; Unit Claim | Scheduled: | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

☑ In addition to the foregoing, I also withdraw the scheduled liabilities associated with the above listed Scheduled ID Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 8/24/2020

By: *Thomas Cardosi*
Print Name: Thomas Cardosi
Title: Creditor
Address: 1075 Lawton Road, Park Hills, KY 41011
Phone: 859 630 9971
Email: cardositom@outlook.com