## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |

## STIPULATION TO DISALLOW CLAIM 5048 OF CLAIMANT ROBERT HOSSEINI

This Stipulation is entered into by and between, on the one hand, Robert Hosseini (the "Claimant") and, on the other hand, the Woodbridge Liquidation Trust (the "Liquidation Trust", and together with the Claimant, the "Parties").

**A.** **WHEREAS**, on December 4, 2017, Woodbridge Group of Companies, LLC et al. (the "Debtors") commenced voluntary cases under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

**B.** **WHEREAS**, on August 22, 2018, the Debtors filed the *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and its Affiliated Debtors* [Docket No. 2397] (as it may be amended, supplemented, or modified from time to time pursuant to the terms thereof, the "Plan"),[2] and the *Disclosure Statement for the First Amended*

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

DOCS_LA:321921.1 94811/003



*Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and its Affiliated Debtors* [Docket No. 2398] (as it may be amended, supplemented, or modified from time to time, the "<u>Disclosure Statement</u>");

  C. **WHEREAS**, on August 22, 2018, the Bankruptcy Court entered an order approving the Disclosure Statement and authorizing the Debtors to solicit votes to accept the Plan [Docket No. 2396];

  D. **WHEREAS**, on October 26, 2018, the Bankruptcy Court entered an order confirming the Plan [Docket No. 2903];

  E. **WHEREAS**, the effective date of the Plan occurred and the Liquidation Trust was established on February 15, 2019;

  F. **WHEREAS**, on May 24, 2018, Mojgan Hashemi ("Hashemi") filed claim number 5047 (listed on the Debtors' claims register) in the amount of $101,436.08 plus interest ("Claim 5047").

  G. **WHEREAS**, on May 24, 2018, the Claimant filed claim number 5048 (listed on the Debtors' claims register) in the amount of $101,436.08 plus interest ("Claim 5048").

  H. **WHEREAS**, Claim 5047 and Claim 5048 arise from a Final Binding Arbitration Award issued in favor of Hashemi and Claimant in the case of Calder Grove Investments, LLC v. Robert Hosseini and Mojgan Hashemi, Los Angeles Superior Court Case No. SC 123 567 (ADRS No. 15-7854 ER).

I.  **WHEREAS** the Parties have determined that Claimant is only entitled to one recovery based on the underlying substance of Claim 5047, and that therefore Claim No. 5048 should be disallowed.

**NOW THEREFORE**, the Parties agree as follows:

1. Recitals A through I, inclusive, are true and correct and are an integral part of this Stipulation.

2. Claim No. 5048 shall be disallowed and expunged from the Debtors' claims register; no party shall gain any recovery from Claim No. 5048.

3. The Bankruptcy Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from this Stipulation and has the jurisdiction and power to enter a final order thereon.

Dated: 8/25 2020

WOODBRIDGE LIQUIDATION TRUST

By: _____
Name: Michael Goldberg
Title: Liquidating Trustee

Dated: 6/25, 2020

ROBERT HINDIN & ASSOCIATES, APLC

By: _____
Robert M. Hindin, Attorneys for Robert Hosseini