

**VETERANS OF FOREIGN WARS**

**LONGS PEAK POST NO. 2601**
P.O. Box 1181
Longmont, Colorado 80502
Phone: 720-841-2815

FILED
2020 SEP -1  AM 10: 40
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

28 August 2020

**Re: A postcard I received on this date that the Woodbridge Liquadation Trut has filed the Liqudation Trust's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the United States of America (The "Motion".**

To:   The US Bankruptcy Court for the District of Delaware
      824 N. Market Street, 3rd Floor
      Wilmington, Delaware 19801

      PACHKULSKI STANG ZIEHL & JONES LLP
      919 North Market Street, 17th Floor
      P. O. Box 8705
      Wilmington, Delaware 19899 (Courier 19801)
      Fax: 302-652-4400

      Michael Goldberg
      14140 Ventura Blvd. Ste. 302
      Sherman Oaks, Ca  91423

Dear Sirs:
We, VFW Post 2601, are responding to your Notice of a Motion (Objection due 2 September 2020) and a Hearing (16 September 2020), that the Woodbridge Liquidation Trust has filed a Motion Authorizing and Approving Entry into a Settlement with the USA ("The Motion"}.

We do not understand what this "Settlement" means! Does it mean we are through getting any reimbursement of our $600,000 investment, of which we have only received about 1/6th of this back or does it mean we will get the rest of our investment back, or at least the 50% return we were told to expect in early documents.

We previously objected to our Class A shares on Claim #'s 7154 and 7155 being changed from "Secured to Unsecured" to no avail **and Let it be known** that we, Longs Peak VFW Post 2601, regarding our Class A Shares on Claim Numbers 5154 and 7155, Secured Filed Status as of this date, *vehemently oppose entering into a settlement,* with the USA "Motion" until we are notified by phone call, 720-841-2815 as to exactly what this "Settlement" means to the $500,000+ monies which have not yet been refunded to us. We did not and could not afford to retain an attorney at the beginning of these Bankruptcy Proceedings due to the fact that the $600,000 we invested in the Woodbridge Company in good faith was the majority of our Capital Reserves. We planned to invest these monies short term until we recruited into our Post enough of the younger Veterans who could build into a new post what they seen as their future needs and priorities. Because of this Bankruptcy we have not been

**NO ONE DOES MORE FOR VETERANS.**

able to shop for a new Post 2601 Home, have had to rely on community organizations for meeting space, have lost many of our older and younger recruited veterans due to our not having a Post Home and are having great difficulty recruiting any other younger veterans because they have no substantial vision of a home to call their own. Our membership has fallen from 400+ to just over 300 also during this time, due mainly to the loss of our building funds and inability to secure a new Post Home.

Also, please let it be known that through the selfishness and dishonest business practices of the Woodbridge Company, our Mission, "To foster camaraderie among United States veterans of overseas Conflicts, To serve our Veterans, the military, and our communities. And to To advocate on behalf of all veterans," has been hampered and our direct abilities to provide supports to our veterans, their families, and to the citizens of Longmont, Co., has suffered greatly.

Please accept this letter as our sincere effort to respond to your Pot Card Correspondence undated and received in our PO Box on 28 August 2020. As VFW Post 2601 Adjutant I have been authorized by our Commander to submit this response to the above correspondents.

Sincerely,

Leon F. Bartholomay
VFW Post 2601
Adjutant