## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* | ) Case No. 17-12560 (BLS) |
| | ) |
| | ) (Joint Administered) |
| Debtors. | ) |

## NOTICE OF WITHDRAWAL OF PROOF OF INTEREST

| Debtor Name and Case Number: | Woodbridge Mortgage Investment Fund 3, LLC; Case No. 17-12776 | | | |
|---|---|---|---|---|
| **Proof of Interest Number:** | 9665 | **Date Claim Filed:** | June 7, 2018 | |
| **Scheduled ID Number (if any):** | | | | |
| **Creditor Name and Address:** | John & Carole Peplowski, 13709 Capitol Dr., Grass Valley, CA 95945 | | | |
| **Original Amount and Classification:** | **Filed:** $4,000 | Member Interest | **Scheduled:** | |

Pursuant to Federal Rule of Bankruptcy Procedure 3006, I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above listed Claim Number with prejudice and authorize the Clerk of the Bankruptcy Court, or its duly appointed claims agent, Garden City Group, LLC, to reflect this withdrawal on the official claims register for the Debtors.

Date: 8/28/2020

By: _____
Print Name:  John Peplowski
Title: Creditor
Address:  13709 Capitol Dr., Grass Valley, CA 95945
Phone:  (530) 273-4877
Email: jcpeplowski@gmail.com

Date: 8/28/20

By: _____
Print Name:  Carole Peplowski
Title: Creditor
Address:  13709 Capitol Dr., Grass Valley, CA 95945
Phone:  (530) 273-4877
Email: jcpeplowski@gmail.com