Robert G. Greene
P.O. Box 2613
Spartanburg, SC 29306
phone 864.590.3632

United States Bankruptcy Court
District of Delaware, 3rd Floor,
824 N. Market Street
Wilmington, Delaware 19801

Gentleman:

Subject: Woodbridge Group of
Companies, LLC, et Al.,
Case No 17-12560 (BLS)

FILED 2020 SEP -2 AM 10:41 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Reference: Notice of Motion and
Hearing Date Sept. 16, 2020
and Objection Deadline Sept. 2, 2020

This letter is to express my strong objection to the "Motion" being presented by Counsel for The Woodbridge Group of Companies, seeking relief by This Court.

Very Truly Yours,
Robert G. Greene
A holder of A Class A Liquidation Trust Interest.

Copys: Pachulski Stang Ziehl & Jones LLP
    and
    KTBS Law LLP f/k/a Klee, Tuchin Bogdanoff & Stern LLP
    Counsel to The Liquidation Trust

cc: Michael I. Goldberg, Liquidation Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered)<br><br>Hearing Date: Sept. 16, 2020, at 9:00 a.m. (ET)<br>Objection Deadline: Sept. 2, 2020, at 4:00 p.m. (ET) |
|---|---|

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust (the "Liquidation Trust") has filed the *Liquidation Trust's Motion for Entry of an Order, Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019, Authorizing and Approving Entry into a Settlement with the United States of America* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, by the Motion, the Liquidation Trust seeks entry of an order pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 and Rule 9019 of the Federal Rules of Bankruptcy Procedure (i) authorizing and approving the Liquidation Trust's entry into that certain *Stipulation and Settlement Agreement*, (the "Agreement") in substantially the form annexed to the Motion, with the United States of America and (ii) granting related relief.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion (which includes the Agreement) may be obtained electronically free of charge at http://cases.gardencitygroup.com/wgc, or for a fee through the Court's CM/ECF system at https://ecf.deb.uscourts.gov/ (PACER account required). A copy of the Motion may also be obtained by contacting the undersigned counsel to the Liquidation Trust.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **September 2, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to the Liquidation Trust so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 16, 2020 AT 9:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THEN THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: August 18, 2020    PACHULSKI STANG ZIEHL & JONES LLP

-and-

KTBS LAW LLP *f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
*Counsel to the Liquidation Trust*

---
[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

First Class Mail
U.S. Postage
**PAID**
Toppan Merrill

Woodbridge Group of Companies, LLC
c/o GCG
P.O. Box 10545
Dublin, Ohio 43017-0208
**IMPORTANT COURT PAPERS ENCLOSED**
Return Service Requested

010125778     WGC02566320173

ROBERT G GREENE
PO BOX 2613
SPARTANBURG SC 29306