August 27, 2020

United States Bankruptcy Court.
For the District of Delaware
Chapter 11
Case No 17-12560 (BLS)

Dr. B. Simone Caruthers
2240 Miller Court
Lakewood, CO 80215

FILED
2020 SEP -2 AM 10: 50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE Case No 17-12560 (BLS): Motion Concerning Bankruptcy request of Woodbridge Group

To whom it may concern:

I do not want Woodbridge relieved from personal or corporate liability. Fraud was committed. My investment was induced by fraud and failures to disclose the financial conditions of the organization. My financial advisor, Laurent Carrier, lost his license because of his involvement with that failure. I have lost my entire ROTH savings to this organization as a result of this fraud.

I request that you hold them accountable to the debtors that have been swindled.

Respectfully,
Dr B Simone Caruthers
Dr. Simone Caruthers


Cc:   Pachulski Stang Ziehl & Jones LLP
      KTBS Law LLP f/k/a Klee, Tuchin, Bogdonoff & Stern LLP