# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors.[1] | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT J. Zachary Balasko, a Trial Attorney in the Civil Division of the United States Department of Justice, hereby appears on behalf of the United States of America in the above-captioned case and requests that copies of all pleadings and notices filed in this case be served on him electronically or as follows:

J. Zachary Balasko
U.S. Department of Justice
Civil Division
(202) 514-7162 (telephone)
(202) 514-9163 (facsimile)
john.z.balasko@usdoj.gov (e-mail, preferred)

| | |
|---|---|
| P.O. Box 875 | 1100 L Street, NW |
| Ben Franklin Station | Room 7530 |
| Washington, DC 20044-0875 | Washington, DC 20005 |
| (regular mail, if necessary) | (hand delivery/overnight mail, if necessary) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of counsel to represent the United States of America, the undersigned hereby certifies the following: I am admitted to practice law in the State of West Virginia and the Commonwealth of Virginia; I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

| | |
|---|---|
| Dated: September 14, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division |
| | DAVID C. WEISS<br>United States Attorney |
| | /s/ J. Zachary Balasko<br>RUTH A. HARVEY<br>MARGARET M. NEWELL<br>J. ZACHARY BALASKO<br>United States Department of Justice<br>Civil Division<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 514-7162<br>Fax: (202) 514-9163<br>E-mail: john.z.balasko@usdoj.gov<br>*Attorneys for the United States* |

## **CERTIFICATE OF SERVICE**

I certify that on September 14, 2020, a true and correct copy of the foregoing Notice of Appearance was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System in the above-captioned case.

/s/ J. Zachary Balasko
J. ZACHARY BALASKO