**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>       Remaining Debtors. | | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>       Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>       Defendant. | | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

**STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS**

  Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling order.

  Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, et al., Case No. 17-12560 (BLS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

Dated: November 3, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*

Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
        acaine@pszjlaw.com
        crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, as Liquidating*
*Trustee of the Woodbridge Liquidation Trust*

**STATUS CATEGORY B:** List all cases where service is complete, but answers are still due and provide answer due date.

| Defendant(s) | Adv. Case No. | Answer Due | Comment |
|---|---|---|---|
| Eric Little | 19-50944 | 11/4/20 | Answer due to be filed. |

**STATUS CATEGORY C:** List all cases where service is complete, no answer has been filed, and Plaintiff is making a motion or request for Default Judgment.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Christopher J Watson | 19-50848 | This matter has been defaulted but in settlement discussions.  Absent settlement or an answer being filed, default judgment will be sought. |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 | An entry of default has been entered by the Clerk and Plaintiff intends to file a request for default judgment. |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Elizabeth Haskell | 19-50839 | This matter has been settled in premise, and the settlement is being documented. Plaintiff intends to file a dismissal once the settlement is documented and the matter is fully resolved. |
| MGM Resorts International | 19-50853 | This matter has been settled in premise, and the settlement is being documented.  Plaintiff intends to file a dismissal once the matter is fully resolved. |
| Matthew Gilchrist | 19-50997 | This matter has been settled and the settlement has been documented, pursuant to which installment payments are being made to the Liquidation Trust. Plaintiff intends to file a dismissal once payment has been received in full. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Defendant(s) | Adv. Case No. | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| Thomas Furman | 19-50299 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Stefan Kolosenko | 19-50301 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Russell Bullis, Betsy Bullis | 19-50310 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mary M. Noyes, Gale E. Noyes | 19-50312 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Darrell Sandison, Mattie Sandison | 19-50313 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Michael Skurich, Joyce Skurich | 19-50315 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Dennis W. Hueth | 19-50331 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Christian Lester | 19-50332 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Laurence J. Nakasone | 19-50337 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Jeff Schuster | 19-50341 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Anita Bedoya, Mark Bedoya | 19-50343 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Anita Bedoya, Julian Duran | 19-50344 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ronald Cole | 19-50346 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Stephen B. Moore | 19-50350 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Nannette Tibbitts | 19-50353 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie | 19-50567 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |

| Defendant(s) | Adv. Case No. | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| Gorman | | | | |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Christ Temple Baptist Church | 19-50756 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Rene C. Marsolan, Judy Marsolan | 19-50775 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Marcella P. Best | 19-50819 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Kirk W Chubka | 19-50826 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mary Ellen Nuhn | 19-50829 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| John J Begley | 19-50830 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Hart Placement Agency, Inc. | 19-50847 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Robert Elmer | 19-50850 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |

| Defendant(s) | Adv. Case No. | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| Peter Greenberg | 19-50855 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2, 1998, Kathy Hagen | 19-50869 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Phillip Ball (aka Larry Ball) | 19-50913 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Michael Kandravi | 19-50914 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Maxwell Financial Group, Inc. | 19-50915 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Kim Butler | 19-50917 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Mark Goldfinger | 19-50920 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Danny Van Houten | 19-50927 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Christopher Longworth | 19-50928 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Retirement Services LLC | 19-50931 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| John Fagan | 19-50947 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Gregg W. Butler | 19-50958 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |

| Defendant(s) | Adv. Case No. | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| Gerard J. O'Neill | 19-50964 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| David Keledjian | 19-50973 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Harold Plain | 19-50974 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Joseph W. Isaac | 19-50976 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Randy Robertson | 19-50977 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Joseph A. Loox | 19-50978 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Matthew Lorenc | 19-50979 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Donovan Knowles | 19-50980 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| James A. Klohn & Assoc., P.A. | 19-50989 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| John J. McNamara | 19-50998 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Bette Tydings | 19-51002 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Daniel P. Orfin | 19-51005 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Dan Reisinger | 19-51007 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Richard Anthony Miller | 19-51008 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Harris Financial Management and John G. Harris | 19-51011 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Gaulan Financial LLC | 19-51012 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |

| Defendant(s) | Adv. Case No. | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| Michael P. Litwin | 19-51023 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Uma Gajavada | 19-51046 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Jay N. Brown | 19-51047 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Robert Biscardi Jr. | 19-51048 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Arash Tashvighi | 19-51049 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| To The Max Marketing, Inc. | 19-51066 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Deb Brundage | 19-51069 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| Matthew Schwartz, Matte Black Inc. | 19-51077 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 | 01/04/21 | 5/31/21 | An answer has been filed. Discovery has yet to begin. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Ian Conner Bifferato, Esq. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | Ian Conner Bifferato, Esq. |
| Delton Christman, Jean Christman | 19-50314 | Ian Conner Bifferato, Esq. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | Ian Conner Bifferato, Esq. |
| Jason Curtis | 19-50327 | Derek C. Abbott, Esq. |
| Janet V. Dues | 19-50328 | Ian Conner Bifferato, Esq. |
| Dena Falkenstein | 19-50329 | Ian Conner Bifferato, Esq. |
| Judy Karen Goodin | 19-50330 | Ian Conner Bifferato, Esq. |
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. |
| Jane Marshall | 19-50335 | Ian Conner Bifferato, Esq. |
| Blaine Phillips | 19-50338 | Ian Conner Bifferato, Esq. |
| George Edward Sargent | 19-50340 | Ian Conner Bifferato, Esq. |
| Jennifer Tom | 19-50342 | Ian Conner Bifferato, Esq. |
| Ronald Draper | 19-50347 | Ian Conner Bifferato, Esq. |
| Lawrence J. Paynter | 19-50351 | Ian Conner Bifferato, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 | Leslie Berkoff, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | Derek C. Abbott, Esq. |
| Paul F. Happersett, in his capacity as Trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | 19-50735 | Ian Conner Bifferato, Esq. |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 | Ian Conner Bifferato, Esq. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 | Leslie Berkoff, Esq. |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 | Leslie Berkoff, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | Judith K. Fitzgerald, Esq. |
| Althea McCormick | 19-50823 | Ian Conner Bifferato, Esq. |
| Clayton Nakasone | 19-50832 | Ian Conner Bifferato, Esq. |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 | Judith K. Fitzgerald, Esq. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Ian Conner Bifferato, Esq. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | Judith K. Fitzgerald, Esq. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 | Ian Conner Bifferato, Esq. |
| Yanitsha M. Feliciano | 19-51015 | Judith K. Fitzgerald, Esq. |
| Kenneth Halbert | 19-51027 | Ian Conner Bifferato, Esq. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | Ian Conner Bifferato, Esq. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | Ian Conner Bifferato, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | Ian Conner Bifferato, Esq. |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 | Ian Conner Bifferato, Esq. |

# EXHIBIT 1

| Defendant(s) | Adv. Case No. |
|---|---|
| Eric Little | 19-50944 |
| Christopher J Watson | 19-50848 |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 |
| Elizabeth Haskell | 19-50839 |
| MGM Resorts International | 19-50853 |
| Matthew Gilchrist | 19-50997 |
| Thomas Furman | 19-50299 |
| Stefan Kolosenko | 19-50301 |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Mary M. Noyes, Gale E. Noyes | 19-50312 |
| Darrell Sandison, Mattie Sandison | 19-50313 |
| Michael Skurich, Joyce Skurich | 19-50315 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Laurence J. Nakasone | 19-50337 |
| Jeff Schuster | 19-50341 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Stephen B. Moore | 19-50350 |
| Nannette Tibbitts | 19-50353 |
| Mainstar Trust, Custodian for the Benefit of Marie Podkowinski, Marie Podkowinski | 19-50559 |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Rene C. Marsolan, Judy Marsolan | 19-50775 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| John J Begley | 19-50830 |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 |
| Hart Placement Agency, Inc. | 19-50847 |
| Robert Elmer | 19-50850 |
| Peter Greenberg | 19-50855 |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2, 1998, Kathy Hagen | 19-50869 |
| Mary J. Happersett, in her Capacity as Trustee of the Mary J. Happersett Revocable Living Trust Agreement Dated 07/15/98, Mary J. Happersett | 19-50870 |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 |
| Phillip Ball (aka Larry Ball) | 19-50913 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| Mark Goldfinger | 19-50920 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Danny Van Houten | 19-50927 |
| Christopher Longworth | 19-50928 |
| Retirement Services LLC | 19-50931 |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 |
| Roger L. Owens, Jennifer M. Lepore | 19-50940 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| David Keledjian | 19-50973 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Matthew Lorenc | 19-50979 |
| Donovan Knowles | 19-50980 |
| James A. Klohn & Assoc., P.A. | 19-50989 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Richard Anthony Miller | 19-51008 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Michael P. Litwin | 19-51023 |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Robert Biscardi Jr. | 19-51048 |
| Arash Tashvighi | 19-51049 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| To The Max Marketing, Inc. | 19-51066 |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| Deb Brundage | 19-51069 |
| Matthew Schwartz, Matte Black Inc. | 19-51077 |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Delton Christman, Jean Christman | 19-50314 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jennifer Tom | 19-50342 |
| Ronald Draper | 19-50347 |
| Lawrence J. Paynter | 19-50351 |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 |

| Defendant(s) | Adv. Case No. |
|---|---|
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Paul F. Happersett, in his capacity as Trustee of the Paul F. Happersett Revocable Living Trust Agreement Dated 07/15/98, Paul F. Happersett | 19-50735 |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 |
| Irmgard Herrmann | 19-50752 |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| Althea McCormick | 19-50823 |
| Clayton Nakasone | 19-50832 |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Gregory Jandt | 19-50981 |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 |
| Yanitsha M. Feliciano | 19-51015 |
| Kenneth Halbert | 19-51027 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |