# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALIA SALEM AL-SABAH<br>**Plaintiff** | \* | |
| | \* | |
| v. | | Civil Case No. SAG-17-730 |
| | \* | |
| JEAN AGBODJOGBE, et al<br>**Defendant** | \*\*\*\*\*\* | |

## ORDER OF JUDGMENT

The jury having returned a verdict in favor of the plaintiff, Alia Salem Al-Sabah, against the defendants, Jean Agbodjogbe, N&A Kitchen, LLC, N&A Kitchen II, LLC, 9 Jewels, LLC, and 5722 York Road, LLC, it is this 3rd day of February, 2020

**ORDERED,**

1. Judgment is entered in favor of Alia Salem Al-Sabah, in the amount of $7,641,800.00 for Compensatory Damages; Punitive Damages in the amount of $1,000,000.00; and attorneys' fees in the amount of $3,477.50, pursuant to the Court's October 30, 2019 Order, ECF 187, for a total of $8,645,277.50; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this Order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

*Stephanie A. Gallagher*
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALIA SALEM AL-SABAH, | * |
| Plaintiff, | * |
| v. | *    Civil Case No. SAG-17-730 |
| JEAN AGBODJOGBE, *et al.*, | * |
| Defendants. | * |

## VERDICT FORM

### Plaintiff's Claims Against Defendant Jean Agbodjogbe

#### Fraudulent Misrepresentation

1. Do you find Jean Agbodjogbe liable for fraudulent misrepresentation?

   Answer Yes or No: __YES__

#### Fraudulent Concealment

2. Do you find Jean Agbodjogbe liable for fraudulent concealment?

   Answer Yes or No: __YES__

#### Breach of Agency Duties

3. Do you find that Jean Agbodjogbe agreed to serve as Alia Al-Sabah's agent, and therefore owed fiduciary duties to Alia Al-Sabah?

   Answer Yes or No: __YES__

*If you answered "Yes" to question 3, proceed to question 4. If you answered "No" to question 3, proceed to question 5.*

   4. Do you find Jean Agbodjogbe liable for breach of the fiduciary duties he owed to Alia Al-Sabah?

   Answer Yes or No: __YES__

**Unjust Enrichment**

5. Do you find that Jean Agbodjogbe was unjustly enriched at the expense of Alia Al-Sabah?

   Answer Yes or No: __YES__

*If you answered "Yes" to any of questions 1, 2, 4, or 5, proceed to question 6. If you answered "No" to all of those questions, your Foreperson should sign and date the form.*

**Damages**

6. What amount of compensatory damages, if any, do you award to Alia Al Sabah against Jean Agbodjogbe for Mr. Agbodjogbe's conduct? If you believe that no compensatory damages are appropriate, please write "none."

   Answer: $ __7,641,800__

*If you awarded damages pursuant to question 6 and answered "Yes" to any of questions 1, 2, or 4, proceed to question 7. Otherwise, your Foreperson should sign and date the form.*

7. What amount of punitive damages, if any, do you award to Alia Al-Sabah as a result of Jean Agbodjogbe's conduct? If you believe that no punitive damages are appropriate, please write "none."

   Answer: $ __1,000,000__

**Plaintiff's Claims against Corporate Defendants**

*Answer the questions in this section only if you answered "Yes" to questions 1 or 2. If you answered "No" to both of those questions, your Foreperson should sign and date the form.*

8. Do you find that Jean Agbodjogbe and N&A Kitchen, LLC conspired to perpetrate fraud on Alia Al-Sabah?

   Answer Yes or No: __YES__

*If you answered "Yes" to question 8, proceed to question 9. If you answered "No" to question 8, proceed to question 11.*

9. What amount of compensatory damages, if any, do you award to Alia Al-Sabah against N&A Kitchen, LLC? If you believe that no compensatory damages are appropriate, please write "none."

   Answer: $ __7,641,800__

*If you awarded damages pursuant to question 9, proceed to question 10. If you awarded no damages, proceed to question 11.*

10. What amount of punitive damages, if any, do you award to Alia Al-Sabah as a result of N&A Kitchen's conduct? If you believe that no punitive damages are appropriate, please write "none."

    Answer: $ 1,000,000

11. Do you find that Jean Agbodjogbe and N&A Kitchen II, LLC conspired to perpetrate fraud on Alia Al-Sabah?

    Answer Yes or No: YES

*If you answered "Yes" to question 11, proceed to question 12. If you answered "No" to question 11, proceed to question 14.*

12. What amount of compensatory damages, if any, do you award to Alia Al-Sabah against N&A Kitchen II, LLC? If you believe that no compensatory damages are appropriate, please write "none."

    Answer: $ 7,641,800

*If you awarded damages pursuant to question 12, please proceed to question 13. If you awarded no damages, proceed to question 14.*

13. What amount of punitive damages, if any, do you award to Alia Al-Sabah as a result of N&A Kitchen II, LLC's conduct? If you believe that no punitive damages are appropriate, please write "none."

    Answer: $ 1,000,000

14. Do you find that Jean Agbodjogbe and 9 Jewels, LLC conspired to perpetrate fraud on Alia Al-Sabah?

    Answer Yes or No: YES

*If you answered "Yes" to question 14, proceed to question 15. If you answered "No" to question 14, proceed to question 17.*

15. What amount of compensatory damages, if any, do you award to Alia Al-Sabah against 9 Jewels, LLC? If you believe that no compensatory damages are appropriate, please write "none."

    Answer: $ 7,641,800

*If you awarded damages pursuant to question 15, proceed to question 16. If you awarded no damages, proceed to question 17.*

16. What amount of punitive damages, if any, do you award to Alia Al-Sabah as a result of 9 Jewels, LLC's conduct? If you believe that no punitive damages are appropriate, please write "none."

    Answer: $ 1,000,000

17. Do you find that Jean Agbodjogbe and 5722 York Road, LLC conspired to perpetrate fraud on Alia Al-Sabah?

    Answer Yes or No: YES

*If you answered "Yes" to question 17, proceed to question 18. If you answered "No" to question 17, your Foreperson should sign and date the form.*

18. What amount of compensatory damages, if any, do you award to Alia Al-Sabah against 5722 York Road, LLC? If you believe that no compensatory damages are appropriate, please write "none."

    Answer: $ 7,641,800

*If you awarded damages pursuant to question 18, proceed to question 19. If you awarded no damages, your Foreperson should sign and date the form.*

19. What amount of punitive damages, if any, do you award to Alia Al-Sabah as a result of 5722 York Road, LLC's conduct? If you believe that no punitive damages are appropriate, please write "none."

    Answer: $ 1,000,000

SO SAY WE ALL, this 31st day of January, 2020.

FOREPERSON **SIGNATURE REDACTED**