# EXHIBIT E




# Maryland Judiciary Case Search Results

Search Again

Company: **9 JEWELS**

13 items found, displaying all items.
1

Note: Initial Sort is by Last Name. Sorting by other columns is available by clicking on the desired column header. Secondary sort is always Case Number.   (0.098 seconds)

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| 03C17002633 | 9 Jewels L L C | | Defendant | Baltimore County Circuit Court | OV | Closed/Inactive | 03/20/2017 | Al Sabah vs Agbodjogbe, et al |
| 03C18004386 | 9 Jewels L L C | | Defendant | Baltimore County Circuit Court | FJ | Closed/Inactive | 04/26/2018 | Al Sabah vs Agbodjogbe, et al |
| 24C17003192 | 9 Jewels Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed/Inactive | 06/07/2017 | ICB Mechanical Contractors LLC vs 9 Jewels LLC |
| 24C17001329 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed/Active | 03/15/2017 | T. Brooks, Inc. Vs 9 Jewels, LLC, Et Al |
| 24C17001460 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Other Civil | Closed/Inactive | 03/23/2017 | Alia Salem Al-Sabah Vs Jean Agbodjogbe, Et Al |
| 24C17001462 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Other Civil | Closed/Inactive | 03/23/2017 | Alia Salem Al-Sabah Vs. Jean Agbodjogbe Et Al |
| 24C17001463 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Other Civil | Closed/Inactive | 03/23/2017 | ALIA SALEM AL-SABAH vs JEAN AGBODJOGBE, et al |
| 24C17001809 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed/Inactive | 04/04/2006 | T. Brooks, Inc. Vs 9 Jewels, LLC, Et Al |
| 24C17002325 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed/Inactive | 04/27/2017 | Curry Architechs Inc. vs 9 Jewels, LLC |
| 24C17003193 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Closed/Active | 06/07/2017 | ICB Mechanical Contractors, LLC Vs 9 Jewels, LLC |

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under the Maryland Rules on Access to Court Records.

2/5/2020 — Maryland Judiciary Case Search Results

| Case Number | Name | Date of Birth | Party Type | Court | Case Type | Case Status | Filing Date | Case Caption |
|---|---|---|---|---|---|---|---|---|
| 24C18001937 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Foreign Judgment | Closed/Inactive | 04/05/2018 | ALIA SALEM AL-SABAH Vs JEAN AGBODJOGBE, Et Al |
| 24C18005521 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Mechanics Liens | Open/Active | 10/09/2018 | UrbanBuilt, LLC vs 9 Jewels, LLC, et al |
| 24C19001180 | 9 Jewels, Llc | | Defendant | Baltimore City Circuit Court | Other Tort | Open/Active | 02/27/2019 | T. Brooks, Inc. vs 9 Jewels, LLC, et al |

CaseSearch will only display results for cases that exist and for which the case's existence or a person's identity is not protected information under the Maryland Rules on Access to Court Records.

13 items found, displaying all items.
1

Export options:   CSV  |   Excel  |   XML

## Frequently Asked Questions

Copyright © 2020 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer

2/5/2020                     Maryland Judiciary Judgment and Liens Search}

 

# Maryland Judiciary Judgment and Liens Search

( Search Again )

Last Name: **9 Jewels** | County Name:

7 items found, displaying 1 to 7

Click on the column heading to sort by that column

| Case Number | Name For | Name Against | Court | Case Status | Judgment Amount | Book Page | Entry Date |
|---|---|---|---|---|---|---|---|
| 03-C-18-004386 | Al Sabah, Alia Salem | 9 Jewels L L C | BALTIMORE COUNTY | Entered | $26,868.13 | 00000/00000 | 05/01/2018 |
| 03-C-18-004386 | Al Sabah, Alia Salem | 9 Jewels L L C | BALTIMORE COUNTY | Satisfied | $26,868.13 | 00000/00000 | 08/16/2018 |
| 24C17001809 | T. Brooks, Inc. | 9 Jewels, LLC | BALTIMORE CITY | Entered | $64,203.37 | | 01/22/2018 |
| 24C17001809 | T. Brooks, Inc. | 9 Jewels, LLC | BALTIMORE CITY | Entered | $84,532.00 | | 05/04/2018 |
| 24C17001809 | T. Brooks, Inc. | 9 Jewels, LLC | BALTIMORE CITY | Vacated | $64,203.37 | | 03/26/2018 |
| 24C18001937 | AL-SABAH, ALIA SALEM | AGBODJOGBE, JEAN 9 JEWELS, LLC | BALTIMORE CITY | Entered | $26,868.13 | | 04/09/2018 |
| 24C18001937 | AL-SABAH, ALIA SALEM | AGBODJOGBE, JEAN 9 JEWELS, LLC | BALTIMORE CITY | Satisfied | $26,868.13 | | 08/21/2018 |

Copyright © 2017 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer