# EXHIBIT F

# General Information Form

**Loan Request Information** (Please Complete All Information to Avoid Delays in Processing Your Application)

Application For:
- ☐ Conventional Mortgage
- ☐ SBA
- ☐ Construction loan
- ☐ Church Finance

Purpose of Loan: REFINANCE CASH OUT
Source of Repayment:
Amount Requested: $
Term Requested:
Amortization Requested:

Collateral Description:
1. 1306 NORTH Howard Baltimore md 21201 — Market Value: $ — Purchase Price: $545,000 — Date of Purchase: 03/26/2015
2. 5722 York Road Baltimore md 21212 — $ — $525,000 — 05/27/2015
3.

## A. Applicant Information

Legal Name of Applicant (Borrower): NRA Kitchen LLC
DBA (If Applicable): NAILAHS Kitchen
Tax I.D. Number: 81-2544025
Principle Place of Business Address (not P.O. Box): 5722 York Road
City: BALTIMORE   State: MARYLAND   County: CITY   Zip: 21212
Mailing Address (if different):
City:   State:   Zip:
Key Contact Name: JEAN ACBONJOGBE
Business Telephone Number: (410) 727-1300
Business Fax Number: ( )
Date Business Established: 08/27/2014
Current ownership (# of years): 2 YEARS
State of Registration: W16043721
Annual Sales: $
Net Profit-prev yr: $
Number of Employees: 7
Describe applicants product/service: RESTAURANT

Type of Ownership (Select One):
- ☐ Proprietorship  ☐ C-Corp.  ☐ S-Corp.  ☒ LLC
- ☐ General Partnership  ☐ Limited Partnership  ☐ Professional Association
- ☐ Non Profit  ☐ LLP

E-Mail Address:
Who does applicant currently do their business banking with?
Is applicant willing to move their banking relationship in conjunction with their loan? Yes ☐  NO ☐

## B. Owners Information

| Name | Social Security Number | % Ownership | Title |
|---|---|---|---|
| JEAN H ACBONJOGBE | 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 | 100% | OWNER |
|  |  |  |  |
|  |  |  |  |

Key Contact Name and Phone Number: JEAN H ACBONJOGBE (443) 473-1494
For more than four owners attach additional sheet(s).

## C. Loan Disclosures (Refinance)

| Current lender | Rate | Start date | Monthly payment | Current balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

| Property gross annual revenues | Annual expenses | Type of property | Number of Tenants | Estimated value |
|---|---|---|---|---|
|  |  |  |  |  |

WOODBRIDGE0000601

## D. Loan Disclosures (Purchase)

| Purchase price | Will purchaser occupy 51% or more of the property | Type of property | Down payment | Estimated value |
|---|---|---|---|---|
|  |  |  |  |  |

| Property gross annual revenues | Annual expenses | Number of tenants | Is the property under contract | Anticipated settlement date |
|---|---|---|---|---|
|  |  |  |  |  |

## E. Other Information

Settlement agent name _____   Insurance Company Phone Number ( ) _____

Settlement agent phone number _____   Insurance Company Fax Number ( ) _____

| | Yes* | No |
|---|---|---|
| Is the seller of the property willing to carry a second trust? (Purchase only) | ☐ | ☐ |
| Has The Applicant Ever Declared Bankruptcy Or Had Any Judgments, Repossessions, Garnishments Or Other Legal Proceeding Filed Against Them? | ☐ | ☐ |
| Is the applicant currently under contract with any other mortgage brokers? | ☐ | ☐ |
| Are Any Tax Obligations, Including Payroll or Real Estate Taxes, Past Due? | ☐ | ☐ |
| Is The Applicant Liable On Debts Not Shown, Including Any Contingent Liabilities Such As Leases, Endorsements, Guarantees, Etc.? | ☐ | ☐ |
| Is The Applicant Currently A Defendant In Any Suit Or Legal Action? | ☐ | ☐ |

*If you answered yes to any of the above questions, please provide an explanation on a separate sheet

## F. Certification And Signatures

Each of the undersigned hereby instructs, consents and authorizes the Lender/Broker, or any affiliate, subsidiary or assigns to obtain a consumer credit report and any other information relating to their individual credit status in the following circumstances: (a) relating to the opening of an account or upon application for a loan or other product or service offered by Lender by a commercial entity of which the undersigned is a principal, member, guarantor or other party, (b) thereafter, periodically according to the Lender's credit review and audit procedures, and (c) relating to Lender's review or collection of a loan, account, or other Lender product or service made or extended to a commercial entity of which the undersigned is a principal, member, guarantor or other party. The Applicant(s), individually and/or by the signature(s) of its authorized representative below, hereby certifies that: the foregoing has been carefully read by the Applicant and is given to the Lender/Broker for the purpose of obtaining the credit described above and other credit from time to time in whatever form; the information in this Application and any other documents or information submitted in connection with this Application or any other credit request are true and correct statements of the Applicant's financial condition and may be treated by the bank as a continuing statement thereof until replaced by a new Application or until the Applicant specifically notifies Lender/Broker in writing of any change; and the credit requested herein and any other credit obtained from the Lender/Broker by the Applicant on the basis of the information contained in this Application shall be used solely for business and commercial purposes. The Applicant and each Guarantor authorize the Lender/Broker to verify at an time any information submitted to the Lender/Broker by or on behalf of the Applicant and/or any Guarantor; obtain further information concerning the credit standing of the Applicant, its representatives and Guarantors; and exchange such credit information with others. The Applicant agrees to provide additional information, financial or otherwise, upon request and agrees that, unless otherwise directed by the Applicant in writing, all statements and notices regarding any credit granted by the Lender/Broker to the Applicant shall be mailed or faxed to the Applicant at the address or number shown above. Any person(s) signing below is duly authorized and empowered to request credit on behalf of the Applicant.

Unless I/We initial here, the Lender/Broker is hereby authorized to share this application and credit information with its affiliates or other lenders, which may consider my/our application for loan approval/purchase. This statement does not limit the Lender/Broker's rights to sell or assign any loans to a third party.
Applicant and each Guarantor initials: _JTA_

| Signature (Applicant) | Title | Print Name | Date |
|---|---|---|---|
| [signature] | OWNER | JEAN H Abodjoke | 11/15/2016 |
| Signature (Guarantor) | | Print Name | Date |
|  |  |  |  |
| Signature (Guarantor) | | Print Name | Date |
|  |  |  |  |

WOODBRIDGE0000692

CONFIDENTIAL

PERSONAL FINANCIAL STATEMENT

Statement Date: 11/15/2016

### Personal Information

| | | | |
|---|---|---|---|
| Name: | JEAN M ALBIASTONE | SSN: | 212 55 7523 |
| Address: | 105 MOUNT WILSON | Birthdate: | 04/02/1971 |
| City, State Zip: | PIKESVILLE MD 21208 | Dependents: | 4 |
| Home Telephone: | PIKESVILLE 71971 | Business Telephone: | 410 727-1300 |

## Section I

### ASSETS

| # | Item | Amount |
|---|---|---|
| 1 | Cash on Hand & in Banks | 114,388.53 |
| 2 | Cash Value of Life Insurance | 0 |
| 3 | U.S. Gov. Securities | 0 |
| 4 | Other Marketable Securities | 0 |
| 5 | Notes & Accounts Receivable - Good | |
| 6 | Other Assets Readily Convertible to Cash - Itemize | |
| 7 | SECURED CREDIT LINE | 2500.00 |
| 8 | | |
| 9 | | |
| 10 | TOTAL CURRENT ASSETS | $0.00 |
| 11 | Real Estate Owned | 5,831,000.00 |
| 12 | Mortgages & Contracts Owned | 0 |
| 13 | Notes & Accounts Receivable - Doubtful | 0 |
| 14 | Notes Due from Relatives & Friends | 0 |
| 15 | Other Securities - Not Readily Marketable | 0 |
| 16 | Personal Property | 226,000 |
| 17 | Other Assets - Itemize | |
| 18 | | |
| 19 | | |
| 20 | TOTAL ASSETS | 6,202,388.53 |

### LIABILITIES

| # | Item | Amount |
|---|---|---|
| 21 | Notes Due to Banks | 1680.00 |
| 22 | Notes Due to Relatives & Friends | 0 |
| 23 | Notes Due to Others | 0 |
| 24 | Accounts & Bills Payable | 0 |
| 25 | Unpaid Income Taxes Due - Federal State | 0 |
| 26 | Other Unpaid Taxes & Interest | 0 |
| 27 | Loans on Life Insurance Policies | 0 |
| 28 | Contract Accounts Payable | 0 |
| 29 | Cash Rent Owed | 0 |
| 30 | Other Liabilities Due within 1 Year - Itemize | |
| 31 | | |
| 32 | | |
| 33 | TOTAL CURRENT LIABILITIES | 1680 |
| 34 | Real Estate Mortgage Payable | 0 |
| 35 | Liens & Assessments Payable | 0 |
| 36 | Other Debts - Itemize | 0 |
| 37 | | 0 |
| 38 | TOTAL LIABILITIES | $0.00 |
| 39 | Net Worth (Total Assets - Total Liabilities) | $0.00 |
| 40 | TOTAL LIABILITIES & NET WORTH | $0.00 |

### ANNUAL INCOME

| Item | Amount |
|---|---|
| Salary, Bonuses & Commissions | 150,000.00 |
| Dividends & Interest | 0 |
| Rental & Lease Income (Net) | 31,200.00 |
| Other Income - Itemize | 0 |
| Other Persons Salary, Bonuses & Commissions | 0 |
| Other Income of Other Person - Itemize | 0 |
| Total | 181,260 |

### ESTIMATE OF ANNUAL EXPENSES

| Item | Amount |
|---|---|
| Income Taxes | 12,000.00 |
| Other Taxes SALES TAX | 36,000.00 |
| Insurance Premiums | 4785 |
| Mortgage Payments | 0 |
| Rent Payable | 0 |
| Other Expenses | |
| Total | 52,785 |

### GENERAL INFORMATION

- Are any Assets Pledged?   ☐ No   ☐ Yes
- Are you a Defendant in any Suits or Legal Actions? ☒ No  ☐ Yes (Explain)
- Have you ever been declared Bankrupt in the last 10 years? ☒ No  ☐ Yes (Explain)

### CONTINGENT LIABILITIES

| Item | |
|---|---|
| As Endorser, Co-maker or Guarantor - Yes | N/A |
| On Leases or Contracts | N/A |
| Legal Claims | N/A |
| Federal - State Income Taxes | N/A |
| Other - | |

## Section II

### A  CASH IN BANKS AND NOTES DUE TO BANKS

| Name of Bank | Type of Account | Type of Ownership | On Deposit | Notes Due Banks | COLLATERAL (If any) & Type of Ownership |
|---|---|---|---|---|---|
| CAPITAL ONE | PERSONAL | PERSONAL | 114,388.53 | | |
| SECU | LOAN | PERSONAL | | 483.00 | Vehicle |
| SECU | Credit Card | PERSONAL | | 184.00 | |
| SECU | LOAN | PERSONAL | | 493.00 | CAR $2500 |
| CAPITAL ONE | AUTO | PERSONAL | | 520.00 | Vehicle |
| Cash on Hand | | | | | |
| TOTALS | | | $0.00 | 1680 | $0.00 |

PERSONAL FINANCIAL STATEMENT

1

CONFIDENTIAL

SECTION II (Continued)

**B  LIFE INSURANCE** (List only those Policies that you own)

| Company | Face of Policy | Cash Surrender Value | Policy Loan from Insurance Co. | Other Loans Policy as Collateral | BENEFICIARY |
|---|---|---|---|---|---|
| | | N/A | | | |
| | | | | | |
| | | | | | |
| TOTALS | | $0.00 | $0.00 | | |

**C  SECURITIES OWNED**

| Face Value-Bonds No. of Shares Stock | Indicate these Not Registered in Your | Type of Ownership | COST | Market Value U.S. Gov. Sec. | Market Value Marketable Sec. | MARKET VALUE Not Readily Marketable SECURITIES | Amount Pledged to Secured Loans |
|---|---|---|---|---|---|---|---|
| | | | N/A | | | | |
| | | | | | | | |
| | | | | | | | |
| | | TOTALS | | $0.00 | $0.00 | $0.00 | |

**D  NOTES AND ACCOUNTS RECEIVABLE** (Monies Payable or Owed to You Individually Indicate by a X if Others have an Ownership Interest)

| MAKER/DEBTOR | X | When Due | Original Amount | Balance Due Good Accounts | Balance Due Doubtful Accounts | Bal. Due Notes Rec. & Friends | Security (if any) |
|---|---|---|---|---|---|---|---|
| | | | | N/A | | | |
| | | | | | | | |
| | | | TOTALS | $0.00 | $0.00 | $0.00 | |

**E  REAL ESTATE OWNED** (Indicate by a X if Others have an Ownership Interest)

| TITLE IN NAME OF | Description & Location | X | Date Acquired | Original Cost | Present Value of Real Estate | Amount of Ins. Carried | Bal. Due | Payment | Maturity | To Whom Payable |
|---|---|---|---|---|---|---|---|---|---|---|
| Yacht | Condo | | 07/2015 | 2,085,000 | 2,200,000 | | 0 | 0 | | |
| NY | Com | | 08/2015 | 525,000 | 1,500,000 | | | | | |
| NY | Com | | 05/2015 | 395,000 | 2,000,000 | | 0 | 0 | | |
| CA | Res | | 03/2014 | 468,000 | 562,000 | | 0 | 0 | | |
| | | | TOTAL 6,512,000.00 | | $0.00 | TOTAL | $0.00 | | | |

**F  MORTGAGES AND CONTRACTS OWNED** (Indicate by a X if Others have an Ownership Interest)

| Contract | Mortgage | X | Maker Name | Maker Address | Property Covered | Start Date | Payment | Maturity | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | TOTALS | $0.00 |

**G  PERSONAL PROPERTY** (Indicate by a X if Others have an Ownership Interest)

| DESCRIPTION | X | Date When New | Cost When New | Value Today | Balance Due | To Whom Payable |
|---|---|---|---|---|---|---|
| Food Trucks | | 09/2015 | 243,000 | 200,000 | 0 | |
| Cargo Van | | 10/2014 | 32,000 | 26,000 | 3,450.00 | See credit line |
| | | | TOTAL | | $0.00 | |

**H  NOTES** (Other than Bank, Mortgage and Insurance Company Loans)

| PAYABLE TO | Other Obligors (if any) | When Due | Notes Due To Rel. & Friends | Notes Due Others (Not Banks) | Accounts & Bills Payable | Contracts Payable | COLLATERAL if any |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | |

For the purpose of procuring credit from time to time, I/We furnish the foregoing as a true and accurate statement of my/our financial condition. Authorization is hereby given to the Lender to verify in any manner it deems appropriate any and all items indicated on this statement. The undersigned also agrees to notify the Lender immediately in writing of any significant adverse change in such financial condition.

Signature: _ACBody_    Signature: ____    Date: 11/15/2016

PERSONAL FINANCIAL STATEMENT

# PERSONAL RESUME FORM

TO BE COMPLETED BY EACH PRIPLE INVOLVED IN THE LOAN
*If you already have a prepared resume, submit in lieu of this form*

Name: JEAN  PMA   ABOADPEBE
      FIRST  MIDDLE  MAIDEN  LAST

Date of birth: 04/02/1971  Place of birth: SENEGAL  Social Security No. 212557523

U.S. Citizen — If not, please provide alien registration number _____

Home address: 103 MOUNT WILSON  City: Pkesville  State: Md  Zip: 21208
From: 01/2015  To: present  Home phone: 4134731444  Business phone: 410 727 1300
Immediate past address: 8600 Glen Fox Rd  City: Randallstown  State: Md  Zip: 21213
From: 08/2013  To: 01/2015

Are you employed by the U.S. Government? N/A
If so, give the name of the agency and position: N/A

## Military Service Background

Branch: _____ From: _____ To: _____
Rank at discharge: _____ Honorable? N/A
Job Description: _____

## Work Experience

List chronologically, beginning with present employment

Name of company: SUMCAN BUSINESS   % of business owned: 500/d
Full address: 328 Noel Guiossisi  City: Baltimore  State: Md  Zip: 21201
From: 11/2011  To: 07/2013  Title: MANAGER  Duties: _____

Name of company: N & A Kitchen LLC   % of business owned: 100%
Full address: 306 North Hayork  City: Baltimore  State: Md  Zip: 21201
From: 08/2014  To: present  Title: OWNER  Duties: MANAGER


WOODBRIDGE0000605

Name of company __N&A Kitchen LLc__  % of business owned __100%__
Full address __5722 York Rd__ City __Pikesville__ State __md__ Zip __21212__
From __05/06/16__ To __present__ Title __Owner__ Duties __MANAGER__

Education (College or Technical Training)

Name and Location     Dates Attended     Major     Degree or Certificate
1. __Chantilly HiGH schole France    HiGh school Diploma__
Comments: _____
2. _____
Comments: _____
3. _____
Comments: _____
4. _____
Comments: _____

WOODBRIDGE0000696

1/10/2017            TLOxp - Personal Judgments

Customer Support (888) 493-2209
customersupport@tlo.com
Logged in as : JHOLLAND@RIVERDALEFUNDING.COM View Cost this Session
Search History
Use Certifications - GLBA/DPPA
Preferences
My Account
Favorites
User Tips
Sign Out
0

## Welcome to the Message Center!

Learn more about the latest resource available in your TLOxp account.
Back to Notifications

- People
- Business Plus
- Criminal Records
- Courts
- Assets

Your Current Reference ID: NONE
6 results found for judgments for people named JEAN AGBODJOGBE who have used SSN: 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 in the United States.

### JEAN AGBODJOGBE (Maryland)
JEAN AGBODJOGBE [ View Person Record ]
Address: 229 N HOWARD ST, BALTIMORE, MD 21201-3515 (Baltimore City COUNTY)
Filing County: Baltimore city, MD
Filing Type: SMALL CLAIMS JUDGMENT
Plaintiff: THURMAN ROBINSON
Court Case Number: 010100259182011
Total Judgment Amount: $4,797
Deed Category Type: Release
Damar Document Type: Release of Judgments
Court: BALTIMORE CITY DISTRICT COURT (MDBLCD1)
Court Address: FAYETTE AND GAY STREETS, BALTIMORE, MD 21202 (Baltimore City COUNTY)
Court Phone: (410) 878-8900
Recording Date: 08/27/2015
Filing Date: 03/19/2012

### JEAN AHOUENOU AGBODJOGBE (Maryland)
JEAN AHOUENOU AGBODJOGBE [ View Person Record ]
Address: 229 N HOWARD ST APT 200, BALTIMORE, MD 21201-3548 (Baltimore City COUNTY)
Filing County: Baltimore city, MD
Plaintiff: GEORGE J FALTER CO INC
Court Case Number: 010100084692014
Total Judgment Amount: $7,940
Deed Category Type: Placement
Damar Document Type: Judgment
Recording Date: 08/18/2014

### JEAN AGBODJOGBE (Maryland)
JEAN AGBODJOGBE [ View Person Record ]
Address: 229 N HOWARD ST, BALTIMORE, MD 21201-3515 (Baltimore City COUNTY)
Filing County: Baltimore city, MD
Filing Type: CIVIL NEW FILING
Plaintiff: ROBINSON THURMAN
Court Case Number: 010100259182011
Total Judgment Amount: $4,689
Court: BALTIMORE CITY DISTRICT COURT (MDBLCD1)
Court Address: FAYETTE AND GAY STREETS, BALTIMORE, MD 21202 (Baltimore City COUNTY)
Court Phone: (410) 878-8900
Filing Date: 09/29/2011

### JEAN P AGBODJOGBE (Maryland)
JEAN P AGBODJOGBE [ View Person Record ]
Address: 3407 AURORA LN APT K, GWYNN OAK, MD 21207-5761 (Baltimore COUNTY)
Filing County: Baltimore, MD
Filing Type: SMALL CLAIMS JUDGMENT
Plaintiff: ENTERPRISE LEASING CO OF BALTO I
Court Case Number: 00026542003
Total Judgment Amount: $4,361
Court: BALTIMORE DISTRICT COURT (MDBALD1)
Court Address: 8914 KELSO DRIVE, ESSEX, MD 21221 (Baltimore COUNTY)
Court Phone: (410) 512-2300
Filing Date: 08/08/2003

### JEAN P AGBODJOGBE (Maryland)
JEAN P AGBODJOGBE [ View Person Record ]
Address: 3407 AURORA LN APT K, GWYNN OAK, MD 21207-5761 (Baltimore COUNTY)
Filing County: Baltimore, MD
Plaintiff: ENTERPRISE LEASING CO/BALTO IN
Court Case Number: 080400026542003
Total Judgment Amount: $4,362
Deed Category Type: Placement

https://tloxp.tlo.com/search.php      1/2

1/10/2017                                               TLOxp - Personal Judgments

Damar Document Type: Judgment

---

JEAN P AGBODJOGBE (Maryland)
JEAN P AGBODJOGBE [ View Person Record ]
Address: PO BOX 29348, BALTIMORE, MD 21213-0148 (Baltimore City COUNTY)
Filing County: Baltimore city, MD
Plaintiff: MARYLAND MGMT CO
Court Case Number: 080400063472008
Total Judgment Amount: $4,058
Deed Category Type: Placement
Damar Document Type: Judgment

| | |
|---|---|
| From: | Rjsalv@aol.com [Rjsalv@aol.com] |
| Sent: | 1/5/... |
| To: | Benjamin Dunavent [ben@riverdalefunding.com] |
| Cc: | Joe Hughis (JHughis@aol.com) [JHughis@aol.com] |
| Subject: | Re: 5722 York Road, Baltimore, MD 21201 and 306 N. Howard Street, Baltimore, ... |

Ok with 1 yr interest reserves and holdback for work

In a message dated 1/5/2017 4:51:03 P.M. Eastern Standard Time, ben@riverdalefunding.com writes:

He thought he was going to be able to extend with current lender...The lender did not extend so he has a balloon coming up at the end of this month.

From: Rjsalv@aol.com [mailto:Rjsalv@aol.com]
Sent: Thursday, January 5, 2017 4:48 PM
To: Benjamin Dunavent <ben@riverdalefunding.com>
Cc: Robert Shapiro <Bobshap1@aol.com>; Joe Hughis (JHughis@aol.com) <JHughis@aol.com>
Subject: Re: 5722 York Road, Baltimore, MD 21201 and 306 N. Howard Street, Baltimore, ...

We have seen this deal before. What happened first time around?

In a message dated 1/5/2017 4:41:49 P.M. Eastern Standard Time, ben@riverdalefunding.com writes:

REFI.......Restaurant/ Luxury Offices.........Value 1.97M........Loan 960K........LTV 49%........SQF 5,460 and 11.200......Score 680

Borrower is needing to pay off both 1st mortgages and 150K to complete the work to the offices in the Howard Building.........Both Restaurants are the same but different locations.....Both have 4.5 star rating ......Good Credit and good income from both restaurants. Will hold back draws for work to be completed and is looking for some cash out to invest in other real estate.

**Nailah's Kitchen** ● Claimed

★★★½ 65 reviews [ Details ]

$$ · Senegalese, Halal [ Edit ]

WOODBRIDGE0000006

Message

Message

| Name: | Kenneth Williams |
|---|---|
| Phone Number: | 214-283-6309 |
| Email Address: | info@uptowncommercialcapital.com |
| Company Name: | Uptown Business Brokers |
| EIN: | 44-9817044 |
| SSN: | 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 |
| Address: | 6932 Greenville Ave, #134, Dallas, TX 75231 |

| BORROWER'S INFORMATION ||
|---|---|
| Name: | Jean Agbodjogbe |
| Home Address: | 103 Mount Wilson Lane, Pikesville, MD 21208 |
| Phone Number: | 443-473-1494 |
| Email Address: | n.scott1987@yahoo.com |
| Date of Birth: | 04/02/1971 |
| SSN: | 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 |
| Est Fico Score: (If below 600, attach explanation) | 680 |

| PROPERTY INFORMATION ||
|---|---|
| Requested Loan Amount ($): | 1) 400,000<br>2) 560,000 |
| Property Value ($):<br>(Breakdown each property) | 1) 850,000<br>2) 1,120,000 |
| Loan-To-Value (%): | 49% |
| Property Address:<br>(Breakdown each property) | 1) 5722 York Road, Baltimore, MD 21201<br>2) 306 N. Howard Street, Baltimore, MD 21201 |
| Building Type and Use:<br>(Breakdown each property) | Commercial, Restaurant |
| Building Size (Sq Ft):<br>(Breakdown each property) | 1) 5,460<br>2) 11,200 |
| Year Property was Purchased:<br>(Breakdown each property) | 2015 Both |
| What is the Purchase Amount ($): | 1) 525,000; after purchase renovated for $1,290,000<br>2) 545,000; after purchase renovated for $800,000 |

| | |
|---|---|
| What is the Annual Tax Amount ($): | |
| Are Taxes Current? | Yes for both |
| Is Property Currently Leased? (Breakdown each property) | No, it is owner operated restaurant |
| What are the Current Rent Amounts ($)? (Attach Rent Roll) | |
| What are the Projected Rent Amounts ($)? (Breakdown each property) | Rents below for 306 N Howard St<br><br>$7,500 mo or $90,000 for the year for top floor executive offices, $7,500 mo or $90,000 for the restaurant space |
| What is Current Operating Cost ($)? (Breakdown each property) | |
| What is Property Currently VESTED In? (LLC/Corp/Individual/Trust) | LLC |
| What is the LLC/Corp Name? | 1) 5722 York Road, LLC<br>2) 9 Jewels, LLC |
| What is the LLC/Corp Address? | 1) 308 N. Howard Street, Baltimore, MD 21201<br>2) 308 N. Howard Street, Baltimore, MD 21201 |
| What is the Tax ID # (EIN)? | 1) 21-255-7523<br>2) 47-3417809 |
| How Long has Property Been in LLC/Corp? | Both since 2015 |
| **LOAN PURPOSE** | |
| Is this a Purchase or Refinance? (Breakdown each Property) | Refinance |
| Purchase Price or Amount Owed ($)? (Breakdown each Property) | 1) $200,000<br>2) $200,000 |
| Who is the Current Lender on Property? | The Helen J. Serini Foundation, Inc (same for both) |
| Is the Existing Mortgage Current? (If not, how far behind and why?) | yes |
| Is the Property in Foreclosure? (If yes, why?) | no |
| Maturity Date of Current Mortgage: | 1/21/2017 |

| Detailed Use of Funds: (Explanation) | Payoff existing loans and use the balance for real estate investment projects |
|---|---|

WOODBRIDGE0000009

| Detailed Exit Strategy: (Explanation) | Will be refinancing with a conventional loan |
|---|---|

Describe deal and why a bridge loan is necessary:

5722 York Road, Baltimore, MD 21201

WOODBRIDGE0000010





WOODBRIDGE0000011