IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No.: 17-12560 (BLS) |
| WOODBRIDGE GROUP OF COMPANIES,[1] | : | (Jointly Administered) |
| LLC, *et al.*, | : |  |
| Debtors. | : | **Related Docket No.** ___ |
|  | : |  |

**ORDER GRANTING ALIA SALEM AL-SABAH'S MOTION FOR (I) RELIEF FROM THE DISCHARGE INJUNCTION IN CONFIRMED PLAN, AND (II) THE COURT TO ABSTAIN FROM HEARING THE WOODBRIDGE LENDER ACTION**

Upon the motion (the "<u>Motion</u>")[2] of Ms. Al-Sabah for entry of an order (a) modifying the Discharge Injunction so that Ms. Al-Sabah can pursue liquidation of the Proofs of Claim against the Debtors, or the Trust, as applicable, (b) holding that this Court will abstain from hearing the Woodbridge Lender Action and will permit the District Court to hear the Woodbridge Lender Action as part of the 2018 Action so that Ms. Al-Sabah's Proofs of Claim can be liquidated and receive the distribution entitled to similar claimants under the Plan, and (c) granting such other and further relief as is just and proper, and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given under the circumstances; and this Court having found that good and sufficient cause exists for the relief granted by this Order;

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Discharge Injunction is modified so that Ms. Al-Sabah can pursue liquidation of the Proofs of Claim against the Debtors, or the Trust, as applicable.

3. This Court will abstain from hearing the Woodbridge Lender Action or any matter related thereto between the Trust, Debtors, and/or Ms. Al-Sabah.

4. Ms. Al-Sabah shall have the Woodbridge Lender Action heard by the District Court as a part of the 2018 Action so that the Proofs of Claim can be liquidated and receive the distribution entitled to similar claimants under the Plan.

5. Notice of the Motion as provided therein shall be deemed good and sufficient notice as to such Motion and the requirements of the Bankruptcy Rules are satisfied by such notice.

6. Ms. Al-Sabah is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.