## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No.: 17-12560 (BLS) |
| WOODBRIDGE GROUP OF COMPANIES,[1] | : (Jointly Administered) |
| LLC, e*t al*., | : |
| Debtors. | : **Hearing Date: April 7, 2021 at 10:30 a.m. (ET)** |
|  | : **Objection Deadline: March 31, 2021 at 4:00 p.m.** |

### NOTICE OF ALIA SALEM AL-SABAH'S MOTION FOR (I) RELIEF FROM THE DISCHARGE INJUNCTION IN CONFIRMED PLAN, AND (II) THE COURT TO ABSTAIN FROM HEARING THE WOODBRIDGE LENDER ACTION

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) COUNSEL TO WOODBRIDGE LIQUIDATION TRUST; AND (III) THOSE PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002 ON AND AFTER THE EFFECTIVE DATE.

**PLEASE TAKE NOTICE** that Alia Salem Al-Sabah ("Ms. Al-Sabah"), has filed the attached *Alia Salem Al-Sabah's Motion for (I) Relief from the Discharge Injunction in Confirmed Plan, and (II) The Court to Abstain from Hearing the Woodbridge Lender Action* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **March 31, 2021, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon the undersigned counsel to Ms. Al-Sabah so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the motion will be held on **April 7, 2021, at 10:30 a.m. (ET)** before the Honorable Brendan L. Shannon at the united states Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, Courtroom No. 1, Wilmington, Delaware 19801.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

- 2 -

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:  March 1, 2021
Wilmington, Delaware

**CHIPMAN, BROWN, CICERO & COLE, LLP**

/s/ Mark L. Desgrosseilliers

Mark L. Desgrosseilliers (No. 4083)
Robert A. Weber (No. 4013)
Hercules Plaza
1212 N. Market Street
Suite 5400
Wilmington, DE 19801
Email: Chipman@chipmanbrown.com
Desgross@chipmanbrown.com
Weber@chipmanbrown.com

-and-

**SQUIRE PATTON BOGGS (US) LLP**
Christopher J. Giaimo (admitted *pro hac vice*)
2550 M Street, NW
Washington, DC 20037
Telephone: 202-457-6000
Facsimile: 202-451-6315
Email: Jeffrey.rothleder@squirepb.com
Christopher.giaimo@squirepb.com

*Counsel to Ms. Alia Salem Al-Sabah*