| First Name | Last Name |
|---|---|
| Sheila | Kelly |
| Judith | Fitzgerald |
| Alice | Norkeen |
| Patricia | Cherveny |
| Jason | Gibson |
| Gregory | Hauswirth |
| Jonathan | Miller |
| Jeffrey | Nolan |
| Dennis | Drake |
| Gary | Forrest |
| Elizabeth | Haskell |
| Ann | Kashishian |
| Marsha | Wright |
| John | Anderson |
| Richard | McKibben |
| Jonathan | Wright |
| Joseph | Isaac |
| Kim | Lewakowski |
| Matthew | Breen |
| Robert | Houlihan |
| Donovan | Knowles |
| Karen | Smith |
| Kellie | Heier |
| Michael | Molacek |
| Matthew | Beebe |
| Judge | Stickles |
| Margo | Javelov |
| Richard | Renshaw |
| Michael | Tuchin |
| Russell | Bullis |
| SCOTT | SCHREYER |
| Stephanie | Rosner |
| Benjamin J. | Biard |

| | |
|---|---|
| Ryan | Martin |
| phil | steck |
| Rachel | Parisi |
| James | Tobia |
| Mark | Billion |
| Colin | Robinson |
| Edward | Corma |
| Chet | Thong |
| bruce | moore |
| Stephen | Moore |
| Sandra | Barnes |
| Randall | Martin |
| Jerry | Verseput |
| Scott | Farwick |
| John | Appleton |
| Steven | Sackmann |
| Michael | Brown |
| Jonathan | Weiss |
| Mark | Maiewski |
| Troupe | Mickler |
| David | Holmes |
| William | Rubley |
| Bill | Hazeltine |
| Karen | Conmy |
| William | Shustowski Jr. |
| Dixie | Ward |
| Douglas | Fogle |
| Kevin | Collins |
| Matthew | Burne |
| Ian Connor | Bifferato |
| Benjamin | Keenan |
| Lori Sanchez | Ertel |
| Greg | Smith |
| Michael | Joyce |

| | |
|---|---|
| Linda | Wirkus |
| DENNIS | KOS |
| Jason | Pomerantz |
| Curtis | Hehn |
| Terry | Griffin |
| Kerstin | Rodriguez |
| N Edward | Ross |
| Charles | Brown |
| Donna | Schmitt |
| Carol | Clanton |
| Paul | Meinardus |
| Leonard | Gonzales |
| Donna | Conklin |
| Darin | Baker |
| Charlotte | Bales |
| Howard | Camhi |
| Ryan | Cadwallader |
| Kenneth | Feyers |
| Patrick | Carothers |