**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | | ) | Case No.: | |
|---|---|---|---|---|
| | Altegrity, Inc. | ) | | 15-10226-LSS |
| | SportCo Holdings | ) | | 19-11299-JKS |
| | AgFeed USA, LLC | ) | | 13-11761-BLS |
| | Open Road Films, LLC | ) | | 18-12012-LSS |
| | Legendary Baking | ) | | 20-10164-LSS |
| | SVCC, LLC | ) | | 20-10165-LSS |
| | TER Holdings I | ) | | 14-12103-LSS |
| | Keystone Tube | ) | | 17-11330-LSS |
| | LBI Media, Inc. | ) | | 18-12655-CSS |
| | KBO Earth Fare, Inc. | ) | | 20-10256-KBO |
| | HRB Winddown | ) | | 19-12689-BLS |
| | American Blue Ribbon | ) | | 20-10161-LSS |
| | RCS Capital Corporation | ) | | 16-10223-MFW |
| | M & G USA Corporation, et al. | ) | | 17-12307-BLS |
| | Woodbridge Group of Companies, LLC | ) | | 17-12560-BLS |
| | Swift Energy Company | ) | | 15-12670-MFW |
| | Samuels Jewelers, Inc. | ) | | 18-11818-CSS |
| | Nighthawk Royalties LLC | ) | | 18-10989-BLS |
| | Leaf 123, Inc., f/k/a Natrol, Inc. | ) | | 14-11446-BLS |

**NOTICE OF WITHDRAWAL OF COUNSEL FROM**
**ECF NOTICING (MULTIPLE CASES)**

PLEASE TAKE NOTICE that Ian J. Bambrick is no longer associated with Young Conaway Stargatt & Taylor, LLP and is no longer participating in the above-referenced cases. He therefore respectfully requests that the Clerk of Court remove him from ECF noticing in each such case.

Dated: Wilmington, Delaware
May 20, 2021

*/s/ Ian J. Bambrick*
**FAEGRE DRINKER BIDDLE & REATH LLP**
Ian J. Bambrick (Del. Bar No. 5455)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel.: (302) 467-4200
Fax: (302) 467-4201
Ian.Bambrick@faegredrinker.com