17-12560 Woodbridge Group of Companies
10/29/2021

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Stickles | Judge | Judge |
| Colin | Robinson | Liquidating Trustee, Michael Goldberg | Pachulski Stang Ziehl & Jones LLP |
| Uday | Gorrepati | N/A (ABI Project) | |
| Matthew | Breen | Court | Court |
| Stephanie | Rosner | Court | Court |
| Ryan | Martin | CCM | |