# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Gwendolyn Bissette, | Adv. Case 19-50815 (JKS) |
| Karen I. Clara, | Adv. Case 19-50824 (JKS) |
| Christopher Longworth, | Adv. Case 19-50928 (JKS) |
| Donald Abney and Lee Ann Abney, | Adv. Case 19-50881 (JKS) |
| Gary L. Burke, | Adv. Case 19-50954 (JKS) |
| Morgan J. Commodore, | Adv. Case 19-50957 (JKS) |
| Patrick Gatbonton, | Adv. Case 19-50959 (JKS) |
| Integrity Plus Consulting and Sean Renninger, | Adv. Case 19-50960 (JKS) |
| David Johnston, | Adv. Case 19-50943 (JKS) |
| Judith L. Werner, in her capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Michael P. Werner, in his capacity as Trustee of the Werner Family Living Trust dated 03/02/2000, Judith L. Werner and Michael P. Werner, | Adv. Case 19-50871 (JKS) |
| Provident Trust Group, LLC, solely in its capacity as administrator and custodian for the benefit of Geneva W. Guilbeaux IRA; Diana Engelhardt, solely in her capacity as Executrix to the Estate of Charles D. Guilbeaux, and Diana Engelhardt, solely in her capacity as Executrix to the Estate of Geneva W. Guilbeaux, | Adv. Case 19-50968 (JKS) |
| Peter Derienzo, | Adv. Case 19-50963 (JKS) |
| Jacob A. Weiss, | Adv. Case 19-50972 (JKS) |
| Thomas Masztak, | Adv. Case 19-50971 (JKS) |
| Jeffrey DeAngelis | Adv. Case 19-50962 (JKS) |
| Defendants. | |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman California 91423.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2021, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on December 2, 2021 at 10:30 A.M. (Prevailing Eastern Time) before the Honorable J. Kate Stickles," dated November 30, 2021 [Docket No. 4709], by causing a true and correct copy to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit A,

    b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

    c. delivered via facsimile to the party listed on the annexed Exhibit C, and

    d. delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
3rd day of December, 2021
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 |

**EXHIBIT B**

Case 17-12560-JKS    Doc 4710    Filed 12/06/21    Page 5 of 11

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CHARLES D GUILBEAUX | C/O DIANA ENGELHARDT, EXEC OF THE | ESTATE OF CHARLES D GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| DAVID JOHNSTON | 2929 KENNY RD | | | | COLUMBUS | OH | 43221-2415 |
| DONALD & LEE ANN ABNEY | PO BOX 6443 | | | | NALCREST | FL | 33856 |
| DONALD ABNEY & LEE ANN ABNEY | 64107 NALCREST RD | | | | NALCREST | FL | 33856-1063 |
| DONALD ABNEY AND LEE-ANN ABNEY | 3428 NALCREST DR | | | | NALCREST | FL | 33856 |
| GARY L BURKE | 7303 CALICO CIR | | | | CORONA | CA | 92881 |
| GENEVA W GUILBEAUX | C/O DIANA ENGELHARDT | ESTATE OF GENEVA W GUILBEAUX | 1701 GEORGE ST | | ROSENBERG | TX | 77471 |
| GWENDOLYN BISSETTE | 325 MUELLER DR | | | | CLAYTON | NC | 27520 |
| INTEGRITY PLUS CONSULTING, INC. | ATTN: SEAN RENNINGER, R/A | 4570 VAN NUYS BLVD, STE. 371 | | | SHERMAN OAKS | CA | 91403 |
| JACOB A. WEISS | 4600 NAGLE AVE | | | | SHERMAN OAKS | CA | 91423-3228 |
| JACOB A. WEISS | 4555 SYLMAR AVE #224 | | | | SHERMAN OAKS | CA | 91423 |
| JEFFREY DEANGELIS | 215 N CORDOVA STREET, APT. C | | | | BURBANK | CA | 91505 |
| KAREN I CLARA | 38221 FERNHILL CT | | | | CLINTON TOWNSHIP | MI | 48038 |
| MICHAEL & JUDITH WERNER | 81 ELKINS LAKE | | | | HUNTSVILLE | TX | 77340 |
| MORGAN COMMODORE | 1868 W 38TH PL | | | | LOS ANGELES | CA | 90062 |
| PROV TR GRP FBO GENEVA W GUILBEAUX IRA | 8880 W SUNSET ROAD | SUITE 250 | | | LAS VEGAS | NV | 89148 |
| SEAN RENNINGER | 19831 MARIPOSA PINES WAY | | | | NORTHRIDGE | CA | 91326 |
| THOMAS MASZTAK | 639 BROOKS AVE | | | | VENICE | CA | 90291-3009 |

**EXHIBIT C**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |

**EXHIBIT D**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BENNER-ROTHBOECK | ATTN: THOMAS BENNER | 1008 5TH ST. #1706 | | | ANACORTES | WA | 98221 | TOM@BEROLAW.COM |