# **<u>EXHIBIT C</u>**

**MultiDFT, STAYED**

## U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Adversary Proceeding #: 19-50892-JKS

*Assigned to:* Bankruptcy Judge J Kate Stickles          *Date Filed:* 11/21/19
*Lead BK Case:* 17-12560
*Lead BK Title:* Woodbridge Group of Companies, LLC
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:*  12 Recovery of money/property - 547 preference
                      13 Recovery of money/property - 548 fraudulent transfer


### Plaintiff
-----------------------
**Michael Goldberg,** *as Liquidating Trustee of the*          represented by **Andrew W. Caine**
*Woodbridge Liquidation Trust, successor in*                              Pachulski, Stang, Ziehl, Young & Jones
*interest to the estates of Woodbridge Group of*                          10100 Santa Monica Boulevard
*Companies, LLC, et al.*                                                  Suite 1100
                                                                          Los Angeles, CA 90067
                                                                          310-277-6910
                                                                          Fax : 310-201-07690
                                                                          Email: acaine@pszyjw.com

                                                                          **Colin R. Robinson**
                                                                          Pachulski Stang Ziehl & Jones LLP
                                                                          919 North Market Street
                                                                          17th Floor
                                                                          Wilmington, DE 19801
                                                                          302-778-6426
                                                                          Fax : 302-562-4400
                                                                          Email: crobinson@pszjlaw.com

                                                                          **Bradford J. Sandler**
                                                                          Pachulski Stang Ziehl & Jones LLP
                                                                          919 N. Market Street, 17th Floor
                                                                          Wilmington, DE 19801
                                                                          302-468-7750
                                                                          Fax : 302-652-4400
                                                                          Email: bsandler@pszjlaw.com
                                                                          *LEAD ATTORNEY*


V.

### Defendant
-----------------------
**Rochelle Berman,** *In Her Capacity As Trustee Of*          represented by **Rochelle Berman**
                                                                          PRO SE

*The Rochelle Berman Trust*

### Defendant
----------------------
**Rochelle Berman**                          represented by **Rochelle Berman**
                                                              PRO SE

### Claims Agent
----------------------
**Epiq Class Action & Claims Solutions, Inc.**    represented by **Bridget Gallerie**
www.gardencitygroup.com                           Epiq Corporate Restructuring
1985 Marcus Avenue                                777 3rd Avenue 12th Floor
Suite 200                                         NEW YORK, NY 10017
Lake Success, NY 11042                            347-366-2054
(631) 470-5000                                    Email: Pacerteam@choosegcg.com

| Filing Date | # | Docket Text |
|---|---|---|
| 11/21/2019 | 1<br>(25 pgs; 2 docs) | Adversary case 19-50892. Complaint *Objecting to Claims and Counterclaiming for Avoidance and Recovery of Avoidable Transfers, and for Equitable Subordination, for Sale of Unregistered Securities, Fraud, and for Aiding and Abetting Fraud* by Michael Goldberg against Rochelle Berman, In Her Capacity As Trustee Of The Rochelle Berman Trust, Rochelle Berman. Fee Amount $350 (12 (Recovery of money/property - 547 preference)),(13 (Recovery of money/property - 548 fraudulent transfer)). (Attachments: # 1 Exhibit (s)) (Robinson, Colin) (Entered: 11/21/2019) |
| 11/21/2019 | 2<br>(4 pgs; 3 docs) | Summons and Notice of Pretrial Conference Served on Defendants Rochelle Berman, Rochelle Berman, In Her Capacity As Trustee Of The Rochelle Berman Trust. (related document1) Pretrial Conference set for 1/22/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. Tickle due by: 1/21/2020. (Attachments: # 1 Certificate of Service # 2 Notice of Dispute Resolution Alternatives) (Robinson, Colin) (Entered: 11/21/2019) |
| 11/22/2019 | 3 | Receipt of filing fee for Complaint(19-50892-BLS) [cmp,cmp] ( 350.00). Receipt Number 9537339, amount $ 350.00. (U.S. Treasury) (Entered: 11/22/2019) |
| 01/17/2020 | 4<br>(17 pgs; 3 docs) | HEARING CANCELLED. Notice of Agenda of Matters not going forward. The following hearing has been cancelled. Filed by Michael Goldberg, Woodbridge Group of Companies, LLC, Woodbridge Liquidation Trust. Hearing scheduled for 1/22/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Robinson, Colin) (Entered: 01/17/2020) |
| 01/22/2020 | 5<br>(2 pgs) | Suggestion of Bankruptcy Filed by Rochelle Berman . (LCN) (Entered: 01/22/2020) |

| | | |
|---|---|---|
| 02/05/2020 | [6](#)<br>(23 pgs) | Affidavit/Declaration of Service *re Notice of Agenda of Matters Scheduled for January 22, 2020 at 10:00 a.m. (Prevailing Eastern Time)* (related document(s)[4](#)) Filed by Epiq Class Action & Claims Solutions, Inc.. (Staal, Lorri) (Entered: 02/05/2020) |
| 04/08/2021 | [7](#)<br>(1 pg) | Order of Reassignment of Judge. Judge Janet Kathleen Stickles added to case. Involvement of Judge Brendan Linehan Shannon Terminated (SH) (Entered: 04/08/2021) |
| 04/13/2021 | [8](#)<br>(1 pg) | Order Requiring Omnibus Status Report Addressing Each Pending Adversary Proceeding Order Signed on 4/13/2021 (ATo) (Entered: 04/13/2021) |
| 05/04/2021 | [9](#)<br>(37 pgs) | Affidavit/Declaration of Service *re: Order*. Filed by Epiq Corporate Restructuring, LLC. (Gallerie, Bridget) (Entered: 05/04/2021) |
| 05/05/2021 | [10](#)<br>(48 pgs; 2 docs) | Status Report *Liquidation Trust's Status Report for May 19, 2021 Status Conference* Filed by Michael Goldberg. (Robinson, Colin) (Entered: 05/05/2021) |
| 05/13/2021 | [11](#)<br>(27 pgs) | Affidavit/Declaration of Service *re: Liquidation Trusts Status Report for May 19, 2021 Status Conference*. Filed by Epiq Corporate Restructuring, LLC. (related document(s)[10](#)) (Gallerie, Bridget) (Entered: 05/13/2021) |
| 05/17/2021 | [12](#)<br>(15 pgs; 2 docs) | Notice of Agenda of Matters Scheduled for Hearing Filed by Michael Goldberg. Hearing scheduled for 5/19/2021 at 09:00 AM at US Bankruptcy Court, 824 Market St., 3rd Fl., Courtroom #3, Wilmington, Delaware. (Robinson, Colin) (Entered: 05/17/2021) |
| 05/27/2021 | [13](#)<br>(28 pgs) | Affidavit/Declaration of Service *re: Notice of Agenda of Matters Scheduled for Hearing on May 19, 2021 at 9:00 AM (Prevailing Eastern Time) before the Honorable J. Kate Stickles*. Filed by Epiq Class Action & Claims Solutions, Inc.. (related document(s)[12](#)) (Gallerie, Bridget) (Entered: 05/27/2021) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/07/2022 12:48:02 | | | |
| **PACER Login:** | kt00531999 | **Client Code:** | 2355 |
| **Description:** | Docket Report | **Search Criteria:** | 19-50892-JKS Fil or Ent: filed From: 11/8/2000 To: 1/7/2022 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |