# **<u>EXHIBIT E</u>**

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Bankruptcy Petition #: 20-10552-LMI

|  |  |
|---|---|
| *Assigned to:* Laurel M Isicoff | *Date filed:* 01/16/2020 |
| Chapter 13 | *Plan confirmed:* 05/19/2020 |
| Voluntary | *341 meeting:* 02/20/2020 |
| Asset | *Deadline for filing claims:* 03/27/2020 |
|  | *Deadline for filing claims (govt.):* 07/14/2020 |

**Debtor**
**Rochelle Berman**
11220 SW 111 Street
Miami, FL 33176
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-8756

represented by **Timothy S Kingcade, Esq**
1370 Coral Way
Miami, FL 33145
(305) 285-9100
Fax : (305) 285-9542
Email: scanner@miamibankruptcy.com

**Trustee**
**Nancy K. Neidich**
www.ch13miami.com
POB 279806
Miramar, FL 33027
954-443-4402

**U.S. Trustee**
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2020 | 1 (65 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | 2 | Statement of Debtor(s) Social Security Number(s) *[Document Image Available ONLY to Court Users]* Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | 3 (5 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | 4 (2 pgs) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | 5 (2 pgs) | Payment Advices by Debtor Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/16/2020) |

| | | |
|---|---|---|
| 01/16/2020 | ● | Receipt of Voluntary Petition (Chapter 13)(20-10552) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 35881999. Fee amount 310.00. (U.S. Treasury) (Entered: 01/16/2020) |
| 01/16/2020 | ●6<br>(2 pgs) | Disclosure of Compensation by Attorney Timothy S Kingcade Esq. (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | ●7<br>(3 pgs) | Notice of Filing *furniture & jewelry inventory list*, Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/16/2020 | ●8<br>(2 pgs) | Chapter 13 Plan Filed by Debtor Rochelle Berman (Kingcade, Timothy) (Entered: 01/16/2020) |
| 01/17/2020 | ●9<br>(1 pg) | Request for Notice Filed by Creditor Synchrony Bank. (PRA Receivables Management (VSmith)) (Entered: 01/17/2020) |
| 01/17/2020 | ●10<br>(5 pgs; 2 docs) | Meeting of Creditors to be Held on 2/20/2020 at 10:30 AM at 51 SW First Ave Room 102, Miami. Last Day to Oppose Discharge or Dischargeability is 4/20/2020. Proofs of Claim due by 3/27/2020. Confirmation Hearing to be Held on 4/14/2020 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 3/31/2020. (Rodriguez, Olga) (Entered: 01/17/2020) |
| 01/19/2020 | ●11<br>(6 pgs) | BNC Certificate of Mailing (Re: 10 Meeting of Creditors to be Held on 2/20/2020 at 10:30 AM at 51 SW First Ave Room 102, Miami. Last Day to Oppose Discharge or Dischargeability is 4/20/2020. Proofs of Claim due by 3/27/2020. Confirmation Hearing to be Held on 4/14/2020 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 3/31/2020.) Notice Date 01/19/2020. (Admin.) (Entered: 01/20/2020) |
| 01/19/2020 | ●12<br>(5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 10 Meeting of Creditors to be Held on 2/20/2020 at 10:30 AM at 51 SW First Ave Room 102, Miami. Last Day to Oppose Discharge or Dischargeability is 4/20/2020. Proofs of Claim due by 3/27/2020. Confirmation Hearing to be Held on 4/14/2020 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Objection to Confirmation Deadline: 3/31/2020.) Notice Date 01/19/2020. (Admin.) (Entered: 01/20/2020) |
| 01/21/2020 | ●13<br>(8 pgs) | Trustee's Certificate of Service of Trustee's Notice of Required Documents (Neidich, Nancy) (Entered: 01/21/2020) |
| 01/22/2020 | ●14<br>(3 pgs) | Notice of Appearance and Request for Service by Scott C Lewis Filed by Creditor Longbridge Financial, LLC. (Lewis, Scott) |

| | | |
|---|---|---|
| | | (Entered: 01/22/2020) |
| 01/29/2020 | 🔵[15](#) (1 pg) | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 01/29/2020) |
| 02/04/2020 | 🔵[16](#) (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management by Debtor ONLY Filed by Debtor Rochelle Berman. (Kingcade, Timothy) (Entered: 02/04/2020) |
| 02/05/2020 | 🔵[17](#) (1 pg) | Notice of Appearance and Request for Service by Jeffrey S. Berlowitz Filed by Creditor Sabal Chase Homeowners Association, Inc.. (Berlowitz, Jeffrey) (Entered: 02/05/2020) |
| 02/11/2020 | 🔵[18](#) (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 02/11/2020) |
| 02/12/2020 | 🔵[19](#) (2 pgs) | First Amended Chapter 13 Plan (Re:[8](#) Chapter 13 Plan filed by Debtor Rochelle Berman) Filed by Debtor Rochelle Berman (Kingcade, Timothy) (Entered: 02/12/2020) |
| 02/12/2020 | 🔵[20](#) (4 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [19](#) Amended Chapter 13 Plan filed by Debtor Rochelle Berman). (Kingcade, Timothy) (Entered: 02/12/2020) |
| 02/21/2020 | 🔵[21](#) (2 pgs) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 02/21/2020) |
| 02/24/2020 | 🔵[22](#) (1 pg) | Objection to Debtor's Claim of Exemptions *and Certificate of Service of Notice of Hearing* Filed by Trustee Nancy K. Neidich (Neidich, Nancy) (Entered: 02/24/2020) |
| 02/24/2020 | 🔵[23](#) (1 pg) | Notice of Hearing by Filer (Re: [22](#) Objection to Debtor's Claim of Exemptions *and Certificate of Service of Notice of Hearing* Filed by Trustee Nancy K. Neidich). Chapter 13 Hearing scheduled for 04/14/2020 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 02/24/2020) |
| 04/07/2020 | 🔵[24](#) (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 04/07/2020) |
| 04/07/2020 | 🔵[25](#) (1 pg) | Objection to Claim of Department of the Treasury - Internal Revenue Service [# 3], Filed by Debtor Rochelle Berman (Kingcade, Timothy) (Entered: 04/07/2020) |
| 04/07/2020 | 🔵[26](#) (1 pg) | Notice of Hearing by Filer (Re: [25](#) Objection to Claim of Department of the Treasury - Internal Revenue Service [# 3], Filed by Debtor Rochelle Berman). Chapter 13 Hearing scheduled for 05/04/2020 at 09:00 AM by TELEPHONE. To |

| | | |
|---|---|---|
| | | participate call CourtCall (888) 882-6878. (Kingcade, Timothy) (Entered: 04/07/2020) |
| 04/07/2020 | [27](#) (2 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [25](#) Objection to Claim of Department of the Treasury - Internal Revenue Service [# 3], filed by Debtor Rochelle Berman, [26](#) Notice of Hearing by Filer filed by Debtor Rochelle Berman). (Kingcade, Timothy) (Entered: 04/07/2020) |
| 04/17/2020 | [28](#) (2 pgs) | Order Continuing Confirmation Hearing, Trustee's Objection To Exemptions And Making All Debtor Payments Non-Refundable (Re: [19](#) Amended Chapter 13 Plan filed by Debtor Rochelle Berman). Confirmation Hearing to be Held on 05/04/2020 at 01:35 PM by TELEPHONE. To participate call CourtCall (888) 882-6878. (Rodriguez, Olga) (Entered: 04/17/2020) |
| 04/19/2020 | [29](#) (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: [28](#) Order Continuing Confirmation Hearing, Trustee's Objection To Exemptions And Making All Debtor Payments Non-Refundable (Re: [19](#) Amended Chapter 13 Plan filed by Debtor Rochelle Berman). Confirmation Hearing to be Held on 05/04/2020 at 01:35 PM by TELEPHONE. To participate call CourtCall (888) 882-6878.) Notice Date 04/19/2020. (Admin.) (Entered: 04/20/2020) |
| 04/20/2020 | [30](#) (4 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [28](#) Order Continuing Confirmation Hearing). (Kingcade, Timothy) (Entered: 04/20/2020) |
| 04/28/2020 | [31](#) (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 04/28/2020) |
| 05/06/2020 | [32](#) (1 pg) | Order Sustaining Objection to Claim#3-1 Of The Department of The Treasury-Internal Revenue Service (Re: # [25](#)) (Rodriguez, Olga) (Entered: 05/06/2020) |
| 05/07/2020 | [33](#) (2 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [32](#) Order on Objection to Claims). (Kingcade, Timothy) (Entered: 05/07/2020) |
| 05/13/2020 | 34 | Trustee's Request for Entry of Order Confirming Chapter 13 First Amended Plan After Confirmation Hearing [Confirmation Hearing Date: 5/4/2020] (Neidich, Nancy) (Entered: 05/13/2020) |
| 05/13/2020 | 35 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Neidich, Nancy) (Entered: 05/13/2020) |

| | | |
|---|---|---|
| 05/14/2020 | [36](#) (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin) (Entered: 05/14/2020) |
| 05/16/2020 | [37](#) (5 pgs) | BNC Certificate of Mailing (Re: [36](#) Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin)) Notice Date 05/16/2020. (Admin.) (Entered: 05/17/2020) |
| 05/19/2020 | [38](#) (3 pgs) | Order Confirming (Re: [19](#) First Amended Chapter 13 Plan filed by Debtor Rochelle Berman). (Rodriguez, Olga) (Entered: 05/19/2020) |
| 05/21/2020 | [39](#) (6 pgs) | BNC Certificate of Mailing (Re: [38](#) Order Confirming (Re: [19](#) First Amended Chapter 13 Plan filed by Debtor Rochelle Berman).) Notice Date 05/21/2020. (Admin.) (Entered: 05/22/2020) |
| 06/02/2020 | [40](#) (1 pg) | Notice to Withdraw Document Filed by Trustee Nancy K. Neidich (Re: [22](#) Objection to Debtor's Claim of Exemptions). (Neidich, Nancy) (Entered: 06/02/2020) |
| 06/03/2020 | [41](#) (6 pgs) | Motion for Authorization to Draw Against Reverse Mortgage Loan Against Homestead Property Filed by Debtor Rochelle Berman (Kingcade, Timothy) (Entered: 06/03/2020) |
| 06/03/2020 | [42](#) (1 pg) | Notice of Hearing by Filer (Re: [41](#) Motion for Authorization to Draw Against Reverse Mortgage Loan Against Homestead Property Filed by Debtor Rochelle Berman). Chapter 13 Hearing scheduled for 06/30/2020 at 09:00 AM by TELEPHONE. To participate call Court Solutions (917) 746-7476. (Kingcade, Timothy) (Entered: 06/03/2020) |
| 06/03/2020 | [43](#) (5 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [42](#) Notice of Hearing by Filer filed by Debtor Rochelle Berman). (Kingcade, Timothy) (Entered: 06/03/2020) |
| 07/02/2020 | [44](#) (2 pgs) | Order Granting Motion for Authorization to Draw Against Reverse Mortgage Loan Against Homestead Property Re: # [41](#) (Rodriguez, Olga) (Entered: 07/02/2020) |
| 07/06/2020 | [45](#) (5 pgs) | Certificate of Service by Attorney Timothy S Kingcade Esq (Re: [44](#) Order on Miscellaneous Motion). (Kingcade, Timothy) (Entered: 07/06/2020) |
| 11/02/2020 | [46](#) (1 pg) | Notice of Compliance with Local Rule 2083-1(B) Claims Review Requirement by Attorney Timothy S Kingcade Esq. |

(Kingcade, Timothy) (Entered: 11/02/2020)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/07/2022 12:49:04 | | | |
| **PACER Login:** | kt00531999:2583790:0 | **Client Code:** | 2355 |
| **Description:** | Docket Report | **Search Criteria:** | 20-10552-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |