**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**
(Claim Nos. 9397-9406, 9789-9798)

Comerica Bank, by and through its undersigned counsel, hereby withdraws its proofs of claim, nos. 9397, 9398, 9399, 9400, 9401, 9402, 9403, 9404, 9405, 9406, 9789, 9790, 9791, 9792, 9793, 9794, 9795, 9796, 9797, and 9798.

Dated: January 28, 2022
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ F. Troupe Mickler IV*
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: tmickler@ashbygeddes.com

-and-

**WINSTON & STRAWN LLP**
David Neier
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: dneier@winston.com

*Counsel to Comerica Bank*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

{01765955;v1 }    1