# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al*., | |
| Plaintiff, | |
| v. | |
| Gwendolyn Bissette, | Adv. 19-50815 (JKS) |
| Forecast Financial Group LLC, Forrest Financial LLC and Gary Forrest, | Adv. 19-51070 (JKS) |
| Gregg W. Butler, | Adv. 19-50958 (JKS) |
| Harold Plain, | Adv. 19-50974 (JKS) |
| Joseph A. Loox, | Adv. 19-50978 (JKS) |
| Christopher M. Soulier, | Adv. 19-51050 (JKS) |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 15, 2022 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

> **All remote hearings scheduled before Judge Stickles will be conducted entirely over Zoom and will require all participants to register in advance at the link provided below prior to the hearing.**
>
> **Zoom registration link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItc-iqrDMjHk5aW1WoM7qsasJWSw-VuvY**

**ADJOURNED MATTERS:**

1. Motion for Default Judgment against Gwendolyn Bissette [Filed 9/20/21] (Adv. 19-

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

1

50815, Adv. Docket No. 29)

Response Deadline: October 4, 2021 at 4:00 p.m. (ET). Extended to a date to be determined.

Responses Received: Informal response from the Defendant.

Related Documents: None.

Status: This matter is being adjourned. The Defendant is *pro se* and contacted counsel for the Liquidating Trustee in response to the motion for default judgment. The parties will discuss next steps in this adversary proceeding.

2. Motion for Default Judgment against Defendants Forecast Financial Group LLC, Forrest Financial LLC and Gary Forrest [Filed 12/20/21] (Adv. 19-51070, Adv. Docket No. 28)

    Response Deadline: January 3, 2022 at 4:00 p.m. (ET).

    Responses Received:

    A. Answer by Defendant Gary Forrest to Plaintiff's Motion for Default Judgment [Filed 01/03/22] (Adv. Docket No. 29)

    Related Documents: None.

    Status: This matter is being adjourned to a date to be determined.

3. Adv. Proc. No. 19-51050; Defendant: Christopher M. Soulier

    Related Documents:

    A. Affidavit of Service re: Final Pretrial Order [Filed 1/28/22] ([Adv. Docket No. 61](Adv. Docket No. 61))

    B. Notice of Filing of [Proposed] Final Pretrial Order [Filed 2/1/22] ([Adv. Docket No. 62](Adv. Docket No. 62))

    C. Certification of Counsel Regarding Entry of Judgment [Filed 2/24/22] ([Adv. Docket No. 71](Adv. Docket No. 71))

    Status: The pretrial conference for this matter is being adjourned to a date to be determined.

**UNCONTESTED MATTER UNDER CNO:**

4. Liquidation Trust's Twelfth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed 2/17/22] (Docket No. 4737)

    Response Deadline: March 3, 2022 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding Liquidation Trust's Twelfth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed 3/11/22] ([Docket No. 4744](#))

    Status: A certification of no objection has been filed and counsel respectfully requests entry of the form of order at the Court's convenience. No hearing is necessary unless requested by the Court.

**ADVERSARY PRETRIAL CONFERENCES:**

5. Adv. Proc. No. 19-50958; Defendant: Gregg W. Butler

    Related Documents:

    A. Affidavit of Service re: Final Pretrial Order [Filed 1/28/22] ([Adv. Docket No. 55](#))

    B. Notice of Filing of [Proposed] Final Pretrial Order [Filed 2/1/22] ([Adv. Docket No. 56](#))

    C. Certification of Counsel Regarding Entry of Judgment [Filed 2/18/22] ([Adv. Docket No. 64](#))

    D. [Signed] Order (Regarding Hearing) [Filed 2/23/22] ([Adv. Docket No. 65](#))

    Status: Plaintiff served Defendant with the notice of the pretrial conference and proposed final pretrial order for review. The Defendant failed to respond to the proposed final pretrial order. The pretrial conference will be going forward and the Plaintiff will request pursuant to Local Rule 7016-2(b), after further notice to the Defendant, entry of judgment for failure to appear and cooperate in the preparation of the pretrial order.

6. Adv. Proc. No. 19-50974; Defendant: Harold Plain

    Related Documents:

    A. Affidavit of Service re: Final Pretrial Order [Filed 1/28/22] (Adv. Docket No. 54)

    B. Notice of Filing of [Proposed] Final Pretrial Order [Filed 2/1/22] (Adv. Docket No. 55)

    C. Certification of Counsel Regarding Entry of Judgment [Filed 2/18/22] (Adv. Docket No. 63)

    D. [Signed] Order (Regarding Hearing) [Filed 2/23/22] (Adv. Docket No. 64)

    Status: Plaintiff served Defendant with the notice of the pretrial conference and proposed final pretrial order for review. The Defendant failed to respond to the proposed final pretrial order. The pretrial conference will be going forward and the Plaintiff will request pursuant to Local Rule 7016-2(b), after further notice to the Defendant, entry of judgment for failure to appear and cooperate in the preparation of the pretrial order.

7. Adv. Proc. No. 19-50978; Defendant: Joseph A. Loox

    Related Documents:

    A. Affidavit of Service re: Final Pretrial Order [Filed 1/28/22] (Adv. Docket No. 56)

    B. Notice of Filing of [Proposed] Final Pretrial Order [Filed 2/1/22] (Adv. Docket No. 57)

    C. Certification of Counsel Regarding Entry of Judgment [Filed 2/18/22] (Adv. Docket No. 65)

    D. [Signed] Order (Regarding Hearing) [Filed 2/23/22] (Adv. Docket No. 66)

    Status: Plaintiff served Defendant with the notice of the pretrial conference and proposed final pretrial order for review. The Defendant failed to respond to the proposed final pretrial order. The pretrial conference will be going forward and the Plaintiff will request pursuant to Local Rule 7016-2(b), after further notice to the Defendant, entry of judgment for failure to appear and cooperate in the preparation of the pretrial order.

| | |
|---|---|
| Dated: March 11, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>         acaine@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Jonathan M. Weiss (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 407-4000<br>Fax:  (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |