**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC., *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as liquidating trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>                      Plaintiff,<br><br>    v.<br><br>KENNETH HALBERT<br><br>                      Defendant. | Adv. Pro. No. 19-51027 (BLS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James Vandermark to represent Kenneth Halbert in this bankruptcy case.

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies (3606) and Woodbridge Mortgage Investment Fund I, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing order for the District Court Fund effective 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 6, 2022

                                              WHITE AND WILLIAMS LLP

                                              By: /s/ James Vandermark
                                                    James Vandermark
                                                    7 Times Square, Suite 2900
                                                    New York, NY 10036
                                                    Telephone: (646) 837-5791
                                                    Facsimile: (212) 631-1249
                                                    vandermarkj@whiteandwilliams.com

## **CERTIFICATE OF SERVICE**

I, Rochelle L. Gumapac, do hereby certify that on this 6th day of April, 2022, a copy of the foregoing Motion and Order for Admission Pro Hac Vice of James Vandermark was served by CM/ECF upon all counsel of record.

                        WHITE AND WILLIAMS LLP

                        By: /s/ Rochelle L. Gumapac
                            Rochelle L. Gumapac (DE 4866)
                            600 N. King Street, Suite 800
                            Wilmington, Delaware 19801
                            Telephone: (302) 467-4531
                            gumapacr@whiteandwilliams.com