IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM
JUNE 28, 2022 AT 11:00 A.M. (EASTERN TIME) TO
JULY 6, 2022 AT 2:30 P.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for June 28, 2022 at 11:00 a.m. prevailing Eastern Time (the "June 28th Hearing") has been rescheduled to **July 6, 2022 at 2:30 p.m. prevailing Eastern Time** (the "July 6th Hearing") before the Honorable J. Kate Stickles, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that all matters scheduled for the June 28th Hearing will be heard at the July 6th Hearing.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2

| | |
|---|---|
| Dated: June 3, 2022<br>Wilmington, Delaware | */s/ Colin R. Robinson*<br>PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br><br>-and-<br><br>KTBS LAW LLP (*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*)<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Sasha M. Gurvitz (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br><br>*Counsel to Woodbridge Liquidation Trust* |

2