# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WOODBRIDGE GROUP OF COMPANIES, LLC,: | : Case No. 17-12560 (JKS) |
| *et al.*,[1] | : **Re: Docket No. 4759** |
| | : |
| Remaining Debtors. | : |

## NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE THIRTY-FIFTH (35TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on June 3, 2022, the Woodbridge Liquidation Trust (the "Trust"), in the above-captioned cases, filed the *Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Thirty-Fifth Omnibus Objection") [Docket No. 4759] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. A hearing on the Thirty-Fifth Omnibus Objection is scheduled for July 6, 2022 at 2:30 p.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Thirty-Fifth Omnibus Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Trust.

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 92103.

| | |
|---|---|
| Dated: June 22, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br><br>-and-<br><br>KTBS LAW LLP (*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*)<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Sasha M. Gurvitz (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br><br>*Counsel to Woodbridge Liquidation Trust* |