# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JULY 6, 2022 AT 2:30 P.M. (EASTERN TIME)[2]

> **All remote hearings scheduled before Judge Stickles will be conducted entirely over Zoom and will require all participants to register in advance at the link provided below prior to the hearing.**
>
> **Zoom registration link:**
>
> https://protect-us.mimecast.com/s/1s1MCjRnNRflKBxBhWbQ1U

## MATTERS FOR WHICH CNOS HAVE BEEN FILED

1. **35th Omnibus Objection to Claims** – Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 6/3/22] (Docket No. 4759).

    Response Deadline:   June 29, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)   Notice of Submission of Proofs of Claim in Connection with the Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 6/22/22] (Docket No. 4764).

b) Certification of No Objection Regarding Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 7/1/22] (Docket No. 4768).

Status:  A certification of no objection has been filed.  The Liquidation Trust requests entry of the order attached to the certification of no objection.  No hearing will be necessary unless the Court has any questions.

2. **Objection to POC No. 4162** – Trust's (I) Objection to Proof of Claim No. 4162 Asserted By the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(III), to the Extent Such Rule May Apply [Filed: 6/3/22] (Docket No. 4761).

Response Deadline:    June 29, 2022 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Certification of No Objection Regarding Trust's (I) Objection to Proof Of Claim No. 4162 Asserted By the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed: 7/1/22] (Docket No. 4769).

Status:  A certification of no objection has been filed.  The Liquidation Trust requests entry of the order attached to the certification of no objection.  No hearing will be necessary unless the Court has any questions.

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:239603.1 94811/003

| | |
|---|---|
| Dated: July 1, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>       acaine@pszjlaw.com<br>       bsandler@pszjlaw.com<br>       crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Jonathan M. Weiss (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |