# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 6, 2022 AT 2:30 P.M. (EASTERN TIME)[3]

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## MATTERS FOR WHICH CNOS HAVE BEEN FILED

1. **35th Omnibus Objection to Claims** – Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 6/3/22] (Docket No. 4759).

    Response Deadline:    June 29, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)    Notice of Submission of Proofs of Claim in Connection with the Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 6/22/22] (Docket No. 4764).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

    b)    Certification of No Objection Regarding Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 7/1/22] (Docket No. 4768).

    c)    **[Signed] Order Sustaining Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 7/1/22] (Docket No. 4771).**

Status:  **The order has been entered.  No hearing will be necessary.**

2.    **Objection to POC No. 4162** – Trust's (I) Objection to Proof of Claim No. 4162 Asserted By the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(III), to the Extent Such Rule May Apply [Filed: 6/3/22] (Docket No. 4761).

Response Deadline:    June 29, 2022 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

    a)    Certification of No Objection Regarding Trust's (I) Objection to Proof Of Claim No. 4162 Asserted By the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply [Filed: 7/1/22] (Docket No. 4769).

    b)    **[Signed] Order (I) Sustaining Trust's Objection to Proof of Claim No. 4162 Asserted By the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Waiving, to the Extent Applicable, Local Rule 3007-1(f)(iii) [Filed: 7/1/22] (Docket No. 4772).**

Status:  **The order has been entered.  No hearing will be necessary.**

*[Remainder of Page Intentionally Left Blank]*

DOCS_DE:239603.3 94811/003

| | | |
|---|---|---|
| Dated: | July 5, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>     acaine@pszjlaw.com<br>     bsandler@pszjlaw.com<br>     crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Sasha M. Gurvitz (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |

DOCS_DE:239603.3 94811/003