# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : | Case No. 17-12560 (JKS) |
| | : | |
| Remaining Debtors. | : | **Re: Docket Nos. 4770-4772** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2022, I caused to be served:

    a. "Notice of Agenda of Matters Scheduled for Hearing on July 6, 2022 at 2:30 p.m. (Eastern Time)," dated July 1, 2022 [Docket No. 4770], (the "Agenda"),

    b. "Order Sustaining Thirty-Fifth (35th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2," dated July 1, 2022 [Docket No. 4771], (the "35th Omni Order"), and

    c. "Order (I) Sustaining Trust's Objection to Proof of Claim No. 4162 Asserted by the Fred F. Cohn & Miriam C. Perlson-Cohn Rev. Trust 5/26/94 Restated and (II) Waiving, to the Extent Applicable, Local Rule 3007-1(f)(iii)," dated July 1, 2022 [Docket No. 4772], (the "Claim Objection Order"),

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

by causing true and correct copies of the:

i. 35th Omni Order and Claim Objection Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *McCabe, Weisberg & Conway, LLC, Attn: Michael K. Pak Esq, 1407 Foulk Road, Suite 204, Wilmington, DE 19803,*

ii. 35th Omni Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

iii. Claim Objection Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iv. Agenda, 35th Omni Order, and Claim Objection Order to be delivered via electronic mail to those parties listed on the annexed Exhibit C,

v. 35th Omni Order to be delivered via electronic mail to those parties listed on the annexed Exhibit D,

vi. Claim Objection Order to be delivered via electronic mail to: *miriam.cohn@gmail.com*, and

vii. Agenda to be delivered via facsimile to: *McCabe, Weisberg & Conway, LLC, Attn: Michael K. Pak Esq @ 855-425-1980.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Sharna Wilson*
Sharna Wilson

Sworn to before me this
7th day of July, 2022
/s/ Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

**EXHIBIT A**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| AARON W SAOUD | 114 7TH ST N APT 1 | | | | ST PETERSBURG | FL | 33701-3635 |
| ADRIENNE SIMMONS | 5891 EL SEGUNDO WAY | | | | COLLEGE PARK | GA | 30349 |
| ALTERNATIVE INVESTMENT CONSULTANTS LLC | ATTN JOSHUA P MISCHLKE | 271 GRANT ST #304 | | | DENVER | CO | 80203 |
| ANTHONY MCGAR | 171 LAKESHORE DR | | | | MAYFIELD | KY | 42066 |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| C EVERETT ENTERPRISES | 4594 THORNWOOD CIR | | | | WEST PALM BEACH | FL | 33418 |
| CANYON PLUMBING & HEATING CORP | PO BOX 548 | | | | RIFLE | CO | 81650 |
| CASSANDRA JOHNSON LANDRY | 869 NATCHEZ VALLEY TRACE | | | | GRAYSON | GA | 30017 |
| CASSANDRA JOHNSON LANDRY | ALLIANCE FOR CHANGE THROUGH TREATMENT LLC | 3556 HABERSHAM AT NORTHLAKE BLDG H | | | TUCKER | GA | 30084 |
| COOK COUNTY TREASURER'S OFFICE | 118 N CLARK ST RM 112 | | | | CHICAGO | IL | 60602 |
| CYNTHIA KLIMA | 5062 LANKERSHIM BLVD # 3043 | | | | N HOLLYWOOD | CA | 91601 |
| DARRON T REID | 822 FRANKLIN AVE | | | | NEW ORLEANS | LA | 70117 |
| DARYL BLACKMON | 657 STONEMILL MANOR | | | | LITHONIA | GA | 30058 |
| DAVID L O'DELL | 3143 REDDING RD | | | | COLUMBUS | OH | 43221 |
| DAWN M LOWDEN | 215 LAKE VIEW CT | | | | AVON | IN | 46123 |
| DENISE ANDERSON | PO BOX 1477 | | | | EATONVILLE | WA | 98328 |
| ERROL PARKER | 19811 SE 36TH ST | | | | CAMAS | WA | 98607 |
| GLENN WINTERS | P.O. BOX 3401 | | | | MANHATTAH BCH | CA | 90266 |
| GREGORY FINANCIAL SERVICES INC | 642 MILLSWOOD DR | | | | MOORESVILLE | NC | 28115 |
| GUARDIAN INSURANCE & FINANCIAL SERVICES | 930 W 175TH ST 2NW | | | | HOMEWOOD | IL | 60430 |
| HARRY EARL HAAS | 11672 BRADSHAW | | | | OVERLAND PARK | KS | 66210 |
| HURT & ASSOCIATES FINANCIAL SERVICES | ATTN: GARY R HURT | 859 BRIARWOOD DR | | | TWIN FALLS | ID | 83301 |
| JACQUELINE J SYPER | 11108 W COVE CIRCLE UNIT B | | | | PALOS HILLS | IL | 60465 |
| JAMES KALINOWSKI | 1045 LA MARILLO CIR | | | | CORONA | CA | 92879 |
| JANE STELLONE | 6265 S WILLIAMSON BLVD APT 1225 | | | | PORT ORANGE | FL | 32128 |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| JAY N BROWN | 10 SANDPIPER CIRCLE | | | | CORTE MADERA | CA | 94925 |
| JEFF SEARS | 2715 HYDE ST | | | | SAN FRANCISCO | CA | 94109 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KEVIN ANDERSON | PO BOX 4374 | | | | CHESTERFIELD | MO | 63006 |
| LARIN G PATTON | 740 RENSHAW FORD RD | | | | WOODLEAF | NC | 27054 |
| MARGARET WISE | 624 HOEHOE PL | | | | HONOLULU | HI | 96821 |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 |
| MAY M POCHE BY JUDY P BABIN ATTY IN FACT | C/O JUDY P BABIN, HEIR OF MAY M POCHE | 222 ORCHARD RD | | | RIVER RIDGE | LA | 70123 |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 |
| PAUL F HAPPERSETT RLTA 07/15/98 | 6706 JOG PALM DR | | | | BOYNTON BEACH | FL | 33437 |
| RICHARD A FREELAND | 317 N SHORE DR | | | | OXFORD | WI | 53952 |
| RICHARD KOHLER | 36 DESFORD LANE | | | | BOYNTON BCH | FL | 33437 |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 |
| ROLAND FINANCIAL LLC | 3910 CAUGHEY RD. | STE 140 | | | ERIE | PA | 16506 |
| SHIELA BENNETT | 8177 S HARVARD #527 | | | | TULSA | OK | 74137 |
| STEPHEN K TOFTOY | 7235 PACIFIC AVE #8 | | | | TACOMA | WA | 98408 |
| THE COUNTY OF WHARTON TEXAS | C/O LEE GORDON | PO BOX 1269 | | | ROUND ROCK | TX | 78680 |
| THOMAS BLANCHARD | 301 N BULLARD ST | | | | SILVER CITY | NM | 88061 |
| WEALTH DESIGN GROUP | C/O GARY PEVEY | 3445 AMERICAN RIVER DR STE B | | | SACRAMENTO | CA | 95864 |
| ZACHARY LEE PHILLIPS | 5460 WHITE OAK AVE E-325 | | | | ENCINO | CA | 91316 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| NEW YORK LIFE INSURANCE COMPANY | 51 MADISON AVE., #3003 | | | | NEW YORK | NY | 10010 |
| THE FRED F COHN & MIRIAM C PERLSON-COHN | REV TRUST 5/26/94 RESTATED | 420 LA CASA AVE | | | SAN MATEO | CA | 94403 |

**EXHIBIT C**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

**EXHIBIT D**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ADRIENNE SIMMONS | 5891 EL SEGUNDO WAY | | | | COLLEGE PARK | GA | 30349 | ADRIENNE.SIMMONS11@GMAIL.COM |
| ALTERNATIVE INVESTMENT CONSULTANTS LLC | ATTN JOSHUA P MISCHLKE | 271 GRANT ST #304 | | | DENVER | CO | 80203 | JPMISCHKE@GMAIL.COM |
| ANTHONY MCGAR | 171 LAKESHORE DR | | | | MAYFIELD | KY | 42066 | mcgarinsurance@yahoo.com |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. | SUITE 307 | | | VAN NUYS | CA | 91406 | JOHNHARDYLAW@AOL.COM |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | BART@CLOSERATTORNEY.COM |
| C EVERETT ENTERPRISES | 4594 THORNWOOD CIR | | | | WEST PALM BEACH | FL | 33418 | CHUCKLYSTER@GMAIL.COM |
| CANYON PLUMBING & HEATING CORP | PO BOX 548 | | | | RIFLE | CO | 81650 | JLCOLLER@Q.COM |
| CASSANDRA JOHNSON LANDRY | 869 NATCHEZ VALLEY TRACE | | | | GRAYSON | GA | 30017 | MENTALHEALTH2017@GMAIL.COM |
| CYNTHIA KLIMA | 5062 LANKERSHIM BLVD # 3043 | | | | N HOLLYWOOD | CA | 91601 | CINDIEK@GMAIL.COM |
| DARRON T REID | 822 FRANKLIN AVE | | | | NEW ORLEANS | LA | 70117 | reidfinancial@gmail.com |
| DARYL BLACKMON | 657 STONEMILL MANOR | | | | LITHONIA | GA | 30058 | SAFEHARBOURBENEFITS@GMAIL.COM |
| DAVID L O'DELL | 3143 REDDING RD | | | | COLUMBUS | OH | 43221 | DLODELL2@YAHOO.COM |
| DAWN M LOWDEN | 215 LAKE VIEW CT | | | | AVON | IN | 46123 | dawn@dawnlowden.com |
| DENISE ANDERSON | PO BOX 1477 | | | | EATONVILLE | WA | 98328 | andins4@yahoo.com |
| ERROL PARKER | 19811 SE 36TH ST | | | | CAMAS | WA | 98607 | FFGERROL@GMAIL.COM |
| GLENN WINTERS | P.O. BOX 3401 | | | | MANHATTAH BCH | CA | 90266 | gwgw@att.net |
| GREGORY FINANCIAL SERVICES INC | 642 MILLSWOOD DR | | | | MOORESVILLE | NC | 28115 | gregoryservices@bellsouth.net |
| GUARDIAN INSURANCE & FINANCIAL SERVICES | 930 W 175TH ST 2NW | | | | HOMEWOOD | IL | 60430 | Lpowellagency@gmail.com |
| HARRY EARL HAAS | 11672 BRADSHAW | | | | OVERLAND PARK | KS | 66210 | earl.haas@gmail.com |
| HURT & ASSOCIATES FINANCIAL SERVICES | ATTN: GARY R HURT | 859 BRIARWOOD DR | | | TWIN FALLS | ID | 83301 | GARY@HURTASSOCIATES.COM |
| JACQUELINE J SYPER | 11108 W COVE CIRCLE UNIT B | | | | PALOS HILLS | IL | 60465 | jsyper@yahoo.com |
| JAMES KALINOWSKI | 1045 LA MARILLO CIR | | | | CORONA | CA | 92879 | kbtc@sbcglobal.net |
| JANE STELLONE | 6265 S WILLIAMSON BLVD APT 1225 | | | | PORT ORANGE | FL | 32128 | JSTELLONE@YAHOO.COM |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| JEFF SEARS | 2715 HYDE ST | | | | SAN FRANCISCO | CA | 94109 | jeff@blazingsaddles.com |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 | JARED@CLOSERATTORNEY.COM |
| KEVIN ANDERSON | PO BOX 4374 | | | | CHESTERFIELD | MO | 63006 | koanderson1@gmail.com |
| LARIN G PATTON | 740 RENSHAW FORD RD | | | | WOODLEAF | NC | 27054 | larinpatton3@yahoo.com |
| MARGARET WISE | 624 HOEHOE PL | | | | HONOLULU | HI | 96821 | wise.marti@gmail.com |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 | | | | SYOSSET | NY | 11791 | matt@closerattorney.com |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | NEW YORK | NY | 10022 | DKOZLOWSKI@MORRISONCOHEN.COM |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 THIRD AVENUE | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| MAY M POCHE BY JUDY P BABIN ATTY IN FACT | C/O JUDY P BABIN, HEIR OF MAY M POCHE | 222 ORCHARD RD | | | RIVER RIDGE | LA | 70123 | JUDYPBABIN@YAHOO.COM |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. | 909 3RD AVE FL 27 | | | NEW YORK | NY | 10022-4784 | DKOZLOWSKI@MORRISONCOHEN.COM |
| PAUL F HAPPERSETT RLTA 07/15/98 | 6706 JOG PALM DR | | | | BOYNTON BEACH | FL | 33437 | Mhappers@AOL.com, MHAPPERS@AOL.COM |
| RICHARD A FREELAND | 317 N SHORE DR | | | | OXFORD | WI | 53952 | FREELANDRA@SBCFLOBAL.NET |
| RICHARD KOHLER | 36 DESFORD LANE | | | | BOYNTON BCH | FL | 33437 | SEAK100@AOL.COM |
| ROLAND FINANCIAL LLC | 3910 CAUGHEY RD. | STE 140 | | | ERIE | PA | 16506 | ROLAND@ROLANDFINANCIAL.COM |
| SHIELA BENNETT | 8177 S HARVARD #527 | | | | TULSA | OK | 74137 | shiela.ffg@gmail.com |
| STEPHEN K TOFTOY | 7235 PACIFIC AVE #8 | | | | TACOMA | WA | 98408 | toft@comcast.net |
| THOMAS BLANCHARD | 301 N BULLARD ST | | | | SILVER CITY | NM | 88061 | CAROLHOLT1@LIVE.COM |
| WEALTH DESIGN GROUP | C/O GARY PEVEY | 3445 AMERICAN RIVER DR STE B | | | SACRAMENTO | CA | 95864 | gary@wealthdesigngroup.com |
| ZACHARY LEE PHILLIPS | 5460 WHITE OAK AVE E-325 | | | | ENCINO | CA | 91316 | zlphillips1112@gmail.com |