IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, | ) | Case No. 17-12560 (JKS) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| August 24, 2022 | 1:00 p.m. (Eastern Time) (Omnibus Hearing) |
| September 20, 2022 | 1:00 p.m. (Eastern Time) (Omnibus Hearing) |

Dated: July 20th, 2022
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE