# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 24, 2022 AT 1:00 P.M. (EASTERN TIME)[2]

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1. **Motion to Extend Time to Object to Claims** – Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 7/20/22] (Docket No. 4779).

    Response Deadline:    August 3, 2022 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)    Certificate of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 8/4/22] (Docket No. 4781).

    b)    [Signed] Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 8/9/22] (Docket No. 4782).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Status:  The order has been entered.  No hearing will be necessary.

| | |
|---|---|
| Dated:  August 22, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>      acaine@pszjlaw.com<br>      bsandler@pszjlaw.com<br>      crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Sasha M. Gurvitz (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Tel:   (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |