# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : Case No. 17-12560 (JKS) |
| | : (Jointly Administered) |
| Remaining Debtors. | : |
| | **Re: Docket No. 4786** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 24, 2022, I caused to be served the "Liquidation Trust's Thirteenth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452," dated August 24, 2022 [Docket No. 4786], by causing true and correct copies to be:

   a. delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
26th day of August, 2022
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires July 19, 2027

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 92103.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL: BANK OF AMERICA, N.A. ATTN MICHAEL K PAK ESQ 1407 FOULK ROAD, SUITE 204 WILMINGTON DE 19803 |

**Total Creditor count  1**

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560
Electronic List - Master Service List Parties

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |