# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                 Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |

## NOTICE OF RESIGNATION AND APPPOINTMENT OF
## <u>CHIEF EXECUTIVE OFFICER</u>

The Woodbridge Liquidation Trust (the "<u>Liquidation Trust</u>"), formed pursuant to the confirmed and effective *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and its Affiliated Debtors* [D.I. 2397] (the "<u>Plan</u>")[2] in the jointly-administered chapter 11 bankruptcy cases (the "<u>Chapter 11 Cases</u>") of Woodbridge Group of Companies, LLC and its affiliated debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby provides notice, pursuant to Section 5.3.6 of the Plan, that Frederick Chin has submitted his resignation as the Wind-Down CEO, effective as of December 31, 2022 and that, pursuant to Section 5.3.7 of the Plan, Marion Fong was appointed by the Wind-Down Board and approved by the Liquidation Trust as Wind-Down CEO, effective as of January 1, 2023.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Plan.

| | |
|---|---|
| Dated: November 30, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>           acaine@pszjlaw.com<br>           bsandler@pszjlaw.com<br>           crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP<br>*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Sasha M. Gurvitz (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Tel:    (310) 407-4000<br>Fax:   (310) 407-9090<br><br>*Counsel to the Liquidation Trust* |