IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | : | Case No. 17-12560 (JKS) |
| Remaining Debtors. | : | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, | : | |
| Plaintiff, | : | Adv. Proc. No. 19-51027 (JKS) |
| v. | : | **Reference Adv. D.I. 131, 136, 139, 140, 141** |
| KENNETH HALBERT, | : | |
| Defendant. | : | |

**ORDER GRANTING MOTION TO EXTEND THE DEADLINES
IN THE AMENDED SCHEDULING ORDER AND
DENYING REQUEST FOR ORAL ARGUMENT**

Upon consideration of Defendant Kenneth Halbert's ("Defendant") Motion to Extend the Deadlines in the Amended Scheduling Order (the "Motion") [Adv. D.I. 131, referring to Adv. D.I. 120]; and the Court having reviewed Plaintiff Michael Goldberg's (the "Trustee") opposition to the Motion [Adv. D.I. 136]; Defendant's reply in support of the Motion [Adv. D.I. 139]; and Defendant's request for oral argument on the Motion (the "Request for Oral Argument"); and this Court having jurisdiction to consider the Motion and the relief requested

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

therein; and it appearing that notice of the Motion was adequate and proper under the circumstances of this adversary proceeding; and it appearing that no other or further notice need be given; and this Court having found that cause exists for the relief granted herein; and after due deliberation and sufficient cause therefor, **IT IS HEREBY ORDERED** that

1. The Motion is GRANTED, as set forth herein.
2. The parties shall confer and submit a Second Amended Scheduling Order setting forth the extended deadlines consistent with this Order for the Court's consideration.
3. The Request for Oral Argument is DENIED.
4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Date: December 7, 2022

_____
J. Kate Stickles
United States Bankruptcy Judge