**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| WOODBRIDGE GROUP OF COMPANIES, | : | Case No. 17-12560 (JKS) |
| LLC, *et al.,*[1] | : |  |
|  | : | (Jointly Administered) |
| Remaining Debtors. | : |  |
|  | : | **Re: Docket Nos. 4807, 4808** |

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) ss.: |
| COUNTY OF FRANKLIN | ) |

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 5151 Blazer Parkway Way, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2023, I caused to be served the:

    a.  "Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2," dated January 26, 2023 [Docket No. 4807], (the "Objection") and

    b.  "Order Scheduling Omnibus Hearing Date," dated January 26, 2023 [Docket No. 4808], (the "Order"),

by causing true and correct copies of the:

    i.   Objection and Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit A</u>,

    ii.  Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii. Objection and Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 92103.

    iv.  Objection to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D,</u>

3.  The envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Angela Chachoff*</u>
Angela Chachoff

Sworn to before me this
27th day of January, 2023
<u>*/s/ Andrea R. Speelman*</u>
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL: BANK OF AMERICA, N.A. ATTN MICHAEL K PAK ESQ 1407 FOULK ROAD, SUITE 204 WILMINGTON DE 19803 |

**Total Creditor count  1**

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 14241 VENTURA LLC | 12001 VENTURA PL STE 202 | | | | STUDIO CITY | CA | 91604 |
| BOSWELL CONSTRUCTION INC | 17071 VENTURA BLVD. STE 201 | | | | ENCINO | CA | 91316 |
| FIRST AMERICAN DATA TREE LLC | 4 FIRST AMERICAN WAY | | | | SANTA ANA | CA | 92707 |
| SOUTHERN CALIFORNIA EDISON CO | 1551 W. SAN BERNARDINO RD | | | | COVINA | CA | 91722 |
| TEST TESTING | 123 NO PL | | | | NOWHERE | WA | 12345 |
| TEST TESTING | C/O GCG | 321 EPIQ LN | | | SEATTLE | WA | 98101 |

**EXHIBIT C**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,
Case No. 17-12560
Master Service Email List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN:  MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

**EXHIBIT D**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,
Case No. 17-12560
Electronic Mail - Claimants

| Name | Email |
| --- | --- |
| 14140 INVESTMENTS LTD | Wil@vdamanagement.com |
| 14241 VENTURA LLC | daniela@muselifestylegroup.com |
| FIRST AMERICAN DATA TREE LLC | dkennell@firstam.com |
| NATALIE LEWIS | AKIRA338@HOTMAIL.COM |
| SNELL & WILMER LLP | breeves@swlaw.com |
| STEPHENSON FOURNIER | jfournier@stephensonlaw.com |