**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 <br> : <br> : Case No. 17-12560 (JKS) |
| WOODBRIDGE GROUP OF COMPANIES, LLC,: <br> *et al.*,[1] | : **Re: Docket No. 4807** <br> : |
| Remaining Debtors. | : |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE THIRTY-SIXTH (36TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

**PLEASE TAKE NOTICE** that on January 26, 2023, the Woodbridge Liquidation Trust (the "Trust"), in the above-captioned cases, filed the *Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Thirty-Sixth Omnibus Objection") [Docket No. 4807] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  A hearing on the Thirty-Sixth Omnibus Objection is scheduled for February 28, 2023 at 11:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers (with all attachments) together with a copy of the Thirty-Sixth

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 92103.

Omnibus Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Trust.

Dated:  February 14, 2023
Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)

-and-

KTBS LAW LLP (*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*)
Kenneth N. Klee (*pro hac vice*)
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Sasha M. Gurvitz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067

*Counsel to Woodbridge Liquidation Trust*