**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, | : | Case No. 17-12560 (JKS) |
| *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Remaining Debtors. | : | |
| | : | **Re: Docket No. 4813** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK  )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 14, 2023, I caused to be served the "Notice of Submission of Proofs of Claim in Connection with the Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2," dated February 14, 2023 [Docket No. 4813], by causing true and correct copies to be:

   a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to: *McCabe, Weisberg & Conway, LLC, Attn Michael K Pak Esq, 1407 Foulk Road, Suite 204, Wilmington, DE 19803*, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 92103.

3.  The envelope utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

Sworn to before me this
15th day of February, 2023
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2026

# EXHIBIT A

**WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. -Case No. 17-12560 (JKS)**

Electronic Mail Parties

| Name | Email |
|---|---|
| AKERMAN LLP ATTN:  MICHAEL I GOLDBERG, ESQ | michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP COUNSEL TO THE LIQUIDATION TRUST ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP COUNSEL TO THE LIQUIDATION TRUST ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP COUNSEL TO THE LIQUIDATION TRUST ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC COUNSEL: BANK OF AMERICA, N.A. ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3 ATTN TIMOTHY J. FOX, JR | timothy.fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP COUNSEL TO THE LIQUIDATION TRUST ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP COUNSEL TO THE LIQUIDATION TRUST ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP COUNSEL TO THE LIQUIDATION TRUST ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP COUNSEL TO THE LIQUIDATION TRUST ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC. ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION  ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

**Count: 16**