# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | |
| Plaintiff, | Adversary Proceeding Case No. 19-51071 (JKS) |
| vs. | |
| EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS, | |
| Defendants. | |

**STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTER**

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced case, hereby submits this status report pursuant to the *Scheduling Order* [Adv. Docket No. 42].

Attached hereto is the status for the above-referenced case associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

Dated:  February 21, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: bsandler@pszjlaw.com
      acaine@pszjlaw.com
      crobinson@pszjlaw.com

*Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust*

**STATUS CATEGORY E**: List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed.  Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Defendant(s) | Adv. Case No. | Status |
|---|---|---|
| Eduardo G. Diaz and Diaz Retirement Consultants | 19-51071 | The parties have resolved this matter and are finalizing settlement documentation.  A stipulation of dismissal will be filed on a date to be determined once the settlement payments are received. |