IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 28, 2023 AT 11:00 A.M. (EASTERN TIME)**[2]

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTERS**

1. **36th Omnibus Objection to Claims** – Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 1/26/23] (Docket No. 4807).

   Response Deadline:    February 9, 2023 at 4:00 p.m. Eastern Time.

   Responses Received:  None.

   Related Documents:

   a)   Notice of Submission of Proofs of Claim in Connection with the Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 2/14/23] (Docket No. 4813).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

b)  Certification of No Objection Regarding Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 2/17/23] (Docket No. 4815).

c)  [Signed] Order Sustaining Thirty-Sixth (36th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 2/21/23] (Docket No. 4816).

Status:  The order has been entered.  No hearing will be necessary.

2. **Motion to Extend Claims Objection Deadline** – Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 2/6/23] (Docket No. 4811).

Response Deadline:    February 21, 2023 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)  Certification of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 2/22/23] (Docket No. 4818).

b)  [Signed] Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 2/22/23] (Docket No. 4819).

Status:  The order has been entered.  No hearing will be necessary.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: February 23, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>        acaine@pszjlaw.com<br>        bsandler@pszjlaw.com<br>        crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP *(f/k/a Klee, Tuchin, Bogdanoff & Stern LLP)*<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Sasha M. Gurvitz (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile:  (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |

3