# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
|  | (Jointly Administered) |
| Remaining Debtors. |  |
|  | **Ref. Docket No. 4826** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                                        ) ss.:
COUNTY OF FRANKLIN  )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Liquidation Trust's Fourteenth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452," dated March 14, 2023 [Docket No. 4826], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail, on March 14, 2023, to those parties listed on the annexed Exhibit A,

    b. delivered via electronic mail, on March 14, 2023, to those parties listed on the annexed Exhibit B, and

    c. enclosed securely in a postage pre-paid envelope and delivered via first class mail, on March 15, 2023, to the party listed on the annexed Exhibit C.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
17th day of March, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.* - Case No. 17-12560 (JKS)
First Class Mail - Master Service List

MCCABE, WEISBERG & CONWAY, LLC
ATTN MICHAEL K PAK ESQ
1407 FOULK ROAD, SUITE 204
WILMINGTON, DE 19803

Page **1** of 1

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 16 HICKS LANE HOLDING CORP | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| 4550 REAL ESTATE LLC | C/O LIEBERMAN DVORIN & DOWD, LLC | 30195 CHAGRIN BLVD, SUITE #300 | | | PEPPER PIKE | OH | 44124 |
| 461 NEW LOTS AVENUE LLC | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | SONIA TANKSLEY | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| 8 FIGURES LLC | 5133 NORTH WEST VALENCIA ROAD | | | | SILVER LAKE | KS | 66539 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 06798 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC | ATTN FRANCIS DONNARUMMA | 428 MAIN STREET SOUTH | | WOODBURY | CT | 6798 |
| ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | | CRETE | IL | 60417 |
| ARASH TASHVIGHI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| ARIZONA CORPORATION COMMISSION | ATTN CHAIRMAN TOM FORESE, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN JUSTIN OLSON, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOB BURNS, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOYD DUNN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN ANDY TOBIN, COMMISSIONER | 1300 WEST WASHINGTON, 3RD FLOOR | | | PHOENIX | AZ | 85007 |
| ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON, 3RD FLOOR | | | | PHOENIX | AZ | 85007 |
| ATLANTIC HOME CAPITAL CORP | C/O CHARLES WALLSHEIN ESQ PLLC | 35 PINELAWN RD STE 106E | | | MELVILLE | NY | 11747-3100 |
| ATLANTIS NATIONAL SERVICES INC | C/O EMOUNA & MIKHAIL PC | ATTN MATIN EMOUNA | 100 GARDEN CITY PLZ STE 520 | | GARDEN CITY | NY | 11530-3213 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | MONA MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES | RANDOLPH MCCONVILLE | 201 REDWOOD SHORES PARKWAY | | REDWOOD SHORES | CA | 94065 |
| BARBARA JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| BART KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| BOREAL WATER COLLECTIONS INC | 4494-4496 STATE ROAD 42 NORTH | | | | KIAMESHA | NY | 12751 |
| BRAD JOHNSON | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |
| CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT | SECURITIES REGULATION DIVISION | 1515 K STREET, SUITE 200 | | | SACRAMENTO | CA | 95814 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONER | 1560 BROADWAY, SUITE 900, | | | DENVER | CO | 90202 |
| CONNECTICUT DEPARTMENT OF BANKING | SECURITIES AND BUSINESS INVESTMENTS DIV | 260 CONSTITUTION PLAZA | | | HARTFORD | CT | 06103-1800 |
| DAVID E GOLDEN ESQ | 54 HARTFORD TURNPIKE | | | | NEW YORK | NY | 10017 |
| DAVID EBRAHIMZADEH C/O BORAH GOLDSTEIN | C/O ALTSCHULER, NAHINS & GOIDEL, PC | ATTN MARTIN JEFFREY SIGAL & | DARREN R MARKS | 377 BROADWAY | NEW YORK | NY | 10013-3993 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| DESMOND JOHN | C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & | DAVID R SMITH | 1795 CONEY ISLAND AVENUE, 3RD FLOOR | BROOKLYN | NY | 11230 |
| DESMOND JOHN | C/O ROBERT ARONOV & ASSOCIATES, PC | ATTN MAX THOMAS SAGLIMBENI | 8802 136TH ST | | RICHMOND HILL | NY | 11418-1921 |
| DOMUS APPRAISALS | C/O MOUND COTTON WOLLAN & GREENGRASS LLP | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| DONALD OWEN | C/O LARSON, LARSON & DAUER, A LAW CORPORATION | ATTN MARK V LARSON | 15545 DEVONSHIRE ST STE 205 | | MISSION HILLS | CA | 91345-2693 |
| ERC I LLC | C/O ALAN BRILL | PO BOX 3353 | | | EVANSVILLE | IN | 47732 |
| ERIC SAUL | 8114 CARROLL AVENUE | | | | TAKOMA PARK | MD | 20912 |
| FELICE DISANZA | C/O M CABRERA & ASSOCIATES, PC | ATTN JOSEPH JOHN REILLY | 2002 ROUTE 17M, STE 12 | | GOSHEN | | 10924 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | DIVISION OF SECURITIES | 101 E GAINES STREET | | | TALLAHASSEE | FL | 32399 |
| FRANCOIS OLOA | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | ONE CROSS ISLAND PLAZA | | ROSEDALE | NY | 11422 |
| GCP MAUI LLC | C/O MCCORRISTON MILLER MUKAI MACKINNON LLP | FIVE WATERFRONT PLAZA, 4TH FLOOR | 500 ALA MOANA BOULEVARD | | HONOLULU | HI | 96813 |
| GUNIT S SABHARWAL | C/O LAW OFFICES OF ANDREW P SAULITIS PC | ATTN ANDREW P SAULITIS | 40 WALL ST | | NEW YORK | NY | 10005-1304 |
| HAIGHT BROWN & BONESTEEL LLP | 555 S FLOWER ST STE 4500 | FORTY-FIFTH FLOOR | | | LOS ANGELES | CA | 90071-2441 |
| HENRI JEANRENAUD | 106 PONDEROSA DR | | | | SANTA CRUZ | CA | 95060 |
| IDAHO DEPARTMENT OF FINANCE | SECURITIES BUREAU | 800 PARK BLVD., SUITE 200 | | | BOISE | ID | 83720-0031 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST | | | INDIANAPOLIS | IN | 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION | 302 W WASHINGTON ST RM E111 | | | INDIANAPOLIS | IN | 46204-2740 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST | | | | DES MOINES | IA | 50309 |
| IOWA INSURANCE DIVISION | 1365 BELL AVE # 100 | | | | DES MOINES | IA | 50315-1000 |
| JARED KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| JEFF BANK | F/K/A THE FIRST NATIONAL BANK OF JEFFERSONVILLE | 4866 STATE ROUTE 52 | PO BOX 398 | | JEFFERSONVILLE | NY | 12748 |
| JEFFREY H LEAVITT ESQ | C/O WINGET, SPADAFORA & SCHWARTZERG, LLP | ATTN CHRISTINA MARIE RIEKER & | KEITH R M ROUSSEL | 45 BROADWAY, 19TH FLOOR | NEW YORK | NY | 10006 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM APC | 21860 BURBANK BLVD, SUITE 340 | | | WOODLAND HILLS | CA | 91367 |
| KANSAS INSURANCE DEPARTMENT | OFFICE OF THE SECURITIES COMMISIONER | 1300 SW ARROWHEAD RD | | | TOPEKA | KS | 66604-4019 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP | 6901 JERICHO TURNPIKE, SUITE #100 | | | SYOSSET | NY | 11791 |
| KAPLAN KAPLAN & DITRAPANI LLP | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |
| LUXURY PROPERTIES & INTERIORS LLC | 1101 30TH STREET NORTHWEST | SUITE 500 | | | WASHINGTON | DC | 20007 |
| LUXURY PROPERTIES & INTERIORS LLC | 1090 VERMONT AVENUE NW #910 | | | | WASHINGTON | DC | 20005 |
| MATTHEW DITRAPANI ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP | ATTN PETER L CONTINI, AMY M MONAHAN | & MICHAEL WILLIAM WYNN | 1001 FRANKLIN AVENUE | GARDEN CITY | NY | 11530 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MICHIGAN CORPS SECURITIES & COMM LICENSING BUREAU | ATTN JULIA DALE, DIRECTOR | REGULATORY COMPLIANCE DIVISION | PO BOX 30018 | | LANSING | MI | 48909 |
| NEW JERSEY BUREAU OF SECURITIES | OFFICE OF THE NJ ATTORNEY GENERAL | 153 HALSEY STREET, 6TH FLOOR | | | NEWARK | NJ | 07102 |
| NEW YORK STATE DIVISION OF THE LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | C/O LAW OFFICE OF RAJAN PATEL | ATTN RAJAN PATEL, ESQ | 257 SOUTH MIDDLETOWN ROAD 2ND FLOOR | | NANUET | NY | 10954 |
| OLIVER ENTINE | C/O STEVE ENTINE | C/O HOWLAND CAPITAL MANAGEMENT | 75 FEDERAL ST STE 1100 | | BOSTON | MA | 02110-1936 |
| PARTNERS 95 | C/O CALLISON TIGHE & ROBINSON, LLC | PALMETTO ARMORY OFFICE BUILDING | 1812 LINCOLN STREET | | COLUMBIA | SC | 29201 |
| QUONTIC BANK | C/O THE LAW OFFICES OF PETER METIS, LLC | ATTN PETER METIS | 101 PARK AVE FL 27 | | NEW YORK | NY | 10178 |
| RCN CAPITAL FUNDING LLC | 75 GERBER ROAD EAST | | | | SOUTH WINDSOR | CT | 06074 |
| RENATO BUSLJETA | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | | BOHEMIA | NY | 11716 |
| RENVAL CONSTRUCTION LLC | C/O KUSHNICK PALLACI PLLC | ATTN VINCENT T PALLACI & | STEVEN ADAM COHEN | 630 JOHNSON AVENUE SUITE 201 | BOHEMIA | NY | 11716 |
| ROBERT BISCARDI | C/O LAW OFFICES OF JOHN HARDY | ATTN JOHN D HARDY | 7100 HAYVENHURST AVE SUITE 307 | | VAN NUYS | CA | 91406 |
| RONALD MCINERNEY JR | C/O MOUND COTTON WOLLAN & GREENGRASS | ATTN JASON LEE EDERER, KENNETH MICHAEL | LABBATE & MICHAEL T LYNCH | ONE NEW YORK PLAZA 44TH FLOOR | NEW YORK | NY | 10004 |
| SENN LAW | KEVIN J SENN, ESQ | 1990 NORTH CALIFORNIA BLVD, 8TH FLOOR | | | WALNUT CREEK | CA | 94596 |
| SHAWN SPARKS | 8 FIGURES LLC | 5133 NORTH WEST VALENCIA RD | | | SILVER LAKE | KS | 66539 |
| SHULAMIT NAMDAR A/K/A SHOULA NAMDAR | C/O ERICA TOBI YITZHAK ESQ, PC | 17 BARSTOW RD | | | GREAT NECK | NY | 11021 |
| SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION | 1000 ASSEMBLY STREET, RM 519 | | | COLUMBIA | SC | 29201 |
| STATE OF MAINE DEPARTMENT OF | PROFESSIONAL & FINANCIAL REGULATION | OFFICE OF SECURITIES | 35 STATE HOUSE STATION | | AUGUSTA | ME | 04333 |
| STATE OF OREGON | DIVISION OF FINANCIAL REGULATION | 350 WINTER ST. NE, ROOM 410 | | | SALEM | OR | 97309 |
| STATE OF WASHINGTON | DEPARTMENT OF FINANCIAL INSTITUTIONS | 150 ISRAEL RD SW | | | TUMWATER | WA | 98501 |
| STERLING NATIONAL BANK | C/O BLEAKLEY, PLATT AND SCHMIDT LLP | ATTN JUSTIN M GARDNER | ONE NORTH LEXINGTON AVENUE | | WHITE PLAINS | NY | 10601 |
| STONELION INSURANCE & FINACIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| STONELION INSURANCE & FINANCIAL SERVICES | PO BOX 2850 | | | | KILGORE | TX | 75663 |
| THE KHOURY FAMILY TRUST | C/O NAMI LAW FIRM | 3 HUTTON CENTRE DRIVE 9TH FLOOR | | | SANTA ANA | CA | 92707 |
| THE LAW FIRM OF ADAM KALISH PC | C/O FURMAN KORNFELD & BRENNAN, LLP | ANDREW JONES, ESQ & | SHARI D SCKOLNICK, ESQ | 61 BROADWAY, 26TH FLOOR | NEW YORK | NY | 10006 |
| THE LAW FIRM OF ADAM KALISH PC | 182A 26TH ST | | | | BROOKLYN | NY | 11232-1411 |
| THE RUSSELL A RACETTE JR LIVING TRUST | 60 DYER RD | | | | LITTLE COMPTON | RI | 02837 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| TRUSTEE MARK ROSENBERG ESQ | 7101 WISCONSIN AVE | SUITE 1201 | | | BETHESDA | MD | 20814 |
| UNIVERSAL DEBT SERVICES INC | C/O THE CHARRINGTON FIRM, PC | ATTN KAREN HILLARY CHARRINGTON | 1 CROSS ISLAND PLZ | STE 100 | ROSEDALE | NY | 11422-3400 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN RUSSELL KOONIN | 801 BRICKELL AVENUE, SUITE 1800 | | | MIAMI | FL | 33131 |
| VISION DEVELOPERS & ASSOCIATES INC | C/O ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL | | | CRETE | IL | 60417 |
| WJ MURRAY D DIR & GEN CNSL NYS DIV OF LOTTERY | C/O ASSISTANT ATTORNEY GENERAL | ATTN REBECCA D CULLEY | 120 BROADWAY | | NEW YORK | NY | 10271 |
| ZEZE FOOD CORPORATION | C/O FJ ROMANO & ASSOCIATES, PC | ATTN FRANK J ROMANO, ESQ | 51 E MAIN ST #1 | | SMITHTOWN | NY | 11787 |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)
First Class Mail - Action Party

ROBERT BISCARDI
7100 HAYVENHURST AVE., STE 307
VAN NUYS, CA 91406

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)

Electronic Mail - Master Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | timothy.fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

**Count 16**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)
Electronic Mail - Action Parties

| Name | Email Address |
|---|---|
| 7942 COUNTRY CLUB INC | RJ60068@GMAIL.COM |
| ARASH TASHVIGHI | MSIROLLY@DIR.CA.GOV;JEU@DIR.CA.GOV |
| ARASH TASHVIGHI | JOHNHARDYLAW@AOL.COM |
| ARIZONA CORPORATION COMMISSION | MATTHEW.SILVERMAN@AZAG.GOV |
| BART KAPLAN ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| BART KAPLAN, ESQ. | BART@CLOSERATTORNEY.COM |
| COLORADO DIVISION OF SECURITIES | MICHAELC.WILLIAMS@STATE.CO.US |
| DAVID DERUBERTIS | DAVID@DERUBERTISLAW.COM |
| DONNA LYNN BARNARD | DONNABARNARD1@AOL.COM |
| ENVIROCARE LLC | JILL@JILL-LAWOFFICE.NET |
| JAMES HAMMOND PURCELL | JBARTHOLOMEW@BARNESLAWGROUP.COM |
| JAMES REED | RJ60068@GMAIL.COM |
| JARED S KAPLAN ESQ | JARED@CLOSERATTORNEY.COM |
| JARED S KAPLAN ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | DGIRARD@GIRARDSHARP.COM |
| JERRY RAINES | JDRWOW@AOL.COM |
| JOMIC INVESTMENTS INC | LARRY@THEBENLAWFIRM.COM |
| KAILA ALANA LOYOLA | HOWARD@RUTTENLAWFIRM.COM |
| KAPLAN KAPLAN & DITRAPANI, LLP | JARED@CLOSERATTORNEY.COM |
| KIM D & CONNIE L DUERING | AUNTCWENSMAN@GMAIL.COM |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | MORRIS@TFMCLAW.COM |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | MORRIS@TFMCLAW.COM |
| MATTHEW DITRAPANI ESQ | MATT@CLOSERATTORNEY.COM |
| MATTHEW DITRAPANI ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| MATTHEW DITRAPANI ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| MOGJAN HASHEMI | ROBERT@ROBERTHINDINLAW.COM |
| MORRISON COHEN LLP | DKOZLOWSKI@MORRISONCOHEN.COM |
| POSITIVE ASPECTS, INC. | LARRY@THEBENLAWFIRM.COM |
| ROBERT BISCARDI | JOHN@JOHNHARDYLAW.COM |
| ROBERT HOSSEINI | ROBERT@ROBERTHINDINLAW.COM |
| ROSENBERG | JAMESCUNILIO@CUNILIOLAW.COM |
| SHEILA Q SAX | SHEILA_SAX@ME.COM |
| SHEILA Q SAX TRUST | SHEILA_SAX@ME.COM |
| US SECURITIES AND EXCHANGE COMMISSION | NESTORC@SEC.GOV |
| WARREN LEX LLP | BC628984@CASES.WARRENLEX.COM; WOODBRIDGE@MATTERS.WARRENLEX.COM |

**EXHIBIT C**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)
First Class Mail - Action Party

COLORADO DIVISION OF SECURITIES
GERALD ROME, COMMISSIONOR
1560 BROADWAY, SUITE 900
DENVER, CO 90202