# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
|  | (Jointly Administered) |
| Remaining Debtors. |  |
|  | **Ref. Docket No. 4831** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO            )
                         ) ss.:
COUNTY OF FRANKLIN )

ANDREA SPEELMAN, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2023, I caused to be served the "Fourteenth Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452," dated March 30, 2023 [Docket No. 4830], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

Sworn to before me this
4th day of April, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL: BANK OF AMERICA, N.A. ATTN MICHAEL K PAK ESQ 1407 FOULK ROAD, SUITE 204 WILMINGTON DE 19803 |

**Total Creditor count  1**

| Claim Name | Address Information |
|---|---|
| 16 HICKS LANE HOLDING CORP | C/O ERICA TOBI YITZHAK ESQ, PC 17 BARSTOW RD GREAT NECK NY 11021 |
| 4550 REAL ESTATE LLC | C/O LIEBERMAN DVORIN & DOWD, LLC 30195 CHAGRIN BLVD, SUITE #300 PEPPER PIKE OH 44124 |
| 461 NEW LOTS AVENUE LLC | C/O PETROFF LAW FIRM, PC ATTN SERGE PETROFF, JAMES TIERNEY & SONIA TANKSLEY 1795 CONEY ISLAND AVENUE, 3RD FLOOR BROOKLYN NY 11230 |
| 8 FIGURES LLC | 5133 NORTH WEST VALENCIA ROAD SILVER LAKE KS 66539 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC ATTN FRANCIS DONNARUMMA 428 MAIN STREET SOUTH WOODBURY CT 06798 |
| ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL CRETE IL 60417 |
| ARASH TASHVIGHI | C/O LAW OFFICES OF JOHN HARDY ATTN JOHN D HARDY 7100 HAYVENHURST AVE SUITE 307 VAN NUYS CA 91406 |
| ARIZONA CORPORATION COMMISSION | ATTN CHAIRMAN TOM FORESE, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN JUSTIN OLSON, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOB BURNS, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOYD DUNN, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN ANDY TOBIN, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ATLANTIC HOME CAPITAL CORP | C/O CHARLES WALLSHEIN ESQ PLLC 35 PINELAWN RD STE 106E MELVILLE NY 11747-3100 |
| ATLANTIS NATIONAL SERVICES INC | C/O EMOUNA & MIKHAIL PC ATTN MATIN EMOUNA 100 GARDEN CITY PLZ STE 520 GARDEN CITY NY 11530-3213 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES MONA MCCONVILLE 201 REDWOOD SHORES PARKWAY REDWOOD SHORES CA 94065 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES RANDOLPH MCCONVILLE 201 REDWOOD SHORES PARKWAY REDWOOD SHORES CA 94065 |
| BARBARA JEANRENAUD | 106 PONDEROSA DR SANTA CRUZ CA 95060 |
| BART KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN & MICHAEL WILLIAM WYNN 1001 FRANKLIN AVENUE GARDEN CITY NY 11530 |
| BOREAL WATER COLLECTIONS INC | 4494-4496 STATE ROAD 42 NORTH KIAMESHA NY 12751 |
| BRAD JOHNSON | 8 FIGURES LLC 5133 NORTH WEST VALENCIA RD SILVER LAKE KS 66539 |
| CALIFORNIA DEPARTMENT OF BUSINESS OVERSIGHT | SECURITIES REGULATION DIVISION 1515 K STREET, SUITE 200 SACRAMENTO CA 95814 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONER 1560 BROADWAY, SUITE 900, DENVER CO 90202 |
| CONNECTICUT DEPARTMENT OF BANKING | SECURITIES AND BUSINESS INVESTMENTS DIV 260 CONSTITUTION PLAZA HARTFORD CT 06103-1800 |
| DAVID E GOLDEN ESQ | 54 HARTFORD TURNPIKE NEW YORK NY 10017 |
| DAVID EBRAHIMZADEH C/O BORAH GOLDSTEIN | C/O ALTSCHULER, NAHINS & GOIDEL, PC ATTN MARTIN JEFFREY SIGAL & DARREN R MARKS 377 BROADWAY NEW YORK NY 10013-3993 |
| DESMOND JOHN | C/O PETROFF LAW FIRM, PC ATTN SERGE PETROFF, JAMES TIERNEY & DAVID R SMITH 1795 CONEY ISLAND AVENUE, 3RD FLOOR BROOKLYN NY 11230 |
| DESMOND JOHN | C/O ROBERT ARONOV & ASSOCIATES, PC ATTN MAX THOMAS SAGLIMBENI 8802 136TH ST RICHMOND HILL NY 11418-1921 |
| DOMUS APPRAISALS | C/O MOUND COTTON WOLLAN & GREENGRASS LLP ATTN JASON LEE EDERER, KENNETH MICHAEL LABBATE & MICHAEL T LYNCH ONE NEW YORK PLAZA, 44TH FLOOR NEW YORK NY 10004 |
| DONALD OWEN | C/O LARSON, LARSON & DAUER, A LAW CORPORATION ATTN MARK V LARSON 15545 DEVONSHIRE ST STE 205 MISSION HILLS CA 91345-2693 |
| ERC I LLC | C/O ALAN BRILL PO BOX 3353 EVANSVILLE IN 47732 |
| ERIC SAUL | 8114 CARROLL AVENUE TAKOMA PARK MD 20912 |
| FELICE DISANZA | C/O M CABRERA & ASSOCIATES, PC ATTN JOSEPH JOHN REILLY 2002 ROUTE 17M, STE 12 GOSHEN 10924 |

| Claim Name | Address Information |
|---|---|
| FLORIDA OFFICE OF FINANCIAL REGULATION | DIVISION OF SECURITIES 101 E GAINES STREET TALLAHASSEE FL 32399 |
| FRANCOIS OLOA | C/O THE CHARRINGTON FIRM, PC ATTN KAREN HILLARY CHARRINGTON ONE CROSS ISLAND PLAZA ROSEDALE NY 11422 |
| GCP MAUI LLC | C/O MCCORRISTON MILLER MUKAI MACKINNON LLP FIVE WATERFRONT PLAZA, 4TH FLOOR 500 ALA MOANA BOULEVARD HONOLULU HI 96813 |
| GUNIT S SABHARWAL | C/O LAW OFFICES OF ANDREW P SAULITIS PC ATTN ANDREW P SAULITIS 40 WALL ST NEW YORK NY 10005-1304 |
| HAIGHT BROWN & BONESTEEL LLP | 555 S FLOWER ST STE 4500 FORTY-FIFTH FLOOR LOS ANGELES CA 90071-2441 |
| HENRI JEANRENAUD | 106 PONDEROSA DR SANTA CRUZ CA 95060 |
| IDAHO DEPARTMENT OF FINANCE | SECURITIES BUREAU 800 PARK BLVD., SUITE 200 BOISE ID 83720-0031 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION 302 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION 302 W WASHINGTON ST RM E111 INDIANAPOLIS IN 46204-2740 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST DES MOINES IA 50309 |
| IOWA INSURANCE DIVISION | 1365 BELL AVE # 100 DES MOINES IA 50315-1000 |
| JARED KAPLAN ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN & MICHAEL WILLIAM WYNN 1001 FRANKLIN AVENUE GARDEN CITY NY 11530 |
| JEFF BANK | F/K/A THE FIRST NATIONAL BANK OF JEFFERSONVILLE 4866 STATE ROUTE 52 PO BOX 398 JEFFERSONVILLE NY 12748 |
| JEFFREY H LEAVITT ESQ | C/O WINGET, SPADAFORA & SCHWARTZERG, LLP ATTN CHRISTINA MARIE RIEKER & KEITH R M ROUSSEL 45 BROADWAY, 19TH FLOOR NEW YORK NY 10006 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM APC 21860 BURBANK BLVD, SUITE 340 WOODLAND HILLS CA 91367 |
| KANSAS INSURANCE DEPARTMENT | OFFICE OF THE SECURITIES COMMISIONER 1300 SW ARROWHEAD RD TOPEKA KS 66604-4019 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| KAPLAN KAPLAN & DITRAPANI LLP | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN & MICHAEL WILLIAM WYNN 1001 FRANKLIN AVENUE GARDEN CITY NY 11530 |
| LUXURY PROPERTIES & INTERIORS LLC | 1090 VERMONT AVENUE NW #910 WASHINGTON DC 20005 |
| LUXURY PROPERTIES & INTERIORS LLC | 1101 30TH STREET NORTHWEST SUITE 500 WASHINGTON DC 20007 |
| MATTHEW DITRAPANI ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN & MICHAEL WILLIAM WYNN 1001 FRANKLIN AVENUE GARDEN CITY NY 11530 |
| MICHIGAN CORPS SECURITIES & COMM LICENSING BUREAU | ATTN JULIA DALE, DIRECTOR REGULATORY COMPLIANCE DIVISION PO BOX 30018 LANSING MI 48909 |
| NEW JERSEY BUREAU OF SECURITIES | OFFICE OF THE NJ ATTORNEY GENERAL 153 HALSEY STREET, 6TH FLOOR NEWARK NJ 07102 |
| NEW YORK STATE DIVISION OF THE LOTTERY | C/O ASSISTANT ATTORNEY GENERAL ATTN REBECCA D CULLEY 120 BROADWAY NEW YORK NY 10271 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | C/O LAW OFFICE OF RAJAN PATEL ATTN RAJAN PATEL, ESQ 257 SOUTH MIDDLETOWN ROAD 2ND FLOOR NANUET NY 10954 |
| OLIVER ENTINE | C/O STEVE ENTINE C/O HOWLAND CAPITAL MANAGEMENT 75 FEDERAL ST STE 1100 BOSTON MA 02110-1936 |
| PARTNERS 95 | C/O CALLISON TIGHE & ROBINSON, LLC PALMETTO ARMORY OFFICE BUILDING 1812 LINCOLN STREET COLUMBIA SC 29201 |
| QUONTIC BANK | C/O THE LAW OFFICES OF PETER METIS, LLC ATTN PETER METIS 101 PARK AVE FL 27 NEW YORK NY 10178 |
| RCN CAPITAL FUNDING LLC | 75 GERBER ROAD EAST SOUTH WINDSOR CT 06074 |
| RENATO BUSLJETA | C/O KUSHNICK PALLACI PLLC ATTN VINCENT T PALLACI & STEVEN ADAM COHEN BOHEMIA NY 11716 |
| RENVAL CONSTRUCTION LLC | C/O KUSHNICK PALLACI PLLC ATTN VINCENT T PALLACI & STEVEN ADAM COHEN 630 JOHNSON AVENUE SUITE 201 BOHEMIA NY 11716 |
| ROBERT BISCARDI | C/O LAW OFFICES OF JOHN HARDY ATTN JOHN D HARDY 7100 HAYVENHURST AVE SUITE 307 VAN NUYS CA 91406 |
| RONALD MCINERNEY JR | C/O MOUND COTTON WOLLAN & GREENGRASS ATTN JASON LEE EDERER, KENNETH MICHAEL |

| Claim Name | Address Information |
|---|---|
| RONALD MCINERNEY JR | LABBATE & MICHAEL T LYNCH ONE NEW YORK PLAZA, 44TH FLOOR NEW YORK NY 10004 |
| SENN LAW | KEVIN J SENN, ESQ 1990 NORTH CALIFORNIA BLVD, 8TH FLOOR WALNUT CREEK CA 94596 |
| SHAWN SPARKS | 8 FIGURES LLC 5133 NORTH WEST VALENCIA RD SILVER LAKE KS 66539 |
| SHULAMIT NAMDAR A/K/A SHOULA NAMDAR | C/O ERICA TOBI YITZHAK ESQ, PC 17 BARSTOW RD GREAT NECK NY 11021 |
| SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION 1000 ASSEMBLY STREET, RM 519 COLUMBIA SC 29201 |
| STATE OF MAINE DEPARTMENT OF | PROFESSIONAL & FINANCIAL REGULATION OFFICE OF SECURITIES 35 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF OREGON | DIVISION OF FINANCIAL REGULATION 350 WINTER ST. NE, ROOM 410 SALEM OR 97309 |
| STATE OF WASHINGTON | DEPARTMENT OF FINANCIAL INSTITUTIONS 150 ISARAEL RD SW TUMWATER WA 98501 |
| STERLING NATIONAL BANK | C/O BLEAKLEY, PLATT AND SCHMIDT LLP ATTN JUSTIN M GARDNER ONE NORTH LEXINGTON AVENUE WHITE PLAINS NY 10601 |
| STONELION INSURANCE & FINACIAL SERVICES | PO BOX 2850 KILGORE TX 75663 |
| STONELION INSURANCE & FINANCIAL SERVICES | PO BOX 2850 KILGORE TX 75663 |
| THE KHOURY FAMILY TRUST | C/O NAMI LAW FIRM 3 HUTTON CENTRE DRIVE, 9TH FLOOR SANTA ANA CA 92707 |
| THE LAW FIRM OF ADAM KALISH PC | C/O FURMAN KORNFELD & BRENNAN, LLP ANDREW JONES, ESQ & SHARI D SCKOLNICK, ESQ 61 BROADWAY, 26TH FLOOR NEW YORK NY 10006 |
| THE LAW FIRM OF ADAM KALISH PC | 182A 26TH ST BROOKLYN NY 11232-1411 |
| THE RUSSELL A RACETTE JR LIVING TRUST | 60 DYER RD LITTLE COMPTON RI 02837 |
| TRUSTEE MARK ROSENBERG ESQ | 7101 WISCONSIN AVE SUITE 1201 BETHESDA MD 20814 |
| UNIVERSAL DEBT SERVICES INC | C/O THE CHARRINGTON FIRM, PC ATTN KAREN HILLARY CHARRINGTON 1 CROSS ISLAND PLZ STE 100 ROSEDALE NY 11422-3400 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN RUSSELL KOONIN 801 BRICKELL AVENUE, SUITE 1800 MIAMI FL 33131 |
| VISION DEVELOPERS & ASSOCIATES INC | C/O ANTOINE HUMPHRIES 24637 S WILDWOOD TRAIL CRETE IL 60417 |
| WJ MURRAY D DIR & GEN CNSL NYS DIV OF LOTTERY | C/O ASSISTANT ATTORNEY GENERAL ATTN REBECCA D CULLEY 120 BROADWAY NEW YORK NY 10271 |
| ZEZE FOOD CORPORATION | C/O FJ ROMANO & ASSOCIATES, PC ATTN FRANK J ROMANO, ESQ 51 E MAIN ST #1 SMITHTOWN NY 11787 |

**Total Creditor count  86**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.
Case No. 17-12560 (JKS)
First Class Mail Additional Service

ROBERT BISCARDI
7100 HAYVENHURST AVE., STE 307
VAN NUYS, CA 91406

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al. Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, et al. Case No. 17-12560 (JKS)
Electronic Mail Additional Service

| Name | Email Address |
| --- | --- |
| 7942 COUNTRY CLUB INC | rj60068@gmail.com |
| ARASH TASHVIGHI | msirolly@dir.ca.gov;jeu@dir.ca.gov |
| ARASH TASHVIGHI | johnhardylaw@aol.com |
| ARIZONA CORPORATION COMMISSION | matthew.silverman@azag.gov |
| BART KAPLAN ESQ | dkozlowski@morrisoncohen.com |
| BART KAPLAN, ESQ. | bart@closerattorney.com |
| COLORADO DIVISION OF SECURITIES | michaelc.williams@state.co.us |
| DAVID DERUBERTIS | david@derubertislaw.com |
| DONNA LYNN BARNARD | donnabarnard1@aol.com |
| ENVIROCARE LLC | jill@jill-lawoffice.net |
| JAMES HAMMOND PURCELL | jbartholomew@barneslawgroup.com |
| JAMES REED | rj60068@gmail.com |
| JARED S KAPLAN ESQ | jared@closerattorney.com |
| JARED S KAPLAN ESQ | dkozlowski@morrisoncohen.com |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | dgirard@girardsharp.com |
| JERRY RAINES | jdrwow@aol.com |
| JOMIC INVESTMENTS INC | larry@thebenlawfirm.com |
| KAILA ALANA LOYOLA | howard@ruttenlawfirm.com |
| KAPLAN KAPLAN & DITRAPANI, LLP | jared@closerattorney.com |
| KIM D & CONNIE L DUERING | auntcwensman@gmail.com |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | morris@tfmclaw.com |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | morris@tfmclaw.com |
| MATTHEW DITRAPANI ESQ | matt@closerattorney.com |
| MATTHEW DITRAPANI ESQ | dkozlowski@morrisoncohen.com |
| MATTHEW DITRAPANI ESQ | dkozlowski@morrisoncohen.com |
| MOGJAN HASHEMI | robert@roberthindinlaw.com |
| MORRISON COHEN LLP | dkozlowski@morrisoncohen.com |
| POSITIVE ASPECTS, INC. | larry@thebenlawfirm.com |
| ROBERT BISCARDI | john@johnhardylaw.com |
| ROBERT HOSSEINI | robert@roberthindinlaw.com |
| ROSENBERG | jamescunilio@cuniliolaw.com |
| SHEILA Q SAX | sheila_sax@me.com |
| SHEILA Q SAX TRUST | sheila_sax@me.com |
| US SECURITIES AND EXCHANGE COMMISSION | nestorc@sec.gov |
| WARREN LEX LLP | bc628984@cases.warrenlex.com; woodbridge@matters.warrenlex.com |