IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : : : | Case No. 17-12560 (JKS) |
| | : | (Jointly Administered) |
| Remaining Debtors. | : : | |
| | : | **Ref. Docket No. 4833** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2023, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 11, 2023 at 2:00 p.m. (Eastern Time)," dated April 6, 2023 [Docket No. 4833], by causing true and correct copies to be:

    a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    b. delivered via facsimile to the party listed on the annexed Exhibit B.

    */s/ Andrea Speelman*
    Andrea Speelman

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al* . - Case No. 17-12560 (JKS)

Electronic Mail - Master Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | MICHAEL.GOLDBERG@AKERMAN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | WEBER@CHIPMANBROWN.COM;<br>DESGROSS@CHIPMANBROWN.COM |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | JWEISS@KTBSLAW.COM |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | DFIDLER@KTBSLAW.COM |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | MTUCHIN@KTBSLAW.COM |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | JCHARLTON@MWC-LAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | TIMOTHY.FOX@USDOJ.GOV |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | RPACHULSKI@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | BSANDLER@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | CROBINSON@PSZJLAW.COM |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | ACAINE@PSZJLAW.COM |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | MIKERYAN32645@YAHOO.COM |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | CHRISTOPHER.GIAIMO@SQUIREPB.COM |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | JOHN.Z.BALASKO@USDOJ.GOV |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | SYOUNG@YBPLAW.COM |

**Count 16**

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)
Facsimile - Master Service List

| NAME | ATTN: | FACSMILE # |
|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 8554251980 |

Page 1 of 1