**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 |
| | : |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*[1] | : Case No. 17-12560 (JKS) |
| | : |
| | : (Jointly Administered) |
| Remaining Debtors. | : |
| | : **Ref. Docket No. 4838** |

### <u>CERTIFICATE OF SERVICE</u>

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2023, I caused to be served the "Order Approving Stipulation to Allow Claim of Bryan M. Mitchell," dated May 29, 2023 [Docket No. 4838], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c. delivered via electronic mail to: *luke.murley@saul.com.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Alison Moodie*
Alison Moodie

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL: BANK OF AMERICA, N.A. ATTN MICHAEL K PAK ESQ 1407 FOULK ROAD, SUITE 204 WILMINGTON DE 19803 |

**Total Creditor count  1**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.
Case No. 17-12560 (JKS)
First Class Mail Additional Service

BRYAN M MITCHELL
C/O LUCIAN B. MURLEY, ESQUIRE
SAUL EWING ARNSTEIN & LEHR LLP
1201 NORTH MARKET STREET, SUITE 2300
P.O. BOX 1266
WILMINGTON, DE 19899

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al. Case No. 17-12560 (JKS)

Electronic Mail Master Service List

| Name | Email |
|------|-------|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |