**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 14, 2023 AT 10:00 A.M. (EASTERN TIME)[2]**

---

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

---

**RESOLVED MATTERS**

1. **Claims Objection Extension Motion** – Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 8/4/23] (Docket No. 4846).

    Response Deadline:    August 18, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)    Certificate of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 8/25/23] (Docket No. 4853).

    b)    [Signed] Order Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Object to Claims [Filed: 8/28/23] (Docket No. 4855).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

DOCS_DE:244576.1 94811/001

Status:  The order has been entered.  No hearing will be necessary.

2.      **15th Removal Extension Motion** – Liquidation Trust's Fifteenth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 8/17/23] (Docket No. 4849).

Response Deadline:    August 31, 2023 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a)      Certificate of No Objection Regarding Liquidation Trust's Fifteenth Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 9/6/23] (Docket No. 4856).

b)      [Signed] Fifteenth Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452 [Filed: 9/7/23] (Docket No. 4857).

Status:  The order has been entered.  No hearing will be necessary.

*[Remainder of Page Intentionally Left Blank]*

2

Dated:  September 12, 2023           PACHULSKI STANG ZIEHL & JONES LLP
        Wilmington, Delaware

                                    */s/ Colin R. Robinson*
                                    Richard M. Pachulski (CA Bar No. 90073)
                                    Andrew W. Caine (CA Bar No. 110345)
                                    Bradford J. Sandler (DE Bar No. 4142)
                                    Colin R. Robinson (DE Bar No. 5524)
                                    919 North Market Street, 17th Floor
                                    P.O. Box 8705
                                    Wilmington, DE  19899-8705 (Courier 19801)
                                    Telephone: (302) 652-4100
                                    Facsimile:  (302) 652-4400
                                    Email: rpachulski@pszjlaw.com
                                           acaine@pszjlaw.com
                                           bsandler@pszjlaw.com
                                           crobinson@pszjlaw.com

                                    -and-

                                    KTBS Law LLP *(f/k/a Klee, Tuchin, Bogdanoff & Stern LLP)*
                                    Kenneth N. Klee (admitted *pro hac vice*)
                                    Michael L. Tuchin (admitted *pro hac vice*)
                                    David A. Fidler (admitted *pro hac vice*)
                                    Sasha M. Gurvitz (admitted *pro hac vice*)
                                    1801 Century Park East, 26th Floor
                                    Los Angeles, CA 90067
                                    Telephone: (310) 407-4000
                                    Facsimile:  (310) 407-9090

                                    *Counsel to the Woodbridge Liquidation Trust*

DOCS_DE:244576.1 94811/001