## __EXHIBIT 1__

Declaration of Thomas P. Jeremiassen

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

**DECLARATION OF THOMAS P. JEREMIASSEN IN SUPPORT OF THIRTY-SEVENTH (37TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2**

I, Thomas P. Jeremiassen, pursuant to 28 U.S.C. § 1746, declare:

1.     I am a Senior Managing Director of Development Specialists, Inc. ("DSI"), located at 333 S. Grand Avenue Suite 4100, Los Angeles, California 90071. Following the "Effective Date" of the *First Amended Joint Chapter 11 Plan of Liquidation of Woodbridge Group of Companies, LLC and Its Affiliated Debtors* (the "Plan"), DSI has been engaged to provide forensic accounting and financial advisory services to the Woodbridge Wind-Down Entity LLC (the "Wind-Down Entity") and the Woodbridge Liquidation Trust (the "Trust").

2.     Prior to the "Effective Date" of the Plan, I supported the Chief Restructuring Officer of WGC Independent Manager LLC, a Delaware limited liability company ("WGC Independent Manager"), which was the sole manager of Woodbridge Group of Companies, LLC, a Delaware limited liability company and an affiliate of each of the entities that were debtors and

---

[1]    The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases").

3.      On February 13, 2018, the Court entered an order authorizing the Debtors to retain and employ DSI as their restructuring advisor.  In such capacity, I became familiar with the day-to-day operations and financial affairs of the Debtors.  I was one of the individuals responsible for implementing the Debtors' wind-down and liquidation strategies and overseeing the Debtors' financial and operational affairs.  I have been consistently involved in or am familiar with the Debtors' wind-down activities and development of the Plan.

4.      I submit this declaration in support of the *Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Objection").[2]

5.      I am one of the persons responsible for overseeing the claims reconciliation and objection process in these Chapter 11 Cases.  Considerable resources and time have been expended in reviewing and reconciling the proofs of claim filed or pending against the Debtors and their estates in the Chapter 11 Cases.  The Disputed Claims were carefully reviewed and analyzed in good faith utilizing due diligence by the appropriate personnel and representatives of the Debtors, the Trust, and the Wind-Down Entity.  These efforts resulted in the identification of the Disputed Claims.

6.      The information contained in Exhibits A and B to the Proposed Order is true and correct to the best of my knowledge, information, and belief.

7.      Through a review of the claims register maintained by the claims and noticing agent in these Chapter 11 Cases, the Disputed Claims, the Ballots, and the Trust's books and records,

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

DOCS_DE:245181.1 94811/003

the Trust has determined that each of the Disputed Claims on <u>Exhibit A</u> to the Proposed Order is a claim (i) in respect of Notes and/or Units filed by a claimant who did not elect to dispute the amount of such claimant's Net Note Claim and/or Net Unit Claim in accordance with the Court's Disclosure Statement Order and (ii) for which another proof of claim (the "<u>Remaining Claim</u>") was filed by the claimant amending the Disputed Claim.  The Remaining Claims, which are not being modified by the Objection and will remain on the claims register, were the subject to another prior omnibus objection reconciling the amount of that Remaining Claim to the amount set forth on the claimant's Ballot, and the claimant also did not oppose that prior objection.  In certain limited cases, the Debtors and the respective claimants agreed to modify the calculation of such claimant's Net Note Claim and/or Net Unit Claim from the amount set forth on the respective Ballot to a different amount, pursuant to a written stipulation or settlement agreement entered into with the respective claimant and the Remaining Claim reflects that agreed upon amount.

8.    The Disputed Claims on <u>Exhibit A</u> set forth a claim amount that is different from the Debtors' calculations of the amount of the respective Net Note Claim and/or Net Unit Claim as set forth on the applicable undisputed Remaining Claim.  To conform the claims register to the Trust's books and records, the Plan, and the respective undisputed Ballots submitted by these claimants or other writing agreed to by these claimants, as applicable, the Objection seeks to expunge the Disputed Claims identified on <u>Exhibit A</u>.  The Objection does not affect the Remaining Claims, which will survive on the Claim Register in the amount set forth on the applicable undisputed Ballot or otherwise agreed to in writing by the claimant for the respective Net Note Claim and/or Net Unit Claim.

9.    Through a review of the claims register maintained by the claims and noticing agent in these Chapter 11 Cases, the Disputed Claims, the Ballots, and the Trust's books and records,

3

the Trust has determined that each of the Disputed Claims on <u>Exhibit B</u> to the Proposed Order is (i) a claim in respect of Notes and/or Units filed by a claimant who did not elect to dispute the amount of such claimant's Net Note Claim and/or Net Unit Claim in accordance with the Court's Disclosure Statement Order and (ii) sets forth a claim amount that is different from the Debtors' calculations of the amount of the respective Net Note Claim and/or Net Unit Claim as set forth on the applicable undisputed Ballot.  To conform the claims register to the Trust's books and records, the Plan, and the respective undisputed Ballots submitted by these claimants, the Objection seeks to make modifications to the Disputed Claims identified on <u>Exhibit B</u> to indicate that each such Disputed Claim is in the amount set forth on the applicable undisputed Ballot for the respective Net Note Claim and/or Net Unit Claim.

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information and belief.

Executed on October 6, 2023

*/s/ Thomas P. Jeremiassen*
Thomas P. Jeremiassen

## **EXHIBIT 2**

Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | **Ref. Docket No. ____** |

### ORDER SUSTAINING THIRTY-SEVENTH (37TH) OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO SECTION 502 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 3007, AND LOCAL RULES 3007-1 AND 3007-2

Upon consideration of the *Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2* (the "Objection")[2] and the Jeremiassen Declaration; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of these Chapter 11 Cases and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Objection is in the best interests of the Trust, its beneficiaries, and other parties in interest; and it appearing that notice of the Objection was good and sufficient upon the particular circumstances and that no other or further notice need be given; and upon the record of these Chapter 11 Cases; and after due deliberation thereon and good and

---

[1]   The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

sufficient cause appearing therefor; it is hereby **ORDERED, ADJUDGED, AND DECREED THAT**:

1.      The Objection is SUSTAINED, as set forth herein.

2.      The Disputed Claims identified on <u>Exhibit A</u> to this Order are expunged as set forth on <u>Exhibit A</u> with respect to each such Disputed Claim.  The Remaining Claims are not affected by this Order.

3.      The Disputed Claims identified on <u>Exhibit B</u> to this Order are modified as set forth on <u>Exhibit B</u> with respect to each such Disputed Claim.

4.      The Trust's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate Order with respect to each claim.  Any stay of this Order pending appeal by any of the claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      The Debtors' claims agent is directed to modify the official claims register it maintains to comport with the relief granted by this Order.

6.      Any and all rights of the Trust to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims, and defenses of the Trust with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Trust with respect to the Disputed Claims.

2

7.      This Court shall retain jurisdiction and power over any and all affected parties with respect to any and all matters, claims, or rights arising from or related to the implementation or interpretation of this Order.

DOCS_DE:245181.1 94811/003

# EXHIBIT A[1]

---

[1] Capitalized terms used but not otherwise defined on <u>Exhibit A</u> shall have the meanings ascribed to such terms in the Objection.

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| AARON ROTTENSTEIN | 77 | 631 | 96,372.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ABRAHAM  ZELIG(K) | 200 | 1934 | 28,780.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ALAN AND MARLENE GORDON | 7836 | 6541 | 185,659.54 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ALEXANDER C & MARGARET M KONCZEY | 1450 | 4276 | 56,361.08 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ALEXANDER C KONCZEY | 1449 | 4277 | 45,291.63 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ALLAN M MCDONALD | 235 | 3571 | 48,625.02 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| AMY E ILIFFE | 801 | 2080 | 61,403.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ANDREA M CORKHILL | 211 | 8138 | 24,260.42 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ANTHONY CAMPITIELLO & CAMILLE CAMPITIELLO | 2616 | 7042 | 105,311.88 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ANTHONY CAMPITIELLO & CAMILLE CAMPITIELLO | 276 | 7042 | 105,311.88 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ANTHONY J FEISTHAMEL | 1912 | 3595 | 22,485.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| AUDREY L ANSTEY-SCHMOLLER | 2212 | 7742 | 25,000.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| AUTUMN ANKENBAUER | 3492 | 7179 | 26,662.50 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| AUTUMN ANKENBAUER | 858 | 7179 | 26,662.50 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| AVIJIT & JASSY R MUKHERJEE | 47 | 2554 | 94,774.34 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BARBARA A BRUNSWICK | 808 | 3873 | 210,779.38 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BERNARD TOBIN & CECILE TOBIN | 554 | 8075 | 49,200.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BETTY & GREG JANDT | 1834 | 5870 | 39,798.55 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BETTY LU DUNNE | 282 | 8077 | 290,666.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BIBBIE-ANN RANCK IRA | 929 | 6903 | 121,978.89 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BILL HESS | 1781 | 7560 | 57,516.66 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BILL HESS | 1782 | 7560 | 57,516.66 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRAD A KELLER | 807 | 1134 | 267,273.24 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRENDA KAY RAY | 1868 | 5410 | 169,320.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRUCE D JERVE | 2911 | 3702 | 40,808.98 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL 14, 2016 | 2112 | 4657 | 422,652.97 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL 14, 2016 | 2169 | 4657 | 422,652.97 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL 14, 2016 | 2170 | 4657 | 422,652.97 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL 14, 2016 | 2171 | 4657 | 422,652.97 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BURNETT FAMILY IRREVOCABLE TRUST | 846 | 9097 | 87,780.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| BYRON T EDDY II | 1984 | 2800 | 86,409.07 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAMPBELL FAMILY TRUST DATED 10/30/2002 | 2474 | 3469 | 47,336.84 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAREY L CALHOUN | 1153 | 7514 | 24,548.25 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAROLINA CRETELLA | 1898 | 4148 | 191,902.71 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAROLINA CRETELLA | 1899 | 4148 | 191,902.71 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAROLYN BEATTY | 1001 | 7180 | 29,908.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAROLYN DIEHL | 755 | 3917 | 157,281.25 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CAROLYN J TOWER | 2460 | 8897 | 90,549.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHARLENE AND RICHARD HUNKINS | 1003 | 7177 | 94,444.40 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHARLES E COOPRIDER | 2686 | 3063 | 213,526.42 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHARLES E COOPRIDER | 2687 | 3063 | 213,526.42 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHARLES E COOPRIDER | 2688 | 3063 | 213,526.42 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| CHARLES FRONTERA IRA | 167 | 3513 | 126,345.02 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHARLES FRONTERA IRA | 252 | 3513 | 126,345.02 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CHRISTOPHER MARSTON & DANA LEE MARSTON | 1687 | 3575 | 131,856.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CLINTON J CARROUGHER | 248 | 8114 | 24,572.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CONGREGATION BYRUCH MOUSHE INC | 185 | 1895 | 133,958.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CONGREGATION IMERI ZVI | 280 | 1894 | 87,444.49 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CONGREGATION KEREN V'YOEL MOISHE | 173 | 1893 | 400,000.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CONNIE FELDICK SINGLETON | 236 | 6288 | 24,275.71 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CRAIG K PEARSALL | 931 | 6883 | 198,763.89 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CRAIG K PEARSALL | 932 | 6883 | 198,763.89 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CYNTHIA L AKERS | 1653 | 5370 | 419,530.27 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| CYNTHIA L BURNS | 61 | 232 | 75,432.08 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAISY C CARIAGA | 575 | 4184 | 24,423.59 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DALE A TUETY | 9577 | 9504 | 182,716.29 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| DALE A TUETY | 9582 | 9504 | 182,716.29 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DANIEL J COWSER | 1071 | 2285 | 80,000.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DARRALYN ALEXANDER | 572 | 7281 | 41,113.79 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID & MARGARET HILLER | 1244 | 3891 | 26,838.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID & PEGGY HOLMES | 729 | 8298 | 99,611.11 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID A YETTER | 1792 | 2667 | 28,676.17 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID BAKAY | 910 | 7185 | 39,555.55 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID D & LANA SABOT | 2333 | 9586 | 138,320.82 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID J ENGELBERT AND JUDITH J ENGELBERT | 555 | 1020 | 96,966.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID JEHLEN | 1161 | 2525 | 43,768.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID KAZEL | 2235 | 5734 | 146,666.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAVID KITTREDGE KEAN | 655 | 780 | 47,858.34 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DAWN MARIE VICTOR | 603 | 4050 | 39,740.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DEAN M AND ARLETTE M RANDASH | 1404 | 3984 | 238,912.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| DEAN M RANDASH AND ARLETTE M RANDASH | 1403 | 3984 | 238,912.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DEAN M RANDASH AND ARLETTE M RANDASH | 2039 | 3984 | 238,912.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DEAN M RANDASH AND ARLETTE M RANDASH | 2040 | 3984 | 238,912.23 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DEAN STRATSMA | 1222 | 6315 | 48,269.43 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DEBORAH L WINDEY | 953 | 6402 | 33,475.82 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENISE KARLA OBENHAUS | 1476 | 2852 | 168,691.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENISE KARLA OBENHAUS | 1477 | 2852 | 168,691.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENISE KARLA OBENHAUS | 162 | 2852 | 168,691.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENISE KARLA OBENHAUS | 163 | 2852 | 168,691.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENNIS & KATHLEEN WOLSTENOLME | 1480 | 7045 | 48,308.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENNIS A YOUNG | 184 | 9300 | 103,262.55 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENNIS D SHAW TRUSTEE | 183 | 3759 | 259,068.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DENNIS FRANCK | 2070 | 2588 | 81,911.02 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DIANE RUBY | 873 | 1718 | 29,870.83 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| DONLIE P SMITH | 388 | 1577 | 78,870.88 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DONNA L NEWMAN | 2409 | 3601 | 51,271.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DOREEN L LADE | 2076 | 7009 | 89,883.37 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DOREEN L LADE | 2077 | 7009 | 89,883.37 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DORIS A FRIED | 1451 | 4166 | 62,573.15 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DOUGLAS A MCCLINTIC | 2267 | 2843 | 49,465.27 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DOUGLAS K STONEHOCKER | 7632 | 8901 | 46,625.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1871 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1872 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1873 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1874 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1875 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| DUANE D ODEGARD TRUST | 1876 | 5412 | 663,816.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ELDON D SCHRAG & RUTH M SCHRAG FAMILY TRUST | 445 | 9096 | 56,908.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| ELIZABETH CRUZ | 339 | 8060 | 49,397.22 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ELIZABETH K F MUNK | 607 | 4613 | 187,800.03 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ELTON LYNUM | 225 | 3959 | 49,358.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ESTATE OF HERMAN P GULLATT SR | 2696 | 8748 | 312,542.68 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ESTATE OF HERMAN P GULLATT SR | 2697 | 8748 | 312,542.68 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ESTATE OF HERMAN P GULLATT SR | 2698 | 8748 | 312,542.68 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ESTATE OF HERMAN P GULLATT SR | 2699 | 8748 | 312,542.68 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| ETHEL HILARIO | 604 | 4088 | 24,381.93 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| EVERETT MITCHELL TRUST | 1564 | 5192 | 74,986.10 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| EVERETT MITCHELL TRUST | 4285 | 5192 | 74,986.10 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FEN CHEN DYKMAN | 337 | 165 | 104,283.29 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCES JEHLEN | 1162 | 2737 | 47,959.37 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS K CLAPPER & DOROTHY A CLAPPER | 1709 | 3101 | 68,323.48 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L & SUSAN K GUIBERSON | 7439 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| FRANCIS L & SUSAN K GUIBERSON | 7440 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L & SUSAN K GUIBERSON | 8416 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L & SUSAN K GUIBERSON | 9083 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L & SUSAN K GUIBERSON | 9171 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L & SUSAN K GUIBERSON | 9172 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANCIS L AND SUSAN K GUIBERSON | 7438 | 7273 | 136,943.18 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANK AND MARY NAPPI | 82 | 3086 | 199,650.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANK E KOSARICK | 1800 | 3638 | 107,051.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRANK KISKO | 109 | 2611 | 16,956.22 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRED LOUIS | 998 | 9382 | 173,881.94 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| FRED LOUIS | 999 | 9382 | 173,881.94 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GAIL KOHL | 5647 | 5965 | 24,341.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GEORGE H WISE | 2012 | 2528 | 38,268.91 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GEORGE J REITTER | 942 | 7183 | 59,675.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| GEORGE MICHAEL DRISCOLL | 128 | 8506 | 149,644.31 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GEORGE STEPANOFF | 911 | 7174 | 70,968.75 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GERALD C REEVES | 8453 | 9488 | 251,434.70 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GERALD C REEVES | 8454 | 9488 | 251,434.70 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GERALD D GIENGER AND ANN C GIENGER | 2034 | 8107 | 161,600.04 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| GERALD W & SUSAN HARDESTY | 2941 | 4053 | 83,690.27 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HAIDEE & ADRIAN JAMES SANCHEZ | 1464 | 8490 | 194,833.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HARVEY BAER AND GERALDINE BAER | 180 | 7488 | 90,350.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HARVEY D BAER | 2213 | 7488 | 90,350.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HARVEY DICKSON | 1935 | 5699 | 24,690.97 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HAZEN R THOMAS AND SONJA M THOMAS | 507 | 6028 | 24,091.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HEALTH CORE TRUST | 8615 | 9551 | 279,864.57 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HEALTH CORE TRUST | 8623 | 9551 | 279,864.57 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HELGA VISCUSO | 8141 | 3048 | 69,638.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| HENRY H HIGGINBOTHAM | 223 | 3352 | 242,625.00 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HORIZON TR CO-FBO ALFRED CURTIS ROTH IRA | 2677 | 6420 | 391,986.13 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HORIZON TRUST COMPANY CUSTODIAN FBO DAVID RICH SEP IRA | 2030 | 2785 | 72,874.80 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD & SUSAN VOGEL AS JOINT TENANTS | 2282 | 9601 | 66,653.95 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD AND SUSAN VOGEL AS JOINT TENANTS | 2280 | 9601 | 66,653.95 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD AND SUSAN VOGEL AS JOINT TENANTS | 2281 | 9601 | 66,653.95 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD K & DELORES M SEAY | 1641 | 4041 | 314,867.47 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD K & DELORES M SEAY | 1642 | 4041 | 314,867.47 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD KENNETH & DELORES M SEAY | 1646 | 4041 | 314,867.47 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HOWARD RUBIN | 150 | 6650 | 115,955.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| HUNG-CHANG W HUANG | 147 | 5219 | 23,693.79 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRA SERVICES TRUST CO CFBO PATRICIA A BENNETT IRA | 1123 | 115 | 39,766.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRA SERVICES TRUST COMPANY CFBO DENNIS DLASK | 2796 | 6017 | 176,528.93 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRA SERVICES TRUST COMPANY CFBO DENNIS DLASK | 2797 | 6017 | 176,528.93 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| IRA SERVICES TRUST COMPANY CFBO MAREK BRYNIARSKI | 3282 | 4273 | 48,796.25 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRA SERVICES TRUST COMPANY CFBO MARIA DLASK | 2794 | 6015 | 116,531.35 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRA SERVICES TRUST COMPANY CFBO MARIA DLASK | 2795 | 6015 | 116,531.35 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| IRENE FORD | 860 | 7182 | 74,687.50 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACK HENNIGH & SUSAN A WHITMORE-HENNIGH | 239 | 437 | 99,361.11 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKIE DORMAGEN | 1478 | 3478 | 157,666.58 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKWAYS D KESLING INHERITED IRA | 2475 | 2831 | 874,785.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKWAYS D KESLING INHERITED IRA | 2476 | 2831 | 874,785.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKWAYS D KESLING INHERITED IRA | 2477 | 2831 | 874,785.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKWAYS D KESLING INHERITED IRA | 2478 | 2831 | 874,785.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JACKWAYS D KESLING INHERITED IRA | 2505 | 2831 | 874,785.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMES AND GERALDINE LINDSAY | 168 | 8146 | 49,138.90 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMES E & DIXIE L MCALLISTER | 65 | 5211 | 575,138.90 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMES P AUSK & JOARLENE AUSK | 1562 | 4244 | 93,763.96 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| JAMES P AUSK & JOARLENE AUSK | 1563 | 4244 | 93,763.96 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMES R SEYMOUR | 204 | 9414 | 93,606.33 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMES W AND ROSEMARY WEST | 10007 | 8810 | 112,934.66 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JAMESPAUL LIMATO | 1004 | 7176 | 182,559.04 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JANET R LYLE | 1418 | 3825 | 237,153.73 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JANET R LYLE | 1419 | 3825 | 237,153.73 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JANET R LYLE | 1420 | 3825 | 237,153.73 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JEANNIE M FOWLER | 2568 | 5933 | 308,994.17 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JEFFREY S GAROUTTE | 480 | 7022 | 78,591.61 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JENNIFER L PITCAIRN | 1154 | 7513 | 17,274.69 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JENNY CHIN | 1638 | 3746 | 47,486.77 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JERRY AND MELANIE SKARYD | 9715 | 417 | 429,270.84 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JILL L MAENNER | 10009 | 1428 | 83,902.71 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOANN & DEAN STENSGAARD | 941 | 9255 | 93,666.62 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| JOANN MARIE BECVAR | 875 | 8788 | 24,270.85 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOE C HOWELL | 254 | 5460 | 126,129.66 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHANNES MICHALSKI | 298 | 9438 | 157,422.21 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN B MATZ REVOCABLE LIVING TRUST | 2033 | 2591 | 65,904.96 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN FACQUE | 944 | 7181 | 23,753.44 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN G SMITH | 832 | 9291 | 375,815.26 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN GAIONI | 2497 | 4661 | 37,048.67 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN GEORGE SMITH | 833 | 9291 | 375,815.26 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN GEORGE SMITH | 834 | 9291 | 375,815.26 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN J & JENNIFER NONNENMACHER | 1896 | 4150 | 48,399.26 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN J & JENNIFER NONNENMACHER | 1897 | 4150 | 48,399.26 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN L. PEZZOLA AND KATHY J. PEZZOLA | 6962 | 8062 | 23,838.92 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN M ALME AND JEAN E ALME | 7161 | 7159 | 115,866.43 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN M RYAN JR | 2268 | 7287 | 138,072.36 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

| Claimant Name | Claim Number to be Expunged | Surviving Claim Number | Undisputed Amount of Surviving Claim | Reason for Expungement |
|---|---|---|---|---|
| JOHN R DZUBAY SUPPLEMENTAL NEEDS TRUST | 2013 | 2812 | 89,601.34 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN R SEGER TRUST DATED NOVEMBER 18, 2008 | 823 | 4085 | 343,181.25 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |
| JOHN R SEGER TRUST DATED NOVEMBER 18, 2008 | 824 | 4085 | 343,181.25 | The claim is being expunged because it was amended by a claim that was subsequently filed by the claimant. The surviving claim was previously allowed in the amount set forth pursuant to an Order sustaining a prior Omnibus Claims Obection or by stipulation with the claimant. |

**<u>EXHIBIT B</u>**[1]

---

[1]    Capitalized terms used but not otherwise defined on <u>Exhibit B</u> shall have the meanings ascribed to such terms in the Objection.

| Claimant Name | Modified Claimant Name (If Applicable) | Claim Number | Filed Amount | Modified Amount | Reason for Modification |
|---|---|---|---|---|---|
| BARRY M HACKER DOD 3/8/2017 BENEFICIARY | HORIZON TR CO-FBO BARRY M HACKER IRA | 2551 | $25,000.00 | $23,450.00 | The amount of the claim is being modified to conform with the amount of the Net Note/Unit Claim set forth on the claimant's Ballot, which amount the claimant did not dispute in accordance with the Disclosure Statement Order. |
| ESTATE OF ETHEL KAHN | ETHAL KAHN | 10018 10019 | $25,000.00 $75,000.00 | $87,800.09 | The amount of the claim is being modified to conform with the amount of the Net Note/Unit Claim set forth on the claimant's Ballot, which amount the claimant did not dispute in accordance with the Disclosure Statement Order.[1] |
| ESTATE OF GRETA DELL ROBERTS  ROBYN IRVING OBO THE ESTATES AND IRA ACCOUNTS OF JOHN V & GRETA D ROBERTS  TMICO FBO JOHN V ROBERT TR IRA | TMICO-FBO JOHN V ROBERTS TR IRA | 7724  9658  8708 | $145,042.44  $144,000.00  $144,000.00 | $83,120.00 | The amount of the claim is being modified to conform with the amount of the Net Note/Unit Claim set forth on the claimant's Ballot, which amount the claimant did not dispute in accordance with the Disclosure Statement Order. |
| LINDA L. WEBB | PROV TR GP-FBO LINDA L WEBB IRA | 10027 | $26,529.68 | $26,349.09 | The amount of the claim is being modified to conform with the amount of the Net Note/Unit Claim set forth on the |

---

[1]    In addition, this claim was filed after the Bar Date.

| Claimant Name | Modified Claimant Name (If Applicable) | Claim Number | Filed Amount | Modified Amount | Reason for Modification |
|---|---|---|---|---|---|
| | | | | | claimant's Ballot, which amount the claimant did not dispute in accordance with the Disclosure Statement Order.[2] |
| PROV. TR GP-FBO TROY GATTIS IRA | | 386<br>460<br>7051<br>7053<br>9189 | $200,000.00<br>$25,000.00<br>$25,989.17<br>$208,283.31<br>Unliquidated | $201,153.92 | The amount of the claim is being modified to conform with the amount of the Net Note/Unit Claim set forth on the claimant's Ballot, which amount the claimant did not dispute in accordance with the Disclosure Statement Order. |

---

[2]    In addition, this claim was filed after the Bar Date.