# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |
| | **Ref. Docket Nos. 4873-4874** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2023, I caused to be served the:

    a. "Order Sustaining Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2," dated November 14, 2023 [Docket No. 4873], (the "37th Omni Order"), and

    b. "Order Sustaining Thirty-Eighth (38th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2," dated November 14, 2023 [Docket No. 4874], (the "38th Omni Order"),

by causing true and correct copies of the:

  i. 37th Omni Order and 38th Omni Order to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A,

  ii. 37th Omni Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

  iii. 38th Omni Order to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

    iv. 37th Omni Order and 38th Omni Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Andrea Speelman</i><br>Andrea Speelman

**EXHIBIT A**

# WOODBRIDGE GROUP OF COMPANIES
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | COUNSEL: BANK OF AMERICA, N.A. ATTN JANET Z. CHARLTON 1407 FOULK ROAD, SUITE 204 WILMINGTON DE 19803 |

**Total Creditor count  1**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AARON ROTTENSTEIN | 1884 53RD ST BROOKLYN NY 11204 |
| ABRAHAM ZELIG(K) | 25 BESEN PARK WAY AIR MONT NY 10952 |
| ALAN AND MARLENE GORDON | 11942 SW STILL WATERS AVE PORT ST LUCIE FL 34987 |
| ALEXANDER C & MARGARET M KONCZEY | 3241 SHADYSIDE LN CHESAPEAKE VA 23321 |
| ALEXANDER C KONCZEY | 3241 SHADYSIDE LN CHESAPEAKE VA 23321 |
| ALLAN M MCDONALD | PO BOX 263 REDDICK FL 32686 |
| AMY E ILIFFE | 17278 STRATHALLEN CT PURCELLVILLE VA 20132 |
| ANDREA M CORKHILL | 350 AVOCADO ST B3 COSTA MESA CA 92627 |
| ANTHONY CAMPITIELLO & CAMILLE | CAMPITIELLO 2025 SE ERWIN RD PORT ST LUCIE FL 34952 |
| ANTHONY J FEISTHAMEL | PO BOX 57 BAKER MT 59313 |
| AUDREY L ANSTEY-SCHMOLLER | PO BOX 943 ROY WA 98580 |
| AUTUMN ANKENBAUER | PO BOX 544 DIAMOND SPRINGS CA 95619 |
| AVIJIT & JASSY R MUKHERJEE | C/O AVIJIT MUKHERJEE 52 BLOSSOM IRVINE CA 92620 |
| BARBARA A BRUNSWICK | 149 HEITKAMP RD MINSTER OH 45865 |
| BARRY M HACKER DOD 3/8/2017 BENEFICIARY | DONNA HACKER, SPOUSE C/O DONNA MARIE HACKER 5070 HAMPTON CT GRANITE BAY CA 95746 |
| BERNARD TOBIN & CECILE TOBIN | 14616 ROGUE RIVER DR CHESTERFIELD MO 63017 |
| BETTY & GREG JANDT | 3935 ROBIN AVE EUGENE OR 97402 |
| BETTY LU DUNNE | 150 CORTONA WAY APT 216 BRENTWOOD CA 94513 |
| BIBBIE-ANN RANCK IRA | 1989 ALCO AVE WALLA WALLA WA 99362 |
| BILL HESS | 839 OAK AVE VALLEJO CA 94591 |
| BRAD A KELLER | 506 SCHOOL ST BRADFORD OH 45308 |
| BRENDA KAY RAY | 6090-A HWY 14-16 ARVADA WY 82831 |
| BRUCE D JERVE | 1219 LAKE CRESENT DR ALEXANDRIA MN 56308 |
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL | 14, 2016 C/O BRUCE W ELEY TRUSTEE 1729 CARMAN VALLEY DR BALLWIN MO 63021-5879 |
| BRUCE W ELEY REVOCABLE TRUST DATED APRIL | 14, 2016 1729 CARMAN VALLEY DR BALLWIN MO 63021-5879 |
| BURNETT FAMILY IRREVOCABLE TRUST | C/O ERON LAW P A ATTN DAVID PRELLE ERON 229 E WILLIAM SUITE 100 WICHITA KS 67202 |
| BYRON T EDDY II | 6375 FRANKLIN RD FAIRVIEW PA 16415 |
| BYRON T EDDY II | PO BOX 185 FAIRVIEW PA 16415 |
| CAMPBELL FAMILY TRUST DATED 10/30/2002 | ATTN BRUCE A CAMPBELL, TRUSTEE 1255 VALPARAISO DR E PLACENTIA CA 92870 |
| CAREY L CALHOUN | 7870 BLINKHORN WAY GLADSTONE OR 97027 |
| CAROLINA CRETELLA | 10161 N BISCAYNE DR CITRUS SPRINGS FL 34434 |
| CAROLYN BEATTY | 1344 Q ST RIO LINDA CA 95673 |
| CAROLYN DIEHL | 320 RENWICK DR SENOIA GA 30276 |
| CHARLENE AND RICHARD HUNKINS | 8712 JOCELYN WAY ELK GROVE CA 95758 |
| CHARLES E COOPRIDER | 3542 VESTAL LOOP BROOMFIELD CO 80023 |
| CHARLES FRONTERA IRA | 26240 BLOMFIELD ST ROSEVILLE MI 48066 |
| CHARLES FRONTERA IRA | C/O CHARLES FRONTERA 26240 BLUMFIELD ST ROSEVILLE MI 48066 |
| CHRISTOPHER MARSTON & DANA LEE MARSTON | 6794 COLOMO CT RANCO CUCAMONGA CA 91701 |
| CHRISTOPHER MARSTON & DANA LEE MARSTON | 3760 GLORIETTA PLACE BREA CA 92823 |
| CLINTON J CARROUGHER | 350 AVOCADO ST #B3 COSTA MESA CA 92627 |
| CONGREGATION BYRUCH MOUSHE INC | C/O CHASUNA MALL 48 BAKERTOWN RD #306 MONROE NY 10950 |
| CONGREGATION IMERI ZVI | 37 TAYLOR ST #1 BROOKLYN NY 11249 |
| CONGREGATION KEREN V'YOEL MOISHE | 55 FOREST RD 3RD FL MONROE NY 10950 |
| CONNIE FELDICK SINGLETON | 466 SANTA BARBARA IRVINE CA 92606 |
| CRAIG K PEARSALL | 5207 W HILDEBRAND BLVD APT 401 KENNEWICK WA 99338 |
| CYNTHIA L AKERS | 375 HARPWOOD DR FRANKLIN OH 45005 |

| Claim Name | Address Information |
|---|---|
| CYNTHIA L BURNS | 16160 NE KINGS GRADE RD NEWBERG OR 97132 |
| DAISY C CARIAGA | 130 MERKEL DR BLOOMFIELD NJ 07003 |
| DALE A TUETY | C/O TOUSSAINT & COATY PC 1202 BERGEN PARKWAY SUITE 110 EVERGREEN CO 80439 |
| DANIEL J COWSER | 208 OOLOGILA PLACE LOUDON TX 37774 |
| DARRALYN ALEXANDER | 218 CANDLEWOOD DR CONWAY SC 29526 |
| DAVID & MARGARET HILLER | 86 WATERSEDGE DR F-3 PAWLEYS ISLAND SC 29585 |
| DAVID & PEGGY HOLMES | 103 FRANKLIN DR SWANSBORO NC 28584-9174 |
| DAVID A YETTER | 14675 EDGEWOOD RD ROGERS MN 55374 |
| DAVID BAKAY | 1247 MENLO DR DAVIS CA 95616 |
| DAVID D & LANA SABOT | C/O DAVID SABOT 6605 CENTENNIAL RD BISMARCK ND 58503 |
| DAVID J ENGELBERT AND JUDITH J ENGELBERT | C/O MAINSTAR TRUST 214 W 9TH ST PO BOX 420 ONAGA KS 66521 |
| DAVID J ENGELBERT AND JUDITH J ENGELBERT | 9335 DESERT WILLOW TRAIL HIGHLANDS RANCH CO 80129 |
| DAVID JEHLEN | 1985 SEVER DR CLEARWATER FL 33764-4713 |
| DAVID KAZEL | 7707 LAWRENCE RD BOYNTON BEACH FL 33436 |
| DAVID KITTREDGE KEAN | 7375 SW DEERHAVEN DR CORVALLIS OR 97333 |
| DAWN MARIE VICTOR | 17756 MAPLEWOOD DR BOCA RATON FL 33487 |
| DEAN M AND ARLETTE M RANDASH | 1941 VIRGINIA DALE ST HELENA MT 59601 |
| DEAN M RANDASH AND ARLETTE M RANDASH | 1941 VIRGINIA DALE ST HELENA MT 59601 |
| DEAN STRATSMA | 8516 SE PALM STREET HOBE SOUND FL 33455 |
| DEBORAH L WINDEY | 647 TELYA RIDGE MILFORD MI 48381 |
| DENISE KARLA OBENHAUS | 6311 WYOMING STREET VANCOUVER WA 98661 |
| DENNIS & KATHLEEN WOLSTENOLME | 3920 SOLSTICE LANE DUMFRIES VA 22025 |
| DENNIS A YOUNG | 2559 REDWOOD CIR CLEARWATER FL 33763 |
| DENNIS D SHAW TRUSTEE | C/O DENNIS SHAW 15713 ALLMAND DR HUDSON FL 34667 |
| DENNIS FRANCK | 13135 W 81ST AVE ARVADA CO 80005 |
| DIANE RUBY | 2412 DELWOOD AVE DURANGO CO 81301 |
| DONLIE P SMITH | 2724 S HEATHER GARDEN WAY AURORA CO 80014 |
| DONNA L NEWMAN | 9847 CAMBRIDGE COURT B MOKENA IL 60448 |
| DOREEN L LADE | 16001 GLENRIDGE AVE CLEVELAND OH 44130 |
| DORIS A FRIED | PO BOX 1017 208 SAPPHIRE MALTA MT 59538 |
| DOUGLAS A MCCLINTIC | 5905 E NICHOLS LN CENTENNIAL CO 80112 |
| DOUGLAS K STONEHOCKER | 581 QUAKIE WAY BAILEY CO 80421 |
| DOUGLAS K STONEHOCKER | 203 PROSPECTOR DR. COLORADO SPRINGS CO 81251 |
| DOUGLAS K STONEHOCKER | 300 EAST ESPLANADE DRIVE SUITE 1980 OXNARD CA 93036 |
| DUANE D ODEGARD TRUST | 6090-A HWY 14-16 ARVADA WY 82831 |
| ELDON D SCHRAG & RUTH M SCHRAG FAMILY | TRUST C/O LINDA D MACK 15163 SW GOLDENROD LN ROSE HILL KS 67133 |
| ELIZABETH CRUZ | 23 MATINEE CT ALISO VIEJO CA 92656 |
| ELIZABETH K F MUNK | 10 EL NIDO DR NAPA CA 94559-2143 |
| ELTON LYNUM | 1232 CLARION DRIVE TORRANCE CA 90502 |
| ESTATE OF ETHEL KAHN | ATTN STUART A YOUNG ESQ 1860 FOREST HILL BLVD., STE 201 WEST PALM BCH FL 33406 |
| ESTATE OF GRETA DELL ROBERTS | C/O 1003 STONE ROAD KILGORE TX 75662 |
| ESTATE OF GRETA DELL ROBERTS | 1615 W 24TH ST ODESSA TX 79763 |
| ESTATE OF HERMAN P GULLATT SR | C/O CAROLYN JOYCE ARTHUR CO-EXECUTRIX 22519 WILDWOOD GROVE DR KATY TX 77450 |
| ETHEL HILARIO | 19 RICHLAND CT #C CLIFTON NJ 07012 |
| EVERETT MITCHELL TRUST | PO BOX 388 GLENDIVE MT 59330 |
| FEN CHEN DYKMAN | 6509 BONAIRE DR BILOXI MS 39532 |
| FRANCES JEHLEN | 1965 SEVER DR CLEARWATER FL 33764-4713 |

| Claim Name | Address Information |
|---|---|
| FRANCIS K CLAPPER & DOROTHY A CLAPPER | 1533 TWIN OAKS DR BILLINGS MT 59105 |
| FRANCIS L AND SUSAN K GUIBERSON | 3745 SANDY SHORE LN FORT COLLINS CO 80528 |
| FRANK AND MARY NAPPI | 8346 S PIERCE WAY LITTLETON CO 80128 |
| FRANK E KOSARICK | 336 N BIRCH RD 11F FORT LAUDERDALE FL 33304 |
| FRANK KISKO | 22 WELDON ROAD EDISON NJ 08817-3724 |
| FRED LOUIS | 8826 HOLLOWSTONE WAY SACRAMENTO CA 95828 |
| GAIL KOHL | 2408 TRIBUTE DR ARNOLD MO 63010 |
| GEORGE H WISE | 17202 GOLD RUSH DR STRONGSVILLE OH 44136 |
| GEORGE J REITTER | 9782 AMETRINE CT ELK GROVE CA 95624 |
| GEORGE MICHAEL DRISCOLL | PO BOX 461 TRURO MA 02666 |
| GEORGE STEPANOFF | 8856 BRIDALSMITH DR SACRAMENTO CA 95828 |
| GERALD C REEVES | 4142 MARINER BLVD.#209 SPRING HILL FL 34609 |
| GERALD C REEVES | 7414 FIRESIDE DR. PORT RICHEY FL 34668 |
| GERALD D GIENGER AND ANN C GIENGER | 130 STEARMAN CT ERIE CO 80516 |
| GERALD W & SUSAN HARDESTY | 8459 S NEWCOMBE ST LITTLETON CO 80127 |
| HAIDEE & ADRIAN JAMES SANCHEZ | C/O HAIDEE SANCHEZ 20400 W ESMERELDA LN PORTER RANCH CA 91328 |
| HARVEY BAER AND GERALDINE BAER | C/O HARVEY BAER BOX 282 201 1ST AVE E RICHARDTON ND 58652 |
| HARVEY D BAER | PO BOX 282 RICHARDTON ND 58652 |
| HARVEY DICKSON | 8655 FLYING B WAY #6302 HIGHLANDS RANCH CO 80219 |
| HAZEN R THOMAS AND SONJA M THOMAS | C/O HAZEN R THOMAS 1429 WILKS PL COLORADO SPRINGS CO 80909 |
| HEALTH CORE TRUST | 100 N TAYLOR LANE PO BOX 273 PATAGONIA AZ 85624 |
| HELGA VISCUSO | 597 HOMESTEAD AVE NE PALM BAY FL 32907 |
| HENRY H HIGGINBOTHAM | 15173 SNOW MEMORIAL HWY BROOKVILLE FL 34601 |
| HORIZON TR CO-FBO ALFRED CURTIS ROTH IRA | 1920 E BAPTIST RD MONUMENT CO 80132-7713 |
| HORIZON TR CO-FBO ALFRED CURTIS ROTH IRA | PO BOX 3007 ALBUQUERQUE NM 87190 |
| HORIZON TRUST COMPANY CUSTODIAN FBO | DAVID RICH SEP IRA 8865 W ELMHURST AVE LITTLETON CO 80128 |
| HOWARD AND SUSAN VOGEL AS JOINT TENANTS | 3851 BOARDWALK, APT 2712 ATLANTIC CITY NJ 08041 |
| HOWARD K & DELORES M SEAY | 12 PHEASANT LANE GREAT FALLS MT 59404 |
| HOWARD KENNETH & DELORES M SEAY | C/O HOWARD K SEAY 12 PHEASANT LANE GREAT FALLS MT 59404 |
| HOWARD RUBIN | 6096 HUNTWICK TERRACE APT 303 DELRAY BEACH FL 33484 |
| HUNG-CHANG W HUANG | 23 GOLDENROD LAKE FOREST CA 92630 |
| IRA SERVICES TRUST CO CFBO PATRICIA A | BENNETT IRA 1109 WEST 34TH WAY VANCOUVER WA 98660 |
| IRA SERVICES TRUST COMPANY | CFBO DENNIS DLASK 561 S BENNETT AVE PALATINE IL 60067 |
| IRA SERVICES TRUST COMPANY | CFBO MARIA DLASK 561 S BENNETT AVE PALATINE IL 60067 |
| IRA SERVICES TRUST COMPANY | CFBO MAREK BRYNIARKSI 1160 INDUSTRIAL RD STE 1 SAN CARLOS CA 94070 |
| IRA SERVICES TRUST COMPANY | CFBO MAREK BRYNIARKSI PO BOX 7080 SAN CARLOS CA 94070 |
| IRENE FORD | 3401 PATTERSON WAY EL DORADO HILLS CA 95762 |
| JACK HENNIGH & SUSAN A WHITMORE-HENNIGH | C/O JACK HENNIGH 6371 S HUDSON ST CENTENNIAL CO 80121 |
| JACKIE DORMAGEN | 5806 REGENCY CT GURNEE IL 60031-6100 |
| JACKIE DORMAGEN | C/O PROVIDENT TRUST GROUP LLC FBO FBO JACKIE DORMAGEN IRA 8880 W SUNSET RD STE 250 LAS VEGAS NV 89148-5006 |
| JACKWAYS D KESLING INHERITED IRA | 202 CHOTA SHORES LANE LOUDON TN 37774 |
| JAMES AND GERALDINE LINDSAY | 130 EVERGREEN CT PINEHURST NC 28374-8246 |
| JAMES E & DIXIE L MCALLISTER | 8001 MODESTO AVE NE ALBUQUERQUE NM 87122 |
| JAMES P AUSK & JOARLENE AUSK | 2992 DAYSTAR DR BILLINGS MT 59102 |
| JAMES R SEYMOUR | 3405 BRETON VALLEY DR SE KENTWOOD MI 49512 |
| JAMES W AND ROSEMARY WEST | 2400 MAPLE AVE NOTRHBROOK IL 60062 |
| JAMESPAUL LIMATO | 305 EL TORO CT ROSEVILLE CA 95747 |

| Claim Name | Address Information |
|---|---|
| JANET R LYLE | 3775 STONE PASS OREGON WI 53575 |
| JEANNIE M FOWLER | 11226 14TH AVE SW SEATTLE WA 98146 |
| JEFFREY S GAROUTTE | 5210 CONEFLOWER LN COLORADO SPRINGS CO 80917 |
| JENNIFER L PITCAIRN | 7870 BLINKHORN WAY GLADSTONE OR 97027 |
| JENNY CHIN | 7386 AZALEA CT WEST BLOOMFIELD MI 48322 |
| JERRY AND MELANIE SKARYD | 11343 BALDWIN RD CHESANING MI 48616 |
| JERRY AND MELANIE SKARYD | C/O GREENFELDER LAW OFFICE ATTN PATRICK J GREENFELDER 233 W BROAD CHESANING MI 48616 |
| JILL L MAENNER | PO BOX 803 LOUISVILLE NE 68037 |
| JILL L MAENNER | 7301 Q ST APT 126 RALSTON NE 68127 |
| JILL L MAENNER | C/O JEFFREY A FELDMAN 425 CALIFORNIA ST STE 2025 SAN FRANCISCO CA 94104 |
| JOANN & DEAN STENSGAARD | 724 ST JAMES CT GALT CA 95632 |
| JOANN MARIE BECVAR | 29117 LILAC RD VALLEY CENTER CA 92082 |
| JOE C HOWELL | 2517 CO RD 28 SLOCOMB AL 36375 |
| JOE C HOWELL | 2517 COUNTY ROAD 28 SLOCOMB AL 36375-5495 |
| JOHANNES MICHALSKI | 834 E FORT PIERCE DR ST GEORGE UT 84790-8829 |
| JOHN B MATZ REVOCABLE LIVING TRUST | 5TH DAY OF AUGUST 2016 4915 LANGDALE WAY COLORADO SPRINGS CO 80906 |
| JOHN FACQUE | 19600 COUNTY RD 87B ESPARTO CA 95627 |
| JOHN G SMITH | N577 COUNTY RD D EAU GALLE WI 54737 |
| JOHN GAIONI | AVD. VALENCIA, 10-5 REQUENA VALENCIA 46340 SPAIN |
| JOHN GAIONI | 8157 SOUTH TEMPE COURT AURORA CO 80016-7195 |
| JOHN GEORGE SMITH | N577 COUNTY RD D EAU GALLE WI 54737 |
| JOHN J & JENNIFER NONNENMACHER | 1331 WINDING WILLOW DR NEW PORT RICHEY FL 34655 |
| JOHN L. PEZZOLA AND KATHY J. PEZZOLA | C/O JOSEPH E SARACHEK 101 PARK AVE FL 27 NEW YORK NY 10017 |
| JOHN L. PEZZOLA AND KATHY J. PEZZOLA | 8775 20TH STREET# 805 VERO BEACH FL 32966 |
| JOHN M ALME AND JEAN E ALME | C/O SCHNEIDERS & ASSOCIATES LLC 300 EAST ESPLANADE DR SUITE 1980 OXNARD CA 93036 |
| JOHN M RYAN JR | 541 SALEM ST BRADFORD MA 01835 |
| JOHN R DZUBAY SUPPLEMENTAL NEEDS TRUST | C/O JOHN R DZUBAY SNT 4071 CADDOA DR LOVELAND CO 80538 |
| JOHN R SEGER TRUST DATED NOVEMBER 18, | 2008 C/O JOHN R SEGER 110 GRANDVIEW ST FORT LORAMIE OH 45845 |
| JOHN R SEGER TRUST DATED NOVEMBER 18, | 2008 C/O JOHN SEGER 110 GRANDVIEW DR FORT LORAMIE OH 45845 |
| LINDA L. WEBB | 9327 MEADOW VISTA ROAD CHARLOTTE NC 28213 |
| PROV. TR GP-FBO TROY GATTIS IRA | 21145 ROAD P CORTEZ CO 81321-9433 |
| PROVIDENT TRUST GROUP | FBO TROY GATTIS IRA 21145 ROAD P CORTEZ CO 81321 |
| PROVIDENT TRUST GROUP | FBO TROY GATTIS IRA 21145 ROAD F CORTEZ CO 81321-9433 |
| PROVIDENT TRUST GROUP FBO TROY GATTIS | IRA C/O PROVIDENT TRUST GROUP LLC 21145 ROAD P CORTEZ CO 81321-9433 |
| PROVIDENT TRUST GROUP FBO TROY GATTIS | IRA C/O TROY GATTIS 21145 ROAD P CORTEZ CO 81321-9433 |
| ROBYN IRVING OBO THE ESTATES | AND IRA ACCOUNTS OF 1615 W 24TH ST ODESSA TX 79763 |
| ROBYN IRVING OBO THE ESTATES | AND IRA ACCOUNTS OF JOHN V & GRETA D ROBERTS 1615 W 24TH ST ODESSA TX 79763-2307 |
| TMICO FBO JOHN V ROBERT TR IRA | KALJU NEKVASIL GOODMAN & NEKVASIL, P.A. 14020 ROOSEVELT BLVD STE 808 CLEARWATER FL 33762 |
| TMICO FBO JOHN V ROBERT TR IRA | PO BOX 2288 FORT WORTH TX 76113 |

**Total Creditor count  179**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| JOHN RAPPA | 5314 SANDERLING RIDGE DR LITHIA FL 33547 |
| JOHN S AND TORRIE L NORTON | 214 JASPER WAY SAN MARCOS CA 92078 |
| JON P HUBBARD | 2420 E. 2830 S. ST. GEORGE UT 84790 |
| JON P HUBBARD | C/O STONERIVER FINANCIAL 2446 BELLA ROSA DR. ST. GEORGE UT 84790 |
| JONATHAN SCHWARTZ | 6541 SUGARCANE CIR OCEAN SPRINGS MS 39564 |
| JONATHON YOPPINI & RONNAMARI YOPPINI | 2342 25TH AVE SACRAMENTO CA 95822 |
| JOSE LUCIO TORRES | 648 CLINTWOOD AVE LA PUENTA CA 91744 |
| JOSEPH & RUTH A BEAL | 7147 SE QUINCY TERR HOBE SOUND FL 33455 |
| JOSEPH P & FRANCINE B SPANIAL | 34 LONGCREEK DR MURRELLS INLET SC 29576 |
| JUDITH A AND RAYMOND A KRAFT | 918 WALNUT DR DARIEN IL 60561 |
| JUDITH HAYS | 498 BOYD RD LACROSS FL 23950 |
| JUNE SCHWABISH IRA, CUSTODIAN MAINSTAR | TRUST C/O JUNE SCHWABISH 51 WESLEYAN DRIVE COMMACK NY 11725 |
| KATHLEEN A DEFORD | 1710 OWAISSA ST APPLETON WI 54911 |
| KATHY J PEZZOLA | 8775 20TH ST #805 VERO BEACH FL 32966 |
| KEITH M HIGH | 2717 TRUMAN ST CAMARILLO CA 93010 |
| KELLY VAN RUITEN | 1011 W ELM ST LODI CA 95240 |
| KEN AND KENDRA HOOD | 33561 CO RD 4.5 FOWLER CO 81039 |
| KEN PADDOCK FAMILY TRUST | 2 WICKLAND IRVINE CA 92620 |
| KENNETH & JULIE DUISENBERG | 1056 SHENENCOCK WAY ROSEVILLE CA 95747 |
| KENNETH W AND SANDRA S LANGE | 931 W GLENDALE AVE APPLETON WI 54914 |
| KENT D AND MARY M TADLOCK | 19892 E BATES AVE AURORA CO 80013 |
| KOK KING AND EFINA HOOI | 10290 SCRIPPS POWAY PKWY #2 SAN DIEGO CA 92131 |
| KURT S & MICHELLE R SELLMEYER | 6638 DEVONSHIRE ST LOUIS MO 63109 |
| LARRY A DUNCAN | 2527 S CANAL NEWTON FALLS OH 44444 |
| LARRY D BAXTER | 5700 HWY 71 MALONE FL 32445 |
| LAURENCE E CAMIGI | 1024 BRIGHTON CT VACAVILLE CA 95687 |
| LAWRENCE A AND JULE LARKINS | 1142 COLT CIR CASTLE ROCK CO 80109 |
| LAWRENCE A AND SHARON J KRAUSE | 2523 N APPLETON ST APPLETON WI 54911 |
| LAWRENCE A LARKINS AND JULIE LARKINS | 1142 COLT CIRCLE CASTLE ROCK CO 80109 |
| LINDA G BURTON | 5939 NW WOLVERINE RD PORT ST LUCIE FL 34986 |
| LINDA KLABACHA | 11954 MAYFIELD AVE. UNIT 1 LOS ANGELES CA 90049 |
| LISA KALECHSTEIN | 215 E LOOP DR CAMARILLO CA 93010 |
| LLOYD & LORRAINE TOMAC | 409 W MATTERHORN ST ORO VALLEY AZ 85737 |
| LOREN ODEGARD | 6090-B HWY 14-16 ARVADA WY 82831 |
| LUCY A TAYLOR | 3067 HIGH MEADOW LN SAN JOSE CA 95135 |
| LYLE SHELLY | 5100 BAYVIEW DR APT 305 FT LAUDERDALE FL 33308 |
| MAINSTAR TRUST CUSTODIAN FBO DANNY E | SOLOWY C/O DANNY E SOLOWY 5894 WALLOON MEADOWS CIR PETOSKEY MI 49770-9121 |
| MAINSTAR TRUST FBO ALLA SORSHER IRA | 214 W 9TH ST PO BOX 420 ONAGA KS 66521 |
| MAINSTAR TRUST FBO ALLA SORSHER IRA | 5 HARBORCREST IRVINE CA 92604 |
| MARGARET F MICHAEL | PO BOX 3247 ATTLEBORO MA 02703-0900 |
| MARIA RECINE | 9800 NW 75TH ST TAMARAC FL 33321 |
| MARIA RECINE | 9539 WELDON CIR APT 103F TAMARAC FL 33321-0629 |
| MARIA RECINE | 9539 WELDON CIR APT 103 FORT LAUDERDALE FL 33321-0829 |
| MARIA RECINE | 9530 WELDON CIR APT 103F TAMARAC FL 33321-0829 |
| MARJORIE JO SILER | C/O MARSHA KIDD TRUSTEE PO BOX 1992 #1 SANDIA RD EL PRADO NM 87529 |
| MARK AND JILL DZUBAY | 4071 CADDOA DR LOVELAND CO 80538 |
| MARK B ANDERSON | C/O NELSON COMIS KETTLE & KINNEY LLP ATTN WILLIAM E WINFIELD, ATTORNEY AT LAW 300 E ESPLANADE DR ,STE 1170 OXNARD CA 09303 |
| MARK B ANDERSON | 7306 PONDERSOSA CIRCLE PARKER CO 80138 |

| Claim Name | Address Information |
|---|---|
| MARK B ANDERSON | 2193 S YANK WAY LAKEWOOD CO 80228 |
| MARK B ANDERSON | C/O NELSON COMIS KETTLE & KINNEY LLP ATTN WILLIAM E WINFIELD, ATTORNEY AT LAW 300 E ESPLANADE DR, STE 1170 OXNARD CA 93036 |
| MARK D VARIEN | 406 E NORTH ST CORTEZ CO 81321 |
| MARK KERSTING | C/O LAW OFFICE OF EDWARD J KOSMOWKI LLC 2 MILL RD STE 202 WILMINGTON DE 19806 |
| MARK KERSTING | 10529 SPRING GREEN DR ENGLEWOOD CA 80112 |
| MARK L & JENNIFER L MANDEVILLE | 27703 ORTEGA HWY SPC 113 SAN JUAN CAPISTRANO CA 92675 |
| MARK P AND JILL R DZUBAY | 4071 CADDOA DR LOVELAND CO 80538 |
| MARLENE GREEN | PO BOX 369 COOL CA 95614 |
| MARY DIANNE RUTHERFORD | 5950 N 78TH ST UNIT 246 SCOTTSDALE AZ 85250-6186 |
| MARY KATHERINE ODEGARD TRUST | 6090-A HWY 14-16 ARVADA WY 82831 |
| MATA CBL INVESTMENTS | C/O MATA CBL INVESTMENTS LLC 5305 RIVER RD STE B KAIZER OR 97303 |
| MATA CBL INVESTMENTS LLC | 5305 RIVER RD STE B KAISER OR 97303 |
| MELANEE JANENE PHILLIPS | 1858 E 213TH ST CARSON CA 90745-1863 |
| MENG S TAING | 425 TALON REACH CT ROSEVILLE CA 95747 |
| MICHAEL AND CHERYL RITA | 34659 CREEKSEDGE RD DAVIS CA 95616 |
| MICHAEL D ODEGARD | 6090-B HWY 14-16 ARVADA WY 82831 |
| MICHAEL H AND BRENDA K HOVE | 3359 FOXHAVEN LOOP BISMARCK ND 58503 |
| MICHAEL NUYTS | 7017 1/2 SANTA JUANITA AVE ORANGEVALE CA 95662 |
| MICHAEL T JOLLEY | 6108 E VALLEY VIEW DR FLORENCE AZ 85132-7999 |
| MICHAEL T JOLLEY | 6198 E VALLEY VIEW DR FLORENCE AZ 85132-7999 |
| MICHAEL T JOLLEY | C/O LOVELAND FINANCIAL ATTN CHAD LOVELAND 1428 S 2580 E ST GEORGE UT 84790 |
| MIKE SHUDRA | 3621 SOUTH HESPERIDES STREET TAMPA FL 33629 |
| MIKE TOBIN | 1301 WELCOME DRIVE VERO BEACH FL 32966 |
| MIRKO YELENOVIC | 675 SANDBERG ST SURFSIDE BEACH SC 29575 |
| MORINE CARTER | 13133 LE PARC UNIT 810 CHINO HILLS CA 91709 |
| NAVIN & NEELAM MEHTA | 8354 MOLLER RANCH DR PLEASANTON CA 94588 |
| NELIA SORIANO | 9521 LAS TUNAS DR STE 7 TEMPLE CITY CA 91780-2154 |
| NORAH M SOWA | 1454 JAMIE CT LOVELAND CO 80537 |
| PATRICIA HARFIELD POLLARD | 9896 RAWSON RD MORONGO VALLEY CA 92256 |
| PATTI C AND RICHARD B ARMSTRONG JR | 2322 THORNGROVE PIKE KNOXVILLE TN 37914 |
| PAUL YEE | 3214 VINTAGE CREST DRIVE SAN JOSE CA 95148 |
| PERRY STEVENS | 2704 SE BELLA VISTA LOOP VANCOUVER WA 98683-7695 |
| PETER J & JUDITH L CARAVELLA | 10838 SEAPINES CIRCLE HOBE SOUND FL 33455 |
| PHIL ANSON | 1584 THOMPSON STATION RD W THOMPSONS STN TN 37179-9258 |
| PHILLIP C JERZAK | 202 SW LAKE CHARLES CIRCLE PORT ST. FL 34986 |
| PHILLIP H HARDY | 10854 GLENGATE CIR HIGHLANDS RANCH CO 80130-6975 |
| PHILLIP HEFFELFINGER | 251 SEMINOLE CT MARCO ISLAND FL 34145 |
| PROV TR GRP FBO MICHAEL ODEGARD SEP IRA | 6090-B HWY 14-16 ARVADA WY 82831 |
| PROV TR GRP LLC FBO ANTHONY FEISTHAMEL | IRA PO BOX 57 BAKER MT 59313 |
| PROV TR GRP LLC FBO ARLETTE M RANDASH | IRA 1941 VIRGINIA DALE ST HELENA MT 59601 |
| PROV TR GRP LLC FBO LAWRENCE E BRENSDAL | IRA 675 LAKE HLLS PL BILLINGS MT 59105 |
| PROV TR GRP LLC FBO MURIEL G ZAHAM IRA | 1525 E MARYLAND LN LAUREL MT 59044 |
| PROVIDENT TR GRP LLC FBO ARLETTE M | RANDASH IRA 1941 VIRGINIA DALE ST HELENA MT 59601 |
| PROVIDENT TRUST GROUP LLC | FBO RONALD J JUTTE IRA 55888 BREDEN RISE LN MISHAWAKA IN 46545 |
| PROVIDENT TRUST GROUP LLC | FBO MURIEL G ZAHM IRA ACCT #140700236 1525 E MARYLAND LN LAUREL MT 59044 |
| PROVIDENT TRUST GROUP LLC | FBO RON PETERSON IRA 310 TRAVOIS TRL BILLINGS MT 59105 |
| PROVIDENT TRUST GROUP LLC | FBO RON PETERSON IRA ACCT #150800001 310 TRAVOIS TRL BILLINGS MT 59105 |
| PROVIDENT TRUST GROUP LLC | FBO ANTHONY FEISTHAMEL IRA PO BOX 57 BAKER MT 59313 |

| Claim Name | Address Information |
|---|---|
| PROVIDENT TRUST GROUP LLC | FBO HOWARD K SEAY IRA ACCT 150800195 12 PHEASANT LANE GREAT FALLS MT 59404 |
| PROVIDENT TRUST GROUP LLC FBO DEAN M | RANDASH IRA 1941 VIRGINIA ST HELENA MT 59601 |
| PROVIDENT TRUST GROUP LLC FBO FRANCIS K | CLAPPER 1533 TWIN OAKS DR BILLINGS MT 59105 |
| PROVIDENT TRUST GROUP LLC FBO HOWARD K | SEAY IRA 12 PHEASANT LANE GREAT FALLS MT 59404 |
| PROVIDENT TRUST GROUP LLC FBO JOARLENE | AUSK IRA 2995 DAYSTAR DR BILLINGS MT 59102 |
| PROVIDENT TRUST GROUP LLC FBO JOARLENE | AUSK IRA 2992 DAYSTAR DR BILLINGS MT 59102 |
| PROVIDENT TRUST GROUP LLC FBO JOHN D | ANDERSON C/O JOHN D ANDERSON 10887 E CRESTLINE CIR ENGLEWOOD CO 80111 |
| PROVIDENT TRUST GROUP LLC FBO TERRY | DUKART IRA 2735 BITTERROOT DR BILLIGNS MT 59105 |
| PROVIDENT TRUST GRP LLC FBO DEAN M | RANDASH IRA 1941 VIRGINIA DALE ST HELENA MT 59601 |
| PROVIDENT TRUST GRP LLC FBO MICHAEL C | BOSICK IRA 10936 UPLAND TERR LEBANON IL 62254 |
| PROVIDENT TRUSTGRP LLC FBO JERRY L BOGGS | IRA; C/O ALLEN LAW FIRM, LLC 8469 MASON MONTGOMERY RD SUITE 2 MASON OH 45040 |
| RACHEL L BAXTER | 5700 HWY 71 MALONE FL 32445 |
| RANDY C BOTWINICK | 1645 F LINTON LAKE DR DELRAY BEACH FL 33445 |
| RAVI GHANTA | 43 GOLDFINCH CIRCLE PHOENIXVILLE PA 19460 |
| RENE TERNIER | 1400 ST CHARLES PLACE APT 404 PEMBROKE PINES FL 33026 |
| RICHARD & GRETA MARTIN LIVING TRUST | 11-1-99 C/O RICHARD NEUMEYER, POA 2629 FOOTHILL BLVD #194 LA CRESECENTIA CA 91214 |
| RICHARD A CALDWELL | 2318 THORNGROVE PIKE KNOXVILLE TN 37914 |
| RICHARD A SNITZER | 11174 TURNER RD HAMPTON GA 30228-1534 |
| RICHARD AND SHERI BLACKFORD | 30522 GALE RD PUEBLO CO 81006-9560 |
| RICHARD BOWEN | 2476 AVALON LANE COUPEVILLE WA 98239 |
| RICHARD D KAPLAN | 22624 ESPLANDA CIR BOCA RATON FL 33433 |
| RICHARD HYLAND JR | P.O. BOX 733 TRAVERSE CITY MI 49686-8418 |
| RICHARD HYLAND JR | 175 E DELAWARE PL APT 6203 CHICAGO IL 60611 |
| RICHARD L & SANDRA W MOWERY | 46 FAIRWAY CT DUNN NC 28334 |
| ROBERT BARTELL | 1717 CABIN PL PALM CITY FL 34990 |
| ROBERT ELSON POA FOR THE | MARGARET ELSON TRUST 516-67 190 N CONTINENTAL RD STE 216 GREEN VALLEY AZ 85622-3589 |
| ROBERT H FIER | 2670 NW COLLINS COVE RD STUART FL 34994 |
| ROBERT J. WOHLWEND LVG. TRUST | C/O JOSEPH E SARACHEK 101 PARK AVE FL 27 NEW YORK NY 10017 |
| ROBERT J. WOHLWEND LVG. TRUST | 4461 STACK BLVD APT D343 MELBOURNE FL 32901-8572 |
| ROBERT L SCHATTNER TRUST | C/O JOSEPH E SARACHEK 101 PARK AVE FL 27 NEW YORK NY 10017 |
| ROBERT L SCHATTNER TRUST | 11110 BOCA WOODS LN BOCA RATON FL 33428 |
| ROGER A NUNEZ AND STEPHANIE A NUNEZ | 1540 NORTHPARK DR ROSEVILLE CA 95747 |
| ROLAND J & RITA M KYOVSKY | C/O COSTA FINANCIAL ATTN ANDREW COSTA 1604 SE 4TH ST FT LAUDERDALE FL 33301 |
| ROLAND J & RITA M KYOVSKY | 3125 OAKLAND SHORES DR #201 FT LAUDERDALE FL 33309 |
| RON MANZO | MARRIOTT RESIDENCES 3800 N OCEAN DR APT 1500 RIVIERA BEACH FL 33404-2790 |
| RONALD E TAYLOR | 3067 HIGH MEADOW LN SAN JOSE CA 95135 |
| RONALD J WOHLWEND LVG TRUST | 4461 STACK BLVD APT D343 MELBOURNE FL 32901-8572 |
| RONALD JOSEPH DECAMP | 79 TIMBER COVE DR CAMPBELL CA 95008 |
| RONALD K ROSENBLATT | 1 MAYFLOWER LANE SALEM MA 01970 |
| ROSE MARTIN | C/O JOSEPH E SARACHEK 101 PARK AVE FL 27 NEW YORK NY 10017 |
| ROSE MARTIN | 4361 LIGHTHOUSE LN WEST CHESTER OH 45069 |
| ROY W ZAHM & MURIEL G ZAHM | 1525 E MARYLAND LN LAUREL MT 59044 |
| RUSSELL A SMITH | PO BOX 7181 KNOXVILLE TN 37921 |
| RUSSELL COYNE | C/O JOSEPH E SARACHEK 101 PARK AVE FL 27 NEW YORK NY 10017 |
| RUSSELL COYNE | 11893 OSPREY POINTE CIRCLE WELLINGTON FL 33449 |
| RUSSELL J COYNE | 11893 OSPREY POINTE CIR WELLINGTON FL 33449 |
| SALVATORE POLLICITO | 1432 HOLTZMAN ST SURFSIDE BEACH SC 29575 |

| Claim Name | Address Information |
|---|---|
| SANDRA M ARANDA | C/O BAYARD P A ATTN DANIEL N BROGAN ESQ PO BOX 25130 WILMINGTON DE 19899 |
| SANDRA M ARANDA | C/O BAYARD P.A. ATTN JUSTIN R ALBERTO, ESQ PO BOX 25130 WILMINGTON DE 19899 |
| SANDRA M ARANDA | 947 GREENWAY AVE DUNEDIN FL 34698 |
| SCHWABISH LIVING TRUST DTD 01-14-2010 | C/O MRS JUNE SCHWABISH TRUSTEE 51 WESLEYAN RD COMMACK NY 11725 |
| SHERRY L HAMILTON | 3670 HEMLOCK ST SANTA ROSA CA 95403-1555 |
| SHIRLEY R SMEDLEY | 30 LOST TREE RD PINEHURST NC 28374-8318 |
| SILVIA REITTER | 9782 AMETRINE CT ELK GROVE CA 95624 |
| SLIDE PLUS INC | C/O CONNOLLY GALLAGHER LLP ATTN KAREN C BIFFERATO 1000 N WEST ST STE 1400 WILMINGTON DE 19801 |
| SLIDE PLUS INC | ATTN GLORIA K YABE 13536 LAKEWOOD BLVD #335 BELLFLOWER CA 90706 |
| STAN J AND SHIRLEY A HACHMANN | 15955 W TEE RD BUENA VISTA CO 81211 |
| STEPHAN D HARLAN | 6150 SE WINGED FOOT DR STUART FL 34997 |
| STEPHEN CATO | C/O STEPHEN AND JACKLYN CATO 137 CYPRESS AVE PO BOX 97 DILLON BEACH CA 94929 |
| STEVE WALTON | 1154 LEA DR NOVATO CA 94945 |
| SUNWEST TRUST AS CUSTODIAN | FOR RUTH T VAUGHT IRA C/O COOPER LEVENSON P.A. 1125 ATLANTIC AVE 3RD FL ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST AS CUSTODIAN | FOR RUTH T VAUGHT IRA 202 OLD FARM RD LENOIR CITY TN 37771 |
| SUNWEST TRUST AS CUSTODIAN FOR | BRIAN A FREDERICK IRA C/O COOPER LEVENSON P.A. 1125 ATLANTIC AVE 3RD FL ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST AS CUSTODIAN FOR | DORIS B MATTHEWS IRA C/O COOPER LEVENSON P.A.; ATTN: ERIC A BROWNDORF; 1125 ATLANTIC AVE 3RD FL ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST AS CUSTODIAN FOR | BILLIE S CANTER IRA C/O COOPER LEVENSON P.A.; ATTN: ERIC A BROWNDORF; 1125 ATLANTIC AVE ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST AS CUSTODIAN FOR | C/O COOPER LEVEINSON PA ATTN ERIC A BROWNDORF 1125 ATLANTIC AVE THIRD FL ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST AS CUSTODIAN FOR | 243 FAIRWAY DR ASHEVILLE NC 28805 |
| SUNWEST TRUST AS CUSTODIAN FOR | BRIAN A FREDERICK IRA 825 GALLAGHER VIEW RD KNOXVILLE TN 37919 |
| SUNWEST TRUST AS CUSTODIAN FOR | BILLIE S CANTER IRA 11133 CROWN POINT DR KNOXVILLE TN 37934 |
| SUNWEST TRUST AS CUSTODIAN FOR | MILLENNIUM TRUST CO LLC CUSTODIAN FBO DORIS B MATTHEWS TRAD IRA 2001 SPRING RD STE 700 OAK BROOK IL 60523-1890 |
| SUNWEST TRUST AS CUSTODIAN FOR | JAMES A MCDONALD ROTH IRA C/O MILLENNIUM TRUST CO LLC CUSTODIAN 2001 SPRING RD STE 700 OAK BROOK IL 60523-1890 |
| SUNWEST TRUST CFBO WANDA D JOHNSON | INHERITED IRA C/O COOPER LEVENSON P A; ATTN: ERIC A BROWNDORF; 1125 ATLANTIC AVE 3RD FLR ATLANTIC CITY NJ 08401 |
| SUNWEST TRUST CFBO WANDA D JOHNSON | INHERITED IRA ATTN RICHARD FRITTS 12 GLENLEIGH COURT SUITE 4 KNOXVILLE TN 37934 |
| SUSAN HUFF | 367 MOUNTAINSIDE TRAIL COPPER HILL VA 24079 |
| SUSAN HUFF | 3872 OAK GROVE DRIVE SARASOTA FL 34243 |
| SUSAN JOLLEY | 6198 E VALLEY VIEW DR FLORENCE AZ 85132-7999 |
| SUSAN JOLLEY | C/O LOVELAND FINANCIAL ATTN CHAD LOVELAND 1428 S 2580 E ST GEORGE UT 84790 |
| SUSAN K BRENSDAL | 675 LAKE HILLS PL BILLINGS MT 59105 |
| SUSAN R KAPLAN | 22624 ESPLANADA CIR BOCA RATON FL 33433 |
| SUZANNE HUFF | 3872 OAK GROVE DR SARASOTA FL 34243 |
| SYDNEY AND LORETTA KESSLER | 9025 PADOVA DR BOYNTON BEACH FL 33472 |
| TERESA C HORNFECK | 2056 SILVER SPRING LN MYRTLE BEACH SC 29577 |
| TERRY AND JO ANN NEWELL | 2110 NORTH BRYAN AVE SHAWNEE OK 74804 |
| THE BRANTNER FAMILY TRUST 2-7-2001 | C/O SHIRLEY A SMITH N577 COUNTY RD D EAU GALLE WI 54737 |
| THE HELGESON FAMILY TRUST DTD 12/20/1991 | C/O JAMES D HELGESON TRUSTEE 710 GRAND AVE STE 1 BILLINGS MT 59101 |
| THE MICHAEL NUYTS REVOCABLE TRUST | 7017 1/2 SANTA JUANITA AVE ORANGEVALE CA 95662 |
| THE THOMAS FAMILY LIVING TRUST | PO BOX 133 FARNHAMVILLE IA 50538 |

| Claim Name | Address Information |
|---|---|
| THE TRITTELWITZ FAMILY TRUST | DD MAY 12, 1999 C/O ROGER S TRITTELWITZ TRUSTEE 5400 157TH ST WEST; APT 331 APPLE VALLEY MN 55124 |
| THEODORE REKART | 3610 N MICHIGAN AVE FLORENCE AZ 85132 |
| THOMAS L THURSBY | 3015 CHICAGO ST SAN DIEGO CA 92117 |
| THOMAS MASON | 6321 PATTERSON WAY SACRAMENTO CA 95828 |
| THOMAS YASENSKY | 8805 UNIVERSITY PL LA MESA CA 91942-5524 |
| TONY CHIRIKOS | 818 COLUMBIA PL BOULDER CO 80303 |
| VERLE F & NORMA S PYLE TRUST | 7379 BLUE SKIES DR SPRING HILL FL 34606 |
| VERNE AND AMANDA CARLSON | 418 SUNSHINE PKWY GOLDEN CO 80403 |
| VERNON R HESS | C/O DEBBI RAPPA 5314 SANDERLING RIDGE DR LITHIA FL 33547 |
| VIDAL MARTINEZ | 5616 CAMBRIDGE DRIVE FREDERICKSBURG VA 22407 |
| VIOLA MITCHELL TRUST | PO BOX 388 GLENDIVE MT 59330 |
| VITORIA PILUT TRUST AGREEMENT | 1528 SHIRE CIRCLE UNIT 1C INVERNESS IL 60664 |
| WANDA & ARTHUR WILLIS | 3917 CENTER HILL COVE OLIVE BRANCH MS 38654 |
| WILLIAM D HENRY | 25000 BEN KELLY RD ELBERT CO 80106 |
| WILLIAM E. WINFIELD | 300 EAST ESPLANADE DRIVE STE 1170 OXNARD CA 93036 |
| WILLIAM ELIA | 2928 BAYHEAD RUN OVIEDO FL 32765 |
| WILLIAM ELIA | 8863 ATWATER LOOP OVIEDO NY 32765 |
| WILLIAM ELIA | 8863 ATWATER LOOP OVIEDO FL 32765 |
| WILLIAM F WHITEHEAD SR AND CAROL L | WHITEHEAD 14119 CHESTERFIELD TRAIL HUDSON FL 34669 |
| WILLIAM MOE PROVIDENT TRUST GROUP | FBO WILLIAM MOE IRA 119 5TH AVE MILFORD CT 06460 |
| WILLIAM SPIRKA | C/O MRS ANGELA M TRUDELL PO BOX 190 HARVEST AL 35749 |
| WILLIAM SPIRKA | 5922 NW BATCHELOR TER PORT SAINT LUCIE FL 34986 |
| WILLIE A JONES | C/O GUARDIAN INS & FINANCIAL SERVICES 930 W 175TH ST STE 2NW HOMEWOOD IL 60430 |
| WILLIE WATSON | 8975 BECKINGTON DR ELK GROVE CA 95624 |
| ZHANA JANE MAKSIMOV | 5958 W ARBOL DR DELRAY BCH FL 33484 |

**Total Creditor count  208**

**EXHIBIT D**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al.
Case No. 17-12560 (JKS)

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |