# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 29, 2023 AT 4:00 P.M. (EASTERN TIME)[2]

**THE BELOW LISTED MATTERS HAVE BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

## RESOLVED MATTERS

1. **37th Omnibus Claims Objection** – Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 10/6/23] (Docket No. 4863).

    Response Deadline: October 27, 2023 at 4:00 p.m. Eastern Time.

    Responses Received: None.

    Related Documents:

    a) Certificate of No Objection Regarding Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 11/10/23] (Docket No. 4868).

    b) [Signed] Order Sustaining Thirty-Seventh (37th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 11/14/23] (Docket No. 4873).

Status: The order has been entered. No hearing will be necessary.

2. **38th Omnibus Objection to Claims** – Thirty-Eighth (38th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 10/6/23] (Docket No. 4864).

Response Deadline: October 27, 2023 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Certificate of No Objection Regarding Thirty-Eighth (38th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 11/10/23] (Docket No. 4869).

b) [Signed] Order Sustaining Thirty-Eighth (38th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rules 3007-1 and 3007-2 [Filed: 11/14/23] (Docket No. 4874).

Status: The order has been entered. No hearing will be necessary.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: November 27, 2023<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>　　　　acaine@pszjlaw.com<br>　　　　bsandler@pszjlaw.com<br>　　　　crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP *(f/k/a Klee, Tuchin, Bogdanoff & Stern LLP)*<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Sasha M. Gurvitz (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile: (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |