**Woodbridge Group of Companies, LLC - 17-12560**

**Goldberg v. Baker - 19-50961**

**November 29, 2023 - 4:00PM**

**Status Conference**

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Colin | Robinson | Liquidation Trustee | Pachulski Stang Ziehl & Jones LLP |
| Paula | Subda | USBC | USBC |