# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br>vs.<br><br>EDUARDO G. DIAZ and DIAZ RETIREMENT CONSULTANTS,<br><br>Defendants. | Adversary Proceeding<br>Case No. 19-51071 (JKS) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTER

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced case, hereby submits this status report pursuant to the *Scheduling Order* [Adv. Docket No. 42].

Attached hereto is the status for the above-referenced case associated with Woodbridge Group of Companies, LLC, *et al.*, Case No. 17-12560 (JKS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

DE:4870-2600-8216.1 94811.003

| | |
|---|---|
| Dated:  December 22, 2023 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: bsandler@pszjlaw.com<br>         acaine@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>*Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust* |

**STATUS CATEGORY E**: List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| **Defendant(s)** | **Adv. Case No.** | **Status** |
|---|---|---|
| Eduardo G. Diaz and Diaz Retirement Consultants | 19-51071 | The parties have resolved this matter and are finalizing settlement documentation. A stipulation of dismissal will be filed on a date to be determined once the settlement payments are received. |