IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 23, 2024 AT 10:00 A.M. (EASTERN TIME)**[2]

**THE BELOW LISTED MATTER HAS BEEN RESOLVED.
THE COURT HAS CANCELLED THE HEARING.**

**RESOLVED MATTER**

1.  **Trust Extension Motion** – Liquidation Trust's Motion for Entry of an Order Extending the Duration of the Liquidation Trust [Filed: 12/1/23] (Docket No. 4881).

    Response Deadline:    December 15, 2023 at 4:00 p.m. Eastern Time.

    Responses Received:  None.

    Related Documents:

    a)  Certificate of No Objection Regarding Liquidation Trust's Motion for Entry of an Order Extending the Duration of the Liquidation Trust [Filed: 12/18/23] (Docket No. 4883).

    b)  [Signed] Order Extending the Duration of the Liquidation Trust [Filed: 12/20/23] (Docket No. 4884).

    Status: The order has been entered. No hearing will be necessary.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

[2] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

| | |
|---|---|
| Dated: January 19, 2024<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: rpachulski@pszjlaw.com<br>         acaine@pszjlaw.com<br>         bsandler@pszjlaw.com<br>         crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP *(f/k/a Klee, Tuchin, Bogdanoff & Stern LLP)*<br>Kenneth N. Klee (admitted *pro hac vice*)<br>Michael L. Tuchin (admitted *pro hac vice*)<br>David A. Fidler (admitted *pro hac vice*)<br>Sasha M. Gurvitz (admitted *pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>Facsimile:  (310) 407-9090<br><br>*Counsel to the Woodbridge Liquidation Trust* |