IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : | Case No. 17-12560 (JKS) |
| | : | (Jointly Administered) |
| Remaining Debtors. | : | |
| | : | **Ref. Docket No. 4887** |

## CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 19, 2024, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on January 23, 2024 at 10:00 a.m. (Eastern Time)," dated January 19, 2024 [Docket No. 4887], by causing true and correct copies to be:

   a. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   b. delivered via facsimile to that party listed on the annexed Exhibit B.

*/s/ Angela Chachoff*
Angela Chachoff

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)

Master Email Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | timothy.fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION<br>ATTN: J. ZACHARY BALASKO | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*. - Case No. 17-12560 (JKS)

Fax Service Party

| NAME | ATTN: | FACSMILE # |
|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 8554251980 |