**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | } | Chapter 11 |
| WOODBRIDGE GROUP | } | Case No: 17-12560 (JKS) |
| OF COMPANIES, LLC, | } | (Jointly Administered) |
| et al.,[1] | } | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please enter the appearance of Holly Whitney, Esquire as counsel for Mandalay Bay

Resort, and terminate the appearance of Erin K. Brignola, Esquire, as Erin K. Brignola has not

been employed at Cooper Levenson, P.A. since April 1, 2022.


COOPER LEVENSON, P.A.


Dated: 2/21/2024

 /s/ Holly Whitney
HOLLY WHITNEY, ESQ.
1201 N. Orange Street, Suite 713
Wilmington, DE 19801
(302) 838-2600
hwhitney@cooperlevenson.com


Dated: 2/21/2024

 /s/Erin K. Brignola
ERIN K. BRIGNOLA, ESQ. (2723)
ebrignola@gsbblaw.com


---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.