# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>      Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>      Plaintiff,<br><br>    v.<br><br>JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR.,<br>GAULAN FINANCIAL, LLC,<br>BCM BENEFITS INC. AND RANCE BRADSHAW,<br>DEB BRUNDAGE,<br><br>      Defendants. | <br><br><br><br><br><br><br><br><br>Adv. Proc. Case No. 19-50965 (JKS)<br><br><br>Adv. Proc. Case No. 19-51012 (JKS)<br>Adv. Proc. Case No. 19-51065 (JKS)<br><br>Adv. Proc. Case No. 19-51069 (JKS) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference has been scheduled for **October 16, 2025 at 11:00 a.m. (Eastern Time)** in the adversary proceedings listed in the above-caption.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

| | | |
|---|---|---|
| Dated: | September 29, 2025<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP |

Dated: September 29, 2025  
       Wilmington, Delaware

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Mary F. Caloway*
Richard M. Pachulski (*pro hac vice*)
Andrew W. Caine (*pro hac vice*)
Bradford J. Sandler (DE Bar No. 4142)
Mary F. Caloway (DE Bar No. 3059)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Fax: 302-652-4400
Email: rpachulski@pszjlaw.com
       acaine@pszjlaw.com
       bsandler@pszjlaw.com
       mcaloway@pszjlaw.com

-and-

KTBS LAW LLP
*f/k/a Klee, Tuchin, Bogdanoff & Stern LLP*
Michael L. Tuchin (*pro hac vice*)
David A. Fidler (*pro hac vice*)
Sasha M. Gurvitz (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Tel:   (310) 407-4000
Fax:  (310) 407-9090

*Counsel to the Liquidation Trust*