# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | **Ref Docket No. 4970** |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| v. | |
| JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR., | Adv. Proc. Case No. 19-50965 (JKS) |
| GAULAN FINANCIAL, LLC, | Adv. Proc. Case No. 19-51012 (JKS) |
| BCM BENEFITS INC. AND RANCE BRADSHAW, | Adv. Proc. Case No. 19-51065 (JKS) |
| DEB BRUNDAGE, | Adv. Proc. Case No. 19-51069 (JKS) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 24, 2025, I caused to be served the "Liquidation Trust's Request for a Status Conference," dated September 24, 2025 [Docket No. 4970], by causing true and correct copies to be:

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

> a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and
>
> b. be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Case No. 17-12560 (JKS)
First Class Mail Master Service List

MCCABE, WEISBERG & CONWAY, LLC
COUNSEL TO BANK OF AMERICA, N.A.
ATTN MICHAEL K. PAK ESQ.
1415 FOULK ROAD, SUITE 100
WILMINGTON, DE 19803

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Case No. 17-12560 (JKS)
First Class Mail Additional Service List

JAMES E. CAMPBELL
PO BOX 5167
WOODLAND PARK, CO 80866

JAMES E. CAMPBELL JR. INC
ATTN JAMES E. CAMPBELL JR., R/A
1067 E US HWY 24, #182
WOODLAND PARK, CO 80866

DEB BRUNDAGE
PO BOX 6683
MESA, AZ 85216

DEB BRUNDAGE
4890 E. 26TH AVE
APACHE JUNCTION, AZ 85119

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
1815 LEMOYNE
SYRACUSE, NY 13208-1328

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
17502 TALLY HO COURT
ODESSA, FL 33556-1815

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
104 LIND AVE
SYRACUSE, NY 13211

RANCE BRADSHAW
15733 STARLING WATER DR
LITHIA, FL 33547

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,* Case No. 17-12560 (JKS)
First Class Mail Additional Service List

GAULAN FINANCIAL LLC
ATTN: MARIE A. CORIOLAN, OFFICER
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570

GAULAN FINANCIAL LLC
ATTN: ERNST GAUTIER, R/A
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570

**EXHIBIT B**

| Name | Email Address |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER,<br>MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE &<br>JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS &<br>SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |