**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| | (Jointly Administered) |
| Remaining Debtors. | **Ref Docket Nos. 4971 & 4972** |
| | |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| v. | |
| JAMES E. CAMPBELL, JR., INC., d/b/a CAMPBELL FINANCIAL CORP., and JAMES E. CAMPBELL, JR., GAULAN FINANCIAL, LLC, BCM BENEFITS INC. AND RANCE BRADSHAW, DEB BRUNDAGE, | Adv. Proc. Case No. 19-50965 (JKS) |
| | Adv. Proc. Case No. 19-51012 (JKS) |
| | Adv. Proc. Case No. 19-51065 (JKS) |
| | Adv. Proc. Case No. 19-51069 (JKS) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1.  I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 29, 2025, I caused to be served the:

    a.  "Order Scheduling Status Conference," dated September 26, 2025 [Docket No. 4971], and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

b.  "Notice of Status Conference," dated September 29, 2025 [Docket No. 4972],

by causing true and correct copies to be:

i.    enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Master Service List

MCCABE, WEISBERG & CONWAY, LLC
COUNSEL TO BANK OF AMERICA, N.A.
ATTN MICHAEL K. PAK ESQ.
1415 FOULK ROAD, SUITE 100
WILMINGTON, DE 19803

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-50965

JAMES E. CAMPBELL
PO BOX 5167
WOODLAND PARK, CO 80866

JAMES E. CAMPBELL JR. INC
ATTN JAMES E. CAMPBELL JR., R/A
1067 E US HWY 24, #182
WOODLAND PARK, CO 80866

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-51012

GAULAN FINANCIAL LLC
ATTN: MARIE A. CORIOLAN, OFFICER
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570

GAULAN FINANCIAL LLC
ATTN: ERNST GAUTIER, R/A
1711 ALHAMBRA CREST DRIVE
RUSKIN, FL 33570

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-51065

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
1815 LEMOYNE
SYRACUSE, NY 13208-1328

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
17502 TALLY HO COURT
ODESSA, FL 33556-1815

BCM BENEFITS INC.
ATTN: RANCE BRADSHAW, CEO
104 LIND AVE
SYRACUSE, NY 13211

RANCE BRADSHAW
15733 STARLING WATER DR
LITHIA, FL 33547

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, Case No. 17-12560 (JKS)
First Class Mail Service List – Adv. No. 19-51069

DEB BRUNDAGE
PO BOX 6683
MESA, AZ 85216

DEB BRUNDAGE
4890 E. 26TH AVE
APACHE JUNCTION, AZ 85119

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.* , Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| AKERMAN LLP<br>ATTN:  MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY<br>LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER<br>ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |