IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF<br>COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. **4969** |

### ORDER EXTENDING THE DURATION OF THE LIQUIDATION TRUST

Upon consideration of the motion (the "Motion")[2] of the Liquidation Trust for the entry of an order extending the duration of the Liquidation Trust through and including February 15, 2027 and all pleadings related thereto; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012 and Section 5.4.16 of the Plan; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found and determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their creditors, and all parties in interest, and is necessary for the Liquidation Trust to facilitate or complete the recovery on, and liquidation of, the Liquidation Trust Assets; and after due deliberation and good and sufficient cause appearing therefor,

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite 200, Glendale, California 91203.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4934-4255-6266.3 94811.003

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The outside termination date of the Liquidation Trust is extended from March 31, 2026 through and including February 15, 2027 (the "Extended Termination Date").

3. This Order shall be without prejudice to the rights of the Liquidation Trust to seek further extensions of the Extended Termination Date.

4. This Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the implementation of this Order.

**Dated: October 8th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

4934-4255-6266.3 94811.003                               2