**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered)<br><br>**Ref Docket No. 4978** |

### CERTIFICATE OF SERVICE

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 9, 2025, I caused to be served the "Order Extending the Duration of the Liquidation Trust," dated October 8, 2025 [Docket No. 4978], by causing true and correct copies to be:

    a. enclosed in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

>                              */s/ Sharna Wilson*
>                              Sharna Wilson

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite 200, Glendale, California 91203.

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*
Case No. 17-12560 (JKS)
First Class Mail Recipient

MCCABE, WEISBERG & CONWAY, LLC
COUNSEL TO BANK OF AMERICA, N.A.
ATTN MICHAEL K. PAK ESQ.
1415 FOULK ROAD, SUITE 100
WILMINGTON, DE 19803

**EXHIBIT B**

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*
Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*
Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |