### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WOODBRIDGE GROUP OF COMPANIES, LLC, | ) | Case No. 17-12560 (JKS) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Remaining Debtors. | ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned matter:

**DATE**                                                    **TIME**

September 10, 2026                              10:00 a.m. (Eastern Time)


_J. Kate Stickles_
J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

**Dated: July 30th, 2026**
**Wilmington, Delaware**

DE:4892-9839-8606.28 94811.003