**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et. al.*,<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>Jointly Administered |

**ORDER**

IT IS ORDERED that the Liquidating Trustee of the Woodbridge Liquidation Trust file an Omnibus Status Report, no later than September 10, 2026, addressing the status of every open adversary proceeding in the above-referenced chapter 11 cases.

IT IS FURTHER ORDERED that the Omnibus Status Report be filed in the main bankruptcy case as well as in the open adversary proceedings.

Dated: August 18, 2026

J. Kate Stickles
United States Bankruptcy Judge