**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 5008** |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2026, I caused to be served the "Liquidation Trust's Motion for Entry of an Order, Pursuant to Bankruptcy Rules 9006 and 9027, Further Extending the Period Within Which the Liquidation Trust and Its Subsidiaries May Remove Actions Pursuant to 28 U.S.C. § 1452," dated September 17, 2026 [Docket No. 5008], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | (COUNSEL TO BANK OF AMERICA, NA) ATTN MICHAEL K PAK ESQ FOULKSTONE PLAZA 1415 FOULK RD, STE 100 WILMINGTON DE 19803 |

**Total Creditor count: 1**

| Claim Name | Address Information |
|---|---|
| 16 HICKS LANE HOLDING CORP | C/O ERICA TOBI YITZHAK ESQ, PC 17 BARSTOW RD GREAT NECK NY 11021 |
| 4550 REAL ESTATE LLC | C/O LIEBERMAN DVORIN & DOWD, LLC 30195 CHAGRIN BLVD, SUITE #300 PEPPER PIKE OH 44124 |
| 461 NEW LOTS AVENUE LLC, C/O PETROFF | LAW FIRM, PC, ATTN SERGE PETROFF JAMES TIERNEY & SONIA TANKSLEY 1795 CONEY ISLAND AVE, 3RD FLR BROOKLYN NY 11230 |
| 7942 COUNTRY CLUB INC | C/O JAMES REED 3262 WESTHEIMER RD #104 HOUSTON TX 77098 |
| 8 FIGURES LLC | 5133 NORTH WEST VALENCIA ROAD SILVER LAKE KS 66539 |
| 91 LLC | C/O THE DONNARUMMA LAW FIRM, LLC ATTN FRANCIS DONNARUMMA 428 MAIN STREET SOUTH WOODBURY CT 06798 |
| ANTOINE HUMPHRIES | 24637 S WILDWOOD TRAIL CRETE IL 60417 |
| ARASH TASHVIGHI | 7100 HAYVENHURST AVE. SUITE 307 VAN NUYS CA 91406 |
| ARASH TASHVIGHI | C/O CALIFORNIA LABOR COMMISSIONER - JEU ATTN: MATTHEW SIROLLY 320 W. 4TH STREET, SUITE 600 LOS ANGELES CA 90013 |
| ARASH TASHVIGHI | C/O LAW OFFICES OF JOHN HARDY ATTN JOHN D HARDY 7100 HAYVENHURST AVE SUITE 307 VAN NUYS CA 91406 |
| ARIZONA CORPORATION COMMISSION | 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ARIZONA ATTORNEY GENERAL OFFICE ATTN: MATTHEW A. SILVERMAN 2005 N. CENTRAL AVE. PHOENIX AZ 85004 |
| ARIZONA CORPORATION COMMISSION | ATTN ANDY TOBIN, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOB BURNS, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN BOYD DUNN, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN CHAIRMAN TOM FORESE, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ARIZONA CORPORATION COMMISSION | ATTN JUSTIN OLSON, COMMISSIONER 1300 WEST WASHINGTON, 3RD FLOOR PHOENIX AZ 85007 |
| ATLANTIC HOME CAPITAL CORP | C/O CHARLES WALLSHEIN ESQ PLLC 35 PINELAWN RD STE 106E MELVILLE NY 11747-3100 |
| ATLANTIS NATIONAL SERVICES INC | C/O EMOUNA & MIKHAIL PC ATTN MATIN EMOUNA 100 GARDEN CITY PLZ STE 520 GARDEN CITY NY 11530-3213 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES MONA MCCONVILLE 201 REDWOOD SHORES PARKWAY REDWOOD SHORES CA 94065 |
| ATTN B. OBARO, C. COX, & J. RAYNOR | C/O WEIL, GOTSHAL AND MANGES RANDOLPH MCCONVILLE 201 REDWOOD SHORES PARKWAY REDWOOD SHORES CA 94065 |
| BARBARA JEANRENAUD | 106 PONDEROSA DR SANTA CRUZ CA 95060 |
| BART KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. 909 THIRD AVENUE NEW YORK NY 10022 |
| BART KAPLAN ESQ, C/O L'ABBATE | BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN, MICHAEL WILLIAM WYNN, 1001 FRANKLIN AVE GARDEN CITY NY 11530 |
| BART KAPLAN, ESQ. | 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| BOREAL WATER COLLECTIONS INC | 4494-4496 STATE ROAD 42 NORTH KIAMESHA NY 12751 |
| BRAD JOHNSON | 8 FIGURES LLC 5133 NORTH WEST VALENCIA RD SILVER LAKE KS 66539 |
| CALIFORNIA DEPARTMENT OF BUSINESS | OVERSIGHT, SECURITIES REGULATION DIVISION, 1515 K STREET, SUITE 200 SACRAMENTO CA 95814 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONER 1560 BROADWAY, SUITE 900, DENVER CO 90202 |
| COLORADO DIVISION OF SECURITIES | GERALD ROME, COMMISSIONOR 1560 BROADWAY, SUITE 900, DENVER CO 90202 |
| CONNECTICUT DEPARTMENT OF BANKING | SECURITIES AND BUSINESS INVESTMENTS DIV 260 CONSTITUTION PLAZA HARTFORD CT 06103-1800 |
| DAVID DERUBERTIS | C/O THE DERUBERTIS LAW FIRM, APC 4219 COLDWATER CANYON AVENUE STUDIO CITY CA 91604 |
| DAVID E GOLDEN ESQ | 54 HARTFORD TURNPIKE NEW YORK NY 10017 |
| DAVID EBRAHIMZADEH C/O BORAH GOLDSTEIN | C/O ALTSCHULER, NAHINS & GOIDEL, PC ATTN MARTIN JEFFREY SIGAL & DARREN R MARKS, 377 BROADWAY NEW YORK NY 10013-3993 |
| DESMOND JOHN | C/O ROBERT ARONOV & ASSOCIATES, PC ATTN MAX THOMAS SAGLIMBENI 8802 136TH ST RICHMOND HILL NY 11418-1921 |

| Claim Name | Address Information |
|---|---|
| DESMOND JOHN, C/O PETROFF LAW FIRM, PC | ATTN SERGE PETROFF, JAMES TIERNEY & DAVID R SMITH 1795 CONEY ISLAND AVE, 3RD FLOOR BROOKLYN NY 11230 |
| DOMUS APPRAISALS, C/O MOUND COTTON | WOLLAN & GREENGRASS LLP, ATTN JASON LEE EDERER, KENNETH MICHAEL LABBATE & MICHAEL T LYNCH, 1 NY PLAZA, 44TH FL NEW YORK NY 10004 |
| DONALD OWEN, C/O LARSON, LARSON | & DAUER, A LAW CORPORATION ATTN MARK V LARSON 15545 DEVONSHIRE ST STE 205 MISSION HILLS CA 91345-2693 |
| DONNA LYNN BARNARD | PO BOX 2850 KILGORE TX 75663 |
| ENVIROCARE LLC | 5100 BUCKEYSTOWN PIKE STE 250 FREDERICK MD 21704-8344 |
| ERC I LLC | C/O ALAN BRILL PO BOX 3353 EVANSVILLE IN 47732 |
| ERIC SAUL | 8114 CARROLL AVENUE TAKOMA PARK MD 20912 |
| FELICE DISANZA | C/O M CABRERA & ASSOCIATES, PC ATTN JOSEPH JOHN REILLY 2002 ROUTE 17M, STE 12 GOSHEN 10924 |
| FLORIDA OFFICE OF FINANCIAL REGULATION | DIVISION OF SECURITIES 101 E GAINES STREET TALLAHASSEE FL 32399 |
| FRANCOIS OLOA | C/O THE CHARRINGTON FIRM, PC ATTN KAREN HILLARY CHARRINGTON ONE CROSS ISLAND PLAZA ROSEDALE NY 11422 |
| GCP MAUI LLC, C/O MCCORRISTON | MILLER MUKAI MACKINNON LLP FIVE WATERFRONT PLAZA, 4TH FLOOR 500 ALA MOANA BOULEVARD HONOLULU HI 96813 |
| GUNIT S SABHARWAL | C/O LAW OFFICES OF ANDREW P SAULITIS PC ATTN ANDREW P SAULITIS 40 WALL ST NEW YORK NY 10005-1304 |
| HAIGHT BROWN & BONESTEEL LLP | 555 S FLOWER ST STE 4500 FORTY-FIFTH FLOOR LOS ANGELES CA 90071-2441 |
| HENRI JEANRENAUD | 106 PONDEROSA DR SANTA CRUZ CA 95060 |
| IDAHO DEPARTMENT OF FINANCE | SECURITIES BUREAU 800 PARK BLVD., SUITE 200 BOISE ID 83720-0031 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION 302 W WASHINGTON ST INDIANAPOLIS IN 46204 |
| INDIANA SECRETARY OF STATE | SECURITIES DIVISION 302 W WASHINGTON ST RM E111 INDIANAPOLIS IN 46204-2740 |
| IOWA INSURANCE DIVISION | 1365 BELL AVE # 100 DES MOINES IA 50315-1000 |
| IOWA INSURANCE DIVISION | 601 LOCUST ST DES MOINES IA 50309 |
| JAMES HAMMOND PURCELL | C/O BARNES LAW GROUP ATTN ROY E BARNES 31 ATLANTA ST MARIETTA GA 30060 |
| JAMES REED | C/O 3262 WESTHEIMER RD #104 HOUSTON TX 77098 |
| JARED KAPLAN ESQ, C/O L'ABBATE | BALKAN, COLAVITA & CONTINI LLP, ATTN PETER L CONTINI, AMY M MONAHAN & MICHAEL WILLIAM WYNN, 1001 FRANKLIN AVE GARDEN CITY NY 11530 |
| JARED S KAPLAN ESQ | 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| JARED S KAPLAN ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. 909 THIRD AVENUE NEW YORK NY 10022-4784 |
| JAY BEYNON FAM.TR. DTD 10/23/1998, ET AL | C/O DANIEL C. GIRARD GIRARD GIBBS LLP 601 CALIFORNIA ST., STE 1400 SAN FRANCISCO CA 94108 |
| JEFF BANK, F/K/A THE FIRST | NATIONAL BANK OF JEFFERSONVILLE 4866 STATE ROUTE 52 PO BOX 398 JEFFERSONVILLE NY 12748 |
| JEFFREY H LEAVITT ESQ | C/O WINGET, SPADAFORA & SCHWARTZERG, LLP ATTN CHRISTINA MARIE RIEKER & KEITH R M ROUSSEL, 45 BROADWAY, 19TH FL NEW YORK NY 10006 |
| JERRY RAINES | PO BOX 2850 KILGORE TX 75663 |
| JOMIC INVESTMENTS INC | C/O THE BEN LAW FIRM PLLC ATTN LAWRENCE S BEN 2699 STIRLING RD STE C-301 FT LAUDERDALE FL 33312 |
| KAILA ALANA LOYOLA | C/O THE RUTTEN LAW FIRM APC 21860 BURBANK BLVD, SUITE 340 WOODLAND HILLS CA 91367 |
| KANSAS INSURANCE DEPARTMENT | OFFICE OF THE SECURITIES COMMISIONER 1300 SW ARROWHEAD RD TOPEKA KS 66604-4019 |
| KAPLAN DEF. ON BEHALF OF 16 HICKS LANE H | KAPLAN, KAPLAN & DITRAPANI, LLP 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| KAPLAN KAPLAN & DITRAPANI LLP, C/O | L'ABBATE BALKAN, COLAVITA & CONTINI LLP ATTN PETER L CONTINI, AMY M MONAHAN, MICHAEL WILLIAM WYNN, 1001 FRANKLIN AVE GARDEN CITY NY 11530 |
| KAPLAN KAPLAN & DITRAPANI, LLP | ATTN. JARED S. KAPLAN, ESQ. 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| KIM D & CONNIE L DUERING | 220 S WILDGRASS WAY STAR ID 83669-2502 |
| LUXURY PROPERTIES & INTERIORS LLC | 1090 VERMONT AVENUE NW #910 WASHINGTON DC 20005 |

| Claim Name | Address Information |
|---|---|
| LUXURY PROPERTIES & INTERIORS LLC | 1101 30TH STREET NORTHWEST SUITE 500 WASHINGTON DC 20007 |
| M BATTAGLIA IND & TTE M BATTAGLIA TR | C/O QUANTUM LAW GROUP, LLP ATTN STEVEN MORRIS, ESQ 8383 WILSHIRE BOULEVARD, SUITE 935 BEVERLY HILLS CA 90211-2427 |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | C/O STEVEN MORRIS QUANTUM LAW GROUP LLP 8383 WILSHIRE BLVD., STE. 935 BEVERLY HILLS CA 90211-2427 |
| MATTHEW DITRAPANI ESQ | 6901 JERICHO TURNPIKE, SUITE #100 SYOSSET NY 11791 |
| MATTHEW DITRAPANI ESQ | ATTN. DAVID J. KOZLOWSKI, ESQ. 909 THIRD AVENUE NEW YORK NY 10022-4784 |
| MATTHEW DITRAPANI ESQ | C/O L'ABBATE, BALKAN, COLAVITA & CONTINI LLP, ATTN PETER L CONTINI, AMY M MONAHAN MICHAEL WILLIAM WYNN, 1001 FRANKLIN AVE GARDEN CITY NY 11530 |
| MATTHEW DITRAPANI ESQ | C/O MORRISON COHEN LLP ATTN. DAVID J. KOZLOWSKI, ESQ. 909 THIRD AVENUE NEW YORK NY 10022 |
| MICHIGAN CORPS SECURITIES & COMM | LICENSING, BUREAU, ATTN JULIA DALE, DIRECTOR REGULATORY COMPLIANCE DIVISION, PO BOX 30018 LANSING MI 48909 |
| MOGJAN HASHEMI | C/O ROBERT HINDIN & ASSOCIATES, APLC ATTN ROBERT MARC HINDIN, ESQ 11400 W OLYMPIC BLVD STE 1400 LOS ANGELES CA 90064-2579 |
| MORRISON COHEN LLP | ATTN. DAVID J. KOZLOWSKI, ESQ. 909 3RD AVE FL 27 NEW YORK NY 10022-4784 |
| NEW JERSEY BUREAU OF SECURITIES | OFFICE OF THE NJ ATTORNEY GENERAL 153 HALSEY STREET, 6TH FLOOR NEWARK NJ 07102 |
| NEW YORK STATE DIVISION OF THE LOTTERY | 1 WORLD TRADE CTR FL 39 NEW YORK NY 10007-0090 |
| OLD REPUBLIC NATIONAL TITLE INSURANCE CO | C/O LAW OFFICE OF RAJAN PATEL ATTN RAJAN PATEL, ESQ 257 SOUTH MIDDLETOWN ROAD 2ND FL NANUET NY 10954 |
| OLIVER ENTINE | C/O STEVE ENTINE C/O HOWLAND CAPITAL MANAGEMENT 75 FEDERAL ST STE 1100 BOSTON MA 02110-1936 |
| PARTNERS 95 | C/O CALLISON TIGHE & ROBINSON, LLC PALMETTO ARMORY OFFICE BUILDING 1812 LINCOLN STREET COLUMBIA SC 29201 |
| POSITIVE ASPECTS, INC. | C/O THE BEN LAW FIRM, PLCC ATTN LAWRENCE S. BEN 2699 STIRLING RD, STE C-301 FORT LAUDERDALE FL 33312 |
| QUONTIC BANK | C/O THE LAW OFFICES OF PETER METIS, LLC ATTN PETER METIS 101 PARK AVE FL 27 NEW YORK NY 10178 |
| RCN CAPITAL FUNDING LLC | 75 GERBER ROAD EAST SOUTH WINDSOR CT 06074 |
| RENATO BUSLJETA | C/O KUSHNICK PALLACI PLLC ATTN VINCENT T PALLACI & STEVEN ADAM COHEN BOHEMIA NY 11716 |
| RENVAL CONSTRUCTION LLC | 3920 VETERANS MEMORIAL HWY STE 7 BOHEMIA NY 11716-1074 |
| ROBERT BISCARDI | 7100 HAYVENHURST AVE. SUITE 307 VAN NUYS CA 91406 |
| ROBERT BISCARDI | C/O LAW OFFICES OF JOHN HARDY ATTN JOHN D HARDY 7100 HAYVENHURST AVE SUITE 307 VAN NUYS CA 91406 |
| ROBERT HOSSEINI | C/O ROBERT HINDIN & ASSOCIATES, APLC ATTN ROBERT MARC HINDIN, ESQ 11400 W OLYMPIC BLVD STE 1400 LOS ANGELES CA 90064-1579 |
| RONALD MCINERNEY JR, C/O MOUND COTTON | WOLLAN & GREENGRASS, ATTN JASON LEE EDERER, KENNETH MICHAEL LABBATE, MICHAEL T LYNCH, 1 NY PLAZA, 44 FL NEW YORK NY 10004 |
| ROSENBERG | C/O CUNILIO & CUNILIO 835 WEST LANCASTER AVENUE MAWR PA 19010 |
| SENN LAW | KEVIN J SENN, ESQ 1990 NORTH CALIFORNIA BLVD, 8TH FL WALNUT CREEK CA 94596 |
| SHAWN SPARKS | 8 FIGURES LLC 5133 NORTH WEST VALENCIA RD SILVER LAKE KS 66539 |
| SHEILA Q SAX | 5437 TREVINO DR HAYMARKET VA 20169 |
| SHEILA Q SAX TRUST | C/O SHEILA SAX 5437 TREVINO DR HAYMARKET VA 20169 |
| SHULAMIT NAMDAR A/K/A SHOULA NAMDAR | C/O ERICA TOBI YITZHAK ESQ, PC 17 BARSTOW RD GREAT NECK NY 11021 |
| SOUTH CAROLINA ATTORNEY GENERAL | SECURITIES DIVISION 1000 ASSEMBLY STREET, RM 519 COLUMBIA SC 29201 |
| STATE OF MAINE DEPARTMENT OF | PROFESSIONAL & FINANCIAL REGULATION OFFICE OF SECURITIES 35 STATE HOUSE STATION AUGUSTA ME 04333 |
| STATE OF OREGON | DIVISION OF FINANCIAL REGULATION 350 WINTER ST. NE, ROOM 410 SALEM OR 97309 |
| STATE OF WASHINGTON | DEPARTMENT OF FINANCIAL INSTITUTIONS 150 ISARAEL RD SW TUMWATER WA 98501 |
| STERLING NATIONAL BANK | C/O BLEAKLEY, PLATT AND SCHMIDT LLP ATTN JUSTIN M GARDNER ONE NORTH LEXINGTON AVENUE WHITE PLAINS NY 10601 |

| Claim Name | Address Information |
|---|---|
| STONELION INSURANCE & FINACIAL SERVICES | 707 WOODWAY CT KILGORE TX 75662-6142 |
| STONELION INSURANCE & FINANCIAL SERVICES | 707 WOODWAY CT KILGORE TX 75662-6142 |
| THE KHOURY FAMILY TRUST | C/O NAMI LAW FIRM 3 HUTTON CENTRE DRIVE, 9TH FLOOR SANTA ANA CA 92707 |
| THE LAW FIRM OF ADAM KALISH PC | 182A 26TH ST BROOKLYN NY 11232-1411 |
| THE LAW FIRM OF ADAM KALISH PC | C/O FURMAN KORNFELD & BRENNAN, LLP ANDREW JONES, ESQ & SHARI D SCKOLNICK 88 PINE ST FL 32 NEW YORK NY 10005-1858 |
| THE RUSSELL A RACETTE JR LIVING TRUST | 60 DYER RD LITTLE COMPTON RI 02837 |
| TRUSTEE MARK ROSENBERG ESQ | 7101 WISCONSIN AVE SUITE 1201 BETHESDA MD 20814 |
| UNIVERSAL DEBT SERVICES INC | C/O THE CHARRINGTON FIRM, PC ATTN KAREN HILLARY CHARRINGTON 1 CROSS ISLAND PLZ, STE 100 ROSEDALE NY 11422-3400 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN CHRISTINE NESTOR 801 BRICKELL AVE STE 1958 MIAMI FL 33131-4901 |
| US SECURITIES AND EXCHANGE COMMISSION | ATTN RUSSELL KOONIN 801 BRICKELL AVENUE, SUITE 1800 MIAMI FL 33131 |
| VISION DEVELOPERS & ASSOCIATES INC | C/O ANTOINE HUMPHRIES 24637 S WILDWOOD TRAIL CRETE IL 60417 |
| WARREN LEX LLP | ATTN PATRICK SHIELDS, ESQ 2261 MARKET STREET NO 606 SAN FRANCISCO CA 94114 |
| WJ MURRAY D DIR & GEN CNSL NYS DIV OF | LOTTERY, C/O ASSISTANT ATTORNEY GENERAL ATTN REBECCA D CULLEY 120 BROADWAY NEW YORK NY 10271 |
| ZEZE FOOD CORPORATION | C/O FJ ROMANO & ASSOCIATES, PC ATTN FRANK J ROMANO, ESQ 51 E MAIN ST #1 SMITHTOWN NY 11787 |

**Total Creditor count: 120**

# EXHIBIT B

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,
Case No. 17-12560 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| AKERMAN LLP<br>ATTN: MICHAEL I GOLDBERG, ESQ | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP<br>ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | weber@chipmanbrown.com;<br>desgross@chipmanbrown.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN JONATHAN M. WEISS | jweiss@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN DAVID A. FIDLER | dfidler@ktbslaw.com |
| KTBS LAW LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN MICHAEL L. TUCHIN | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC<br>COUNSEL: BANK OF AMERICA, N.A.<br>ATTN JANET Z. CHARLTON | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE REGION 3<br>ATTN TIMOTHY J. FOX, JR & LINDA J. CASEY | Linda.Casey@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN RICHARD M. PACHULSKI | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN BRADFORD J SANDLER | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN COLIN R. ROBINSON | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP<br>COUNSEL TO THE LIQUIDATION TRUST<br>ATTN ANDREW W CAINE | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC<br>COUNSEL: ESTATE LEONARD FORTUNE & JOHNNY LONGBOATS, INC.<br>ATTN MICHAEL J RYAN, ESQ | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP<br>ATTN CHRISTOPHER J. GIAIMO | christopher.giaimo@squirepb.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*

Case No. 17-12560 (JKS)

Electronic Mail Master Service List

| Name | Email |
|---|---|
| YOUNG & BROOKS, P.A.<br>COUNSEL: GEROME CHIRCO, MORRIS & SYLVIA SCHEINER ETAL<br>ATTN STUART A. YOUNG, ESQ. | syoung@ybplaw.com |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*

Case No. 17-12560 (JKS)

Electronic Mail Additional Service List

| Name | Email |
|---|---|
| 7942 COUNTRY CLUB INC | RJ60068@GMAIL.COM |
| ARASH TASHVIGHI | MSIROLLY@DIR.CA.GOV; JEU@DIR.CA.GOV |
| ARIZONA CORPORATION COMMISSION | MATTHEW.SILVERMAN@AZAG.GOV |
| BART KAPLAN ESQ | BART@CLOSERATTORNEY.COM |
| BART KAPLAN ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| BART KAPLAN, ESQ. | BART@CLOSERATTORNEY.COM |
| DAVID DERUBERTIS | HOWARD@RUTTENLAWFIRM.COM |
| DAVID DERUBERTIS | DAVID@DERUBERTISLAW.COM |
| DONNA LYNN BARNARD | DONNABARNARD1@AOL.COM |
| ENVIROCARE LLC | JILL@JILL-LAWOFFICE.NET |
| JAMES HAMMOND PURCELL | JBARTHOLOMEW@BARNESLAWGROUP.COM |
| JAMES REED | RJ60068@GMAIL.COM |
| JARED S KAPLAN ESQ | JARED@CLOSERATTORNEY.COM |
| JARED S KAPLAN ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, ET AL | DGIRARD@GIRARDSHARP.COM |
| JERRY RAINES | JDRWOW@AOL.COM |
| JOMIC INVESTMENTS INC | LARRY@THEBENLAWFIRM.COM |
| KAILA ALANA LOYOLA | HOWARD@RUTTENLAWFIRM.COM |
| KAPLAN KAPLAN & DITRAPANI, LLP | JARED@CLOSERATTORNEY.COM |
| KIM D & CONNIE L DUERING | AUNTCWENSMAN@GMAIL.COM |
| M BATTAGLIA INDIV & TTE M BATTAGLIA TR 6/15/2004 | MORRIS@TFMCLAW.COM |
| MATTEO BATTAGLIA AS TRUSTEE, ETC. | MORRIS@TFMCLAW.COM |
| MATTHEW DITRAPANI ESQ | DKOZLOWSKI@MORRISONCOHEN.COM |
| MOGJAN HASHEMI | ROBERT@ROBERTHINDINLAW.COM |
| MORRISON COHEN LLP | BART@CLOSERATTORNEY.COM |
| MORRISON COHEN LLP | DKOZLOWSKI@MORRISONCOHEN.COM |
| POSITIVE ASPECTS, INC. | LARRY@THEBENLAWFIRM.COM |
| ROBERT HOSSEINI | ROBERT@ROBERTHINDINLAW.COM |
| ROSENBERG | JAMESCUNILIO@CUNILIOLAW.COM |
| SHEILA Q SAX TRUST | SHEILA_SAX@ME.COM |
| US SECURITIES AND EXCHANGE COMMISSION | NESTORC@SEC.GOV |
| US SECURITIES AND EXCHANGE COMMISSION | KOONINR@SEC.GOV |

WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*

Case No. 17-12560 (JKS)

Electronic Mail Additional Service List

| Name | Email |
| --- | --- |
| WARREN LEX LLP | BC628984@CASES.WARRENLEX.COM; WOODBRIDGE@MATTERS.WARRENLEX.COM |